**ORIGINAL**

RECEIVED
SEP 22 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Colorado Department of Human Services/Division of Vocational Rehabilitation; Steven Rightsell

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): See Attached
Firm Name:
Post Office Box:
Street Address:
City-State-Zip:
Telephone & Facsimile Numbers:

06-666 C

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☒ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 3 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A F
See attached sheet for three-digit codes.

Amount Claimed: $ N/A
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 7.5 million
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: N/A

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Cover Sheet Attachment**

Alphabetical List of Parties:

1. Colorado Department of Human Services, Division of Vocational Rehabilitation

2. Steven Rightsell

Attorneys of Record:

1. Kathryne Gwinn, Attorney of record for Colorado Department of Human Services, Division of Vocational Rehabilitation
   First Assistant Attorney General
   State Services Section
   1525 Sherman Street, 5th Floor
   Denver, Colorado 80203
   Telephone: (303) 866-56549

   Not a member of the Court of Federal Claims Bar

2. Andrew D. Freeman, Attorney of record for Steven Rightsell
   Shelly Marie Martin, (Of Counsel)
   Brown, Goldstein & Levy, LLP
   120 E. Baltimore Street
   Suite 1700
   Baltimore, Maryland 21202
   (410) 962-1030

   Both members of the Court of Federal Claims Bar