# In the United States Court of Federal Claims

| | |
|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | No. 06-666C |
| Plaintiffs, | |
| v. | Filed September 25, 2006 |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER**

The Court and the parties participated in an initial telephonic status conference on Monday, September 25, 2006. Consistent with the discussions at that conference, the Court does hereby ORDER that:

1) Defendant shall file and serve the administrative record relating to the decision of the Air Force on the need *vel non* for compliance with the Randolph-Sheppard ("R-S") Act on the facts of this case by **Monday, October 2, 2006.** *See* Col. Zeigler's letter of September 18, 2005 (Ex. 6 to plaintiffs' memorandum in support of their motion for preliminary injunction).

2) In response to the Government's request, defendant shall file and serve its opposition to plaintiffs' motion for preliminary injunction by **5 p.m. Eastern Daylight Time on Friday, October 13.** Defendant's opposition shall include any arguments going to the Court's subject matter jurisdiction and shall not exceed 40 pages in length.

3) Plaintiffs shall file and serve their reply in support of their motion for preliminary injunction by **Monday, October 23, 2006.** Plaintiffs' reply shall include plaintiffs' response to defendant's arguments going to the Court's subject matter jurisdiction and shall not exceed 30 pages in length.

4) The Court will hold a hearing on plaintiffs' motion on **Thursday, October 26, 2006, at 10 a.m. Eastern Daylight Time at the National Courts Building, 717 Madison Place, N.W., Washington, D.C.** Counsel for plaintiff Colorado Department of Human Services ("Colorado") may participate by telephone. Counsel for Colorado shall advise the Court and other counsel of her intentions in this regard no later than **Friday, October 20, 2006.**

5) As discussed at the status conference, the Court has set a tentative goal of issuing its decision on plaintiffs' motion for preliminary injunction by **Wednesday, November 15, 2006.** The Air Force presently estimates that the renovations to the cafeteria at Buckley Air Force Base will be completed on December 1, 2006. Should the Court enter an order granting the injunctive relief sought by plaintiffs, the Court seeks to permit the parties a reasonable amount of time to take appropriate action to comply with such an order before December 1, 2006. Accordingly, the parties shall consult with their clients and advise the Court by **Tuesday, October 10, 2006,** whether a decision issued within the Court's tentative time frame would allow sufficient time for the parties to comply with such an order by December 1, 2006.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge