**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(BID PROTEST)

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, | ) | |
| and | ) | |
| STEVEN RIGHTSELL, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-666C |
| v. | ) | |
| | ) | (Judge Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF
FILING OF ADMINISTRATIVE RECORD

Pursuant to the Court's scheduling order of September 25, 2006, defendant, the United States, respectfully provides notice of the filing of the administrative record in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel. (202) 307-1011
Fax (202) 514-8624

October 2, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 2nd day of October, 2006, a copy of the foregoing "NOTICE OF FILING OF ADMINISTRATIVE RECORD" and "ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice