No. 06-666C
Judge Miller

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

---

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, and STEVEN RIGHTSELL

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

---

ADMINISTRATIVE RECORD

---

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-2377

October 2, 2006

Attorneys for Defendant