IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, | ) |
| and | ) |
| DON E. HUDSON, | ) |
| Plaintiffs, | ) |
| | ) No. 06-666C |
| v. | ) |
| | ) (Judge Miller) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**INDEX TO THE ADMINISTRATIVE RECORD**

1. Food Services Contract, Solicitation/Contract/Order for Commercial Items, dated December 31, 2002 . . . . . 1

2. Far Part 52 - 52.217-9 . . . . . 19

3. Call for FY07 Contract Reduction Data, dated March 2006 . . . . . 20

4. E-mail from Judy Corizzo regarding call for FY07 contract reduction data, dated March 13, 2006 . . . . . 21

5. E-mail from Judy Corizzo regarding FY07 contract reduction , dated March 15, 2006 . . . . . 27

6. E-mail for Joann Missey regarding Tysons Branding Solutions, dated May 10, 2006 . . . . . 32

7. FY07 Contract Reduction - AFSPC Decision, dated May 17, 2006 . . . . . 35

8. E-mail from Joann Missey regarding renovation concepts, dated May 17, 2006 . . . . . 37

9. E-mail from David Ziegler regarding FY07 contract reductions notification, dated May 17, 2006 . . . . . 68

10. E-mail from Joe Blackstone to Jacqueline Carter regarding meeting on Buckley AFB dining facility, dated May 19, 2006 . . . . . 70

11. E-mail from Time Poole regarding meeting on Buckley AFB dining facility, dated May 19, 2006 . . . . . 71

12. E-mail from Susan Welch regarding closing of dining facility, dated May 22, 2006 . . . . . 73

13. E-mail from Joe Blackstone to Susan Welch on closing of dining facility, dated May 22, 2006 . . . . . 75

14. E-mail from Nicole White regarding meeting on Buckley AFB dining facility, dated June 14, 2006 . . . . . 77

15. Contract FA2543-03-C-0002 - Notice of Intent Not to Exercise Option Period 4, dated July 25, 2006 . . . . . 79

16. Letter from Tim Poole to Randy Henline, dated July 28, 2006 . . . . . 80

17. E-mail from Jesse Diaz regarding the focus group email, dated August 10, 2006 . . . . . 82

18. E-mail from Tracy Witcher regarding cover letter and closure memorandum for Buckley AFB Dining Facility, dated August 11, 2006 . . . . . 83

19. E-mail from Jacqueline Carter regarding meeting on dining facility, dated August 16, 2006 . . . . . 87

20. E-mail from Jami Cox to Jesse Diaz regarding Starbucks food service request for Buckley AFB, dated August 24, 2006 . . . . . 90

21. E-mail from Bonnie Ward to Jesse Diaz regarding timeline and task list, dated August 28, 2006 . . . . . 92

22. E-mail from Leach David to Tom Reid regarding WPB at Buckley AFB, dated August 28, 2006 . . . . . 94

23. E-mail from Bonnie Ward to Jesse Diaz regarding employee training manual, dated August 28, 2006 . . . . . 95

24. E-mail from Jane Callender to Randy Henline, etc. regarding focus group Survey, dated August 29, 2006 . . . . . . . . . . 147

25. E-mail from Jennifer Sandras to Randy Henline, etc. regarding Starbucks, dated September 7, 2006 . . . . . . . . . . 154

26. E-mail from David Leach to Jesse Diaz regarding Starbucks/Buckley AFB, dated September 11, 2006 . . . . . . . . . . 158

27. E-mail from Alicia O'Neil regarding follow up from September 6, 2006 restaurant meeting, dated September 12, 2006 . . . . . . . . . . 167

28. Letter from David W. Ziegler to Mr. T.A. Poole regarding food service, dated September 18, 2006 . . . . . . . . . . 169

29. Request for waiver for Buckley AFB Coffee Shop, undated . . . . . . . . . . 170

30. Restaurant Validation Analysis, dated September 25, 2006 . . . . . . . . . . 181