# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS

*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30*

1. REQUISITION NUMBER: SEE SCHEDULE

PAGE 1 OF 18

| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| FA2543-03-C-0002 | 02-Apr-2003 | | FA2543-03-R-0004 | 31-Dec-2002 |

7. FOR SOLICITATION INFORMATION CALL: a. NAME: SUSAN WELCH — b. TELEPHONE NUMBER *(No Collect Calls)*: 303-677-6447 DSN 877 — 8. OFFER DUE DATE/LOCAL TIME: 04:00 PM 24 Jan 2003

9. ISSUED BY — CODE FA2543

460 CONS / LGC (FA2543)
320 N. BEAVER CREEK ST.
(MS84)
BUCKLEY AFB CO 80011-9509

TEL: 303-677-9390 DSN 877
FAX: 303-677-6443 DSN 877

10. THIS ACQUISITION IS
[ ] UNRESTRICTED
[X] SET ASIDE: 100% FOR
[X] SMALL BUSINESS
[ ] SMALL DISADV. BUSINESS
[ ] 8(A)

SIC: 5812
SIZE STANDARD: 15 Mil

11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED
[ ] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30

[ ] 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION: [ ] RFQ [ ] IFB [X] RFP

15. DELIVER TO — CODE F38SV1
460 SVD / SV (F38SV1)
MSGT VELAZQUEZ
400 N. BEAVER CREEK ST
BLDG T-12 (MOD 2) MS 70
BUCKLEY AFB CO 80011-9509

16. ADMINISTERED BY — CODE FA2543
460 CONS / LGC (FA2543)
GEORGE JACKSON
GEORGE.JACKSON@BUCKLEY.AF.MIL
V:303-677-6452 F:303-677-6443 CO

17a. CONTRACTOR/ OFFEROR — CODE 3DM79
COLORADO STATE BUSINESS ENTERPRISE PROGR
2211 WEST EVANS, B
DENVER CO 80223-3817

TEL. 303-922-3658 — FACILITY CODE

18a. PAYMENT WILL BE MADE BY — CODE FA2543
460 CONS / LGC (FA2543)
AIR FORCE GOVERNMENT -WIDE PURCHASE CARD
320 N BEAVER CREEK
BUCKLEY AFB CO 80011-9509

[ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED [X] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: **See Schedule**

26. TOTAL AWARD AMOUNT: **$497,681.68**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. FAR 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [X] ARE [ ] ARE NOT ATTACHED

[X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. REF: State Of Colorado

[ ] 29. AWARD OF CONTRACT: REFERENCE OFFER DATED . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: SEE SCHEDULE

30a. SIGNATURE OF OFFEROR/CONTRACTOR

31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER)

31c. DATE SIGNED: 07-May-2003

30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*

30c. DATE SIGNED

31b. NAME OF CONTRACTING OFFICER *(TYPE OR PRINT)*
Susan Welch / Contracting Officer

32a. QUANTITY IN COLUMN 21 HAS BEEN
[ ] RECEIVED [ ] INSPECTED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

33. SHIP NUMBER — PARTIAL — FINAL

34. VOUCHER NUMBER

35. AMOUNT VERIFIED CORRECT FOR

32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE

32c. DATE

36. PAYMENT [ ] COMPLETE [ ] PARTIAL [ ] FINAL

37. CHECK NUMBER

38. S/R ACCOUNT NUMBER

39. S/R VOUCHER NUMBER

40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT

41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER

41c. DATE

42a. RECEIVED BY *(Print)*

42b. RECEIVED AT *(Location)*

42c. DATE REC'D *(YY/MM/DD)*

42d. TOTAL CONTAINERS

SECTION SF 1449 CONTINUATION SHEET

**TABLE OF CONTENTS**



| SECTION | DESCRIPTION | PAGE |
|---|---|---|
| A | Solicitation/Contract Form SF 1449 | 1 |
| B | Schedule of Supplies/Services (Continuation of SF 1449) | 3-8 |
| C | Solicitation Provisions & Contract Clauses | 10-18 |
| D | List of Attachments | 9 |

**BASIC YEAR:**
**PERIOD OF PERFORMANCE**
**02 APRIL 2003 THROUGH 30 SEPTEMBER 2003**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | | 1.00 | Lot | $18,963.61 | $18,963.61 |

Phase in period
FIRM FIXED PRICE - NON-PERSONAL SERVICE: The contractor's responsibilities include, but not limited to, hiring and training employees, coordinating security requirements for base access, cleaning the facility, sanitizing the food preparation equipment, ordering and stocking subsistence, developing applicable Operating Instructions, submitting reports/data as required, reviewing and downloading pertinent information/forms from HQAFSVA and AF publication websites, attending meetings with Government representatives if necessary, developing schedules, ordering contractor-provided supplies, and issuing uniforms. In accordance with (IAW) the SOW (Statement of Work), Section I, paragraph 14. (2 Apr 2003 - 27 Apr 2003)
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1.00 | Lot | $2,080.00 | $2,080.00 |

