# EXCERPT FROM FEDERAL ACQUISTION REGULATIONS

## FAR PART 52 – 52.217-9

---

### 52.217-9 -- Option to Extend the Term of the Contract.

As prescribed in 17.208(g), insert a clause substantially the same as the following:

**Option to Extend the Term of the Contract (Mar 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within _____ *[insert the period of time within which the Contracting Officer may exercise the option];* provided, that the Government gives the Contractor a preliminary written notice of its intent to extend at least ___ days [*60 days unless a different number of days is inserted*] before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed ___________ (months)(years).

(End of Clause)

---

# DEPARTMENT OF THE AIR FORCE

HEADQUARTERS AIR FORCE SPACE COMMAND

MEMORANDUM FOR AFSPC WING AND CENTER COMMANDERS

FROM: HQ AFSPC/FM
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4010

SUBJECT: Call for FY07 Contract Reduction Data (**SUSPENSE: 3 Apr 06**)

1. We believe the Air Force is headed for several years of lean O&M budgets. As the result of accelerating transformation, Air Force leadership has directed an Air Force-wide contractor reduction of almost $600M in FY07--of which $108M is AFSPC's share. As a command, we intend to take a top down programmatic approach to these reductions, but do not intend to do so in a vacuum. Consequently, the CC has directed a comprehensive contract review across the command. To proceed, you will be given a notional contract reduction number as a point of departure and a specific format to be followed as the deliverable. No contracts are exempt from consideration and should predominantly include those which net savings in FY07 and beyond. Specific guidance is being provided separately to your comptroller in an e-mail. Please give your comptroller support by ensuring all applicable functionals are energized to complete this short suspense.

2. Once your inputs are received, we will consolidate your inputs into a larger corporate recommendation. The CC wants me to assure you he understands this decision has to be made top down and remind you not to take any action to reduce contracts until a corporate decision is finalized. Again, the contract cut you receive for this tasking is notional and should only be used to size mission impacts. Your share may be more, less or none depending on what missions are chosen for reduction. While we must plan to pull the trigger, the CC intends to push back through the COCOM so please make your inputs as honest and hard hitting as possible. We anticipate a final course of action for the command by late April.

3. To minimize disruption and rumor, please limit the participation in this exercise to only those who need to be involved. Furthermore, because contractor involvement will likely be inevitable, please ask they restrict their discussions to only those people in the company necessary to develop the required proposals. If you have any questions, please feel free to contact me at DSN 692-3791.

Oswaldo Y. Mullins

OSWALDO Y. MULLINS, Colonel, USAF
Comptroller

cc:
AFSPC Wing and Center Comptrollers
AFSPC/DS

GUARDIANS OF THE HIGH FRONTIER

**From:** Corizzo Judy CIV USAF 460 CPTS
**Sent:** Monday, March 13, 2006 7:36 AM
**To:** Davis Linda K CIV USAF 460 CPTS; Fankhauser Aaron J CIV USAF 460 CPTS; Lazzara Cynthia L CIV USAF 460 CPTS; Raynor Lisa A CIV USAF 460 CPTS; Sadayasu Kathy K CIV USAF 460 CPTS; Sasiela Joel S TSgt MIL USAF 460 CPTS; Solheim Sharon L CIV USAF 460 CPTS
**Subject:** FW: Call for FY07 Contract Reduction Data - (Suspense: 3 Apr 06)
**Importance:** High

Please read, we will meet later to discuss.

---

**From:** Salmon, Deborah K GS-14 AFSPC/FMAI **On Behalf Of** AFSPC/FMA
**Sent:** Friday, March 10, 2006 6:19 PM
**To:** DeJesus Chris J Maj MIL USAF 460 CPTS
**Cc:** Corizzo Judy CIV USAF 460 CPTS; Bechthold, Harold E GS-14 AFSPC/FMAO; Coulahan, John E Lt Col AFSPC/FMAO; Dunlap, Frank A III GS-12 AFSPC/FMAO; Bumby, Barbara K GS-14 AFSPC/A7KP
**Subject:** Call for FY07 Contract Reduction Data - (Suspense: 3 Apr 06)
**Importance:** High

Juice,

Attached is a copy of the letter that Col Mullins sent to your Center Commander, as well as the specific guidance mentioned in the letter. If you have any questions, please don't hesitate to call.

v/r

John E. Coulahan, Jr., LtCol, USAF
Chief, Budget Operations

Call for FY07 Contract Reducti... | CRI EEICs ttachment 1.xls (19... | Exhibit B1 uidance.doc (36 KB... | Attachment 2 Exhib B 1 - Contr... | Buckley AFB.xls (16 KB)

# DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR FORCE SPACE COMMAND

MEMORANDUM FOR AFSPC WING AND CENTER COMMANDERS

FROM: HQ AFSPC/FM
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4010

SUBJECT: Call for FY07 Contract Reduction Data (**SUSPENSE: 3 Apr 06**)

