**Ward, Bonnie S Maj 460 MSG/SVD**

---

**From:** Missey, Joann P NAF-04 AFSPC/A7V
**Sent:** Wednesday, May 17, 2006 9:15 AM
**To:** Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD
**Subject:** The Lewis & Clark Grill
**Attachments:** The Lewis & Clark Grill 3.ppt

Morning,

Just a quick recap. Mick Symanzski (sp?) and Alicia came up with the concept similar to Applebees and Chilis for the renovation project last summer using a Montana theme. I went back with Alicia and helped with the actual interior design concept. Alicia created the menu, recipes, and trained the kitchen staff. Vicki Peterson trained the wait staff. I helped marketing with the soft and grand openings.

I hope the presentation file is not too big or IT is going to get me!

Joann P. Missey
Marketing Specialist/Commercial Sponsorship
HQ AFSPC/A7VBM
Comm'l (719) 554-6839 or DSN: 692-6839
Joann.Missey@peterson.af.mil


The Grand Opening of
The Lewis & Clark Grill