
GRIZZLY BEND CLUB
MALMSTROM AFB, MT