
Lewis & Clark
Grill
THE EXPEDITION
THE SOURCES OF THE MISSOURI
ACROSS THE ROCKY MOUNTAINS
RIVER COLUMBIA TO THE PACIFIC OCEAN
GOVERNMENT OF THE UNITED STATES
BY PAUL ALLEN, ESQUIRE.
PHILADELPHIA