
Lewis & Clark
Grill