

44