
Roger that.
Members get a
full 2% cash back