
CLUB