
GRIZZLY BEND CLUB