
20