
RAIDERS