
Discover your taste buds at
The Lewis & Clark Grill