-----Original Message-----
From: Ziegler David W Col 460 SW
Sent: Wednesday, May 17, 2006 7:46 PM
To: Muhs, Steven C Col 460 MSG/CC; Page, James P LtCol 460 CES/CC; Berg, Wayne F LtCol 460 MSG/CD; DeJesus, Chris J Maj 460 CPTS/CC; Donley, Patrick H Maj 460 SFS/CC; Phelps Patrick NMI Col 460 SW/CV; Chun Angeline P Maj 460 SW/DS; Perry, Marshall C Maj 460 LRS/CC; Simard Rene J CMSgt 460 SW/CCC; Tobin, David M Col 460 OG/CC; Seanger Danny G Col 460 MDG/CC; Bailey, Richard W Maj 460 CONS/CC
Cc: Ziegler David W Col 460 SW
Subject: Fw: FY07 Contract Reductions Notification--14 AF
Importance: High

Okay, folks, show time on the contract cuts for FY07.

AFSPC accepted the $1.75M cuts we forwarded AND tacked on another $440K for ground maintenance cuts. Total of $2.2M they want done by FY07.

We have until COB tomorrow to respond, so plan on going to budget drill warfoooting at the Ops Intel--would like the addressed principals to attend. If you're on leave, stay on leave.

In addition to talking to impact of the specific cuts, need to see:

- The briefing on what we would do in place of the HFDF.

- An option on cutting our security contract--how much do we save by reducing gate hours?

- Some quick answers on whether transfering bulk fuel ops to 140 Wing is doable--would like to send this forward if the $108K makes a difference.

Thanks,
Z

--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Shelton William L Maj Gen 14 AF/CC
To: Hyten John E Col 50SW/CC; Owen Mark H BrigGen 45 SW/CC; Santee, Jay G Col 21 SW/CC; Weinstein, Jack Col 30 SW/CC; Ziegler David W Col 460 SW; Billman Gregory M Col 45 SW/CV; Hutto James C Col 50SW/CV; Whelan Martin NMI Col 460 SW/CV; Tanous, Stephen M Col 21 SW/CV; Wolf Franklin R Col 30 SW/CV
CC: Wright Robert F Col 14 AF/CV; Henderson Scott A Col 14 AF/A3
Sent: Wed May 17 17:45:48 2006
Subject: FW: FY07 Contract Reductions Notification--14 AF

Folks-

I apologize for the short notice, but I need you to take a look at the attached for your wing's contract reductions for FY07. I need your impacts by COB tomorrow so we can aggregate them for the VTC with AFSPC/CV at 1000 Friday. Clearly our impacts will need to be hard-hitting to have any chance of swaying opinions—what will you stop doing if you have to take these cuts? I realize we're not getting much notice, but at least we're getting to play. Please forward your inputs to Col Scott Henderson by COB Thursday.

Thanks,

WS

From: Fuchs, Monica L Maj AFSPC/FME On Behalf Of AFSPC/FM
Sent: Wednesday, May 17, 2006 4:25 PM
To: Shelton William L Maj Gen 14 AF/CC; 14 AF/CC Workflow

CV FY07 Contract Reduction Not...

Cc: AFSPC/FM; Mullins, Oswaldo Y Col AFSPC/ M; Boggs, Patricia S Col AFSPC

460 SW Specific Contract Reduc... A7K; Coulahan, John E LtCol AF 21 SW Specific Contract Reduct... PC/FMAO; Hacker, Nancy J GS-15

30 SW Specific Contract Reduct... AFSPC/FMD; Fuchs, Monica L Maj 45 SW Specific Contract Reduct... AFSPC/FME; Bell, James LtCol 3

50 SW Specific Contract Reduct... CPTS/CC; McAdams, Michael D GM-15 AFSPC/A7K

Subject: FY07 Contract Reductions Notification--14 AF

Importance: High

Maj Gen Shelton,

Attached is a letter signed out by AFSPC/CV directing your wing commanders to review the AFSPC approved FY07 O&M contract reductions. Also attached are the specific reductions for your wings. In lieu of a final decision, Maj Gen Taverney is hosting a VTC, 19 May 06 beginning at 1000 MDT to listen to your feedback regarding the reductions. After your concerns have been vetted, we will finalize the command's direction. Please feel free to contact either myself (DSN 692-3791) or Mr. Mike McAdams, AFSPC/A7K (DSN 692-5250) should you have any questions.

