E-mail Blackstone to Welch on Closing of Dining Facility (05-22-06)
From: Joe Blackstone [joe@blackstone-consulting.com]
Sent: Monday, May 22, 2006 5:16 PM
To: Welch, Susan J Civ 460 CONS/LGCB; srightsell@juno.com; Kimberly.Jones@state.co.us
Cc: Bailey, Richard W Maj 460 CONS/CC; Ward, Bonnie S Maj 460 MSG/SVD; Nolte, Eric K Civ 460 CONS/LGC; Kovacs, Attila Z Civ 460 CONS/LGCB; Carter, Jacqueline E TSgt 460 CONS/LGCP; Leatora Jefferson; 'Greg Shin'; 'Tim Poole'; 'Marilyn Morgan'
Subject: RE: FA2543-03-C-0002 HIGH FRONTIER DINING FACILITY

Susan,

Thanks so much for your accurate summary of this afternoon's meeting.

I had two questions that have come to mind in the meantime:

1. You mentioned that there would be personnel measuring in the dining facility during our final four months at the location. We do not anticipate any disruptions to services but as you indicated we wouldn't hesitate to advise you and your team if there were any difficulties. As a point of information, for what future purpose of the dining facility are the measurements being made?

2. Let's say that everything proceeds forward as it is anticipated right now. In other words no additional funding becomes available and the 60 day period for the Intent To Exercise the Option Year goes by on 8/2/06 and then the actual 30 day timeframe to exercise the option year also goes by on 9/1/06. We reach the date of 9/30/06 and the Rightsell/BCI team closes the dining facility. Is contract FA2543-03-C-0002 null and void on 10/1/06?

Thanks as always for your time today and in advance for clarification on the above questions.

Joe Blackstone

This e-mail, including attachments, may include confidential and/or proprietary information, and may be used only by the person or entity to which it is addressed. If the reader of this e-mail is not the intended recipient or his or her authorized agent, the reader is hereby notified that any dissemination, distribution, or copying of this e-mail is prohibited. If you have received this e-mail in error, please notify the sender by replying to this message and delete this e-mail immediately.

-----Original Message-----
From: Welch, Susan J Civ 460 CONS/LGCB [mailto:Susan.Welch@Buckley.af.mil]
Sent: Monday, May 22, 2006 2:51 PM
To: joe@blackstone-consulting.com; srightsell@juno.com; Kimberly.Jones@state.co.us
Cc: Bailey, Richard W Maj 460 CONS/CC; Ward, Bonnie S Maj 460 MSG/SVD; Nolte, Eric K Civ 460 CONS/LGC; Kovacs, Attila Z Civ 460 CONS/LGCB; Carter, Jacqueline E TSgt 460 CONS/LGCP
Subject: FA2543-03-C-0002 HIGH FRONTIER DINING FACILITY

All,
Attached you will find the attendance sheet and minutes for today's meeting.
If you have any questions or concerns, feel free to call me, Team Lead Attila Kovacs 720 847-9952 or Contract Administrator TSgt Carter 720 847-6677.
Susan

//SIGNED//
Susan J. Welch
Chief, Base Infrastructure Flight
460CONS/LGCB

720 847-6447/DSN 847-6447
720 847-6443/DSN 847-6443 FAX
susan.welch@buckley.af.mil

<<Closing of Dining Facility.doc>>

**Ward, Bonnie S Maj 460 MSG/SVD**

**From:** White, Nicole L Civ 460 MSG/SVML
**Sent:** Wednesday, June 14, 2006 3:57 PM
**To:** Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD
**Subject:** Joann Missey and Alicia O'Neils Visit on Monday 12 June

Here is what was discussed at Monday's meeting

- Do we need to get ILV's approval to open a new facility?
- Put the bar on the wall opposite outside patio door area.
  - There is plumbing on the other side of the wall, so that will keep expense down
  - Easy access to outside for smokers
  - Add high bar tables, use existing table tops, just order new bottoms and chairs
- Booths are moveable
- Putting the bar in the back room is not a good idea for the following reasons:
  - No one will see it
  - If it were to go on the back wall w/windows, there is no plumbing and no storage space because of windows
  - If it were to go on the side wall, where clipper is on the opposite side of wall, that is are very large wall and bar will get lost, if you put it in the center you would loose the space on either side of the bar

Décor
Paint all walls
New Artwork
Chair Rail on wall to break up wall
Lighting over booths
Tropical is a possible theme, very easy to do and inexpensive

Menu
Alicia, will have something on menus by next week
Looking at Deli, Pasta Bar, Salad Bar
Do Special Days, BBQ,
Don't do buffet every day, there is to much waste, and it is expensive
Will need 4 menus boards at $400 each (VGA is the source)

Computer programs
Will need to invest in Food Trak - this is the inventory system and also has recipe cards – Mary Ridder is the POC
Cost $3K

HOMEWORK
Source of Plasma TV's
Sales Projections
Breakfast Menu

Close down after contract ends and do the renovations then have a Grand Re-Opening, with sponsorship, so all out to show the base that the facility has changed, it is not just a new name and more expensive.

I think that is about all. Alicia said she will be in touch

*Nicole White*
Training Manager
460 MSG/SVML
400 N Beavercreek ST Stop 90
Buckley AFB CO 80011
PHONE - 720-847-9714
DSN - 847-9714
FAX - 720-847-6979
http://www.buckleyservices.com/