**DEPARTMENT OF THE AIR FORCE**
**460TH SPACE WING (AFSPC)**

25 July 2006

MEMORANDUM FOR STATE OF COLORADO BUSINESS ENTERPRISE PROGRAM
2211 W. Evans B
Denver, CO 80223-3817

FROM: 460 CONS/LGCB
510 S. Aspen St (MS92)
Buckley AFB CO 80011-9551

SUBJECT: Contract FA2543-03-C-0002, Full Food Service, Buckley AFB, Notice of Intent Not to Exercise Option Period 4

1. In accordance with Federal Acquisition Regulation and contract FA2543-03-C-0002, you are hereby notified of the Government's intent not to exercise Option Year 4 (CLINs 4001 – 4017), period of performance 1 October 2006 – 30 September 2007. The Government's decision not to exericse this option is for Government's convenience based on budgetary constraints.

2. Final Notification will be made by unilateral contract modification removing the option period of performance from the contract.

3. Request acknowledgement of this notice within three days of receipt by signing and returning. Return an original to address 460 CONS/LGCB, Attn: TSgt Jacqueline Carter, 510 S. Aspen St (MS 92), Buckley AFB, CO 80011, **and** facsimile to 720-847-6443.

4. Questions regarding this correspondence should be directed to the undersigned at (720) 847-9952 or TSgt Jacqueline Carter (720) 847-6677, email: jacqueline.carter@buckley.af.mil.

ATTILA KOVACS, Civ
Contracting Officer

1st Ind,

To: 460 CONS/LGCB
510 S Aspen Street (MS 92)
Buckley AFB CO 80011

SUBJECT: Receipt acknowledged

________________________ _______________
Signature/Print Name/Title Date

# STATE OF COLORADO

cdhs
Colorado Department of Human Services
*people who help people*

OFFICE OF ADULT, DISABILITY, AND REHABILITATION SERVICES
John P. Daurio, Manager

DIVISION OF VOCATIONAL REHABILITATION
BUSINESS ENTERPRISE PROGRAM
2211 West Evans Avenue, Building B
Denver, Colorado 80223
Phone: (303) 866-3484
TTY: (303) 866-3484
FAX: (303) 866-3933
Nancy Smith
Director

Bill Owens
Governor

Marva Livingston Hammons
Executive Director

July 28, 2006

Mr. Randy Henline
400 North Beaver Creek Street
Stop 90
Buckley Air Force Base
Aurora, CO 80011

Dear Mr. Henline:

I am writing to you on the behalf of the State of Colorado, Colorado Business Enterprise Program. This letter is to officially notify you that the Colorado Business Enterprise Program wishes to exercise its statutory priority under the Randolph-Sheppard Act to operate the food service at the High Frontier Inn at Buckley Air Force Base. As you know, the Colorado Business Enterprise Program, through our licensed blind vendor, Steve Rightsell, operates the High Frontier Inn at Buckley Air Force Base. We are very proud of Mr. Rightsell's operation and the high quality food and service he provides. We were disappointed that Buckley Air Force Base did not wish to exercise option period 4.

It is our understanding that Services for the base will be remodeling the High Frontier operation and turning this location into a grill, sports bar. As you may be aware, under the provision of the Randolph-Sheppard Act, 20 USC 107-107e, licensed blind vendors are afforded statutory priority to operate cafeterias, sports bar operations on Department of Defense and Homeland Security properties. Procedural guidance is found in DoD Directive 1125.3, in Title 32 Code of Federal Regulations, Part 260 (Department of Defense), and in Title 34 Code of Federal Regulations Part 395.33 (Department of Education).

The Colorado Business Enterprise Program would like to help you develop the High Frontier Dining facility and run this sports bar for you. The Colorado Business Enterprise Program is the State Licensing Agency for the State of Colorado under the Act. Your organization would contract directly with our agency for the requirement that you would need, then our agency would assign an experienced licensed blind vendor to manage this location. Mr. Rightsell would be perfect for this assignment, as he has a very strong understanding of the current operation and has extensive knowledge of running profitable food service operations. The Colorado Business



The Division Of Vocational Rehabilitation Assists Individuals Whose Disabilities Result In Barriers to Employment to Succeed at Work and Live Independently.

Enterprise Program also has funds available to assist you in your remodeling and to purchase additional equipment that you may need.

The Colorado Business Enterprise Program and Mr. Rightsell continue to believe that we can provide Buckley Air Force Base with the high quality food service it desires. We hope for a true good faith negotiation on your current project. We request a meeting at the earliest possible date to discuss these options with you.

You can reach me at (303) 866-3463 or by e-mail at tim.poole@state.co.us. I am writing in anticipation of a timely response to confirm the Department of the Air Force's desire to recognize the Randolph-Sheppard priority. I will await your response and appreciate your time and consideration.

