# LEARN What the Guest Needs

No matter what we do, there will always be guests who are demanding. We have to expect this—we are in a business that focuses on discerning guests and for the business they give us, they expect the very best.

Every so often, no matter how well you apply the principles in this session, you may encounter a service error—a situation where we have made a mistake that impacts a guest or employee negatively. How can we recover from service errors, knowing that our discerning guests might rightly be upset?

We use a well known model for service recovery. Let's LEARN this model
Listen, Empathize, Apologize, React and Notify

## Listen

It is critical that you are in peak listening mode when a gust is upset. Allow your guest to vent. If you use words like "calm down" or "you don't seem to understand," you will do nothing except push the guest from annoyed to enrage.

Your body language is extremely important. Maintain eye contact, lean slightly forward, nod frequently, and don't speak.

## Empathize

We have probably experienced almost every bad guest experience at some point in our lives. Remember that a key aspect of empathic listening is listening with the intent to understand. You may not necessarily agree with them, however, you must be able to show your understanding.

Besides using your body language and tone of voice to show empathy, some words you can use include, "I can see how you would feel that way," or "I understand how upset that must make you."

## Apologize

A sincere apology goes a very long way towards soothing an upset guest. But remember, the definition of sincerity is that all three components of your message must be in sync. If your body language and tone of voice are not empathic, caring and understand, then words like "I apologize," or "I am very sorry to hear about your situation," will be meaningless.

## React

Here is where truly legendary service can blossom! Your reaction to the problem will tell the guest everything. You have an opportunity to create a legendary experience by asking yourself, "What does this guest really need, and how can I provide it?"

Remember that, even if you can't provide the actual product or service the guest wants, you can always provide many of the guest's unstated needs. Your ability to provide those needs will make the difference between a guest who feels that things worked out okay and one who truly feels WOWED.

## Notify

Notify the guest of all resolutions options; and notify supervisors, managers or fellow employees about the situation so that we might prevent it or permanently improve our service.

Another way of looking at this step in our LEARN model is…follow up. Promise the guest that you will follow up and then make that promise happen!

You should be careful to promise only what you know you can provide. Then, when you do follow up, provide some extra service or touch that will WOW the guest and make their experience truly legendary.

# Guest Services

**A guest is not an interruption of our work. They are the reason why you are at work.**

We are not doing them a favor by providing service - they are doing us a favor by letting them serve us.

**What is Guest Services?**

- Combination of Product and Performance
- Different types of guest services
  - 1st Class
    - Making every guest feel welcome and comfortable from the minute they arrive until they leave.
    - Ensure total guest satisfaction
  - So So
  - Bad

**Why is it important?**

- Guests determine the success or failure of our restaurant.
- It costs 6 times more to attract a new guest than to keep one.
- A satisfied guest tells 3 people.
- A dissatisfied guest tells 11 people.

**Why do people Quit?**

| **Some startling facts regarding the reasons businesses lose customers:** | |
|---|---|
| Customer dies | 1% |
| Moved away | 3% |
| Influenced by friends | 5% |
| Lured away by the competition | 9% |
| Dissatisfied with product | 14% |
| **Turned away by an attitude of indifference on the part of a company employee 68%** | |
| **Can you afford to let your restaurant staff have an attitude of indifference toward your guests?** Source: THE PRYOR REPORT, Vol. 10, No. 4a | |

**How Do We Avoid Losing Customers?**

- Develop Guest Services Attitude
  - Put yourself in their shoes.
    - Guests are looking for you to assist them with their needs.
  - Be upbeat, positive and truthful.
    - Guests will believe you are committed to satisfying them.

**The Guest's Journey**

- The Approach
- The Encounter
- The Transaction
- The Finale

**The Approach**

- Outside
  - Is there trash? Are both doors unlocked?
- Inside
  - Counters, Restrooms, Tables, Promo Boards

**The Encounter**

- Speaking without words
  - Cleanliness and neatness communicate competence.
  - Look professional & people will take you more seriously.
  - Gestures-Tightly closed arms/hands in pockets create barriers.
  - Facial expressions- your face speaks to guests.

**The Transaction**

- A pleasant, friendly greeting.
  - Make eye contact.
- A positive and helpful attitude.
  - Knowledge
- A professional and accurate transaction.
  - Quality
- Teamwork
- An apology for any delay
- A quick resolution to problems
- A sincere thank-you for their business.

**Complaints-Recovery**

- Stay Calm
- Listen Carefully
- Empathize
- Accept responsibility
- Find a solution
- If you can't fix it, get their number and let the manager follow up.

