# Problem Solving

If you can solve people's problems, even make them glad they had a problem, you grasp the concept. The key is to think big and consider what is within your control to make a customer feel special and valued when things go wrong. Here are a few specifics:

Remember, the customer is always right--even when they are wrong. If you can't provide what the customer wants, find a better solution. Move mountains, or appear like you're moving mountains to make them happy.

* Be there for your customers. Make sure they know you are focused on resolving their problems. Maintain eye contact, smile and show empathy.

* If you can't solve a problem, find someone who can. Solutions do not always come from inside your organization. Develop vendor relationships or make business alliances you can capitalize on to find a resolution.

Provide a budget and policy allowing employees to make decisions on the spot. A service provider calling for permission tells the customer the person waiting on him or her has no authority. Create an environment that empowers your employees, and give them the tools to knock the customer's socks off.

* If you tell a customer what your policy is, you are heading into dangerous territory. You are setting them up for a refusal, and they see it coming. Focus on what you can do, and politely let the customer know your limitations.

* Always under promise...

Everyone in the service industry has heard the story about the Nordstrom sales associate who refunded a set of snow tires at a customer's request. If you are not familiar with Nordstrom, it is a department store specializing in fashionable clothing: They don't sell tires! Still, the associate reached into the cash register and refunded the money. This story has turned into a legend and made Nordstrom synonymous with customer service.

# The Seven Steps of Successful Change Efforts

Most change efforts are doomed to fail even before they begin. Change consultants write nice reports and management appears to take keen interest. It then ends with the consulting report - well bound, well presented. The report is then well hidden, soon to be well forgotten.

The next phase - implementation - simply doesn't take place. Management is ever so creative and facile in finding a hundred reasons for not implementing the recommendations. Actually, many companies do consider implementation - but the implementation bears no resemblance to the recommendations.

Based upon our experiences [successful and otherwise], here are seven steps to give change initiatives a reasonable chance of success.

**The Seven Steps of Successful Change Efforts**

- **Step 1**
  *Be clear about what the change has to accomplish.*
  Ask yourself what the outcomes ought to be. Without this, you will not be able to decide whether the change efforts were successful or not. You may clearly stipulate what you want to achieve - become thoroughly customer focused, become the employer of first choice, become the leader in providing technology solutions, offer secure banking solutions over the internet, reduce customer churn to below 5 percent, and so on.

  *Change efforts take time - lots of time. If you don't have the patience, don't embark on this journey.*

- **Step 2**
  *Shift gears from managing to leading*
  You need managing when minding the store, not when you are recreating the store. That requires leadership. So senior management must make the shift from managing to leading. If you don't have enough leaders to drive the change, hire some leaders before you get the change program under way.

- **Step 3**
  *Involve key people and then everyone else*
  Even the most charismatic leader will require an army of supporters to drive the changes through the portals of the organization. Elicit the support right at the start. Let people clearly understand the urgency behind the changes, and be relentless about it. This journey requires committed partners. The alternatives of

not changing must be pretty drastic.
*If you haven't got the involvement of a large enough group of people, the change initiative is doomed to fail.*

- **Step 4**
  *Communicate even after your throat runs dry*
  One major and frequent reason why change efforts fail is the failure by senior management to communicate passionately and continuously the reasons for the change effort, and the progress made. We have seen this happen ever so often, this could well be the most serious cause of failure. *Unless you repeat yourself again and again, and unless the message is consistent, the majority of your people will simply not pool in.*

- **Step 5**
  *Remove impediments to the change initiative* Let's say you are leading an initiative for open two-way communication in your organization. Ask yourself what steps you have taken to remove the obstacles that prevent this from happening. For instance, though you claim you have an open door policy, do you have an intimidating secretary who scares people away? Do you still route your telephone calls through her? Does she scan all your incoming email messages?

