Childrens's Menu
Seafood (crab/lobster/sushi), steak
Grab-n-Go B-fast
National Trivia Network (trivia)
B-day discounts
Ice Cream Bar
Buffets
Pizza & Burgers (take out)
Make sure employees are friendly
Prefer Quality over Value
Outdoor Patio Seating
Drive-thru Window/ Take out
Prices Comprable to Prairie Dog
Make similar to University cafeteria
Pool and Darts
Dancing after 2100
Specialty Beers and Micro-brews
Breakfast Burritos
Chow Hall should not close/no support
Open 24 hrs
Open all day, not just for meal hours

**No Ans**

2

[redacted]

---

**From:** Sandras, Jennifer L Civ 460 MSG/SVF
**Sent:** Thursday, September 07, 2006 8:19 AM
**To:** Henline, Randy L Civ 460 MSG/SV; Diaz Jesse I Civ 460 SVD/SVK
**Cc:** Ward, Bonnie S Maj 460 MSG/SVD; Harrish Joseph P Capt 460 SVD/SVM; Callender, Jane W 1stLt 460 MSG/SVMX; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** RE: Starbuck's

Thanks to Jesse, for getting a sample waiver request, I drafted the attached SSS and Request. The second page of the request still needs to be completed to show Buckley's proposed coffee products and the cost for us to buy into the Starbucks franchise (to include equipment costs). If anyone has changes, additions, or deletions they'd like to make, please feel free to do that. Once all the correct information is added, then we'll need to hand-carry this up to the wing for signatures. Based on the sample that Jesse got from Laughlin, it looks as if they had to get the installation commander's signature on the waiver request. I did find references for this and have included them for the package.

Jennifer

---

**From:** Henline, Randy L Civ 460 MSG/SV
**Sent:** Wednesday, September 06, 2006 9:22 AM
**To:** Sandras, Jennifer L Civ 460 MSG/SVF; Diaz Jesse I Civ 460 SVD/SVK
**Cc:** Ward, Bonnie S Maj 460 MSG/SVD; Harrish Joseph P Capt 460 SVD/SVM; Callender, Jane W 1stLt 460 MSG/SVMX; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** RE: Starbuck's

Has anything been accomplished on the waiver package for Starbucks vs Sara Lee?
Thanks
R

---

154

-

**From:** Sandras, Jennifer L Civ 460 MSG/SVF
**Sent:** Wednesday, September 06, 2006 9:15 AM
**To:** Diaz Jesse I Civ 460 SVD/SVK
**Cc:** Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD; Harrish Joseph P Capt 460 SVD/SVM; Callender, Jane W 1stLt 460 MSG/SVMX; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** RE: Starbuck's

Both Lisa and Nikki will also be there.

//SIGNED//
JENNIFER L. SANDRAS
Resource Management Flight Chief
460 MSG/SVF
400 N. Beaver Creek Street Stop 90
Buckley AFB, CO 80011-9524
DSN 847-6150
Commercial (720)847-6150
Fax 847-6040

---

**From:** Ward, Bonnie S Maj 460 MSG/SVD
**Sent:** Wednesday, September 06, 2006 8:42 AM
**To:** Henline, Randy L Civ 460 MSG/SV; Diaz Jesse I Civ 460 SVD/SVK; Harrish Joseph P Capt 460 SVD/SVM; Callender, Jane W 1stLt 460 MSG/SVMX; Sandras, Jennifer L Civ 460 MSG/SVF; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** RE: Starbuck's

I'll be there . . .

BONNIE S. WARD, Maj, USAF
Deputy Director, 460th Services Division
Buckley AFB, CO
(720) 847-6919 / DSN 847-6919

---

**From:** Henline, Randy L Civ 460 MSG/SV
**Sent:** Wednesday, September 06, 2006 8:32 AM
**To:** Diaz Jesse I Civ 460 SVD/SVK; Ward, Bonnie S Maj 460 MSG/SVD; Harrish Joseph P Capt 460 SVD/SVM; Callender, Jane W 1stLt 460 MSG/SVMX; Sandras, Jennifer L Civ 460 MSG/SVF; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** RE: Starbuck's

I will be unable to be there as there is another practice dry run for Gen and Mrs visit at that time.
R

---

**From:** Diaz Jesse I Civ 460 SVD/SVK
**Sent:** Wednesday, September 06, 2006 8:19 AM
**To:** Henline, Randy L Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD; Callender, Jane W 1stLt 460 MSG/SVMX; Sandras, Jennifer L Civ 460 MSG/SVF; English, Lisa L Civ 460 MSG/SVFO; Johnson, Nicole R Civ 460 MSG/SVF
**Subject:** Starbuck's
**Importance:** High

**Good Morning,**
**David Leach, the Territory Manager for Starbuck's Coffee will be here tomorrow at 10:30 a.m. to look at the Dining Facility and the positioning of a Starbuck's Coffee Station. Please let me**

**know if you will be able to join us at the Dining Facility. We will leave from Mod 2 as soon as David arrives and everyone is ready to go. If you have any questions, please call or E-mail me. Thank you and have a Great Services Day.**

