# Company Logo

## COFFEE OF THE DAY
*Regular and Decaffeinated*
0.00 0.00 0.00

## CAFFÉ LATTE
*Espresso & steamed milk*
1.00 2.45 3.15

## CAFFÉ MOCHA
*Espresso, cocoa, steamed milk & whipped cream*
1.20 2.10 3.00

## CAFFÉ AMERICANO
*Espresso & hot water*
1.50 1.75 2.00

## CAPPUCCINO
*Espresso, steamed & foamed milk*
1.50 2.05 2.45

## ORANGE MOCHA
*Espresso, steamed milk & orange*
1.40 2.50 3.10

## CARAMEL LATTE
*Espresso & milk with vanilla and caramel syrup*
1.75 2.50 3.00

## ESPRESSO

ESPRESSO 1.25 1.50
*STARBUCKS espresso roast, smooth and satisfying*

ESPRESSO MACCHIATO 1.25 1.50
*Espresso gently marked with foam*

ESPRESSO CON PANNA 1.30 1.55
*Espresso topped with whipped cream*

***Our Espresso Beverages are Made with Starbucks® Espresso***
*Decaffeinated coffee and non-fat milk are available upon request*

We Proudly Brew
STARBUCKS COFFEE

**We Proudly Brew**
STARBUCKS COFFEE

## COFFEE OF THE DAY
*Regular and Decaffeinated*
0.00 0.00 0.00

## CAFFÉ LATTE
*Espresso & steamed milk*
1.00 2.45 3.15

## CAFFÉ MOCHA
*Espresso, cocoa, steamed milk & whipped cream*
1.20 2.10 3.00

## CAFFÉ AMERICANO
*Espresso & hot water*
1.50 1.75 2.00

## CAPPUCCINO
*Espresso, steamed & foamed milk*
1.50 2.05 2.45

## ORANGE MOCHA
*Espresso, steamed milk & orange*
1.40 2.50 3.10

## CARAMEL LATTE
*Espresso & milk with vanilla and caramel syrup*
1.75 2.50 3.00

## ESPRESSO

ESPRESSO — 1.25 1.50
*STARBUCKS espresso roast, smooth and satisfying*

ESPRESSO MACCHIATO — 1.25 1.50
*Espresso gently marked with foam*

ESPRESSO CON PANNA — 1.30 1.55
*Espresso topped with whipped cream*

***Our Espresso Beverages are Made with Starbucks® Espresso***
*Decaffeinated coffee and non-fat milk are available upon request*

# Company Logo

012