## COFFEE OF THE DAY
*Regular and Decaffeinated*
0.00 0.00 0.00

## CAFFÉ LATTE
*Espresso & steamed milk*
1.00 2.45 3.15

## CAFFÉ MOCHA
*Espresso, cocoa, steamed milk & whipped cream*
1.20 2.10 3.00

## CAFFÉ AMERICANO
*Espresso & hot water*
1.50 1.75 2.00

## CAPPUCCINO
*Espresso, steamed & foamed milk*
1.50 2.05 2.45

## ORANGE MOCHA
*Espresso, steamed milk & orange*
1.40 2.50 3.10

## CARAMEL LATTE
*Espresso & milk with vanilla and caramel syrup*
1.75 2.50 3.00

# ESPRESSO

| | |
|---|---|
| ESPRESSO<br>*STARBUCKS espresso roast, smooth and satisfying* | 1.25 1.50 |
| ESPRESSO MACCHIATO<br>*Espresso gently marked with foam* | 1.25 1.50 |
| ESPRESSO CON PANNA<br>*Espresso topped with whipped cream* | 1.30 1.55 |

***Our Espresso Beverages are Made with Starbucks® Espresso***
*Decaffeinated coffee and non-fat milk are available upon request*

We Proudly Brew
STARBUCKS COFFEE

**Company Logo**

# Starbucks *We Proudly Brew*™ Branded Menu Boards for Foodservice Espresso Accounts

A *We Proudly Brew*™ branded menu board program for foodservice accounts that use Starbucks® Espresso Roast in their espresso beverages is available through our preferred vendor, Visual Graphic Systems, Inc. (VGS). Working directly with VGS, foodservice accounts may customize any one of the four attached menu board styles for their particular menu offerings. Additional details are included on the attached order form.

Completed order forms may be emailed or faxed to Richard Seider at VGS:

Richard Seider, Director of National Accounts
Visual Graphics Systems, Inc.
(tel) (212) 563-5600 x267
(fax) (212) 563-9334
rseider@vgs-inc.com

Please note these important details:

1) Customers must allow three (3) weeks for menu board production.
2) All menu board content, including beverage description, pricing and customer logo is the responsibility of whoever submits the menu board order - either the Starbucks account representative or the foodservice account. VGS will follow up with the order contact to gather missing information. Note that a delay in providing the missing information will result in a delay in menu board delivery.
3) Please cc Holly Keene at hkeene@starbucks.com on all menu board orders and fax a copy of the order form to (206) 318-1468.

For questions about the VGS menu board program, or for other foodservice marketing needs, please contact Holly Keene, project manager, Visual Programs for Foodservice Marketing at SVM 85159.

| SYSCO BEVERAGE | |
|---|---|
| PRODUCT: | COFFEE |
| VENDOR: | STARBUCKS |
| VENDOR # | 822500 |
| SUVC # | 24490-01 |
| TERMS: | 1% 18 DAYS |