Linen Supplies
FIRM FIXED PRICE - Provide Linen Supplies IAW the SOW, (Appendix 7c, notes 1 & 2)
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1.00 | Lot | $5,775.00 | $5,775.00 |

Uniforms
FIRM FIXED PRICE - Provide Uniforms, IAW the SOW, Section IV, paragraph 4(j)
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 | | 5.00 | Months | $89,017.27 | $445,086.35 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Full Food Service Operation: IAW the SOW, Section I, paragraph 1. Tasks include facility management, food ordering, cleaning facilities and utensils, preparing food, bussing dining area tables, cashier services, cleaning facility, operation and preventive maintenance and repair of food service equipment, maintaining quality control. (1 May 2003 - 30 Sep 2003)
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1.00 | Lot | $9,530.00 | $9,530.00 NTE |

Major Maintenance and Repair
COST REIMBURSEMENT - Equipment Major Maintenance and Repair, IAW SOW, Section I, paragraph 9,. (See Note 3) NOT TO EXCEED
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 5.00 | Months | $681.00 | $3,405.00 NTE |

Extended Service Hours

COST REIMBURSEMENT - Extended Hour Service, Contingency/Emergency or Special Event Services IAW SOW Section I, paragraph 12(c), (See note 2) NOT TO EXCEED

ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0007 | | 1.00 | Lot | $1,900.00 | $1,900.00 NTE |

Consumable Supplies
COST REIMBURSEMENT - Consumable Supplies IAW SOW Section IV, paragraph 4(i), (See Note 3) NOT TO EXCEED
ACRN AA

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0008 | | 5.00 | Months | $408.00 | $2,040.00 NTE |

Random Anti-Terrorist Measures

COST REIMBURSEMENT - Random Anti-Terrorist Measures IAW SOW Section I, paragraph 3(k), (See Note 2) NOT TO EXCEED

ACRN AA

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0009 | | 3.00 | Days | $2,967.24 | $8,901.72 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Full Food Service Operation: IAW the SOW, Section I, paragraph 1. Tasks include facility managment, food ordering, cleaning facilities and utensils, preparing food, bussing dining area tables, cashier services, cleaning facility, operation and preventive maintenance and repair of food service equipment, maintaining quality control. (28 April 2003 - 30 Apr 2003)
ACRN AA

**TOTAL ESTIMATED VALUE BASIC YEAR (LINE ITEMS 0001-0009)** — **Not to Exceed** $497,681.68

**See notes following Option year four (4)**

**OPTION YEAR 1:**
**PERIOD OF PERFORMANCE**
**01 OCTOBER 2003 THROUGH 30 SEPTEMBER 2004**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | | 12.00 | Months | $92,732.65 | $1,112,791.80 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Contractor shall provide all management, supervision, labor, maintenance, equipment, tools, materials, supplies and other items or services necessary to perform Full Food Services Operation at the Buckley AFB High Frontier Dining Facility in accordance with the Statement of Work (SOW) and Appendices - As Attached. Option Year 1 (01 0ct 2003-30 Sep 2004).

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1002 | | 1.00 | Lot | $16,348.00 | $16,348.00 NTE |

Major Maintenance and Repair
COST REIMBURSEMENT - Equipment Major Maintenance and Repair, IAW SOW, Section I, paragraph 9,. (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1003 | | 12.00 | Months | $681.00 | $8,172.00 NTE |

Extended Service Hours
COST REIMBURSEMENT - Extended Hour Service, Contingency/Emergency or Special Event Services IAW SOW Section I, paragraph 12(c), (See note 2) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1004 | | 1.00 | Lot | $3,269.00 | $3,269.00 NTE |

Consumable Supplies
COST REIMBURSEMENT - Consumable Supplies IAW SOW Section IV, paragraph 4(i), (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1005 | | 12.00 | Months | $408.00 | $4,896.00 NTE |

Random Anti-Terrorist Measures
COST REIMBURSEMENT - Random Anti-Terrorist Measures IAW SOW Section I, paragraph 3(k), (See Note 2) NOT TO EXCEED

**TOTAL ESTIMATED VALUE OPTION YEAR ONE (LINE ITEMS 1001-1005)** **Not to exceed** $1,145,476.80

**See notes following Option year four (4)**

**OPTION YEAR 2**
**PERIOD OF PERFORMANCE**
**01 OCTOBER 2004THROUGH 30 SEPTEMBER 2005**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2001 | | 12.00 | Months | $92,732.65 | $1,112,791.80 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Contractor shall provide all management, supervision, labor, maintenance, equipment, tools, materials, supplies and other items or services necessary to perform Full Food Services Operation at the Buckley AFB High Frontier Dining Facility in accordance with the Statement of Work (SOW) and Appendices - As Attached. For option year 2 (01 0ct 2004-30 Sep 2005).