1. We believe the Air Force is headed for several years of lean O&M budgets. As the result of accelerating transformation, Air Force leadership has directed an Air Force-wide contractor reduction of almost $600M in FY07--of which $108M is AFSPC's share. As a command, we intend to take a top down programmatic approach to these reductions, but do not intend to do so in a vacuum. Consequently, the CC has directed a comprehensive contract review across the command. To proceed, you will be given a notional contract reduction number as a point of departure and a specific format to be followed as the deliverable. No contracts are exempt from consideration and should predominantly include those which net savings in FY07 and beyond. Specific guidance is being provided separately to your comptroller in an e-mail. Please give your comptroller support by ensuring all applicable functionals are energized to complete this short suspense.

2. Once your inputs are received, we will consolidate your inputs into a larger corporate recommendation. The CC wants me to assure you he understands this decision has to be made top down and remind you not to take any action to reduce contracts until a corporate decision is finalized. Again, the contract cut you receive for this tasking is notional and should only be used to size mission impacts. Your share may be more, less or none depending on what missions are chosen for reduction. While we must plan to pull the trigger, the CC intends to push back through the COCOM so please make your inputs as honest and hard hitting as possible. We anticipate a final course of action for the command by late April.

3. To minimize disruption and rumor, please limit the participation in this exercise to only those who need to be involved. Furthermore, because contractor involvement will likely be inevitable, please ask they restrict their discussions to only those people in the company necessary to develop the required proposals. If you have any questions, please feel free to contact me at DSN 692-3791.

Oswaldo Y. Mullins

OSWALDO Y. MULLINS, Colonel, USAF
Comptroller

cc:
AFSPC Wing and Center Comptrollers
AFSPC/DS

| FY07 PBD 720 O&M Contract Reduction | | |
|---|---|---|
| AFEEIC 55400 | -$22,293 | |
| AFEEIC 55500 | -$10,458 | |
| AFEEIC 58300 | -$5,083 | |
| AFEEIC 58400 | -$290 | |
| AFEEIC 584JG | -$15 | |
| AFEEIC 59200 | -$57,953 | |
| AFEEIC 59206 | -$848 | |
| AFEEIC 59210 | -$211 | |
| AFEEIC 59215 | -$4,759 | |
| AFEEIC 592BI | -$162 | |
| AFEEIC 592BL | -$28 | |
| AFEEIC 59500 | -$4,742 | |
| AFEEIC 59520 | -$1,532 | |
| | -$108,374 | AFSPC Total CRI |

Attachment 1

# FY07
# CONTRACT REDUCTION INSTRUCTIONS
# (Suspense: 3 Apr 2006)

1. Contract Reductions: In his 6 Dec 05 Letter to Airmen, Secretary of the Air Force Wynne lays out a vision for persistent situations awareness in resource management. He discusses reconciling inequities between over- and under-stressed career fields and reducing the employment of contract services when we have the same capability within our organic strengths. Specifically, the Air Force's Transformation Flight Plan includes significant reductions to contractor services. To meet this mandate, the Air Force has begun a multi-year effort to draw down its reliance on contractual services by reevaluating organic capabilities and reducing the scope of our current contract support. In the words of our Secretary, "These actions will challenge you over the next few years, and I need all Airmen to contribute in order to ensure success." To minimize disruption and rumor, please limit the participation in this exercise to only those who need to be involved. Furthermore, because contractor involvement will likely be inevitable—please ask they restrict their discussions to only those people in the company necessary to develop the required proposals.

2. AFSPC/CC has directed FM obtain notional contract reduction data from each Wing/Center to be used by the corporate structure in their decision making process. Although, no specific guidance has been received from Air Staff we have developed a pro rata calculation for each Wing/Center and Headquarters account based on their DoDEE 13, FY05 gross commitments by PE. The pro rata amount was then applied to the Air Staff's reduction for each respective PE. The resulting PE reduction was then totaled for each OBAN. Attachment 1 is the EEICs the Air Staff and AFSPC used to lay in the contractor reductions. AFSPC's estimated share is $108M. Request the following data be submitted through your Wing/Center Commanders NLT 3 Apr 2006.

a. Exhibit B-1: Complete a new Exhibit B-1 (Attachment 2) for each contract reduction; do not include more than one contract on each exhibit. You may include more than one Program Element (PE) per contract for each Exhibit B-1. Please make sure each PE is on a separate line with all the information (i.e., EEIC, Wing/Center Current Year Funded Amount, FY07 Contract Reduction Amount, etc.). Additional guidance is included in the attachment example. Remember, this is a notional contract reduction but should represent your contract reduction priorities and an achievable solution should this contract be chosen to meet AFSPC total reduction amount.

b. We have provided a list of program elements (Attachment 3) used to develop your contract reduction amount. This list is how the Air Staff laid in these reductions in the FY07 PB. It is provided for a reference only and should not be interpreted as being where you must take these reductions.

c. Only DoDEE 13 commodities were used in developing the contract reductions with the exclusion of EEIC 578 (Contract Logistic Support). You may choose any of the DoDEE 13 EEIC's with the exception of EEIC 578 to show your notional contract reduction.