<<CV FY07 Contract Reduction Notification Ltr - 17 May 06.pdf>> <<460 SW Specific Contract Reduction Latest.doc>> <<21 SW Specific Contract Reduction Latest.doc>> <<30 SW Specific Contract Reduction Latest.doc>> <<45 SW Specific Contract Reduction Latest.doc>> <<50 SW Specific Contract Reduction Latest.doc>>

V/R
Ozzie

OSWALDO Y. MULLINS, Colonel, USAF
Comptroller

E-mail Blackstone to Carter on Meeting Schedule (05-19-06)

From: Joe Blackstone [joe@blackstone-consulting.com]
Sent: Friday, May 19, 2006 8:17 AM
To: Carter, Jacqueline E TSgt 460 CONS/LGCP
Subject: RE: URGENT: Short Notice Telecom

Jacqueline,

I'm checking my schedule right now.

Can you tell me what the subject matter is for the urgent telecom?

Thanks,

Joe

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

-----Original Message-----
From: Carter, Jacqueline E TSgt 460 CONS/LGCP
[mailto:Jacqueline.Carter@BUCKLEY.AF.MIL]
Sent: Friday, May 19, 2006 5:44 AM
To: tim.poole@state.co.us; joe@blackstone-consulting.com; srightsell@juno.com
Cc: Henline, Randy L Civ 460 MSG/SV; Nolte, Eric K Civ 460 CONS/LGC; Kovacs, Attila Z Civ 460 CONS/LGCB; Welch, Susan J Civ 460 CONS/LGCB
Subject: URGENT: Short Notice Telecom

To All,

This email is to request your availability TODAY, for a telecom, at 1300 (MST). The telecom will be to discuss the current status of Buckley's Dining Facility contract.

Please send an email with the BEST NUMBER to reach you at during the above time. Feel free to invite anyone you would like to attend. If you CAN NOT attend please REPLY TO ALL and state a later time (i.e. 1315, 1330 ect.) or date if truly necessary.

My apology for the short notice.

//SIGNED//
JACQUELINE E. CARTER, TSgt, USAF
Contract Administrator
720-847-6677; DSN 847-6677
FAX: 720-847-6443; DSN 847-6443
EMAIL: jacqueline.carter@buckley.af.mil

Caution: This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the Office of the Assistant Secretary of the Air Force for Acquisition.
If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.

**From:** Tim Poole [Tim.Poole@state.co.us]
**Sent:** Friday, May 19, 2006 8:14 AM
**To:** joe@blackstone-consulting.com; Carter, Jacqueline E TSgt 460 CONS/LGCP; srightsell@juno.com
**Cc:** Kovacs, Attila Z Civ 460 CONS/LGCB; Nolte, Eric K Civ 460 CONS/LGC; Henline, Randy L Civ 460 MSG/SV; Welch, Susan J Civ 460 CONS/LGCB
**Subject:** Re: URGENT: Short Notice Telecom

Hi Ms. Carter, Steve Rightsell, Joe Blackstone, and myself are requesting that this meeting be moved up to Monday, May 22, 2006, you pick the time. Also, could you provide as an agenda for this meeting. thank you, have a wonderful weekend, Tim

Mr. Tim A. Poole, M.A., C.R.C.
Division of Vocational Rehabilitation
Business Consultant, Vocational Specialist
2211 West Evans Avenue
Denver, CO 80223
PH# 303-866-3463
CELL# 303-917-2306
FAX# 303-866-3933
tim.poole@state.co.us

Confidentiality Statement
This email message, and any attachments from the Colorado Department of Human Services, are confidential and intended solely for the use of the individual or entity to which it is addressed. The information contained herein may include protected or otherwise privileged information. Unauthorized review, forwarding, printing, copying, distributing, or using such information is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender by replying to this message, and delete the email without disclosure. Thank you.

>>> "Carter, Jacqueline E TSgt 460 CONS/LGCP" <Jacqueline.Carter@BUCKLEY.AF.MIL> 5/19/2006 7:44:06 AM >>>
To All,

This email is to request your availability TODAY, for a telecom, at 1300 (MST). The telecom will be to discuss the current status of Buckley's Dining Facility contract.