Respectfully,

Tim A. Poole
Business Enterprise Program
Division of Vocational Rehabilitation
State of Colorado

Cc: Ms. Marilyn Morgan, Business Enterprise Program Supervisor
Dr. Kenneth Schmidt, Director of Field Services
Ms. Kathryne C. Gwinn, Assistant Attorney General, State of Colorado
Mr. Steve Rightsell, Licensed Vendor
Mr. Joe Blackstone, Blackstone Consulting

**From:** Diaz Jesse I Civ 460 SVD/SVK
**Sent:** Thursday, August 10, 2006 1:46 PM
**To:** Ward, Bonnie S Maj 460 MSG/SVD
**Subject:** 460th Services Division Lounge

**Maj Ward,**

**Here is the draft for the focus group email and also ma'am, when did you want me to have the base wide e-mail sent for the Town Hall Meeting for the new eating establishment on 23 Aug 06 at 1600 in the Community Activity Center.**

Good Afternoon,

**The Services Division is requesting each unit provide 4-5 people for focus groups to be held on 18 & 21 Aug. The purpose of the focus groups is to obtain feedback from the Buckley AFB military & civilian population. The feedback will influence the new menu and operations of a fast casual restaurant that will open in place of the current dining facility. The new restaurant will be open to all members of the Buckley AFB community. There will be 3 focus groups each day and if selected, the person will be notified what day and time to arrive for the focus group. Your help in accomplishing this is greatly appreciated.**

V/R

Jesse

**Jesus I. Diaz *(Jesse)***
**Marketing Director**
**460th Services Division**
**Buckley Air Force Base**
**COMM: 720-847-9622 DSN: 847-9622**
**COMM FAX: 720-847-6012 DSN FAX: 847-6012**
**jesse.diaz@buckley.af.mil**

***Our lives begin to end the day we become silent about things that matter. Martin Luther King Jr.***

[redacted]

---

**From:** Witcher, Tracy NMI LtCol AFSPC/A7VC
**Sent:** Friday, August 11, 2006 7:48 AM
**To:** Henline, Randy L Civ 460 MSG/SV
**Cc:** Ward, Bonnie S Maj 460 MSG/SVD; President Willie G Capt AFSPC/A7VR; Huliganga, Noel NMI SMSgt AFSPC/A7VC
**Subject:** FW: Cover Letter and Closure Memo for Buckley AFB Dining Facility

Randy,

Please find below the Air Staff approval email to close Buckley Dining facility.

Tracy

Lt Colonel Tracy Witcher
Chief, Combat Support Branch
HQ AF Space Command
DSN 692-5374; Comm 719-554-5374
tracy.witcher@peterson.af.mil

---

**From:** Gray, Maria M GS-07 AFSPC/A7VEA **On Behalf Of** AFSPC/A1S Workflow
**Sent:** Thursday, August 10, 2006 4:27 PM
**To:** Elliott, Lance E Col AFSPC/A7V
**Cc:** Witcher, Tracy NMI LtCol AFSPC/A7VC
**Subject:** FW: Cover Letter and Closure Memo for Buckley AFB Dining Facilit

Sir -

For your review. I imagine that we will receive official notification via US mail in due course.

Thanks -

Maria

---

**From:** Jones Linda Col AF/A1S [mailto:Linda.Jones@pentagon.af.mil]
**Sent:** Thursday, August 10, 2006 3:14 PM
**To:** Fortuna, John A GS-15 AFSPC/A7VD
**Cc:** AFSPC/A1S Workflow
**Subject:** Cover Letter and Closure Memo for Buckley AFB Dining Facilit

Mr Fortuna, your Jul 31 2006 request to close the High Frontier Dining Facility, Buckley AFB CO is APPROVED. Take care and stay safe.....

Col Linda F. Jones

Deputy Director of Services

-----Original Message-----
**From:** Hurd Kimberly J 1stLt AFSPC/A7VE **On Behalf Of** AFSPC/A1S Workflow
**Sent:** Monday, July 31, 2006 6:01 PM
**To:** AF/A1S Workflow
**Cc:** Elliott Lance E Col AFSPC/A7V; Fortuna John A GS-15 AFSPC/A7VD; Witcher Tracy NMI LtCol AFSPC/A7VC; President Willie G Capt AFSPC/A7VR
**Subject:** Cover Letter and Closure Memo for Buckley AFB Dining Facility

AF/A1S,

Please see attached request to close Buckley AFB Dining Facility. Lt Col Witcher is our POC for this matter, DSN 692-5374.

VR,

Lt

Kimberly J. Hurd, 1st Lt, USAF

HQ AFSPC/A1SE

Executive Officer to MAJCOM Chief of Services

DSN 692-9944 COMM 719-554-9944

Closure memo for Buckley's DFA...

**DEPARTMENT OF THE AIR FORCE**
**HEADQUARTERS AIR FORCE SPACE COMMAND**

JUL 3 1 2006

MEMORANDUM FOR HQ USAF/A1S

FROM: HQ AFSPC/A1S
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4210

SUBJECT: Closure of the High Frontier Dining Facility - Buckley AFB CO

1. As a result of HQ AFSPC directed Contract Service Cuts for FY07, the 460 SW/CC has recommended closing the High Frontier dining facility at Buckley AFB. We have carefully reviewed his proposal and concur with his decision.

2. If you should have any questions, please feel free to contact Lt Col Tracy M. Witcher, HQ AFSPC/A1SC, at DSN 692-5374, tracy.witcher@peterson.af.mil.