**Whose Job Is It?**

- Yours
- Every Team Member

**Service**....The ability to create and sustain a service culture can be a decisive success factor. Service is such an important part of the dining experience that even excellent food preparation cannot sustain a restaurant in most markets today without a well-trained and courteous staff to present it. **73% of the reason customers return to a restaurant is service!**

**Sales**....If the wait staff does not act like a sales force, which they are, they are not doing their job.

# Lights, Camera, Action

*Act 1: This is Show business*

**Who will benefit?**

**Every role in the show-Front of house, heart of the house, behind the scenes.**

In Act 1, every role will learn the importance of exceeding audience expectations and the personal benefits from offering a great performance.

| | |
|---|---|
| ACT 1 | What is restaurant show business?<br>Famous cast members<br>Elements of a successful show<br>You play a key role in the show<br>Supporting roles<br>Why is great service important?<br>The benefits of great service<br>The Impact of positive word of mouth advertising<br>The Impact of negative word of mouth advertising<br>Why customers don't return<br>How to deal with an unhappy customer<br>What's in it for you?<br>Exercise: 3 ways to positively affect the dining experience |

*Act 2: Opening night*

**Who will benefit?**

**Wait staff, Bar Staff, Front of house.**

In Act 2, your cast will learn the true nature of their role, along with supporting roles of the extended cast and crew. Stage presence, body language and personal hygiene are other key elements of this module.

| | |
|---|---|
| ACT 2 | Extra extra read all about it<br>What customers expect<br>What impacts customer satisfaction?<br>Your performance is key<br>Appearance and posture<br>Personal hygiene-Hair, Face, Hands<br>First impressions- Appearance, Posture, Eye contact, Uniform<br>What you need to know about your role<br>The place you work<br>Products and services<br>The roles of people you work with<br>Teamwork-Opportunities to work together<br>Exercise- Fact sheet for your restaurant |

*Act 3: Setting the stage*

**Who will benefit?**

**Wait staff, Bar Staff.**

Act 3 focuses on the basics of table service. From greeting and seating, to food order and delivery, to clearing and check processing, this module is a great introduction for newcomers and a perfect refresher for those wishing to retain good service habits.

| | |
|---|---|
| ACT 3 | Service basics<br>Table setup<br>Handling glassware and tableware<br>Steps of service<br>Greeting and seating- 15 second rule, Offering assistance<br>The Food order-Check back rule, Accuracy<br>Delivering and clearing food and drinks<br>Presenting the bill- How and when<br>Processing various forms of payment – Club Card<br>Lasting impressions- Helping hand, Courtesies<br>Exercise- Apply the service basics to your restaurant |

*Act 4: Rehearsal*

**Who will benefit?**

**Wait staff, Bar Staff.**

Bottles of wine and table cards are several examples of props that are part of the performance. This module teaches the critical elements of product knowledge and how to use props to educate customers and bring the menu to life.

| | |
|---|---|
| ACT 4 | What are restaurant props?<br>Examples of restaurant props<br>How to use props<br>Exercise- examples of props in your restaurant<br>What is product knowledge?<br>Why is it important?<br>Earn more with product knowledge<br>Menu product knowledge essentials<br>Restaurant product knowledge<br>Up selling<br>Cross marketing Services Squadron<br>Exercise using product knowledge and props to sell<br>What are descriptive words?<br>How can you use them?<br>Using props and descriptive words to provide guidance<br>and bring the menu to life<br>Exercise- Using product knowledge/descriptive words |

*Act 5: A Great Performance*

**Who will benefit?**

**Wait staff, Bar Staff, Front of house.**

Anticipating customer needs, reading customer cues, providing guidance, suggestions and recommendations are part of a great performer's repertoire for exceeding expectations and increasing sales. Act 5 provides the direction for utilizing these elements, along with the individual showmanship and flair required to ensure every performance receives rave reviews.

| | |
|---|---|
| **ACT 5** | Soft Opening, Tuesday, 14 and Wednesday, 15 March 2006<br>Grand Opening, Friday, 17 March 2006<br>Daily business, Monday, 20 March 2006 and days, months, years following! |

# What Does Legendary Service Looks Like?

Let's put on a "show" demonstrating legendary service. First, we'll demonstrate the worst kind of legends – those disastrous legends, with which we're all familiar!

Then, we'll show how truly legendary hospitality can happen.

We'll be looking for volunteers to play the following parts in our show:

**The Happy Couple:** Two people who will be our guests. The guests will be celebrating a special birthday here at the Lewis and Clark Grill for a relaxing, fun dinner. Our guests have never dined here.

**The Host/Hostess:** A host or hostess who will be the first contact the guest will encounter with 341 Services Squadron. Our greeter is frankly, tired. It's been a long day. The lunch rush was incredible and now for dinner, our greeter is in the 10th hours of a very long shift. Plus, our greeter has several tasks to do before leaving for the evening…but the guests just keep coming!