- **Step 6**
  *Set up suitable recognition and reward systems.* Change efforts are time consuming and tiring. The one sure way to kill them is to expect people to make great efforts and not recognize those efforts frequently. People lose interest and motivation.
  *Agree milestones at frequent intervals, measure what has actually been achieved, and then reward people as those milestones are met. This keeps the adrenaline pumping; one small win eggs people on to the next one. Others watch this and find reason to give more of themselves. Best of all, the process becomes enjoyable and worthwhile.*

- **Step 7**
  *Understand that change is forever.*
  Change efforts rarely have a finite finish. And here lies the problem. Senior management must understand that one change effort will lead to another, and there is no end point. As the change process unravels, more change will be required along the way. This is usually caused by competitive factors, customer needs, technology or some combination of these factors.
  *This can cause great organizational fatigue, and people at the helm of the affairs of their corporations must have a plan in place to keep the momentum going. In other words, change has to become a way of corporate life.*

An organization is only as good as its people and systems will allow it to be. When business conditions change rapidly, markets take unpredictable U-turns. Organizations, large and small, have to cope with this on a daily basis these days.

Rarely does a day pass by without an announcement of a merger, an acquisition, a divestment, or the signing of a collaborative arrangement. Corporations are in a state of perpetual flux. This has resulted from the extraordinary pressures they face from their competitors. Worse, these things emerge from unexpected corners.

A guy working from a garage in some tiny town back of beyond emerges from the shadows and threatens to disrupt the carefully laid out plans and strategies of a billion dollar company. Who would have thought that Jeff Bezos and his band of merry men and women would set up Amazon.com and make life so difficult for the bookseller, Barnes & Noble? E- Toys did about the same thing to ToysRus. E-Bay has done more; its presence in the auction space has indirectly started off an investigation of the venerable Christies and Sothebys on charges of price fixing! The list gets longer with each passing day.

**Counter with initiative**
World Class companies counter this with initiative and by being proactive. Initiative stems from the minds and hearts of the people who populate businesses. And, just like you can't demand loyalty, no company can demand that its people take the initiative, time and time again.

**What is initiative?**
Initiative is a function of the feeling of belongingness that people carry about their employers. But it isn't that simple. The corporation has to work hard to keep the initiative going in its blood stream. Initiatives taken the right way, and executed in the right manner, have literally saved companies millions of dollars and brought in millions more. It is a critical piece of the corporate puzzle, and World Class companies meticulously go about developing and fostering the ability of their people to take the initiative as often as possible.

**Encourage Initiative**
There is another basic reason why it is suicidal to not let people take initiative or hire people who are not naturally included to take it. Just think, your competitors are waiting for you to make a mistake so that they can grab your customer. Now, if those of us who serve our customers, directly or indirectly, are not tuned to grabbing the initiative and doing whatever it takes to make our customers feel good, we may not get another chance to do it. That is a lost customer for certain.

**Confidence in Employee**
World Class companies know that it is their responsibility to take the initiative with their employees, so that the employees, in turn, will take the initiative with their customers. How do they do it? Right from the time new employees join. The induction programs of these companies relentlessly drill the importance of taking initiative. They continuously remind their employees how much confidence the company has in them, and ask them to live up to those expectations.

How do you describe initiative? Here is a simple tenet:
**It is better to ask for forgiveness than to ask for permission.**

World Class companies realize that when they place confidence in their people, the people mostly rise up to it. This is the environment necessary for heroic acts of service, and positively outrageous customer care.

**How do you rate on the initiative scale?**

Try these questions out on yourself and your people. More importantly, compare the responses of management members and staff. Managers may think one thing, while people elsewhere in the organization might think very differently!

- Are people cheerful? Are they enjoying themselves at work?
- Am I cheerful? Am I enjoying my work?
- Do people give lots of suggestions?
- Do people mix freely across departments and divisions?
- Is there a healthy and diverse mix of cultures at all levels of the organization?
- Are people frequently celebrating the successes of others?
- Would I do something that I believe is intrinsically right, even if it goes against my company's stated policies?
- Would I be willing to work with another department on a project because it is the right thing to do?

# Cross selling

I was at the lobby of the Intercontinental Hotel in Bahrain some years ago, having a sandwich with a friend. The lady serving us was very professional. To top it, she even seemed to have a sense of humor, as was evident from a joke she and another guest were seemingly sharing at a nearby table.