**V/R**

Jesse

**Jesus I. Diaz** ***(Jesse)***
**Marketing Director**
**460th Services Division**
**Buckley Air Force Base**
**COMM: 720-847-9622** **DSN: 847-9622**
**COMM FAX: 720-847-6012** **DSN FAX: 847-6012**
**jesse.diaz@buckley.af.mil**

***Our lives begin to end the day we become silent about things that matter.*** ***Martin Luther King Jr.***

# Staff Summary Sheet

| | To | Action | Signature (Surname), Grade, Date | | To | Action | Signature (Surname), Grade, Date |
|---|---|---|---|---|---|---|---|
| 1 | 460 MSG/CCS | Coord | | 6 | 460 SW/CCE | Coord | |
| 2 | 460 MSG/CCE | Coord | | 7 | 460 SW/CV | Coord | |
| 3 | 460 MSG/CD | Coord | | 8 | 460 SW/CC | Sign | |
| 4 | 460 MSG/CC | Coord | | 9 | | | |
| 5 | 460 SW/CCS | Coord | | 10 | | | |

| Grade and Surname of Action Officer | Symbol | Phone | Suspense Date |
|---|---|---|---|
| Sandras/GS-11 | 460 MSG/SVF | DSN 847-6150 | |

| Subject | SSS Date |
|---|---|
| Waiver Request for Services' Starbucks Operation | 7 Sep 06 |

**Summary**

1. PURPOSE. Obtain 460 SW/CC signature on waiver request to Air Force Nonappropriated Funds Purchasing Office (AFNAFPO).

2. DISCUSSION: Services is taking over the High Frontier Dining Facility as a Category C NAF food and beverage operation. After conducting several town-hall meetings and surveys, customers have requested that Services provide a "Starbucks" service/operation within this facility. Currently, AFNAFPO has established an Essential Products Program (EPP); which mandates that all coffee purchases be made through Sara Lee. June 27, 2006 HQ AFSVA sent a message through each command stating that bases could now request of waiver of this requirement due to customer demand. The waiver must include specific details that are outlined in the request and attached documents and be signed by the installation commander IAW AFI 34-201, *Use of Nonappropriated Funds (NAFS)*, Paragraph 10.1.1. Once AFNAFPO approves this waiver, Services will be able to proceed with the Starbucks agreement and other associated contracts to purchase coffee and supplies to set up a kiosk within the new food and beverage operation.

3. RECOMMENDATION. The 460 SW/CC sign waiver request at Tab 1.

RANDY L. HENLINE, GS-13
Services Director

3 Tabs
1. Waiver request with 3 attachments
2. Message from HQ AFSVA
3. AFI References

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

**From:** David Leach [mailto:dleach@starbucks.com]
**Sent:** Monday, September 11, 2006 2:00 PM
**To:** Diaz Jesse I Civ 460 SVD/SVK
**Subject:** Starbucks/Buckley AFB

Hi All,

Thanks for your time on Thursday. I appreciate the time spent showing me around and discussing what sounds like a great project on the base. As a follow-up, I am attaching the menu board information you need to go the next step.

The pricing for the military is attached as well. The yield for the 5 ounce coffees is 101 fl.oz of finished product. The yield for 9 ounce coffees is 192 fl.oz finished product. Use these figures along with the cup pricing to come up with your finished cost per cup.

I will be awaiting your call to get direction on which way we're going regarding layout, equipment purchases, Sysco account status, and the like.

Thanks again,

David C. Leach
territory manager
Starbucks Foodservice
303/859-3255 Cell
303/379-9492 Fax
dleach@starbucks.com

# Company Logo

## COFFEE OF THE DAY
*Regular and Decaffeinated*
0.00 0.00 0.00

## CAFFÉ LATTE
*Espresso & steamed milk*
1.00 2.45 3.15

## CAFFÉ MOCHA
*Espresso, cocoa, steamed milk & whipped cream*
1.20 2.10 3.00

## CAFFÉ AMERICANO
*Espresso & hot water*
1.50 1.75 2.00

## CAPPUCCINO
*Espresso, steamed & foamed milk*
1.50 2.05 2.45

## ORANGE MOCHA
*Espresso, steamed milk & orange*
1.40 2.50 3.10

## CARAMEL LATTE
*Espresso & milk with vanilla and caramel syrup*
1.75 2.50 3.00

## ESPRESSO

| | |
|---|---|
| ESPRESSO<br>STARBUCKS *espresso roast, smooth and satisfying* | 1.25 1.50 |
| ESPRESSO MACCHIATO<br>*Espresso gently marked with foam* | 1.25 1.50 |
| ESPRESSO CON PANNA<br>*Espresso topped with whipped cream* | 1.30 1.55 |

***Our Espresso Beverages are Made with Starbucks® Espresso***
*Decaffeinated coffee and non-fat milk are available upon request*

**We Proudly Brew**
STARBUCKS COFFEE

010