# Schedule C for Authorized Accounts Only

# STARBUCKS

**Militar**

**Effective Date: 2/1/06-12/31/06**

| SUPC # | Category | Pack | DESCRIPTION | Coffee Weight | Starbucks SKU | Operator Delivered Pricing | |
|---|---|---|---|---|---|---|---|
| 0024042 | Coffee | 32/5 OZ | COFFEE GRND BREAKFAST BLEND | 10.00 | 000159293 | $ | 71.50 |
| 0026039 | Coffee | 72/2.5 oz | COFFEE GRND VERONA | 11.25 | 000247491 | $ | 91.69 |
| 0026096 | Coffee | 72/2.5 oz | COFFEE GRND HOUSE BLEND DECAF | 11.25 | 000258195 | $ | 91.69 |
| 0095216 | Coffee | 48/7 GRM | COFFEE GRND ESPRESSO PODS DECAF | 0.75 | 000158888 | $ | 14.35 |
| 0164632 | Coffee | 72/2.5 oz | COFFEE GRND HOUSE BLEND | 11.25 | 000258194 | $ | 91.69 |
| 0164863 | Coffee | 72/2.5 oz | COFFEE GRND BREAKFAST BLEND | 11.25 | 000259515 | $ | 91.69 |
| 0164889 | Coffee | 72/2.5 oz | COFFEE GRND FRENCH ROAST | 11.25 | 000259513 | $ | 91.69 |
| 0164905 | Coffee | 72/2.5 oz | COFFEE GRND SUMATRAN | 11.25 | 000247490 | $ | 91.69 |
| 0241372 | Coffee | 12/16 OZ | COFFEE ESPRESSO WHOLE BEAN | 12.00 | 000160385 | $ | 90.00 |
| 0344366 | Coffee | 32/5 OZ | COFFEE GRND MEXICAN SHADE GROWN | 10.00 | 000171868 | $ | 71.50 |
| 0593384 | Paper | 10/1000 CT | STIR STICK WOODEN 7" | | 000144164 | $ | 29.78 |
| 0804716 | Coffee | 64/2/2.5 OZ | COFFEE GRND LIGHTNOTES DECAF FP | 20.00 | 000151730 | $ | 163.00 |
| 0805242 | Coffee | 64/2/2.5 OZ | COFFEE GRND LIGHTNOTES FP | 20.00 | 000151731 | $ | 163.00 |
| 0829093 | Misc | 1/48 CT | BISCOTTI VAN | | 000146192 | $ | 24.00 |
| 0829101 | Misc | 1/48 CT | BISCOTTI CHOC/HAZ | | 000146193 | $ | 24.00 |
| 0855544 | Coffee | 32/5 OZ | COFFEE GRND CHRISTMAS BLEND PP | 10.00 | 000159294 | $ | 75.00 |
| 0855569 | Coffee | 28/9 OZ | COFFEE GRND CHRISTMAS BLEND PP | 15.75 | 000159310 | $ | 118.13 |
| 0855577 | Coffee | 12/16 OZ | COFFEE GRND CHRISTMAS BLEND PP | 12.00 | 000159327 | $ | 90.00 |
| 1595735 | Coffee | 64/2.5 oz | COFFEE GRND HOUSE BLEND | 10.00 | 000184771 | $ | 71.50 |
| 1596386 | Coffee | 64/2.5 oz | COFFEE GRND HOUSE BLEND DECAF | 10.00 | 000184772 | $ | 75.00 |
| 1597210 | Coffee | 64/2.5 oz | COFFEE GRND VERONA | 10.00 | 000184774 | $ | 71.50 |
| 1597772 | Coffee | 64/2.5 oz | COFFEE GRND VERONA DECAF | 10.00 | 000184776 | $ | 75.00 |
| 1629591 | Coffee | 28/9 OZ | DFR 9OZ 28/CS DCF FAIR TRADE | 15.75 | 000193964 | $ | 118.13 |
| 1629609 | Coffee | 12/16 OZ | DFR 1LB WB 12/CS DCF FAIR TRAD | 12.00 | 000193963 | $ | 97.80 |
| 1629849 | Coffee | 28/9 OZ | FTN 9OZ 28/CS CAFE ESTIMA | 15.75 | 000189703 | $ | 112.61 |
| 1629856 | Coffee | 12/16 OZ | FTN 1LB WB 12/CS CAFE ESTIMA | 12.00 | 000189701 | $ | 90.00 |
| 1768563 | Coffee | 6/2 # | COFFEE GUATEMALAN CASI CIELO WHOLE BE | 12.00 | 000184216 | $ | 107.40 |
| 1769702 | Coffee | 6/2 # | COFFEE GUATEMALAN DECAF CASI CIELO WE | 12.00 | 000184217 | $ | 107.40 |
| 2517779 | Paper | 1/6000 CT | WPB NAPKINS 13X13 | | 000186068 | $ | 59.95 |
| 2875706 | Misc | 6/3.5 LB | BAR COCOA POWDER | | 000148516 | $ | 33.51 |
| 4012266 | Coffee | 32/5 OZ | FTN 5OZ 32/CS CAFE ESTIMA | 10.00 | 000189704 | $ | 71.50 |
| 4250809 | Misc | 48/Tins | AFTER COFFEE GUM CINNAMON | | 000195261 | $ | 60.00 |
| 4253506 | Misc | 48/Tins | AFTER COFFEE MINTS CINNAMON | | 000195259 | $ | 60.00 |
| 4253522 | Misc | 48/Tins | AFTER COFFEE MINTS VANILLA | | 000195257 | $ | 60.00 |
| 4256459 | Misc | 48/Tins | AFTER COFFEE GUM PEPPERMINT | | 000195260 | $ | 60.00 |
| 4256467 | Misc | 48/Tins | AFTER COFFEE MINTS PEPPERMINT | | 000195258 | $ | 60.00 |
| 4623948 | Coffee | 4/5# | FTN 5LB WB 4/CS CAFE ESTIMA | 20.00 | 000189700 | $ | 143.00 |
| 4845664 | Coffee | 72/2.5 oz | FTN 2.5OZ 72/CS CAFE ESTIMA | 11.25 | 000259516 | $ | 91.69 |