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2002 | | 1.00 | Lot | $16,348.00 | $16,348.00 NTE |

Major Maintenance and Repair
COST REIMBURSEMENT - Equipment Major Maintenance and Repair, IAW SOW, Section I, paragraph 9,. (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2003 | | 12.00 | Months | $681.00 | $8,172.00 NTE |

Extended Service Hours
COST REIMBURSEMENT - Extended Hour Service, Contingency/Emergency or Special Event Services IAW SOW Section I, paragraph 12(c), (See note 2) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2004 | | 1.00 | Lot | $3,269.00 | $3,269.00 NTE |

Consumable Supplies
COST REIMBURSEMENT - Consumable Supplies IAW SOW Section IV, paragraph 4(i), (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2005 | | 12.00 | Months | $408.00 | $4,896.00 NTE |

Random Anti-Terrorist Measures
COST REIMBURSEMENT - Random Anti-Terrorist Measures IAW SOW Section I, paragraph 3(k), (See Note 2) NOT TO EXCEED

**TOTAL ESTIMATED VALUE OPTION YEAR 2 (LINE ITEMS 2001-2005)** **Not To Exceed $1,145,476.80**

**See notes following Option year four (4)**

**OPTION YEAR 3:**
**PERIOD OF PERFORMANCE**
**01 OCTOBER 2005 THROUGH 30 SEPTEMBER 2006**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3001 | | 12.00 | Months | $92,732.65 | $1,112,791.80 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Contractor shall provide all management, supervision, labor, maintenance, equipment, tools, materials, supplies and other items or services necessary to perform Full Food Services Operation at the Buckley AFB High Frontier Dining Facility in accordance with the Statement of Work (SOW) and Appendices - As Attached. For option year 3 (01 Oct 2005-30 Sep 2006).

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3002 | | 1.00 | Lot | $16,348.00 | $16,348.00 NTE |

Major Maintenance and Repair
COST REIMBURSEMENT - Equipment Major Maintenance and Repair, IAW SOW, Section I, paragraph 9,. (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3003 | | 12.00 | Months | $681.00 | $8,172.00 NTE |

Extended Service Hours
COST REIMBURSEMENT - Extended Hour Service, Contingency/Emergency or Special Event Services IAW SOW Section I, paragraph 12(c), (See note 2) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3004 | | 1.00 | Lot | $3,269.00 | $3,269.00 NTE |

Consumable Supplies
COST REIMBURSEMENT - Consumable Supplies IAW SOW Section IV, paragraph 4(i), (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 3005 | | 12.00 | Months | $408.00 | $4,896.00 NTE |

Random Anti-Terrorist Measures
COST REIMBURSEMENT - Random Anti-Terrorist Measures IAW SOW Section I, paragraph 3(k), (See Note 2) NOT TO EXCEED

**TOTAL ESTIMATED VALUE OPTION YEAR 3 (LINE ITEMS 3001 – 3005)** — **Not To Exceed $1,145,476.80**

**See notes following Option year four (4)**

**OPTION YEAR 4:**
**PERIOD OF PERFORMANCE**
**01 OCTOBER 2006 THROUGH 30 SEPTEMBER 2007**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4001 | | 12.00 | Months | $92,732.65 | $1,112,791.80 |

Full Food Service
FIRM FIXED PRICE - NON-PERSONAL SERVICE: Contractor shall provide all management, supervision, labor, maintenance, equipment, tools, materials, supplies and other items or services necessary to perform Full Food Services Operation at the Buckley AFB High Frontier Dining Facility in accordance with the Statement of Work (SOW) and Appendices - As Attached. For option year 4 (01 0ct 2006-30 Sep 2007).