**Exhibit - B 1**

**AFSPC**

**WING/CENTER MANAGED CONTRACTS - REDUCTIONS**

**XXX WING/CENTER**

| CONTRACT TITLE | PE | EEIC | WING/CENTER CURRENT YEAR FUNDED AMOUNT | FY07 CONTRACT REDUCTION AMOUNT | FY07 REVISED WING/CENTER FUNDED AMOUNT | CURRENT NUMBER OF CONTRACTOR WORKYEAR EQUIVALENT* | FY07 CONTRACTOR WORKYEAR EQUIVALENT REDUCTION* | |
|---|---|---|---|---|---|---|---|---|
| This exhibit is designed to determine what level of reduction(s) you have taken for this specific contract. However, not all information will be available during the initial information request (Input due HQ AFSPC 3 April 2006) Show a breakout of your reduction(s) by number of contract personnel reduced, associated hours, and level of service(s) reduced by amount per service. **ONLY ONE CONTRACT PER EXHIBIT**. | | | | | | | | |
| **Example:** | | | | | | | | |
| **a. Mess Attendant Contract** | 35896F | 592 | $4,342.0 | $521.0 | $3,821.0 | 35 | | |
| | 35909F | 555 | $1,850.0 | $50.0 | $1,800.0 | 8 | | |
| **TOTAL** | | | **$6,192.0** | **$571.0** | **$5,621.0** | **43** | | |
| | | | | | | | | |
| **CONTRACTOR NAME:** | | | | | | | | |
| | | | | | | | | |
| **CONTRACT PERIOD:** | | | | | | | | |
| | | | | | | | | |
| **SERVICES SUSPENDED/REDUCED/ELIMINATED:**<br>Example: Eliminate midnight meal services ($250.0K).<br>Example: Elimination of all non-meal card holder | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **WING/CENTER MISSION IMPACT:** | | | | | | | | |
| **PBD 720 contract reduction are allocated throughout the FYDP therefore no offsetting unfunded should be submitted in your FY07 Financial Plan for these contract recductions. *CONTRACTOR WORKYEAR EQUIVALENT columns may not be known prior to the suspense date. Once you are given the authorization to proceed with implementing these reductions and have completed the contracting negotiations we will need additional information. Included on the Exhibit B-1 are gray shaded areas which will require updating. However, if you have an estimate, please include in the 3 Apr 06 submission and make sure to annotate these inputs as estimates. Once contracting has completed their actions please submit an updated Exhibit B-1 and change the Title from Exhibit – B-1 to Final Exhibit – B-1 at the top of the exhibit.** | | | | | | | | |
| | | | | | | | | Attachment 2 |

POC:
OFFICE SYM/PHONE:

| | | CRI |
|---|---|---|
| Z1 | 31378F | 79.0 |
| | 35879F | 286.0 |
| | 35895F | 347.0 |
| | 35896F | 750.0 |
| | 35914F | 1.0 |
| | 35915F | 183.0 |
| | 35919F | 4.0 |
| | 38699F | 99.0 |
| | 89732F | 1.0 |
| Z1 Total | | 1,750.0 |