Please send an email with the BEST NUMBER to reach you at during the above time. Feel free to invite anyone you would like to attend. If you CAN NOT attend please REPLY TO ALL and state a later time (i.e. 1315, 1330 ect.) or date if truly necessary.

My apology for the short notice.

//SIGNED//
JACQUELINE E. CARTER, TSgt, USAF
Contract Administrator
720-847-6677; DSN 847-6677
FAX: 720-847-6443; DSN 847-6443
EMAIL: jacqueline.carter@buckley.af.mil

Caution: This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the Office of the Assistant Secretary of the Air Force for Acquisition. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.

**From:** Welch, Susan J Civ 460 CONS/LGCB
**Sent:** Monday, May 22, 2006 4:51 PM
**To:** 'joe@blackstone-consulting.com'; 'srightsell@juno.com'; 'Kimberly.Jones@state.co.us'
**Cc:** Bailey, Richard W Maj 460 CONS/CC; Ward, Bonnie S Maj 460 MSG/SVD; Nolte, Eric K Civ 460 CONS/LGC; Kovacs, Attila Z Civ 460 CONS/LGCB; Carter, Jacqueline E TSgt 460 CONS/LGCP
**Subject:** FA2543-03-C-0002 HIGH FRONTIER DINING FACILITY

**Attachments:** Closing of Dining Facility.doc

All,
Attached you will find the attendance sheet and minutes for today's meeting.
If you have any questions or concerns, feel free to call me, Team Lead Attila Kovacs 720 847-9952 or Contract Administrator TSgt Carter 720 847-6677.
Susan

//SIGNED//
Susan J. Welch
Chief, Base Infrastructure Flight
460CONS/LGCB
720 847-6447/DSN 847-6447
720 847-6443/DSN 847-6443 FAX
susan.welch@buckley.af.mil

Closing of Dining Facility.doc...

# RECORD OF ATTENDANCE AND MEETING MINUTES

**Solicitation/Contract No.: FA2543-03-C-0002 DATE: 22 May 2006 TIME: 1300**

**Project Title: HIGH FRONTIER DINING FACILITY CLOSURE FY2007**

| | | |
|---|---|---|
| | **Training** | **Bid Opening** |
| | **Negotiation Conference** | **Pre-performance Conference** |
| | **Pre-proposal/Pre-bid site visit** | **Business Strategy Panel** |
| | **Pre-proposal/Pre-bid conference** | **Pre-Final Inspection** |
| | **Informal Meeting** | **Final Inspection** |
| **X** | **Other: AF Services Spending Reduction** | |

| NAME | ORGANIZATION | TELEPHONE/E-MAIL |
|---|---|---|
| Susan Welch | 460CONS/LGCB | 720 847-6447 |
| Maj Bonnie Ward | 460MSG/SVD | 720 847-6919 |
| Maj Richard Bailey | 60CONS/CC | 720 847-6438 |
| Steve Rightsell | BCI Worley | 303 744-4205 |
| Kimberly Jones | CO Dept of Human Services | 303 866-3466 |
| * Joe Blackstone | Blackstone Consulting | 310 826-4389 |
| * Leatora Jefferson | Blackstone Consulting | 310 826-4689 |
| * Greg Shinn | Blackstone Consulting | 310 826-4689 |

*Phone in

**COMMENTS:**

Meeting held to inform State of Colorado and Blackstone Consulting management team of the Air Force's plan to reduce service costs. The High Frontier Dining Facility, Buckley AFB has been tagged to be closed NLT 30 Sep 06. It was explained the government would not modify the contract to decrease the option years at this time. The contractor is responsible to complete the contract, with the same level of service it has been providing up to this date.

Contractor questioned the possibility of the dining facility staying open. At this point in time it is 100% certain the dining facility will close its doors 30 Sep 06. The government will retain the right to exercise an option, if necessary. Proper notification will be given according to the terms of the contract, if that is necessary. At this point exercising an option does not appear likely.

Mr. Blackstone stated his staff will inform the dining facility personnel tomorrow of the closing. His staff will inform Services and Contracting when the news has been given to his personnel. Maj Ward stated, she and Mr. Henline will speak to the High Frontier Dining Facility employees also sometime after official notification.