V/R
John A. Fortuna
JOHN A. FORTUNA, GS-15
Deputy MAJCOM Chief of Services

Attch
460 SW/CC Memo, 19 Jul 06

DEPARTMENT OF THE AIR FORCE
460TH SPACE WING (AFSPC)

26 JUL
TO: LT COL WITCHER

JUL 19 2006

MEMORANDUM FOR AFSPC/A1S

FROM: 460 SW/CC
510 South Aspen Street
Buckley AFB CO 80011

SUBJECT: Closure of the High Frontier Dining Facility

1. HQ AFSPC directed Buckley AFB to reduce 2007 contract costs by $2.1M. We completed a thorough review of existing contracts to determine which had the least effect on the wing mission. The review identified three contracts for elimination and/or reduction and met the reduction goal imposed by higher headquarters.

2. The dining facility contract ($1.4M) was one of the contracts proposed for elimination and was determined to be a warranted closure. Currently, the dining facility Essential Station Messing (ESM) patrons utilize the facility 28% of the time. An unofficial poll of the ESM patrons revealed an overwhelming majority preferred to receive Basic Allowance for Subsistence (BAS) rather than dine in the High Frontier Dining Facility.

3. The 460th Services Division will renovate and convert the existing dining facility into a Non-Appropriated Fund (NAF) food and beverage operation. This will be the only food operation on the installation other than the Base Exchange food court, which has limited hours and access by those working inside the restricted area.

4. If you have any questions, please contact Capt Joe Harrish, Services Combat Support Flight Commander, at DSN 847-5899.

David W. Ziegler
DAVID W. ZIEGLER, Colonel, USAF
Commander

**From:** Carter, Jacqueline E TSgt 460 CONS/LGCP
**Sent:** Wednesday, August 16, 2006 4:26 PM
**To:** Tim Poole
**Cc:** Welch, Susan J Civ 460 CONS/LGCB; Kovacs, Attila Z Civ 460 CONS/LGCB; Velazquez, Francisco J Civ 460 MSG/SVMF; Gowans, Bobby NMI Civ 460 MSG/SV; Henline, Randy L Civ 460 MSG/SV
**Subject:** Meeting
Mr. Poole,

Can you send me an agenda for your requested meeting and I will scheduled something as soon as possible?

Please understand that the Dining Facility is closing due to lack of funding and not because of any other reason. (Reference Notice Not to Exercise Option) As far as your concern about NAFI and re-opening the dining facility, this is out of the contracting office realm and can not be addressed, as we do not have the the knowledge of a planned event you reference.

Please let me know how you would like to proceed.

//SIGNED//
JACQUELINE E. CARTER, TSgt, USAF
Contract Administrator
720-847-6677; DSN 847-6677
FAX: 720-847-6443; DSN 847-6443
EMAIL: jacqueline.carter@buckley.af.mil

Caution: This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the Office of the Assistant Secretary of the Air Force for Acquisition. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.

-----Original Message-----
**From:** Carter, Jacqueline E TSgt 460 CONS/LGCP
**Sent:** Tuesday, August 15, 2006 8:49 PM
**To:** 'Tim Poole'
**Cc:** Welch, Susan J Civ 460 CONS/LGCB; Kovacs, Attila Z Civ 460 CONS/LGCB
**Subject:** RE: Not to Exercise Option

Mr Poole,

I just want you to know that I am not ignoring you, I just do not know, at this time, how to direct you or answer your question. I will pass this on to someone else who may be better able to answer your request.

//SIGNED//

JACQUELINE E. CARTER, TSgt, USAF
Contract Administrator
720-847-6677; DSN 847-6677
FAX: 720-847-6443; DSN 847-6443
EMAIL: jacqueline.carter@buckley.af.mil

Caution: This message may contain competitive, sensitive or other non-public information not intended for disclosure outside official government channels. Do not disseminate this message without the approval of the Office of the Assistant Secretary of the Air Force for Acquisition. If you received this message in error, please notify the sender by reply e-mail and delete all copies of this message.

-----Original Message-----
**From:** Tim Poole [mailto:Tim.Poole@state.co.us]
**Sent:** Wednesday, August 09, 2006 10:59 AM
**To:** Carter, Jacqueline E TSgt 460 CONS/LGCP
**Cc:** joe@blackstone-consulting.com; srightsell@juno.com; kc.gwinn@state.co.us; Ken Schmidt; Marilyn Morgan; Tim Poole
**Subject:** Not to Exercise Option

Hi Ms. Carter, sorry for the delay on the Notice of Intent Not to Exercise Option period #4. Please find the attached Notice signed. Although we have signed this document the State of Colorado is not in agreement with this document. The State of Colorado believes that the closing of the Dining facility and re-opening it as a non-appropriated funds location is harmful to the Randolph-Sheppard program. Please see the attached Memorandum that explains our view point. The State of Colorado and specifically the Business Enterprise Program is currently asking for a meeting with Mr. Henline to discuss our options. Thank you for your time and consideration to this matter. Tim

Mr. Tim A. Poole, M.A., C.R.C.
Division of Vocational Rehabilitation
Business Consultant, Vocational Specialist
2211 West Evans Avenue
Denver, CO 80223
PH# 303-866-3463
CELL# 303-917-2306
FAX# 303-866-3933
tim.poole@state.co.us
Confidentiality Statement
This email message, and any attachments from the Colorado Department of Human Services, are confidential and intended solely for the use of the individual or entity to which it is addressed. The information contained herein may include protected or otherwise privileged information. Unauthorized review, forwarding, printing, copying, distributing, or using such information

is strictly prohibited and may be unlawful. If you have received this message in error, please notify the sender by replying to this message, and delete the email without disclosure. Thank you.