**The Server:** Our server was also caught in the large lunch rush, and now for dinner, the news is that there are two servers have called in sick, meaning that our server must handle 10 tables instead of six. Our server is pretty new on the job and may not know all the right things to say.

**The Lead Staff Member:** This person wasn't out on the floor for much of the lunch rush. Because he/she was putting away a huge food order that arrived late! At the moment, the manager is just beginning to get caught up on paperwork that must be delivered to NAF accounting office before the end of the shift.

Notes:

# What It Takes To Be A Legend!

**Hospitality & Service - Basic Principals:**
Quality of Service is as important as the food - sometimes *more* Important.

**Personnel/Professional Server:**
If a server is not clean and well groomed, guests will choose to dine elsewhere in the future. No cell phones while on duty!

***Front Door/Telephone Reservations:***
Those all-important first impressions: Telephone Etiquette, Scheduling, Attitude.

**Table-Side Manners**
A friendly demeanor, a welcoming attitude, good posture, polite responses and careful attention to guests' needs will make a fine impression. Suggestive selling.

**Beverage & Wine Service:**
Opening Wine, Pouring & Serving; Timing: Food & Alcohol; Verifying ID's.

**Finishing Touches/Going the Extra Mile:**
Desserts, After-Dinner Drinks & Beverages; Check Presentation.

**Safety/Sanitation:**
The Ten Rules of Restaurant Safety; Loading, Lifting & Carrying Trays Safely.

**Challenges (The Unforeseen & The Unexpected):**
Observing Your Guests' Behavior and Reactions; Accidents! We demonstrate our commitment to service through personal interactions with customers

**Make it Right:**
You have the authority to ensure that the guest's experience is one that is memorable! Take pride in delivering extraordinary customer service.

## The benefits of giving great customer service = tips

# Make The Choice To Be A Legend!
# It's Not Just A Job, Its A Lifestyle

**1. Everyone Makes A Difference.**
Have a passion for significance. Make a difference.

There are no unimportant jobs, just people who feel unimportant in their jobs. When you don't see much meaning in what you do, you don't bring much value to what you do.

Everyone wants to count, to know that what he or she does each day isn't simply a means of making a living, but "a living of making meaning." Of adding value.

Inspired people often do inspired work. Passionate people in an organization do ordinary things extraordinarily well.

Remember: Customers don't have relationships with organizations, they form relationships with individuals.

Here are two question to ask yourself:
* What kind of difference did you make today?
* What kind of difference are you making with your life?

**2. Success Is Built On Relationships.**
Take the time to understand your customers. Get to know their needs and preferences. Then use that information to provide better service than they had ever received before.

People aren't a means to an end, use relationships with people to build a foundation for success. Strong relationships create loyalty and are the basis of partnerships and teamwork. The quality of a relationship is directly related to the amount of time invested.

Remember: Indifferent people deliver impersonal service

As you analyze your relationships think of the **80/20 Rule.**
Twenty percent of your relationships will give you 80% of your enjoyment, pleasure and value. In reality, the numbers probably work out this way: Five
percent of your relationships will give you 95% of your enjoyment, pleasure and value.

Spend your entire life looking for people who you like, and who like you, and you'll have a wonderful business, career and life.

**3. You Must Continually Create Value For Others.**
Create value for your customers. Your boss. Your colleagues and coworkers. Your significant other, family and friends.

Here's your biggest challenge: To create value for your customers and colleagues without spending money to do it. The faster you try to solve a problem by throwing money at it, the less likely it will be the best solution.

When you need to solve a problem - even if you weren't responsible for the problem - spend more time thinking and planning. Think **80/20** again.

It's far too easy to tackle a problem without giving it adequate thought. Instead spend 80 percent of your time thinking and analyzing the problem 'before' you initiate any action and you'll solve the problem in less time, with less effort, and spend less money.

Spend more time thinking, and you will turn ordinary ideas into ones of great value. Have a BIG mission.

Share you ideas. To acknowledge that there is a problem without a solution is of limited value. Having the initiative to provide an answer to a problem or challenge is a true contribution.

**4. You Can Reinvent Yourself Regularly.**
Reinvention is positive change. As you go through life, compare yourself against your potential. Not against others.

Compare your performance against the job you 'could' have done, not what someone else did.

Benchmark where you are, against how far you've come, and where you want to go. It's a lot more productive - and fun - to compare and compete against yourself.

The goal is ongoing improvement. In order to reinvent yourself and improve for the future, you must spend time reflecting on the past.

Here are five questions to ask yourself:
* What are the most important lessons you've learned?
* What did you once deeply desire to accomplish that you never attempted?
* Which people most shaped your life, and what did you learn from them?

* Whom do you admire most?
* Which of their skills and characteristics would you like to develop in your life?