As she handed over the bill to the other guest, I noticed that she was earnestly discussing something else. Curious to know what the discussion was all about, I asked her about it when she came up to our table. She pulled out a single-sheet document and gave it to us, explaining that we could become members of an exclusive Director's Club in Bahrain. The membership offers members special privileges and value-added benefits every time they visit the hotel, such as:

- Accommodation on the luxurious Summit Executive Floors, offering even higher levels of comfort and service at a preferred member's rate(people suffering from vertigo need not apply!).
- Fine dining seven days a week with a privilege of a 25 percent discount on your total food invoice.
- Privileges when dining at the Intercontinental Dubai and Abu Dhabi. Groups of up to four dining in the hotel's restaurants, one person will dine absolutely free.
- Exclusivity as membership is limited to 500 members only.

Let's dissect this situation. The hotel employee is required to serve guests in a courteous and efficient manner. By giving her the added opportunity to sell additional services, suitably backed by financial rewards, management is offering a form of self-motivation to the employee to do her job effectively. If she doesn't please the guest, he/she is not even going to listen to the employee's spiel on the Director's Club. So what does the employee do? She provides high-quality service in the hope that the guest will be satisfied, thus opening the way to cross-sell the Director's Club membership.

If the hotel management has designed sensible and unselfish reward systems to support this cross-selling proposition, much has been achieved. The employee will work twice or even thrice as hard to please the guest; she will create an atmosphere where the guest will feel motivated to listen to her when she quietly slips the sheet describing the Director's Club membership along with the bill. Many guests feel emotionally driven to buy the service, as a just reward for the excellent service provided. Everyone gains - the hotel, the guest, and the employee.

Here's another example of cross-selling, this time from the industrial world. It was 1994, and on a flight from Athens to Dubai, I had the privilege of being seated beside an ABB man. We got talking, and I discovered that he was an ABB engineer based at Athens. He was going to see a client at the Dubai dry-docks.

"So what will you do there?," I asked.
"Oh, I have to service a crane motor out there that was installed a year ago", he said.

So he is a service engineer/technician on a trip to do some routine maintenance, I thought to myself. Routine and dull stuff.

So I asked, "And do you then get back to Athens?
"No, I am then off to Bombay on a sales call", he replied.
"You mean you not only service equipment, you also sell it?", I asked, flabbergasted.
"Yes, all of us at ABB have done that for many years now", was his laconic reply.

Engineers who service machinery know more about machinery than anyone else. They constantly interact with their customers in the course of their daily work. They ought to know their customers better than anyone else. They are thus in a better position to sell their products to their customers. Their intimate knowledge of customers, in fact, empowers them to advise their customers better than anyone else. Furthermore, this knowledge enables them to foresee their customers' needs which, when fed back to marketing, manufacturing, and R&D, provides the best basis for new product design and development. Thoroughly excited (and humbled) by now, I thanked my co-passenger for his facile description of ABB's philosophy.

Cross-selling is such a powerful technique, and yet few companies train their staff in these techniques. How often have you found yourself walking into a store, waiting to be attended to, only to be accosted by bored and disinterested salesperson, asking you what

you want? The very manner of questioning puts you off, and you either beat a hasty retreat or buy what you want and quickly leave.

# Examples of Legendary Customer Service:

## Ritz-Carlton

The cliches are abundant. Companies are "trying to exceed the expectations of their customers." They are "valuing the customers" and "anticipating their needs."

But good customer service is more than catchphrases. There truly is a science to delivering quality service – and a healthy dose of common sense, as well. Both sides of the equation originate in the human resources department, where key decisions are made on hiring and employee training.

The Ritz-Carlton-Dearborn is a good example. It is widely acknowledged for delivering excellent customer service to its guests – a reputation it didn't receive by accident. "We are structured, organized and systematic about it," explains Michel Goget, general manager. "This means that we have a system that allows us, as soon as a customer comes to any Ritz-Carlton worldwide, to be able to ask him questions and establish his preferences. "For example, if you are in Atlanta, and you make a comment to one of our employees that you don't like chocolate, that's a preference. If you are a regular customer of ours, we are going to plug that into a computer system so that if you stay with us two weeks later in Dearborn, we'll know that you don't like chocolate. If we give you a special gift, it won't be chocolate but perhaps an auto magazine, because we know that's what you like." The Ritz-Carlton uses carefully developed personnel selection and training processes to guarantee that its employees automatically provide a level of service not frequently found elsewhere in the industry, says HR Director Laura Gutierrez. Ritz-Carlton employees are "selected" rather than "hired," and the difference is more than just semantic. All 470 employees of the Dearborn Hotel carry cards that say, "I noticed your work." They hand them out as recruitment tools when they notice someone whose personality or professionalism makes them a prospect to work at the hotel. Gutierrez has found prospects at Home Depot stores and grocery stores and even such unlikely locales as bus and truck stops. One food and beverage service employee who was discovered at a Grand Prix hospitality tent has now been with the hotel for six years. Once selected for employment at the Ritz-Carlton, employees go through an immediate 16-hour orientation process, says Maureen Klein, the hotel's director of training a development. The Ritz-Carlton then spends about 100 hours on training, which includes a lunch at the grill and formal seminar-style training sessions – both conducted just as if the employee were a Ritz-Carlton guest. The Ritz-Carlton spends about $6,500 training and outfitting an average employee – about the twice the industry average. Turnover rates are about 25 percent in an industry where the figure can exceed 100 percent.