164

SYSCO BEVERAGE
PRODUCT: COFFEE
VENDOR: STARBUCKS
VENDOR # 822500
SUVC # 24490-01
TERMS: 1% 18 DAYS

# Schedule C for Authorized Accounts Only

# STARBUCKS

**Militar**

**Effective Date: 2/1/06-12/31/06**

| SUPC # | Category | Pack | DESCRIPTION | Coffee Weight | Starbucks SKU | Operator Delivered Pricing |
|---|---|---|---|---|---|---|
| 4845682 | Coffee | 28/9 OZ | GCO 9OZ 28/CS GOLD COAST BLEND | 15.75 | 000123922 | $ 112.61 |
| 4892743 | Coffee | 12/16 OZ | GCC 1LB WB 12/CS GUA CASI CIEL | 12.00 | 000195719 | $ 107.40 |
| 4892764 | Coffee | 28/9 OZ | ICB 9OZ 28/CS TERRAZA BLEND | 15.75 | 000195704 | $ 112.61 |
| 4894160 | Coffee | 12/16 OZ | DGC 1LB WB 12/CS DCF GUATEMALA | 12.00 | 000195720 | $ 107.40 |
| 8129579 | Coffee | 12/16 OZ | COFFEE FRENCH ROAST WHOLE BEAN | 12.00 | 000160387 | $ 90.00 |
| 8871063 | Paper | 1/1000 CT | CUP PAPER HOT 4OZ PRINT | | 000171630 | $ 42.75 |
| 8871089 | Paper | 1/1000CT | CUP PAPER HOT 8OZ PRINT | | 000171631 | $ 52.50 |
| 8871196 | Paper | 1000/12 OZ | CUP PAPER HOT 12OZ PRINT | | 000171632 | $ 66.95 |
| 8871204 | Paper | 1000/16 OZ | CUP PAPER HOT 16OZ PRINT | | 000171633 | $ 86.95 |
| 8871345 | Paper | 600/20 OZ | CUP PAPER HOT 20OZ PRINT | | 000171634 | $ 59.95 |
| 9273681 | Coffee | 32/5 OZ | COFFEE GRND HOUSE BLEND | 10.00 | 000159302 | $ 71.50 |
| 9273699 | Coffee | 28/9 OZ | COFFEE GRND HOUSE BLEND | 15.75 | 000159318 | $ 112.61 |
| 9273707 | Coffee | 12/16 OZ | COFFEE GRND HOUSE BLEND | 12.00 | 000159334 | $ 85.80 |
| 9273715 | Coffee | 120/1 OZ | COFFEE GRND HOUSE BLEND FP | 7.50 | 000002175 | $ 61.13 |
| 9273723 | Coffee | 32/5 OZ | COFFEE GRND HOUSE BLEND DECAF | 10.00 | 000159296 | $ 75.00 |
| 9273731 | Coffee | 28/9 OZ | COFFEE GRND HOUSE BLEND DECAF | 15.75 | 000159312 | $ 118.13 |
| 9273749 | Coffee | 12/16 OZ | COFFEE GRND HOUSE BLEND DECAF | 12.00 | 000159329 | $ 90.00 |