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4002 | | 1.00 | Lot | $16,348.00 | $16,348.00 NTE |

Major Maintenance and Repair
COST REIMBURSEMENT - Equipment Major Maintenance and Repair, IAW SOW, Section I, paragraph 9,. (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4003 | | 12.00 | Months | $681.00 | $8,172.00 NTE |

Extended Service Hours
COST REIMBURSEMENT - Extended Hour Service, Contingency/Emergency or Special Event Services IAW SOW Section I, paragraph 12(c), (See note 2) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4004 | | 1.00 | Lot | $3,269.00 | $3,269.00 NTE |

Consumable Supplies
COST REIMBURSEMENT - Consumable Supplies IAW SOW Section IV, paragraph 4(i), (See Note 3) NOT TO EXCEED

| ITEM NO | SUPPLIES/SERVICES | ESTIMATED QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 4005 | | 12.00 | Months | $408.00 | $4,896.00 NTE |

Random Anti-Terrorist Measures
COST REIMBURSEMENT - Random Anti-Terrorist Measures IAW SOW Section I, paragraph 3(k), (See Note 2) NOT TO EXCEED

**TOTAL ESTIMATED VALUE OPTION YEAR 4 (LINE ITEMS 4001-4005)** — **Not to Exceed $1,145,476.80**

**TOTAL ESTIMATED CONTRACT VALUE BASIC YEAR PLUS FOUR OPTION YEARS (LINE ITEMS 0001-4005)** — **Not to Exceed $5,079,588.88**

NOTES:

1. All extensions of the unit prices shown will be subject to verification between the unit price and the extension. The unit price shall prevail as the bid price. Unit prices and extended prices are required for each line item on the schedule. If the offeror elects to bid no cost for a line item it shall be annotated as "No Charge."
2. To support pricing of Item Nos. 0006, 0008, 1003, 1005, 2003, 2005, 3003, 3005, 4003 and 4005 a composite labor will be developed. These Item Nos. seek to provide a method by which the Government and Contractor can extend services to support the Dinning Facility for contingency, emergency and special event services. To do so, a composite rate (or average) for a traditional shift will be calculated for the purpose of pricing these Item Nos on an hourly basis. They shall include, but not limited to, the hourly rate for managers, supervisors, cooks, cashiers, and attendants. Note: All salaried employees are exempt and not included in this composite rate. (Example, if manager is salaried he/she will be excluded from the composite rate.) These Item Nos. shall be utilized to support continued services for extended shifts during contingencies, emergencies, and special events.
Clauses that apply: FAR 52.232-7, 52.232-7 (Alternate I), 52.232-7 (Alternate II), 52.232-20, 52.243-3, 52.246-6, 52.249-6 (Alternate IV), 52.249-6 (Alternate V)(**Note: Alternate V applies only if the award goes to a State Licensing Agency),** 52.249-14.
3. Clauses that apply: FAR 52.216-7, 52.216-26, 52.232-20, 52.242-1, 52.243-2, 52.243-2 (Alternate I), 52.243-2 (Alternate II), 52.246-3, 52.246-5, 52.249-6, 52.249-6 (Alternate II), 52.249-14.
Contractor is allowed all labor burden except profit.

**LIST OF ATTACHMENTS**

| DOCUMENT TYPE | DESCRIPTION | PAGES | DATE |
|---|---|---|---|
| ATTACHMENT 1 | SOW | 48 | FEB-04-2003 |
| ATTACHMENT 2 | WAGE DETERMINATION 1994-2081 REV 20 | 8 | MAY-29-2002 |

DELIVERY INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| 0001-0003 | 02 Apr 03 – 27 APR-03 | Lot | 1.00 | Dest. | F38SV1<br>460 SVD / SV (F38SV1)<br>MSGT VELAZQUEZ<br>400 N. BEAVER CREEK ST<br>BLDG T-12 (MOD 2) MS 70<br>BUCKLEY AFB CO 80011-9509 |
| 0004 – 0008 | POP 01-MAY-03 TO 30-SEP-03 | Months | 5.00 | Dest. | Same as CLIN 0001 |
| 0009 | POP 28-APR-03 TO 30-APR-03 | Days | 3.00 | Dest. | Same as CLIN 0001 |
| 1001-1005 | POP 01-OCT-03 TO 30-SEP-04 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 2001-2005 | POP 01-OCT-04 TO 30-SEP-05 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 3001-3005 | POP 01-OCT-05 TO 30-SEP-06 | Months | 12.00 | Dest. | Same as CLIN 0001 |
| 4001-4005 | POP 01-OCT-06 TO 30-SEP-07 | Months | 12.00 | Dest. | Same as CLIN 0001 |