Atch 3

**From:** Corizzo Judy CIV USAF 460 CPTS
**Sent:** Wednesday, March 15, 2006 9:39 AM
**To:** Anderson, Pamela Y CIV USAF 460 CES; Bachowski, Paula F MSgt MIL USAF 460 SW; Burrell, Bonnie L Civ USAF 460 MSG; Cohen, David CIV USAF 460 SW; Davis Linda K CIV USAF 460 CPTS; Dy-Miguel Sandra C CIV 460 SCS; Evans, Fred Jr MSgt MIL USAF 460 MSG; Figgs Evette TSgt AFOSI/Det 801 LG; Flynn Amy CIV USAF AFAA; Fulton, James F MSgt MIL USAF 460 SFS; Greene, Warren K SMSgt MIL USAF 460 SFS; Gregory, Karl B MSgt MIL USAF 460 MSS; Gutierrez, Victor M TSgt MIL USAF 2 SWS; Heflin, Jerry D CIV USAF 460 CES; Kendrick, Chandra M SSgt MIL USAF 2 SWS; Klein, Jaime I CIV USAF 460 SCS; Linton Julie CIV USAF 460 CONS; Losiewicz, Stanley M CIV USAF 460 CES; Lynnes Michelle A CIV USAF AFAA; Matzke, Bob S Civ USAF 460 MSS; Mcrae, Yolanda J CIV USAF 460 LRS; Moreno-Benton Marizza A Capt 460 MDG/SGSR; Pacheco, Rafael SSgt MIL USAF 460 SCS; Parker Vera CIV USAF 460 CPTS; Rogers Lynn M Civ 460 MDG/SGSR; Russo, Sibel CIV USAF 460 CES; Sandras, Jennifer L Civ USAF 460 MSG; Scheele Lisa S CIV USAF 460 SW; Schrader, Rubilyn T Civ USAF 460 MSG; Seath, Kim A MSgt MIL USAF 460 LRS; Simmonds, Roslyn A MSgt MIL USAF 460 SFS; Stewart, Phyllis A Civ USAF 460 OSS; Vance, Edward L Jr MSgt MIL USAF 460 SFS; Virostko, Michael A CIV USAF 460 OG; Wilcox, Amy L Civ USAF 460 MSS
**Cc:** Fankhauser Aaron J CIV USAF 460 CPTS; Lazzara Cynthia L CIV USAF 460 CPTS; Raynor Lisa A CIV USAF 460 CPTS; Sadayasu Kathy K CIV USAF 460 CPTS; Sasiela Joel S TSgt MIL USAF 460 CPTS; Solheim Sharon L CIV USAF 460 CPTS
**Subject:** FY07 Contract Review

All,

For those of you who were unable to attend the FWG on Monday, you may not be aware of the potential cut that the 460SW may take for FY07 & beyond. Basically, this is a budget drill to determine if any of our current contracts can be descoped or eliminated in FY07 to help us reach the goal of reducing our contracted services. We have already met with services to review their contracts. FMA and CONS will meet with CE to review theirs today at 1430, along with all RAs & QAEs whose squadrons have the CEITS contract. Please review the below attachments. This exercise will require approval by Col Ziegler and please note that our suspense has now changed from 31 Mar to 28 Mar.

*Contracts under review:*

FY07 Contracts .xls (32 KB)

Instructions and Guidance from AFSPC

Call for FY07 Contract Reducti... | CRI EEICs ttachment 1.xls (90... | Exhibit B1 uidance.doc (32 KB... | Attachment 2 Exhib B 1 - Contr... | Buckley AFB.xls (16 KB)

**If possible, please plan to attend the FMB tomorrow at 1500.**

Thanks!