[redacted]

**From:** Jami Cox [mailto:jamcox@starbucks.com]
**Sent:** Thursday, August 24, 2006 11:59 AM
**To:** Diaz Jesse I Civ 460 SVD/SVK
**Cc:** Cassi Shoeneman
**Subject:** Starbucks Foodservice Request for Buckley AFB

**August 24, 2006**

**Jesse Diaz**
**Dining Facility-Buckley AFB**
**Buckley AFT, CO**
**(720) 847-9622**

Thank you for your recent inquiry regarding serving Starbucks Coffee at your business. Our Starbucks Foodservice division provides a comprehensive coffee program designed to bring our premium coffees and strong brand recognition to your business.

We have a substantial coffee offering consisting of drip and espresso blends, as well as organic and fair trade coffees. In addition to the coffee itself, we offer a full line of Fontana flavored syrups and sauces, Gourmet Hot Cocoa, Tazo teas (iced, filterbag, and chai varieties), paper products, Creamice Latte, Mocha, Raspberry and Mango cold blended beverages among other items. Marketing is also available to qualified accounts.

The Starbucks Foodservice program is designed particularly for the following types of businesses:
Hotels & resorts
Colleges & universities
Healthcare
Catering companies

B&I (corporate foodservice application, cafeteria setting, etc.)
Fine dining restaurants
Recreation (country club, casino, large church application, etc.)
If your business falls outside one of these areas, I do apologize as we do not currently have a program for your business at this time.

In order to qualify for a Starbucks account, we request our customers maintain a minimum weekly coffee order. This is primarily to ensure that the relationship between Starbucks and your business is mutually beneficial, and to insure our investment in your business. Currently, the minimum coffee purchase we require of our customers is 25 pounds per week, which equals approximately 1200 cups of coffee per week.

We have recently made an arrangement with Sysco to distribute our products to our Foodservice customers. Therefore, the first step in serving Starbucks coffee is to obtain a Sysco account. If you do not currently have a Sysco account, please contact your local Sysco house Customer Service department. This number can be found on their website at www.sysco.com. Please note that Sysco may have a minimum order requirement over and above coffee and tea.

Once these two requirements are met (or if you are already meeting them), please feel free to contact me at the number below. At that time we can discuss additional details of a Starbucks Foodservice account, and I can put you in touch with one of our field representatives to take the next step.

If you do not meet the requirements above, please consider the opportunity of serving Seattle's Best Coffee, another premium coffee offered by Starbucks, in your business as an alternative. Seattle's Best Coffee is distributed by Sysco as well, but we are able to offer the coffee to a broader range of customers.

Thank you again for your interest in Starbucks Coffee!

Jami Cox
Starbucks Coffee Company
inside account representative
jamcox@starbucks.com
Direct Phone (206) 318-4919
Fax (206) 318-0213
Office Hours: M-F 7:30am-4:30pm *PST*

*Join the new tea culture. Ask me about Tazo Iced Tea...Eternally Refreshing.*

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** Ward, Bonnie S Maj 460 MSG/SVD
**Sent:** Monday, August 28, 2006 8:14 AM
**To:** Diaz Jesse I Civ 460 SVD/SVK
**Subject:** FW: Timeline and Task List

3 of 4

BONNIE S. WARD, Maj, USAF
Deputy Director, 460th Services Division
Buckley AFB, CO
(720) 847-6919 / DSN 847-6919

---

**From:** O'Neil, Alicia A NAF-04 AFSPC/A7VBB
**Sent:** Friday, July 07, 2006 5:15 PM
**To:** Ward, Bonnie S Maj 460 MSG/SVD
**Cc:** Jones Sr, George NMI GS-13 AFSPC/A7VP; oneila76@adelphia.net; Ravelo, Alayne A NAF-03 21 SVS/SVK
**Subject:** Timeline and Task List

Major Ward,
As promised here is the first cut of the timeline and the task list. It is only in draft form and I just put an estimated grand opening date of October 27th. I am TDY for the next two weeks but am going to continue to work this project. I will be working next week on preliminary menu suggestions and Alayne Ravelo will work on the focus group requirements and questions. Maybe a site visit the first week of August?