**Focus On What You Give**

Your life will be more joyful - and successful - when you focus on what you give rather than on what you get. Do the right thing for the right reason, because it is the right thing to do.

When your motive for doing something is to receive thanks or praise, you'll often be disappointed. When you do the right thing, knowing that the doing is its own reward, you'll be fulfilled whether or not you get recognition from others.

Remember: Service isn't an obligation, but an opportunity.
Being helpful is more fun than being helped.

# Ritz-Carlton Employee Expectations

1. Warm and sincere greeting. Use the guest name, if and when possible.
2. Anticipation and compliance with guest needs.
3. Fond farewell. Give them a warm good-bye and use their names, if and when possible.
4. Our Motto is "We are Ladies and Gentlemen serving Ladies and Gentlemen." As service professionals, we treat our guests and each other with respect and dignity.
5. The Three Steps of Service are the foundation of Ritz-Carlton hospitality. These steps must be used in every interaction to ensure satisfaction, retention and loyalty.
6. The Employee Promise is the basis for our Ritz-Carlton work environment. It will be honored by all employees.
7. All employees will successfully complete annual Training Certification for their position.
8. Company objectives are communicated to all employees. It is everyone's responsibility to support them.
9. To create pride and joy in the workplace, all employees have the right to be involved in the planning of the work that affects them.
10. Each employee will continuously identify defects throughout the Hotel.
11. It is the responsibility of each employee to create a work environment of teamwork and lateral service so that the needs of our guests and each other are met.
12. Each employee is empowered. For example, when a guest has a problem or needs something special you should break away from your regular duties, address and resolve the issue.
13. Uncompromising levels of cleanliness are the responsibility of every employee.
14. To provide the finest personal service for our guests, each employee is responsible for identifying and recording individual guest preferences.
15. Never lose a guest. Instant guest pacification is the responsibility of each employee. Whoever receives a complaint will own it, resolve it to the guest's satisfaction and record it.
16. "Smile - we are on stage." Always maintain positive eye contact. Use the proper vocabulary with our guests. (Use words like - "Good Morning," "Certainly," "I'll be happy to," and "My pleasure.")
17. Be an ambassador of your Hotel in and outside of the work place. Always talk positively. Communicate any concerns to the appropriate person.
18. Escort guests rather than pointing out directions to another area of the Hotel.
19. Use Ritz-Carlton telephone etiquette. Answer within three rings and with a "smile." Use the guest's name when possible. When necessary, ask the caller "May I place you on hold?" Do not screen calls. Eliminate call transfers whenever possible. Adhere to voice mail standards.
20. Take pride in and care of your personal appearance. Everyone is responsible for conveying a professional image by adhering to Ritz-Carlton clothing and grooming standards.
21. Think safety first. Each employee is responsible for creating a safe, secure and accident free environment for all guests and each other. Be aware of all fire and safety emergency procedures and report security risks immediately.
22. Protecting the assets of a Ritz-Carlton Hotel is the responsibility of every employee. Conserve energy, properly maintain our hotels and protect the environment.

# US Air Force Rank Insignia

## *Enlisted Ranks*

### Airman Tier







Airman Basic
(AB) (E-1)
has no rank insignia

Airman
(Amn) (E-2)

Airman First Class
(A1C) (E-3)

Senior Airman
(SrA) (E-4)

### NCO Tier





Staff Sergeant
(SSgt) (E-5)

Technical Sergeant
(TSgt) (E-6)

### Senior NCO Tier





Master Sergeant
(MSgt) (E-7)

First Sergeant



Senior Master Sergeant (SMSgt) (E-8)



First Sergeant



Chief Master Sergeant (CMSgt) (E-9)



First Sergeant



Command Chief Master Sgt. (CCM)



**Chief Master Sergeant of the Air Force** (CMSAF)

### *Officer Ranks*

**Company Grade Officers**



Second Lieutenant
(2nd Lt) (O-1)



First Lieutenant
(1st Lt) (O-2)



Captain
(Capt) (O-3)

**Field Grade Officers**



Major
(Maj) (O-4)



Lieutenant Colonel
(Lt Col) (O-5)



Colonel
(Col) (O-6)

**General Officers**



Brigadier General
(Brig Gen) (O-7)



Major General
(Maj Gen) (O-8)



Lieutenant General
(Lt Gen) (O-9)



General
(Gen) (O-10)

# A DOZEN RULES OF RESTAURANT OPENINGS

1. There is no such thing as a perfect opening.

2. Things will go wrong.

3. Things will go right.

4. Customers are forgiving.

5. You will be scared to death.

6. Something will break.

7. You will laugh and cry at the same time.

8. You will live to fight another day and become rich and famous.

9. You will not sleep for the first week.

10. Your body will hurt all over.

11. Shower your staff with praise.

12. Learn from mistakes and try not to repeat them.