## Nordstrom's

So a world class company like Nordstrom tells its people at the induction program that you can never do enough for your customer. Assume complete authority to satisfy your customer. Tell your customer - The company may not guarantee satisfaction, I guarantee it.

The initiative shown by Nordstrom associates is legendary and sets new standards in customer service. Study your induction, measurements and rewards to determine if you are really helping your people take initiative.

Whether nature intended human beings to be natural team players or not has been debated for years now, and the jury is still out on it. My own belief is that people are quite happy to ignore teamwork until some terrible tragedy strikes. They then rally around each other and teamwork happens pretty quick!

This is perhaps best illustrated at Texas based Southwest Airlines. Southwest was in danger of extinction from the word go. It nearly never took off. Here are a couple of examples of teamwork at this airline.

## Nordstrom's Employee handbook

New employees are given a copy of the famous **Nordstrom's Employee Handbook** -- a single 5 x 8 inch gray card containing 75 words:

**WELCOME TO NORDSTROM**

We're glad to have you with our Company. Our number one goal is to provide outstanding customer service. Set both your personal and professional goals high. We have great confidence in your ability to achieve them.

**Nordstrom Rules: Rule #1: Use your good judgment in all situations. There will be no additional rules.**

Please feel free to ask your department manager, store manager, or division general manager any question at any time.

LESSONS OF THE NORDSTROM WAY
The 8 Management Principles of America's #1 Customer Service Company are:

1. **Provide Your Customer With Choices**
2. **Create An Inviting Place for Your Customers**
3. **Hire Nice, Motivated People**
4. **Sell The Relationship:** Service Your Customers Through The Products And Services You Sell
5. **Empower Employees To Take Ownership**
6. **Dump The Rules:** Tear Down Barriers To Customer Service
7. **Encourage Internal Competition**

## 8. Commit 100% To Customer Service

### Provide Your Customers With Choices

Nordstrom has always provided its customers with wide and deep inventories. A typical Nordstrom store carries between 150,000 and 200,000 pairs of shoes, with the world's widest selection of sizes and widths—from 2 1/2 to 14, AAAAAA to EEE, for women; 5 to 18, AAA to E, for men, in a broad range of colors.

The same philosophy extends to apparel and cosmetics because, at Nordstrom, *customer service means stocking the right item, in the right size, in the right color, at the right price, at the right time*. Anything less than that is *not* customer service. And if the Nordstrom store you're shopping in is out of a particular size or style or color, Nordstrom sales people will call up every store in the chain to track down that item. Occasionally, they'll even go over to a competing store and buy the item and resell it to the customer. Whatever it takes.

The greater the selection, the less chance that a customer will leave the store disappointed. "You can stock a pump in navy blue and black calf and red and green," said John Nordstrom, grandson of the founder, "but if the customer wants it in black patent leather, and you don't have it in black patent leather, you don't make the sale. And you have to have it in her size. The last thing a sales associate wants to do is to walk back out to the sales floor and tell the customer that you don't have the shoe she wants."

### Create an Inviting Place for Your Customers

Convenience and openness are trademarks of Nordstrom store design. "When customers first come into the store, we've got about 15 seconds to get them excited about it," said John Nordstrom of the third generation, who is a student of store design and customer reaction. "First, are they able to meander through the store without impediments, such as narrow aisles? When they're walking down an aisle, and another customer is coming the other way, do they have enough room to pass? If the answer is no, all of a sudden they're distracted. Instead of looking at the nice sweater, they've got a stroller banging them in the ankles. When they think about our store, they don't think of jostling and banging, they think of it as a pleasant experience."