| 9273756 | Coffee | 120/1 OZ | COFFEE GRND HOUSE BLEND DECAF FP | 7.50 | 000002145 | $ 61.13 |
| 9273764 | Coffee | 4/5# | COFFEE ESPRESSO WHOLE BEAN | 20.00 | 000007360 | $ 143.00 |
| 9273772 | Coffee | 32/5 OZ | COFFEE GRND LIGHTNOTES | 10.00 | 000159303 | $ 71.50 |
| 9273822 | Coffee | 4/5# | COFFEE ESPRESSO WHOLE BEAN DECAF | 20.00 | 000007339 | $ 150.00 |
| 9273830 | Coffee | 28/9 OZ | COFFEE GRND LIGHTNOTES | 15.75 | 000159319 | $ 112.61 |
| 9273848 | Coffee | 12/16 OZ | COFFEE GRND LIGHTNOTES | 12.00 | 000159335 | $ 85.80 |
| 9273855 | Coffee | 28/9 OZ | COFFEE GRND VERONA | 15.75 | 000159323 | $ 112.61 |
| 9273863 | Coffee | 12/16 OZ | COFFEE GRND VERONA | 12.00 | 000159337 | $ 85.80 |
| 9282336 | Coffee | 32/5 OZ | COFFEE GRND VERONA | 10.00 | 000159305 | $ 71.50 |
| 9325606 | Paper | 1/1200 CT | SLEEVE PAPER KFT F/12-20 OZ | | 000141977 | $ 72.00 |
| 9610262 | Coffee | 28/9 OZ | COFFEE GRND BREAKFAST BLEND | 15.75 | 000159309 | $ 112.61 |
| 9679952 | Coffee | 12/16 OZ | COFFEE GRND FRENCH ROAST | 12.00 | 000159332 | $ 85.80 |
| 9680133 | Coffee | 32/5 OZ | COFFEE GRND FRENCH ROAST | 10.00 | 000159300 | $ 71.50 |
| 9693367 | Coffee | 28/9 OZ | COFFEE GRND VERONA DECAF | 15.75 | 000159314 | $ 118.13 |
| 9693458 | Coffee | 12/16 OZ | COFFEE GRND VERONA DECAF | 12.00 | 000159331 | $ 90.00 |
| 9693466 | Coffee | 12/16 OZ | COFFEE GRND BREAKFAST BLEND | 12.00 | 000159326 | $ 85.80 |
| 9700253 | Coffee | 28/9 OZ | COFFEE GRND 100% COL FINE | 15.75 | 000159311 | $ 112.61 |
| 9700261 | Coffee | 32/5 OZ | COFFEE GRND VERONA DECAF | 10.00 | 000159298 | $ 75.00 |
| 9782459 | Coffee | 12/16 OZ | COFFEE GRND SUMATRAN | 12.00 | 000159336 | $ 85.80 |
| 9817172 | Coffee | 32/5 OZ | COFFEE GRND LIGHTNOTES DECAF | 10.00 | 000159297 | $ 75.00 |
| 9817180 | Coffee | 28/9 OZ | COFFEE GRND LIGHTNOTES DECAF | 15.75 | 000159313 | $ 118.13 |