ACCOUNTING AND APPROPRIATION DATA

**ACRN AA:** 5733400 303 83Z1 2345D2 010000 61950 35896F 503000 F03000
**AMOUNT:** $497,681.68

CLAUSES INCORPORATED BY REFERENCE:

| | | |
|---|---|---|
| 52.203-3 | Gratuities | APR 1984 |
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 1997 |
| 52.204-4 | Printed or Copied Double-Sided on Recycled Paper | AUG 2000 |
| 52.212-4 | Contract Terms and Conditions--Commercial Items | FEB 2002 |
| 52.215-21 | Requirements for Cost or Pricing Data or Information Other Than Cost or Pricing Data--Modifications | OCT 1997 |
| 52.216-7 | Allowable Cost And Payment | DEC 2002 |
| 52.216-26 | Payments Of Allowable Costs Before Definitization | DEC 2002 |
| 52.217-8 | Option To Extend Services<br>For the purpose of this clause, the blanks are completed as follows<br>**(a) 15 *days*** | NOV 1999 |
| 52.217-9 | Option To Extend The Term Of The Contract<br>For the purpose of this clause, the blanks are completed as follows<br>**(a) 30 *days (period of time within which the Contracting Officer may exercise the option; 60 days (preliminary written notice of intent)***<br>**(c) Not *exceed 4 years, 6 months*** | MAR 2000 |
| 52.222-1 | Notice To The Government Of Labor Disputes | FEB 1997 |
| 52.223-5 | Pollution Prevention and Right-to-Know Information | APR 1998 |
| 52.223-6 | Drug Free Workplace | MAY 2001 |
| 52.223-10 | Waste Reduction Program | AUG 2000 |
| 52.223-11 | Ozone-Depleting Substances | MAY 2001 |
| 52.223-12 | Refrigeration Equipment and Air Conditioners | MAY 1995 |
| 52.223-14 | Toxic Chemical Release Reporting | OCT 2000 |
| 52.224-1 | Privacy Act Notification | APR 1984 |
| 52.228-5 | Insurance - Work On A Government Installation | JAN 1997 |
| 52.232-7 | Payments Under Time-And-Materials And Labor Hour Contracts<br>For the purpose of this clause, the blank is completed as follows<br>**(h)(2) 30th** | DEC 2002 |
| 52.232-18 | Availability Of Funds | APR 1984 |
| 52.232-20 | Limitation Of Cost | APR 1984 |
| 52.233-3 | Protest After Award | AUG 1996 |
| 52.242-1 | Notice of Intent to Disallow Costs | APR 1984 |
| 52.243-2 Alt I | Changes--Cost-Reimbursement (Aug 1987) - Alternate I | APR 1984 |
| 52.244-2 | Subcontracts<br>For the purpose of this clause, the blanks are completed as follows:<br>**(e) none and (k) none.** | AUG 1998 |
| 52.245-2 Alt I | Government Property (Fixed-Price Contracts) (Dec 1989) - Alternate I | APR 1984 |
| 52.245-9 (Dev) | Use and Charges (Deviation) | APR 1984 |
| 52.246-3 | Inspection Of Supplies Cost-Reimbursement | MAY 2001 |
| 52.246-4 | Inspection Of Services--Fixed Price | AUG 1996 |
| 52.246-5 | Inspection Of Services Cost-Reimbursement | APR 1984 |
| 52.248-1 | Value Engineering | FEB 2000 |
| 52.249-6 Alt V | Termination (Cost Reimbursement) (Sep 1996) - Alternate V | SEP 1996 |
| 52.249-14 | Excusable Delays | APR 1984 |
| 252.223-7001 | Hazard Warning Labels | DEC 1991 |
| 252.223-7006 | Prohibition On Storage And Disposal Of Toxic And Hazardous | APR 1993 |

| | | |
|---|---|---|
| | Materials | |
| 5352.223-9000 | ELIMINATION OF USE OF CLASS I OZONE DEPLETING SUBSTANCES (ODS) | MAY 1996 |
| 5352.223-9001 | HEALTH AND SAFETY ON GOVERNMENT INSTALLATIONS | JUN 1997 |

CLAUSES INCORPORATED BY FULL TEXT

52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (MAY 2002)

(a) The Contractor shall comply with the following FAR clauses, which are incorporated in this contract by reference, to implement provisions of law or executive orders applicable to acquisitions of commercial items:

(1) 52.222-3, Convict Labor (E.O. 11755).

(2) 52.233-3, Protest after Award (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer shall check as appropriate.)

_X__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government, with Alternate I (41 U.S.C. 253g and 10 U.S.C. 2402).

___ (2) 52.219-3, Notice of HUBZone Small Business Set-Aside (Jan 1999).

___ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer).

___(4) (i) 52.219-5, Very Small Business Set-Aside (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____(ii) Alternate I to 52.219-5.

____(iii) Alternate II to 52.219-5.

_X__ (5) 52.219-8, Utilization of Small Business Concerns (15 U.S.C. 637 (d)(2) and (3)).

___ (6) 52.219-9, Small Business Subcontracting Plan (15 U.S.C. 637 (d)(4)).

___ (7) 52.219-14, Limitations on Subcontracting (15 U.S.C. 637(a)(14)).

___(8)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Concerns (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer.