Judy Corizzo, GS-12
Chief, Financial Analysis
DSN 847-7154
FAX DSN 847-6932

## FY 07 CONTRACTS

DODEE 13

| SQ | FA | Current Contract Number | Description | PEC | EEIC | Period of Performance | FY05 Amount | FY06 Amount | FY07 Amount (Fin Plan) | Brief Explanation of what the contract provides |
|---|---|---|---|---|---|---|---|---|---|---|
| CE | KS | FA2543-06-C-0001 | CEITs Contract | 35879F | 59290 | 01 Nov 05 - 30 Sep 06 | 0.00 | 2,821,922.44 | 3,010,040.28 | provides for CE services behind the fense |
| CE | LR | S5606157 | Tetra Tech | 31378F | 57000 | 07 Nov 05 - 15 Sep 06 | 0.00 | 885,500.00 | 885,500.00 | maintenance on New HVAC systems |
| 2SWS | KS | FA2543-06-C-0001 | CEITS | 35915F | 59290 | 1 Nov 05 - 30 Sep 06 | 0.00 | 532,446.44 | 577,523.04 | provides for SBIRS security receptionist services |
| LRS | KS | FA2543-06-C-0001 | CEITs Contract | 35896F | 59290 | 1 Oct 05 - 30 Sep 06 | 0.00 | 458,677.29 | 478,541.54 | Provides transportation services for BAFB |
| SCS | KS | FA2543-06-C-0001 | CEITs Contract | 35895F | 59290 | 01 Oct 05 - 30 Sep 06 | 0.00 | 319,200.97 | 362,300.00 | Provides IM services for BAFB |
| CE | LR | F4162403D86170121 | Tetra Tech | 31378F | 59290 | 29 Mar 06 - 15 Sep 05 | 204,200.00 | 204,200.00 | 204,200.00 | contractor position |
| 2SWS | KS | FA2543-06-C-0010 | CEITs - SBIRS MCS Security | 35915F | 59290 | 1 Oct 05 - 31 Oct 05 | 0.00 | 54,508.81 | 0.00 | not needed in FY07 |
| LRS | KS | F1K3CA5251A100 | CEITs Contract | 35896F | 59290 | 1 Oct 05 - 31 Oct 05 | | 75,825.91 | 0.00 | not needed in FY07 |
| SCS | KS | FA2543-06-C-0010 | Mini-CEITS Contract Extention | 35895F | 59290 | 01 Oct 05 - 31 Oct 05 | 0.00 | 68,321.86 | 0.00 | not needed in FY07 |
| CE | KS | FA2543-06-C-0010 | CEITs Contract | 35879F | 59290 | 01 Oct 05 - 31 Oct 2005 | 0.00 | 248,011.15 | 0.00 | not needed in FY07 |
| | | | | | | **Total of CEITS** | **204,200.00** | **5,668,614.87** | **5,518,104.86** | |
| | | | | | | | | | | |
| CE | LR | FA2543-04-C-0001 | Custodial Services | 35879F | 53120 | 01 Oct 05 - 30 Sep 06 | 1,343,000.00 | 1,257,483.13 | 1,792,000.00 | Custodial Services |
| SVS | AF | FA254303C0002 | Food Service Contract | 35896F | 59280 | 1 Oct 05-30 Sep 06 | 1,201,000.00 | 1,355,000.00 | 1,450,000.00 | Food prep, serving, cleaning, bussing, etc. |
| CE | LR | FA2543-05-C-0003 | Planning-Grounds Maintenance | 35879F | 53310 | 01 Oct 05 - 30 Sep 06 | 1,372,000.00 | 1,000,000.00 | 1,000,000.00 | Grounds, weed, pest & disease control, debris removal |
| OSS | AF | F1K1DA5256G001 | Diebold Security System Support | 35915F | 59290 | 1 Oct 05 - 30 Sep 06 | 0.00 | 22,435.00 | 503,500.00 | Security behind the fence that ADF had in the past |
| CE | LR | F4162403D8595SK07 | Milcon Support | 31378F | 59200 | 12 Dec 05 - 11 Dec 06 | 549,000.00 | 388,952.00 | 420,000.00 | Milcon support-plan,progran,engineer design,construction |
| SVS | AF | F1K3GC6040MV01 | Fitness Center MOA | 35896F | 592FC | 1 Oct 05-30 Sep 06 | 285,300.00 | 329,100.00 | 480,000.00 | Provides Payroll Costs Reimb to NAF for Fitness Employees |
| WS | JS | F1K0AA5207A100 | SCITOR - Contractor Support | 35896F | 584DG | 01 Oct 05 - 30 Sep 06 | 299,400.00 | 313,269.92 | 323,000.00 | Support for systems engineering, planning, and programming |
| CE | LR | FA2543-02-C-0002 | 4th Option yr- Refuse Contract | 35879F | 53330 | 01 Oct 05 - 30 Sep 06 | 41,000.00 | 103,593.24 | 61,000.00 | Refuse collection/Dumpster Pick-up |