*Alicia*

Alicia O'Neil
Business & Community Activities Specialist
HQ AFSPC Services

92

150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4210
Phone: DSN 692-3204 Commercial 719-554-3204
Fax: DSN 692-9049 Commercial 719-554-9049

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** David Leach [mailto:dleach@starbucks.com]
**Sent:** Monday, August 28, 2006 3:04 PM
**To:** Tom Reid; Doug Koob
**Cc:** Diaz Jesse I Civ 460 SVD/SVK; Jami Cox
**Subject:** WPB at Buckley AFB

Hi Tom and Doug,

Please review my notes under FS opportunity # 627744 for web lead ID# 676404. I spoke with Jesse today. He is interested adding a coffee station to the dining facility set to be re-modeled this fall at Buckley Air Force base in Colorado. He explained that they will be making the facility open to civilian personnel rather than just military. They plan to have a Chili's-like concept in the bar area along with a Baja Fresh-like open area seating with counter service and want to have a Starbucks Branded coffee bar area in-line within the same facility. They have done a similar concept at Laughlin Air Force Base in Del Rio, TX.

I briefly explained cross-channel guidelines and mentioned that I would check with you two as to what agreements we have with the military, and how this facility might fit into a licensed store solution. Please feel free to contact Jesse directly for more information or advise me on how to proceed.

Thanks,

David C. Leach
territory manager
Starbucks Foodservice
303/859-3255 Cell
303/379-9492 Fax
dleach@starbucks.com

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

---

**From:** Ward, Bonnie S Maj 460 MSG/SVD
**Sent:** Monday, August 28, 2006 8:14 AM
**To:** Diaz Jesse I Civ 460 SVD/SVK
**Subject:** FW: Employee Training Manual

4 of 4

BONNIE S. WARD, Maj, USAF
Deputy Director, 460th Services Division
Buckley AFB, CO
(720) 847-6919 / DSN 847-6919

---

**From:** O'Neil, Alicia A NAF-04 AFSPC/A1SBB
**Sent:** Thursday, August 24, 2006 8:23 AM
**To:** Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD
**Subject:** Employee Training Manual

*Alicia*

Alicia O'Neil
Business & Community Activities Specialist
HQ AFSPC Services
150 Vandenberg Street, Suite 1105
Peterson AFB CO 80914-4210
Phone: DSN 692-3204 Commercial 719-554-3204
Fax: DSN 692-9049 Commercial 719-554-9049

9/29/2006

# LEGENDS

# OF

# HOSPITALITY

# Table of Contents

Telling the Services Story (The Big Picture) .......... 1

The Employee Promise .......... 2

The History of Legends .......... 3

How Do You Rate .......... 4

Our Jobs – What We Do .......... 6

How We Effectively Communicate & Build Relationships .......... 7

When You Can't Say Yes .......... 15

Engage With the Guest .......... 16

Learn What the Guest Needs .......... 18

Guest Service .......... 20

Lights, Camera, Action .......... 23

What Legendary Services Looks Like .......... 26

What It Takes To Be A Legend .......... 27

Make The Choice To Be A Legend! It's Not Just A Job, It's a Lifestyle .......... 28

Ritz Carlton Employee Expectations .......... 31

U.S. Air Force Rank Insignia .......... 32

# Telling the Services Story

## About Air Force Services:

Reports to Deputy Chief of Staff for Installations and Logistics

Supports AF personnel and their families worldwide, from the Front Line to the Home Front

Delivers the unique capability to provide both combat support and community services anywhere in support of Global Reach and Global Power

Operations Information:

- 24 hours a day, 365 days a year
- $1 Billion a year in revenue; $7.7 million in daily cash flows through NAF
- Over 2.8M average monthly visits to our fitness centers around the world
- Over 259,000 club members
- More than 100,000 children per day in our youth and child care programs
- Ranked as one of the top 25 lodging operations in the hospitality industry
- 109th largest food/beverage operation

## Why We Are Here:

Air Force Services enhances the quality of life for Air Force members and their families around the globe

Our services translate to improved morale, productivity and retention, which equal improved military readiness and preparedness

We are proud to stand side by side with Air Force men and women whenever and where ever needed

## Accomplishing our Mission:

Strong leadership, sound business practices and continuous training are the keys to accomplishing our mission

Funding comes from a combination of taxpayer and troop dollars

- Mission-essential programs are funded through Congressional appropriations
- Other programs and activities are partially or entirely self funded

## What We Do on the Front Line

Nothing speaks more to the importance of what the Services team contributes to the Air Force mission than our involvement in recent worldwide deployments

- Deployed Food, Lodging, Fitness and Recreation
- Internet Service
- Mortuary Affairs
- Field Libraries
- Protocol
- Armed Forces Entertainment
- Tops In Blue
- Readiness
- Field Exchanges
- Linen Exchange and Laundry
- Channeling items donated by citizens to front line troops

## What We Do on the Home Front:

At home, Air Force Services enhance the lives of Air Force members and their families:

- Fitness and Sports
- Dining Facilities
- Air Force Inns
- Child Development Centers
- Amusement Machines
- Bowling Centers
- Youth Sports
- Family Child Care
- Protocol
- Tickets and Travel
- Outdoor Recreation
- Air Force Clubs
- Community Centers
- Veterinary Treatment
- Recreation Equipment
- Auto Skills
- Restaurants/Catering
- Family Members Programs
- Food Service
- Golf Courses
- Youth Programs
- World Class Athlete
- Aero Clubs
- Libraries
- School Age Program
- Honor Guard
- AF Shooting Program
- Rod and Gun Clubs
- Riding Stables
- Arts & Crafts Centers
- Survivor Assistance
- Audio Clubs

# The Employee Promise

Within the Services family, our men and women are the most important resource in our service commitment to our guests.