Consequently, Nordstrom wants to make it as easy as possible for customers to circulate and shop through the entire store, and for sales associates to help them do just that.

Store layouts typically resemble a wheel. The hub is the escalator well and the spokes are the marbled aisles that lead directly back to each of the 30 or so departments.

The subtleties and details make the shopping experience easy and convenient. The aisles provide ample room for customers to browse (and for people in wheelchairs or parents with strollers to get around) and give shoppers the freedom to circle the store and to plunge into the center of each individual department. By making the aisles around the

escalator wide enough, "if someone wants to walk all the way around the store, they're not fighting through traffic, even on the busiest day. That's important because, sometimes, that's the only time we get that customer in the store," said John Nordstrom.

The waiting areas around elevators are extra wide for strollers and wheelchairs, and the elevators themselves are larger than average, making it easier to load and unload those strollers and wheelchairs; escalators are 42 inches wide--compared to most other department store escalators that are 36 inches wide. This extra width allows spouses or children to ride next to each other. Unobstructed sight lines enable the customers riding on the escalators to quickly scrutinize the whole selling floor.

Nordstrom's large, carpeted dressing rooms, fitting rooms and customer lounges are furnished with upholstered chairs and/or sofas. Fitting rooms in the more fashionable ready-to-wear departments include tables, table lamps and telephones for the customers' use.
Nordstrom creates a homey parlor or lounge feeling with plushly upholstered sofas and as many as 35 custom-made upholstered chairs, which have legs and arms that are taller than average; the seating is firmer, which makes it easier for a person to stand up.

Nordstrom currently has four restaurant concepts, from an espresso cart to a full-line restaurant called The Pub, which is located near men's suits. The Pub is so popular during lunchtime that reservations are often required. If there is a lengthy wait for a table, the hostess will give the customer a beeper so the customer can continue to shop; he will be beeped when his table is ready.

**Hire Nice, Motivated People**

Who doesn't want to hire nice, motivated people? Nordstrom is looking for people who are *already* nice and *already* motivated because the company provides little in the way of a formalized training program.

The company is not necessarily looking for people with previous retail experience, because those people have already learned to say "No" to the customer. Nordstrom doesn't want them to say "No"; Nordstrom wants them to say "Yes." The company's preference is to hire a nice person and teach her how to sell, rather than hire a saleswoman and teach her how to be nice. The corollary to that rule is "hire the smile and train the skill." I once asked Bruce Nordstrom who *really* trains the sales people. His answer was: "Their parents."

Marti Wikstrom, a Nordstrom executive has said, "Someone once asked me, 'Do you think Nordstrom employees are exceptional or do you think they are in an atmosphere where they are expected to be exceptional so they are?' I don't know. I think we have some exceptional people and I think we have some average people who work at an exceptional level. And given another set of circumstances, perhaps they would not. At Nordstrom, they work at an exceptional level because they are supported by the culture."

The best salespeople are entrepreneurial self-starters. Nordstrom gives people the freedom to do whatever it takes to make the customer happy (as long as it's legal). If you boil the Nordstrom system down to its essence, it's that *Nordstrom gives the peple on the sales floor the freedom to make decisions—and management supports them in those decisions.*

Sales people, who are paid on commission, are judged on their performance, not their obedience to orders. Individual creativity is a by-product of freedom. Working at Nordstrom is not for everybody. Workers are sorted out by a natural selection process where only the fittest survive. The company has very high expectations. If you don't meet them, you're gone.

**Commit 100% to Customer Service**

Every company talks about customer service. What sets Nordstrom apart is that Nordstrom does not consider customer service a strategy, but rather a way of life. Nordstrom continually reinforces this attitude by spreading stories of customer service that are above and beyond the call of duty. In the Nordstrom culture, these stories are called "heroics."

Tom Peters once wrote about a man who sent a letter to Nordstrom that described his difficulty in getting a suit he bought there to fit -- despite several visits for alterations. When the letter reached John Nordstrom's desk, he sent over a new suit to the customer's office, along with a Nordstrom tailor to make sure the jacket and pants were perfect. When alterations were completed, the suit was delivered at no charge.