___(ii) Alternate I of 52.219-23.

___(9) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

___(10) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_X__ (11) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

_X__ (12) 52.222-26, Equal Opportunity (E.O. 11246).

_X__ (13) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212).

_X__ (14) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793).

_X__ (15) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212).

____(16) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (E.O. 13126).

___ (17)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (42 U.S.C. 6962(c)(3)(A)(ii)).

___ (ii) Alternate I of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

____(18) 52.225-1, Buy American Act--Supplies (41 U.S.C. 10a-10d).

____(19)(i) 52.225-3, Buy American Act--North American Free Trade Agreement--Israeli Trade Act (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note).

____(ii) Alternate I of 52.225-3.

____(iii) Alternate II of 52.225-3.

____(20) 52.225-5, Trade Agreements (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_X___(21) 52.225-13, Restriction on Certain Foreign Purchases (E.O. 12722, 12724, 13059, 13067, 13121, and 13129).

____(22) 52.225-15, Sanctioned European Union Country End Products (E.O. 12849).

____(23) 52.225-16, Sanctioned European Union Country Services (E.O.12849).

_X___(24) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (31 U.S.C. 3332).

____(25) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (31 U.S.C. 3332).

_X___(26) 52.232-36, Payment by Third Party (31 U.S.C. 3332).

____ (27) 52.239-1, Privacy or Security Safeguards (5 U.S.C. 552a).

____ (28) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (46 U.S.C. 1241).

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, which the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items or components:

(Contracting Officer check as appropriate.)

__X__ (1) 52.222-41, Service Contract Act of 1965, As amended (41 U.S.C. 351, et. seq.).

__X__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (29 U.S.C. 206 and 41 U.S.C. 351, et. seq.).

| EMPLOYEE CLASS | GRADE | WAGE | FRINGE 29.5% | WAGE/ FRINGE |
|---|---|---|---|---|
| Cook I | WG6 | $14.00 | $4.13 | $18.13 |
| Cook II | WG8 | $16.15 | $4.76 | $20.91 |
| Baker | WG8 | $16.15 | $4.76 | $20.91 |
| Food Service Worker | WG1 | $8.63 | $2.55 | $11.18 |
| Food Service Worker Leader | WL1 | $9.49 | $2.80 | $12.29 |
| Cashier | GS2 | $9.01 | $2.66 | $11.67 |
| Storeroom Clerk/Stock Clerk | WG4 | $11.86 | $3.50 | $15.36 |
| Accounting Clerk III | GS4 | $11.04 | $3.26 | $14.30 |
| General Maintenance Worker | WG8 | $116.15 | $4.76 | $20.91 |
| Heating, Refrigeration and Air Conditioning Mechanic | WG10 | $18.30 | $5.40 | $23.70 |

__X_ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (29 U.S.C.206 and 41 U.S.C. 351, et seq.).

____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act - Price Adjustment (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

__X__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreement (CBA) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) or (d) of this clause, the Contractor is not required to include any FAR clause, other than those listed below (and as may be required by an addenda to this paragraph to establish the reasonableness of prices under Part 15), in a subcontract for commercial items or commercial components--

(1) 52.222-26, Equal Opportunity (E.O. 11246);

(2) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era and Other Eligible Veterans (38 U.S.C. 4212);

(3) 52.222-36, Affirmative Action for Workers with Disabilities (29 U.S.C. 793);

(4) 52.247-64, Preference for Privately-Owned U.S.- Flag Commercial Vessels (46 U.S.C. 1241)(flow down not required for subcontracts awarded beginning May 1, 1996)., and

(5) 52.222-41, Service Contract Act of 1965, As Amended (41 U.S.C. 351, et seq.).

(End of clause)

52.223-3 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997)

(a) "Hazardous material", as used in this clause, includes any material defined as hazardous under the latest version of Federal Standard No. 313 (including revisions adopted during the term of the contract).

(b) The offeror must list any hazardous material, as defined in paragraph (a) of this clause, to be delivered under this contract. The hazardous material shall be properly identified and include any applicable identification number, such as National Stock Number or Special Item Number. This information shall also be included on the Material Safety Data Sheet submitted under this contract.

| Material (If none, insert "None") | Identification No. |
|---|---|
| ______________ | ______________ |
| ______________ | ______________ |
| ______________ | ______________ |

(c) This list must be updated during performance of the contract whenever the Contractor determines that any other material to be delivered under this contract is hazardous.

(d) The apparently successful offeror agrees to submit, for each item as required prior to award, a Material Safety Data Sheet, meeting the requirements of 29 CFR 1910.1200(g) and the latest version of Federal Standard No. 313, for all hazardous material identified in paragraph (b) of this clause. Data shall be submitted in accordance with Federal Standard No. 313, whether or not the apparently successful offeror is the actual manufacturer of these items. Failure to submit the Material Safety Data Sheet prior to award may result in the apparently successful offeror being considered nonresponsible and ineligible for award.