| SVS | AF | FA254306P0006 | Towel Contract | 35896F | 59290 | 1 Oct 05-30 Sep 06 | 40,150.00 | 55,458.00 | 58,125.00 | Provide clean towels for Fitness Center customers |
| SVS | AF | FA254306P0013 | Sports Official | 35896F | 59290 | 01 Oct 05 - 30 Sep 06 | 41,500.00 | 46,100.00 | 47,100.00 | Provide flag football, volleyball, basketball and softball games |
| SVS | AF | FA254306P0002 | Aerobic instruction | 35896F | 59290 | 01 Oct 05 - 30 Sep 06 | 20,239.00 | 21,830.00 | 37,375.00 | Provide aerobic, cycling, and yoga programs |
| MSS | JS | F1K3BD5167A300 | Base Training Manager | 89732F | 59290 | 01 Oct 05 - 30 Sep 06 | 30,400.00 | 32,800.00 | 32,800.00 | Oversees Base Training Program Admisters CDC Test |
| SVS | AF | FA254306P0016 | Linen Cleaning CDC | 35896F | 59210 | 01 Oct 05 - 30 Sep 06 | 13,820.00 | 16,800.00 | 30,000.00 | Cleaning service for linen, bibs, toys, and other items |
| MSS | JS | F1K3BD5167A200 | Base Test Examiner | 89732F | 59290 | 01 Oct 05 - 30 Sep 06 | 12,147.48 | 12,852.45 | 12,900.00 | College & PME testing |
| SVS | AF | FA254306P0015 | Equip Maint Fit Ctr | 35896F | 59290 | 01 Oct 05 - 30 Sep 06 | 0.00 | 9,700.00 | 12,000.00 | Provide maintenance for cardiovascular and weight |
| WS | JS | FA2543-06-P-0007 | Music Service | 35896F | 59240 | 01 Oct 05 - 30 Sep 06 | 1,350.00 | 9,945.00 | 11,115.00 | Protestant Worship Musucian |
| MSS | JS | F1K3BB5194A100 | Employee Assistance Program | 35896F | 59290 | 01 Oct 05 - 30 Sep 06 | 6,840.00 | 7,704.00 | 7,704.00 | Employee Assistance Program |
| SVS | AF | FA254303C0002 | Contingency for Dining Facility | 35896F | 59280 | 1 Oct 05-30 Sep 06 | 1,000.00 | 6,922.00 | 6,922.00 | Transportation and labor costs for contingency operations |
| SVS | AF | FA254306P0012 | Aquarium at CDC | 35896F | 59290 | 01 Oct 05 - 30 Sep 06 | 4,608.00 | 4,820.00 | 4,820.00 | Service 1 salt water and 5 fresh water aquariums at the CDC |
| SCS | KS | F1K1CD5236A100 | SEWS Contract | 38699F | 59290 | 01 Oct 05 - 30 Sep 06 | 489,814.59 | 461,800.00 | | Early Warning System |
| LRS | SS | F1K3CA5192A100 | Multi-Wing Fuels Contract | 35896F | 59290 | 1 Oct 05 - 30 Sep 06 | 0.00 | 511,968.90 | | Fuels Contract for Base |
| | | | | | | **Total of Others** | **5,752,569.07** | **5,968,533.64** | **6,290,361.00** | |
| | | | | | | | | | | |
| | | | | | | **Grand Total of DODEE 13** | **5,956,769.07** | **11,637,148.51** | **11,808,465.86** | |
| | | | | | | | | | | |
| CE | LR | FA2543-04-F-0029 | BLDG T-631 Mod 6 Lease | 35879F | 47105 | 01 Oct 05 - 30 Sep 06 | | 58,200.00 | 0.00 | Lease and maintain Mod 6 (T-631) - expires 2006--removal |
| CE | LR | FA2543-06-P-0008 | BLDG T-12 Mod 2 | 35879F | 47105 | 01 Oct 05 - 30 Sep 06 | 806,000.00 | 222,180.00 | 280,000.00 | Lease and maintain Mod 2 (T-12)--until 30 Sept 2007 |
| CE | LR | FA2543-05-P-0011 | BLDG T-10 Mod 1 | 35879F | 47105 | 01 Oct 05 - 30 Sep 06 | | 214,644.00 | 0.00 | Lease and maintain Mod 1 (T-10) --expired 30 Sept 2006 |
| CE | LR | FA2543-05-P-0011 | BLDG T-13 Mod 4 | 35879F | 47108 | 01 Oct 05 - 30 Sep 06 | | 69,636.00 | 0.00 | Lease and maintain Mod 4 (T-13) - expires 30 June 2006 |
| CE | LR | FA2543-05-P-0012 | BLDG T-6 Mod 5 | 35879F | 47105 | 01 Oct 05- 31 Dec 05 | | 38,318.00 | 0.00 | mod has been removed |
| CE | LR | FA2543-05-F-0003 | XCEL BAFB/Annex | 35879F | 48020 | 01 Oct 05 - 30 Sep 06 | 1,646,000.00 | 2,054,000.00 | 2,054,000.00 | Utilities |
| CE | LR | FA2543-05-F-0003 | XCEL BAFB/Annex except 444 | 35879F | 48030 | 01 Oct 05 - 30 Sep 06 | 1,004,000.00 | 1,671,000.00 | 1,671,000.00 | Utilities |