By applying the principles of trust, honesty, respect, integrity and commitment, we nurture and maximize talent to the benefit of each individual and the Services Squadron.

# The History of Legends

What is a legend? To begin with, it's a story – one that inspires and impresses others. When you hear the stories behind legends, the exploits are adventures of the people in the stories might awe you.

Legends might be "polished" over time. But the essential story behind a legend is true, and it almost always deals with someone's triumph over adversity.

Legendary hospitality is the ultimate goal of Air Force Services. We want to generate a wave of stories featuring "you" – and all of the great things and extra efforts you can provide to make our guest's and fellow employee's experiences awesome!

## Objectives:

At the end of the session, you will be able to:

- Describe the essence of your job.
- Describe the three components of your message to the guest and what the most important component is.
- Proactively engage with our guests.
- Learn to handle difficult situations using a 5-step process
- Talk about how you, your supervisor/manager, and the Air Force are responsible for sustaining a Pure WOW and Legendary Culture
- Use the information in this session to create your personal WOW Factor!

# How Do You Rate?

Do you deliver legendary service on a regular basis? Take this quick survey and see how you rate! Results of this survey are confidential, and you do NOT have to share them. However, you may find some general areas to discuss with the group.

Answer the questions below using a 0-6 scale:

0 – never 1- sometimes 3 – often 6- always

When I talk with a guest, I make good eye contact to show that I am paying attention. ________

When I talk with a guest, I turn to face the guest and I don't continue to work on other things while I'm talking. ________

When a guest is upset, I stay cool and calm and I don't take what they are saying personally. ________

When I hear a phone ringing, I pick it up before the fourth ring. ________

I don't place guests on hold for more than 15 seconds. ________

I deal with guests' problems in a timely manner. ________

I think guests for their business. ________

I greet all guests before they have to ask for my attention. ________

When I can't provide what a guest asks for, I present alternatives that are useful for the guest. ________

I see guest complaints as gifts of information that we can use to improve our service. ________

I don't get caught up in who is "right" or "wrong during a guest complaint or suggestion. ________

My body language and tone of voice are correct for every guest interaction. ________

My uniform and nametag are clean and neat. ________

I see guests as the reason for my job, not interruptions to my job. ________

Your total score: ________

See how you rate on the next page!

**Check Your Results:**

**0-30 points:** There are many reasons for having a score in this range. Maybe you are brand new to your position and still learning how to interact with guests. If so, you're in the right place! This workshop will provide you with useful tools to increase your score. Perhaps you are an experienced service provider, but you've become a bit "rusty". If so, this session should help.

**31-65 points:** You have a good knowledge of guest service skills, and you are on the road to legendary service! This session will provide you with useful tools to increase your score.

**66 or more points:** Congratulations! You're a role model! You are demonstrating excellent hospitality day in and day out. To continue to grow, consider sharing your success stories with the group today and outside the session in conversation with employees. We hope we can provide you with some extra tools and guidance to make your guest interactions truly legendary.

Notes:

# Our Jobs: What We Do

Most jobs are composed of activities – things we do every day, or every week. What are some of the activities you do in your current job – be specific? List them below.

| | | |
|---|---|---|
| Answer the Phone | Pick up Trash | Bus Tables |
| ______________ | ______________ | ______________ |
| ______________ | ______________ | ______________ |

Circle the ones that deal with communication

Other's deal with guest experience

Ensure that you are not too task oriented and forgets the customer.

Applies to both internal and external customers.

Do you see any similarities, or groupings, in the activities you do in your job? What things do many of your activities have in common?

The essence of our jobs…

Communication
Building Relationships

Notes:

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

# How We Effectively Communicate and Build Relationships

## Listening

It is important to listen to others with empathy if we are going to build legends.

What is empathy? It is a way of understanding the other person's point of view, even if we don't agree with it. As Stephen Covey says in 7 Habits of Highly Effective People, "We must seek first to understand others, and only after we understand the other person should we seek to be understood."

Listening with empathy includes being able to reflect the other's words and feelings, showing with words and actions that you are interested and focused on the other person, and asking the right kinds of questions.

## Questioning

If we ask appropriate questions, it is amazing how much information we can obtain from a guest. With this information, we will be in a much better position to provide legendary service. It's imperative that we ask the right kinds of questions!

Questions are generally of four types:

Open-ended questions – "How was everything?" and "How was your stay?" often don't focus enough on specific information.

Closed-ended questions – "Can I get you anything else?" and "Is everything okay?" often focus too much on specific information (usually a yes/no answer).

Rhetorical questions – "We wouldn't want to do that, would we?" and "Beautiful presentation of the meal, right?" often lead the guest to an answer that we prefer instead of discovering the true needs of the guest.

Focused open-ended questions – "What is one thing you would like us to do differently next time?" or "What was the most enjoyable part of your meal? Will often provide specific, interesting information that will lead you to legendary service.