Then there is the story of a customer who fell in love with a pair of burgundy, pleated Donna Karan slacks that had just gone on sale at the Nordstrom store in downtown Seattle. But the store was out of her size, and the sales associate was unable to track down a pair at the five other Nordstrom stores in the Seattle area. Aware that the same slacks were available across the street at a competitor, the associate secured some petty cash from her department manager, marched across the street to a rival department store, where she bought the slacks (at full price), returned to Nordstrom and then sold them to the customer for the marked-down Nordstrom price. Obviously, Nordstrom didn't make money on that sale, but it was an investment in promoting the loyalty of an appreciative customer, who, more than likely, thought of Nordstrom for her next purchase.

As these stories are spread throughout the organization, employees soon see that the people who run the company encourage, honor and reward oustanding acts of customer service. They discover that management is not just giving lip service to customer service, but actually doing something about it.

Some heroic stories have nothing to do with making a sale. Consider this letter I received after one of my presentations:

Some heroic stories have nothing to do with making a sale. Consider this letter I received after one of my presentations:

> *Dear Robert:*
>
> *I liked your talk about Nordstrom customer service so much, that I later went shopping at Nordstrom and bought two pairs of shoes—which—by the way—I will be charging as a business expense!*
>
> *Here is my Nordstrom story: In the Fall of 1992, I accompanied Linda, my 33-year-old sister, to Seattle, where she was to undergo a bone marrow transplant for leukemia. If you've ever seen anyone after they've gone through one of these things, you would think they were in a concentration camp. Skinny, pale and sickly looking; no hair - not even eyebrows.*
>
> *Due to muscle weakness, Linda ended up in a wheelchair. After she was discharged from the hospital, we stayed in Seattle for a few months to keep a constant watch on her progress. At one point, the doctor cleared her to take a few "road trips" to get out of the apartment.*
>
> *Linda's favorite thing to do was go shopping, so we hauled the wheelchair and Linda to downtown Seattle, and ended up at Nordstrom. This was our first time in a Nordstrom store. Picture me wheeling around my sister, pale and sickly looking. (I forgot to mention that Linda was a model, and always took pride in her appearance.)*
>
> *Well, most people avoided us because she looked awful! We were going through the cosmetics area of Nordstrom when a saleswoman stepped out in front of us. She asked if she could put some make-up on my sister! God love her. For one half hour, she made my sister feel like a million bucks.*
>
> *Linda died shortly thereafter. But I will always remember the Nordstrom saleswoman who made her feel like a beautiful human being—knowing she wouldn't make a* sale, *but she made a* difference.

## Teamwork At Southwest Airlines

All for One, One for All

The Wednesday before Thanksgiving is the US airline industry's busiest day. What do you think Herb Kelleher, Southwest's CEO might be doing on that day? You will find him joking and working with his ground crew, loading bags, greeting customers, pushing planes, or provisioning them. Hey, that is the busiest day for the company, and Herb wants to help. Got any better ideas about team work?

**Turning on a dime**

In September 1971, Southwest faced a tough problem. It had announced an enhanced schedule, but didn't have enough planes - they had only three Boeing 737s, thanks to one they had to unexpectedly sell off. Bill Franklin, the person in charge of ground operations, figured that they could maintain the new schedule if the planes were to be turned around in ten minutes or less. Just imagine - ten minutes from the time a 737 is pulled to the gate, passengers are unloaded, the aircraft is cleaned, provisioned, new passengers are embarked, oil and tires changed, and pushed back from the gate.

And so they did. Agents, cabin crew, pilots, ground staff - whoever was around simply pitched in - folding seat belts, gathering trash, clearing newspapers. The industry was shell shocked.

Watching these guys in action today reminds you of a pit stop at a Grand Prix. What are the long term implications? The average turnaround time for a Southwest plane today is twenty minutes - half the industry average. This means that Southwest needs thirty-five fewer planes than its competition. The savings in capital is passed on to customers, employees, and shareholders in the form of lower fares and higher profits.

**Annihilation before teamwork?**
Does this mean that every organization needs to face annihilation before it can foster teamwork? Well, for one thing, World Class companies create what is called a rallying cry, by appealing to the latent passion in their people's hearts. They make people act as if the tent is burning, without burning the tent.