(e) If, after award, there is a change in the composition of the item(s) or a revision to Federal Standard No. 313, which renders incomplete or inaccurate the data submitted under paragraph (d) of this clause, the Contractor shall promptly notify the Contracting Officer and resubmit the data.

(f) Neither the requirements of this clause nor any act or failure to act by the Government shall relieve the Contractor of any responsibility or liability for the safety of Government, Contractor, or subcontractor personnel or property.

(g) Nothing contained in this clause shall relieve the Contractor from complying with applicable Federal, State, and local laws, codes, ordinances, and regulations (including the obtaining of licenses and permits) in connection with hazardous material.

(h) The Government's rights in data furnished under this contract with respect to hazardous material are as follows:

(1) To use, duplicate and disclose any data to which this clause is applicable. The purposes of this right are to--

(i) Apprise personnel of the hazards to which they may be exposed in using, handling, packaging, transporting, or disposing of hazardous materials;

(ii) Obtain medical treatment for those affected by the material; and

(iii) Have others use, duplicate, and disclose the data for the Government for these purposes.

(2) To use, duplicate, and disclose data furnished under this clause, in accordance with subparagraph (h)(1) of this clause, in precedence over any other clause of this contract providing for rights in data.

(3) The Government is not precluded from using similar or identical data acquired from other sources.

(End of clause)

52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://farsite.hill.af.mil/

52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any (48 CFR) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

252.204-7004 REQUIRED CENTRAL CONTRACTOR REGISTRATION.(NOV 2001)

(a) Definitions.

As used in this clause--

(1) Central Contractor Registration (CCR) database means the primary DoD repository for contractor information required for the conduct of business with DoD.

(2) Data Universal Numbering System (DUNS) number means the 9-digit number assigned by Dun and Bradstreet Information Services to identify unique business entities.

(3) Data Universal Numbering System +4 (DUNS+4) number means the DUNS number assigned by Dun and Bradstreet plus a 4-digit suffix that may be assigned by a parent (controlling) business concern. This 4-digit suffix may be assigned at the discretion of the parent business concern for such purposes as identifying subunits or affiliates of the parent business concern.

(4) Registered in the CCR database means that all mandatory information, including the DUNS number or the DUNS+4 number, if applicable, and the corresponding Commercial and Government Entity (CAGE) code, is in the CCR database; the DUNS number and the CAGE code have been validated; and all edits have been successfully completed.

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the CCR database prior to award, during performance, and through final payment of any contract resulting from this solicitation, except for awards to foreign vendors for work to be performed outside the United States.

(2) The offeror shall provide its DUNS or, if applicable, its DUNS+4 number with its offer, which will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(3) Lack of registration in the CCR database will make an offeror ineligible for award.

(4) DoD has established a goal of registering an applicant in the CCR database within 48 hours after receipt of a complete and accurate application via the Internet. However, registration of an applicant submitting an application through a method other than the Internet may take up to 30 days. Therefore, offerors that are not registered should consider applying for registration immediately upon receipt of this solicitation.

(c) The Contractor is responsible for the accuracy and completeness of the data within the CCR, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to confirm on an annual basis that its information in the CCR database is accurate and complete.

(d) Offerors and contractors may obtain information on registration and annual confirmation requirements by calling 1-888-227-2423, or via the Internet at http://www.ccr.gov.

(End of clause)

252.212-7001 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO DEFENSE ACQUISITIONS OF COMMERCIAL ITEMS (FEB 2003)

(a) The Contractor agrees to comply with the following Federal Acquisition Regulation (FAR) clause which, if checked, is included in this contract by reference to implement a provision of law applicable to acquisitions of commercial items or components.

____ 52.203-3 Gratuities (APR 1984) (10 U.S.C. 2207).

(b) The Contractor agrees to comply with any clause that is checked on the following list of Defense FAR Supplement clauses which, if checked, is included in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items or components.

_X___252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991) (10 U.S.C. 2416).

____ 252.206-7000 Domestic Source Restriction (DEC 1991) (10 U.S.C. 2304)

____252.219-7003 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (DoD Contracts) (APR 1996) (15 U.S.C. 637).

____ 252.219-7004 Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan (Test Program) (JUN 1997) (15 U.S.C. 637 note).

_X___ 252.225-7001 Buy American Act and Balance of Payment Program (MAR 1998) (41 U.S.C. 10a-10d, E.O. 10582).

_X___ 252.225-7012 Preference for Certain Domestic Commodities (FEB 2003) (10.U.S.C. 2533a).