## FY 07 CONTRACTS

**DODEE 13**

| SQ | FA | Current Contract Number | Description | PEC | EEIC | Period of Performance | FY05 Amount | FY06 Amount | FY07 Amount (Fin Plan) | Brief Explanation of what the contract provides |
|---|---|---|---|---|---|---|---|---|---|---|
| CE | LR | F1K3DA5166A400 | Water for Buckley Annex | 35879F | 48010 | 01 Oct 05 - 30 Sep 06 | 53,000.00 | 53,000.00 | 53,000.00 | Utilities |
| CE | LR | SPO600-02-D-7711 | Gas Annex Bldg 444 | 35879F | 48030 | 01 Oct 05 - 30 Sep 06 | 260,000.00 | 416,000.00 | 416,000.00 | Utilities |
| CE | LR | F1K3DA5166A600 | Sewer/Storm Drain Service | 35879F | 48040 | 01 Oct 05 - 30 Sep 06 | 85,000.00 | 99,000.00 | 99,000.00 | Utilities |
| CE | LR | F1K3DA5166A800 | Storm Drain Service at Annex | 35879F | 48040 | 01 Oct 05 - 30 Sep 06 | | 0.01 | | Utilities |
| CE | LR | F1K3DA5166A700 | Sewer at Annex | 35879F | 48040 | 01 Oct 05 - 30 Sep 06 | | 0.01 | | Utilities |
| CE | LR | | Water Services for Buckley AFB | 35879F | 48010 | 01 Oct 05 - 30 Sep 06 | 216,000.00 | 250,000.00 | 250,000.00 | Utilities |
| CE | LR | FA2543-05-C-0002 | Buckley Annex | 31378F | 53395 | 1 Oct 05 - 30 Sept 06 | | 90,000.06 | | grounds maintenance, pest mgmnt, refuse, real property |
| CE | LR | F1K3DA5201G001 | SAIC | 35879F | 61800 | 1 Oct 05 - 30 Sept 06 | 95,680.00 | 49,000.00 | 49,000.00 | provides firefighters w/capabilities & protection cloth/equipmnt |
| CE | LD | ???? | Recycling | | | | | | | |
| SCS | KS | | Sky tel Pager Service | 35895F | 443 | 01 Oct 05 - 30 Sep 06 | 7,254.56 | | | no current contract |
| SCS | KS | | Netcents (Avaya) Maint | 35895F | 56970 | | 74,731.80 | | | no current contract |
| SCS | KS | F1K1CA5258A100 | Nextel Cell and Blackberry Service | 35895F | 443 | 01 Oct 05 - 30 Sep 06 | 68,727.29 | 130,194.42 | 187,100.00 | Provides for cellular and blackberry services |
| SCS | KS | F1K1CD5223A100 | Satellite | 35895F | 449 | 01 Oct 05 - 30 Sep 06 | 30,000.00 | 20,000.00 | 20,000.00 | Provides for satellite tv service for Buckley AFB |
| LRS | SS | | Mobile Command Post | | | | | | | |
| LRS | SS | | GSA Vehicles | | | | | | | |
| 2SWS | LR | ???? | Shredder Maint | | | | | | | |

| | | CRI |
|---|---|---|
| Z1 | 31378F | 79.0 |
| | 35879F | 286.0 |
| | 35895F | 347.0 |
| | 35896F | 750.0 |
| | 35914F | 1.0 |
| | 35915F | 183.0 |
| | 35919F | 4.0 |
| | 38699F | 99.0 |
| | 89732F | 1.0 |
| Z1 Total | | 1,750.0 |

Atch 3

| | | CRI |
|---|---|---|
| Z1 | 31378F | 79.0 |
| | 35879F | 286.0 |
| | 35895F | 347.0 |
| | 35896F | 750.0 |
| | 35914F | 1.0 |
| | 35915F | 183.0 |
| | 35919F | 4.0 |
| | 38699F | 99.0 |
| | 89732F | 1.0 |
| Z1 Total | | 1,750.0 |

Atch 3

**Ward, Bonnie S Maj 460 MSG/SVD**

---

**From:** Missey, Joann P NAF-04 AFSPC/A7V
**Sent:** Wednesday, May 10, 2006 4:50 PM
**To:** Ward, Bonnie S Maj 460 MSG/SVD
**Cc:** Henline, Randy L Civ 460 MSG/SV; O'Neil, Alicia A NAF-04 AFSPC/A7VBB
**Attachments:** Tyson Branding Solutions.doc

Hi Major Ward,

I spoke with Alicia this afternoon and one possible concept is similar to a food court (offering a variety of different foods) using Tyson's Branding Solutions . Tyson has a variety of brand solutions that "offer customers a brand they trust without the time needed to create a brand or the expense of implementing a national chain."

There are many appealing aspects to possibly going this way. They help you get started, provide recipes, support, signage, marketing materials and equipment if needed. At the same time they offer flexibility in pricing, menus and promotions. There are some requirements involved of course and these include serving only Tyson products, and it also cannot be located in a commercial location which you are not. Also there is a minimum of what needs to be purchased such as a menu board, logo marquee and one other item such as counter signs. The prices of each branding solution vary depending on what you want and what you need.

Brand Solutions is sending some specifications forms which will enable you to mark off which equipment you have, what you might need and also request some digital photos. They will use these photos and specifications and do some photo rendering to create the overall environment. All of this is done to scale for actual fit and size. They will also do a cost estimate. I have asked if there is a reduction in cost if we choose 3 different brand solutions.

The 3 different concepts suggested are Ancho Grill, Crustano's Sandwiches and Sunset Strips. Attached is a description of each.

If this should all prove to be too costly we can still follow this same concept but do it on our own. This is just the thought process at this time as there are many things to take into consideration.

As far as labor/staffing is concerned is hard to determine. It may have to remain the same at this time.

There is also no problem with serving alcohol in the same location as the brand solutions.

I hope this helps and is another idea to discuss in your brain storming session tomorrow. Please let us know what you come up with as we are welcome to helping and working with your ideas as well.