Notes:

## Common Questions in Our Operations

| Open-Ended Questions | Closed Questions | Rhetorical Questions | Focus Open Ended Questions provide best chance of providing legendary service |
|---|---|---|---|
| "How was everything?" | "Was everything okay?" | "Everything was okay, right?" | If we could improve one thing about your experience, what would it be?" or "What did you enjoy most about your meal?" |
| "How is your meal?" | "Is your meal okay?" | "You ordered the steak, right?" | "What would make your meal more enjoyable this evening?" or "What else may I provide you to complete your meal with us? |

Notes:

## Tools for Communicating and Building Relationship:

If we know that the essence of our jobs is communicating and building relationships, then how can we do those things to build legendary service?

## Three Components of Communication:

Words Used = 7% of total Message
Tone of Voice = 38% of total Message
Body Language = 55% of total Message

Notes:

## Body Language

"What you do speaks so loudly that I cannot hear what you say."

-Ralph Waldo Emerson

Research has shown that the words we use alone only contribute 7% of the message we send when we communicate with others. The tone "music" we use, and our body language or non-verbal "dance" make up the overwhelming majority of the message.

Is any exchange between two people or within a group, messages are communicated not only through what is said, but also through the underlying body language, or subtext. Subtext is a kind of covert language that may add to the verbal, spoken text – reinforcing and strengthening it – or may contradict it, canceling out the spoken promises and agreements made.

In fact, this is one great definition of being sincere. If the body language and tone of voice you use with a guest doesn't match the actual words you use, your guest will think of you as insincere.

The key aspects of body language are below. Note that most of the information here pertains to North American culture. We work with a diverse audience so be cognitive of other cultures and appropriate body language.

## Eye Contact

Making eye contact is a powerful "attending skill" in the body language component of communication. "Attending" means presenting yourself physically in a manner that shows you are paying attention to the people with whom you are communicating. When you use attending skills, you are building a rapport with them. You are communicating that you value them as individuals and are interested in what they have to say.

In the case of eye contact, meeting your guest's eyes shows that you want to listen to the guest's message. Remember to that the guest's message will also be composed primarily of body language, so you will want to read this body language and respond appropriately.

One way to establish good eye contact is to immediately focus on the guest's eyes and face when they approach you, regardless of what you are doing. This demonstrates that you are genuinely interested in what the guest has to say.

If is possible to overdo eye contact. Don't "stare" your guest down. Allow yourself a few seconds to really see the emotions in your guest's eyes, and then attend to other parts of the guest's body language. Return to the eyes from time to time to demonstrate your sincere interest in the guest's needs.

## Facial Expressions

Your face is often the second thing your guest notices about you (after your eyes). Is your face hard, lined, and scrunched up because of the stress of the day? Or do you

consciously relax, check the guest's emotional state, and empathize with them immediately?

Some people think that the only "good" facial expression is a smile. Many training programs emphasize the idea of smiling at the guest. Certainly this is a good thing—if you have read the guest's eyes and know that they are looking for a smile. Sometimes, however, guests are concerned, angry, upset, or simply have a question. Your reading of the guest's body language will help you know when smiling is appropriate and when it is not. Imagine saying to a guest, your table is not ready and it won't be for another 30 minutes with a beaming grin on your face. How do you think the guest would react?

## Posture and Movements

The way you are standing, sitting or facing the guest tells them a great deal about how interested, enthusiastic, concerned or happy you really are. Leaning or stepping away from a guest t, turning you body away, using your hands to try to multitask when a guest is speaking to you, or looking at your watch are all indicators to the guest that you are not interested in providing legendary service.

You can use three important posture and movement features to show interest and sincerity to a guest. First, nodding shows that you are paying attention to what the guest is saying. Second, facing the guest is critical to showing your interest—and this means facing the guest with your entire body, not just your head. Third, leaning forward slightly says via body language, I really want to know what you have to say.

Hand Gestures. Ever notice on an airplane how the flight attendants point to the exits? They almost never point with one finger—usually they point with two or three fingers. This is because pointing with one finger is considered to be rude by many people. We encourage the use of open handed gestures. This means all fingers extended, flat hand, palm up or palm out. When pointing out features of the menu the gesture is seen as much more inviting rather than commanding.

Notes:

## Touching

For interactions with guests, the most command and usually the only recommended way to touch is via the handshake. When shaking hands, provide a firm grip. Not the "grip of death," but not the "cold fish" handshake, either.

For fellow employees, it is sometimes appropriate to encourage, congratulate, or praise someone with a touch on the arm, between the shoulder and writ. However, stay alert to the body language signals that the other person may give you. If you touch someone on the arm as a way of signaling your encouragement or praise, and they move their arm away, they are telling you not to touch them. Respect their wishes.

## Personal Space

This refers to the distance between you and the guest—and the guest will dictate this personal space with his or her own body language. If you notice a guest moving away from you, take this as a clue that they wish more personal space; they are more likely to trust you. In general, the zone of comfort for guests is about 18-36 inches.

Notes:

## Tone of Voice

When face-to-face with a guest, your tone of voice will make up 38% of the total message. However, when on the phone, body language cannot be seen by the guest. Over the phone, a whopping 86% of your total message is conveyed by your tone of voice.

Below are the key aspects of tone of voice that will help you to better communicate with guests.