**An issue of the heart**
Teamwork is rarely an issue of the head. It's almost always an issue of the heart. Whether it is Wal-Mart opening a new store, Dell speeding its customer delivery cycle, or a FedEx courier delivering packages in the Mojave Desert, the basic passion factor remains the same. In other words, if your company's passion index is poor, its teamwork index is likely to be in tatters as well.

[redacted]

[redacted]

[redacted]

[redacted]

-----Original Message-----
From: Callender, Jane W 1stLt 460 MSG/SVMX
Sent: Tuesday, August 29, 2006 3:51 PM
To: Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD; Diaz Jesse I Civ 460 SVD/SVK; Warr, Deborah A Civ 460 MSG/SVMK
Subject: Emailing: Focus Grp Survey

All,

Here is the compiled input from all of the surveys. I also included the comments I thought were relevent (or humorous). Please let me know if you have any questions

v/r

Lt Callender

| | # of Participants | Male | Female |
|---|---|---|---|
| Active Duty | 38 | 92 | 33 |
| Retired Military, currently a DoD | **12** | | |
| Retired Military, not currently a DoD | 22 | | |
| Air Force Reserve, currently a DoD Civilian | 1 | | |
| DoD Civilian | 4 | | |
| DoD Contractor | 46 | | |
| Dependent or Family member | 4 | | |
| Rank: | | | |
| E-1 | | | |
| E-2 | | | |
| E-3 | 8 | | |
| E-4 | 6 | | |
| E-5 | 12 | | |
| E-6 | 5 | | |
| E-7 | 8 | | |
| E-8 | | | |
| E-9 | | | |
| O-5 | 1 | | |
| O-6 | 1 | | |
| 2Lt | 1 | | |
| GS-12 | 2 | | |
| GS-05 | 1 | | |

| | |
|---|---|
| Shift Work: | |
| Day | |
| Night | |
| Age Group: | |
| 18-24 | 13 |
| 25-29 | 27 |
| 30-34 | 13 |
| 35-39 | 17 |
| 40-50 | 34 |
| 51 & up | 19 |
| Marital Status | |
| Single | 36 |
| Married | 81 |
| Residential Area in Colorado | 120 |
| # of Miles from Buckley: | |
| Dorm/on base | 8 |
| 1-5 Miles | 25 |
| 6-10 miles | 40 |
| More than 10 | 51 |
| Will you come back (or stay) to eat: | |
| yes | 79 |
| no | 35 |
| Maybe | 9 |

How many meals do you eat out a week:

| | |
|---|---|
| 1-3 | 50 |
| 4-6 | 41 |
| 6-10 | 23 |
| 11+ | 6 |

What meals are usually eaten out

| | |
|---|---|
| Breakfast | 12 |
| Lunch | 73 |
| Dinner | 73 |
| All/Varies | 20 |

| | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| How often would you use the facility (1-5) | **1** | **2** | **3** | **4** | **5** |
| Scale of 1-5 | 4 | 11 | 46 | 36 | 20 |

Is value the most important thing when using a restaurant

| | |
|---|---|
| yes | 77 |
| no | 36 |

What are your price expect-

Breakfast:

| | |
|---|---|
| $1-3 | 41 |
| $4-6 | 67 |

Lunch

| | |
|---|---|
| $ 3-5 | 56 |
| $6-10 | 56 |
| $10-20 | 5 |

| | |
|---|---|
| Dinner | |
| $6-10 | 80 |
| $11-20 | 32 |
| Food Station Preference | |
| Mexican | 96 |
| BBQ | 92 |
| Make your own pasta | 79 |
| Specialty Sandwiches | 99 |
| Stir Fry | 91 |
| Carving Station | 78 |

* 2 participants did not fill out the form

**Comments**

Need more parking !!!
Serve full meals (quick or dine in)
Sports Bar (NFL Ticket)
Healthy Foods--
Starbucks/Specialty coffee Bar
Soup/Salad Bar
Bar is Good
Deliver to the Dorms
Make sure it's open to accomm shift wrkrs
Facility is needed & will be used by ADF!!
Serve a midnight meal
Happy Hour w/appetizers/drink spcls
Mongolian BBQ
Theme Nights (Italian/mex/chinese)