____ 252.225-7014 Preference for Domestic Specialty Metals (MAR 1998) (10 U.S.C. 2533a).

____ 252.225-7015 Preference for Domestic Hand or Measuring Tools (DEC 1991) (10 U.S.C. 2533a).

____ 252.225-7016 Restriction on Acquisition of Ball and Roller Bearings (DEC 2000) (____Alternate I) (DEC 2000) (Section 8064 of Pub. L. 106-259).

____ 252.225-7021 Trade Agreements (OCT 2002) (19 U.S.C. 2501-2518 and 19 U.S.C. 3301 note).

____ 252.225-7027 Restriction on Contingent Fees for Foreign Military Sales (MAR 1998) (22 U.S.C. 2779).

____ 252.225-7028 Exclusionary Policies and Practices of Foreign Governments (DEC 1991) (22 U.S.C. 2755).

____ 252.225-7029 Preference for United States or Canadian Air Circuit Breakers (AUG 1998) (10 U.S.C. 2534(a)(3)).

____ 252.225-7036 Buy American Act--North American Free Trade Agreement Implementation Act--Balance of Payment Program (MAR 1998) (_____Alternate I) (SEP 1999) (41 U.S.C. 10a-10d and 19 U.S.C. 3301 note).

____ 252.227-7015 Technical Data--Commercial Items (NOV 1995) (10 U.S.C. 2320).

____ 252.227-7037 Validation of Restrictive Markings on Technical Data (SEP 1999) (10 U.S.C. 2321).

____252.243-7002 Certification of Requests for Equitable Adjustment (MAR 1998) (10 U.S.C. 2410).

______252.247-7023 Transportation of Supplies by Sea (MAY 2002) (______Alternate I) (MAR 2000) (______Alternate II) (MAR 2000) (____Alternate III) (MAY 2002) (10 U.S.C. 2631).

____252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631).

(c) In addition to the clauses listed in paragraph (e) of the Contract Terms and Conditions Required to Implement Statutes or Executive Orders--Commercial Items clause of this contract (Federal Acquisition Regulation 52.212-5), the Contractor shall include the terms of the following clauses, if applicable, in subcontracts for commercial items or commercial components, awarded at any tier under this contract:

252.225-7014 Preference for Domestic Specialty Metals, Alternate I (MAR 1998) (10 U.S.C. 2533a).
252.247-7023 Transportation of Supplies by Sea (MAY 2002) (10 U.S.C. 2631).
252.247-7024 Notification of Transportation of Supplies by Sea (MAR 2000) (10 U.S.C. 2631)
(End of clause)

252.246-7000 MATERIAL INSPECTION AND RECEIVING REPORT (DEC 1991)

At the time of each delivery of supplies or services under this contract, the Contractor shall prepare and furnish to the Government a Material Inspection and Receiving Report in the manner and to the extent required by Appendix F, Material Inspection and Receiving Report, of the Defense FAR Supplement.

(End of clause)

5352.242-9000 CONTRACTOR ACCESS TO AIR FORCE INSTALLATIONS (MAY 1996)

(a) The contractor shall obtain base identification and vehicle passes for all contractor personnel who make frequent visits to or perform work on the Air Force installation(s) cited in the contract. Contractor personnel are required to wear or prominently display installation identification badges or contractor-furnished, contractor identification badges while visiting or performing work on the installation.

(b) The contractor shall submit a written request on company letterhead to the contracting officer listing the following: contract number, location of work site, start and stop dates, and names of employees and subcontractor employees needing access to the base. The letter will also specify the individual(s) authorized to sign for a request for base identification credentials or vehicle passes. The contracting officer will endorse the request and forward it to the issuing base pass and registration office or security police for processing. When reporting to the registration office, the authorized contractor individual(s) should provide a valid driver's license, current vehicle registration, valid vehicle insurance certificate, obtain a vehicle pass.

(c) During performance of the contract, the contractor shall be responsible for obtaining required identification for newly assigned personnel and for prompt return of credentials and vehicle passes for any employee who no longer requires access to the work site.

(d) When work under this contract requires unescorted entry to controlled or restricted areas, the contractor shall comply with AFI 31-209, the Air Force Resource Protection Program, and AFI 31-501, Personnel Security Program Management, as applicable.

(e) Upon completion or termination of the contract or expiration of the identification passes, the prime contractor shall ensure that all base identification passes issued to employees and subcontractor employees are returned to the issuing office.

(f) Prior to submitting an invoice for final payment, the prime contractor shall obtain a clearance certification from the issuing office which states all base identification passes have been turned in, accounted for, or transferred to a follow-on contract. This certification shall be submitted to the contracting officer prior to submission of the final invoice for payment.

(g) Failure to comply with these requirements may result in withholding of final payment.