Thank you,

Joann

Joann P. Missey
Marketing Specialist/Commercial Sponsorship

HQ AFSPC/A7VBM
Comm'l (719) 554-6839 or DSN: 692-6839
Joann.Missey@peterson.af.mil

# Crustano's Sandwich Crafters

The bistros of Europe, the cafés of America, and tables all over the globe inspired the Crustano's Sandwich Crafters branded solution. Our flavor-rich sandwiches are handcrafted from premium meats and specialty breads, topped off with a wide array of spreads and toppings. The Crustano's Sandwich Crafters branded concept has the worldly yet familiar appeal that will make it the #1 destination for your customers.

We've also created an array of global merchandising materials to promote each of our specialty sandwiches. In addition, we offer an operations manual complete with detailed sandwich builds, grand opening support, signage such as "Pick Up" and "Pay Here," and much more for this unique concept.

# New Sunset Strips

### Featuring Chicken Strips and Dips

We've given our very first branded solution a fresh new look and an updated menu. Now in addition to chicken tenderloins, *Popcorn Chicken Bites®,* fries, and dipping sauces that made it popular, our Sunset Strips branded solution has even more variety. The expanded menu satisfies the consumer need for healthier nonfried foods, featuring alternatives such as grilled chicken sandwiches, wraps, and Sunset Salads. To help maximize the usage of your operation, we're now offering a breakfast menu with a Sunrise Wrap, Rise & Shine Sandwich, and more. These new offerings will help you appeal to an even larger audience throughout the day.

We make it easy for you because we have everything you'll need to get your Sunset Strips unit underway. We'll help you kick things off with merchandising materials, grand opening support, an operations manual, and more. And if needed, we can supply you with new equipment, counter facades, and marquee signage, or we can also provide customized trade dress for your existing warmer equipment.

# Ancho Grill

Experience the Ancho! It's fresh. And it satisfies our urge to spice things up. Now over 55% of Americans crave Mexican or Tex-Mex food,* and this trend will only increase because the American food revolution is being led by the adoption of Mexican-style foods by the general population and the increasing U.S. Hispanic population.**

Give your patrons the fresh south-of-the-border fare they crave with the Ancho Grill branded solution from Tyson Foods, Inc. It features made-in-front-of-you fresh Mexican favorites — cravable quesadillas, nachos, burritos, soft tacos, enchiladas, and fiesta rice bowls — all with the flavor of ancho chiles. It puts a trendy, contemporary spin on traditional rustica Mexicana that will grab the attention of your customers.

Our Ancho Grill branded solution has all the support you'll need to make either inline or freestanding units mucho successful. We'll help you with menuing and promotional ideas, an operations manual, and much more. If needed, we can supply you with new equipment, or we can provide customized trade dress for your existing equipment.

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS AIR FORCE SPACE COMMAND

MEMORANDUM FOR ALL AFSPC Commanders 17 MAY 2006

FROM: HQ AFSPC/CV
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4010

SUBJECT: FY07 Contract Reduction – AFSPC Decision

1. The Command has now concluded almost three months of contract analysis to prepare for imminent reductions beginning 1 Oct 06. This is your notification to assess and begin your specific contract actions. Attached are the details by program to facilitate this direction.

2. You may recall in late March, AFSPC/FM provided a notional bogey necessary for you to complete a comprehensive review of your FY07 contracts. The depth and quality of your inputs generated enough concern to launch six weeks of corporate discussion and analysis. During these deliberations, we discovered the flat tax approach used to calculate your cuts created large mission gaps and risk which did not make sense. Therefore, the Commander directed the staff to find a corporate solution which balanced your insights with specific mission trade offs. In most cases, you will find your reductions are less than the numbers provided in the March tasking. This set of cuts should be reviewed with your NAF and center CC. We will review these potential cuts with them in a review on Friday, 19 May. This review will get the NAF/center CC inputs and finalize the command direction. So, please get your inputs to them before this review.

3. The current baseline for reducing the contracts for the programs identified is included. We understand this may be difficult in some cases and will continue to advocate the impacts to the Air Staff. The bottom line, however, is we must continue to find new ways to get the mission done in lieu of any near term relief. If you have any questions, my POCs are Col Mullins, DSN 692-3791 or Col Boggs, DSN 692-5250.

Thomas D Taverney

THOMAS D. TAVERNEY
Major General, USAF
Vice Commander

Atch: Contract Reductions by Wing

cc: AFSPC/A7
AFSPC/A3
AFSPC/FM
AFSPC Comptrollers

**Wing Specific Guidance**
**FY07 Contract Reductions**

460 SW, Buckley Air Force Base, CO

Wing Analyst: Frank Dunlap, FMAO, DSN 692-0800

**NOTE: All reductions are AFSPC/CC and council approved. Total Contract Reductions ($2,198K) for DODEE 13 are as follows:**

**Grounds Maintenance Contract (PEC 35879F/553XX):** Reduction of $440K

**Base Operating Support (PEC 35896F/Various):** Reduction of $1,758K: Food Service EEIC 59280 $1,435K; Wing A&AS EEIC 592JB $323K.