## Inflection

This refers to the differences in pitch and emphasis on words as you speak. Nothing makes a bad first impression like a host saying to a guest, Welcome to Lewis and Clark Grill in a boring monotone that sounds like you've said it a thousand times. Our guests don't care how many times you may have said a particular phrase—for them, they are always hearing it for the first time.

## Volume

In most guest situations, you will want to match your volume to that of the guest. However, in situations where the guest is angry and loud, never try to match volume. This will only create an escalating shouting match. Instead, respond at a lower, more intimate volume. You will find that, in most cases, the guest will respond to your softness by lowering their volume as well.

## Pacing and Rate

Guests from some geographic locations may talk very fast, or very slow, at least in you're your mind. This is a cultural issue that has nothing to do with how intelligent or sophisticated a guest is. You will crate more trust with guest by doing your best to match your pace of speaking with theirs.

Matching pace and rate is especially important when on the telephone. If a guest seems to be speaking very slowly or very rapidly, they are telling you that they are most comfortable with that rate of speech. Adjust your own rate to better match the guest's, and you will indicate to them that you better understands all of their needs.

## Verbiage

Avoid using acronyms

- Even for military new guests or retirees
- Don't use slang
- Proper invite greeting

## Words Used

As we have seen, words are not all we have when communicating with guests. The actual words we use make up only 7% of the total message – 14% of the message when on the phone.

However, certain words and phrases will certainly encourage legendary hospitality more than others. Below are some common examples. What other words and phrases can you use to inspire legendary service?

| Less chance of legendary service | Greater chance of legendary service |
|---|---|
| Having dinner? | Welcome! Will you be dining at Lewis and Clark Grill this evening? |
| Cash or Check? | Would you like to use your club card; you receive double points on base in the Cash Rewards program |
| It's not my job. | Let me find someone who can help you. |
| Do you want… | Would you like… |
| Hold, please. | May I place you on hold? |
| You can't… | Please allow me to check some options for you. |
| There's nothing we can do. | I apologize for the inconvenience. Let me find out what we can do. |
| You're all set. | What else can I assist you with today? |
| Let me get back to you. | May I call you back with more information in five minutes? |

Notes:

# When You Can't Say "Yes"

Sooner or later, no matter how legendary your guest service skills are, you will have to say "no" to a guest. And as you know from experience, perhaps your own experience as a guest, not getting what you want can be very disappointing.

But… is the actual "product" or "service" all that the guest wants? In a word, no!

Guests (including our members, employees, vendors we work with, even our friends and relatives) are looking for six basic needs in addition to the real product or service they actually speak about.

Ask Yourself…

What does this guest really need, and how can I provide it?

- Friendliness
- Fairness
- Information
- Control
- Choices
- Understanding

# Engage with the Guest

Engage with the guest and learn what they need.

When we interact with guests we need to ENGAGE with them in order to create legendary experiences.

- Extraordinary –
  - Creates a seamless experience
  - Right information, right people at the right time
- Need
  - Anticipate needs
  - Provide everyone with personalized services
- Greet
  - Greet everyone with smiling eye/voice contact
  - Communicate in a positive encouraging manner
- Attitude
  - Put the guest first
  - Come to work
- Genuine
  - Be sincere and caring
  - Remember the little things
- Enthusiastic
  - Have fun and be innovate
  - Help the guest discover new experiences

**Enthusiastic:**
AS the saying goes, a smile is contagious. Whether our guests are visiting us for work or pleasure, the enthusiasm you display on the job will set the tone for creating legendary experiences. It is up to you to WOW the guest by guiding them to new adventures. Have fun on the job and allow our guests to share in that fun.

**Need**
Every guest is a unique individual. Meeting our guests' needs before they ask will give you an opportunity to WOW them. Focused open-ended questions will help you gather critical information for assessing and meeting our guests' needs.

Everyone likes to feel important and valued. Adding a personal touch to our interactions will promote these feelings. This can be as easy as using our guests' names and rank. This extra effort will make each individual feel special.

**Genuine**
Webster's Dictionary defines genuine as "real and authentic." A simple gesture, such as thanking a guest and inviting them back, can make a visit memorable. Our guests are able to detect our level of sincerity through our body language, tone of voice and words.

**Attitude**
Choose your attitude. You have the choice to have a positive attitude. When you come to work, be there in mind as well as body. Remember that our guest always come fist and too many times we miss an opportunity to create a legendary experience because of preoccupation with our own lives.

Make the decision to be positive! Not only will you enjoy your time on the job, productivity and guest satisfaction will increase.

**Greet**
The Golden Rule…treat others the way you want to be treated. Everyone wants to be acknowledged. One of the most important things you can do on the job is to greet our guests. Saying hello to every guest with a smile, whether in person or on the phone, is the best way to make a positive first impression. And as we all know…first impressions last forever.

**Extraordinary**
Lewis and Clark Grill has all the ingredients necessary for an extraordinary experience. The guest should have a seamless experience as they move around the Club. It is your responsibility to guide the guest throughout their dining experience.

When we apply the concepts of the ENGAGE model, we are able to go above and beyond and create a WOW experience for our guests.