SYSCO BEVERAGE
PRODUCT: COFFEE

VENDOR: STARBUCKS
VENDOR # 822500
SUVC # 24490-01
TERMS: 1% 18 DAYS

# Schedule C for Authorized Accounts Only

## STARBUCKS

Militar

**Effective Date: 2/1/06-12/31/06**

| SUPC # | Category | Pack | DESCRIPTION | Coffee Weight | Starbucks SKU | Operator Delivered Pricing |
|---|---|---|---|---|---|---|
| 9828617 | Coffee | 28/9 OZ | COFFEE GRND MEXICAN SHADE GROWN DEC | 15.75 | 000178134 | $ 118.13 |
| 9828633 | Coffee | 28/9 OZ | COFFEE GRND MEXICAN SHADE GROWN | 15.75 | 000171867 | $ 112.61 |
| 9835091 | Coffee | 12/16 OZ | COFFEE GRND 100% COL FINE | 12.00 | 000159328 | $ 85.80 |
| 9926619 | Coffee | 32/5 OZ | COFFEE GRND 100% COL FINE | 10.00 | 000159295 | $ 71.50 |
| 9926627 | Coffee | 32/5 oz | COFFEE GRND GAZEBO | 10.00 | 000159301 | $ 75.00 |
| 9926635 | Coffee | 32/5 OZ | COFFEE GRND SUMATRAN | 10.00 | 000159304 | $ 71.50 |
| 9926643 | Coffee | 28/9 OZ | COFFEE GRND FRENCH ROAST | 15.75 | 000159315 | $ 112.61 |
| 9927179 | Coffee | 28/9 OZ | COFFEE GRND FAIR TRADE | 15.75 | 000165762 | $ 112.61 |
| 9927351 | Coffee | 12/16 OZ | COFFEE GRND LIGHTNOTES DECAF | 12.00 | 000159330 | $ 90.00 |
| 9927484 | Coffee | 12/16 OZ | COFFEE GRND HOUSE BLEND DECAF UV | 12.00 | 000159349 | $ 90.00 |
| 9929605 | Coffee | 28/9 OZ | COFFEE GRND SUMATRAN | 15.75 | 000159322 | $ 112.61 |
| 9933334 | Coffee | 12/16 OZ | COFFEE ESPRESSO WHOLE BEAN DECAF | 12.00 | 000159573 | $ 97.80 |
| 9933474 | Coffee | 12/16 OZ | COFFEE BREAKFAST BLEND WHOLE BEAN | 12.00 | 000160371 | $ 90.00 |
| 9933508 | Coffee | 12/16 OZ | COFFEE HOUSE BLEND DECAF WHOLE BEAN | 12.00 | 000160380 | $ 97.80 |
| 9933615 | Coffee | 12/16 OZ | COFFEE HOUSE BLEND WHOLE BEAN | 12.00 | 000160389 | $ 90.00 |
| 9933623 | Coffee | 12/16 OZ | COFFEE SUMATRAN WHOLE BEAN | 12.00 | 000160402 | $ 90.00 |
| 9933631 | Coffee | 12/16 OZ | COFFEE VERONA WHOLE BEAN | 12.00 | 000160403 | $ 90.00 |
| 9958687 | Coffee | 48/7 GRM | COFFEE GRND ESPRESSO PODS | 0.75 | 000158887 | $ 13.61 |

[redacted]

[redacted]

[redacted]

[redacted]

**From:** O'Neil, Alicia A NAF-04 AFSPC/A1SBB
**Sent:** Tuesday, September 12, 2006 8:39 AM
**To:** Ward, Bonnie S Maj 460 MSG/SVD; (MaryBAFB@aol.com); Callender, Jane W 1stLt 460 MSG/SVMX; Cherochak, Michael J Civ 460 MSG/SVH; Diaz Jesse I Civ 460 SVD/SVK; Harrish Joseph P Capt 460 SVD/SVM; Sandras, Jennifer L Civ 460 MSG/SVF; Throlson LeAnn M Civ 460 MSG/SV
**Cc:** Ravelo, Alayne A NAF-04 AFSPC/A1SPM; Henline, Randy L Civ 460 MSG/SV
**Subject:** RE: Follow Up from 6 Sep Base Restaurant Meeting

http://www.vgsonline.com/vgsonline/Main/frmBuilder.aspx?

This is the web site to the menu boards that I recommend using. I checked the two companies that are on the list that Jennifer sent out but they are more expensive and do not have the flexibility of the ones from VGS. The other companies use menu strips that will have to be reordered everytime we make a change. VGS menu boards use card stock that we can print at will. They look professional. I know that the signature brands used this company for Wright Brothers a few years back. We identified that we need 5 menu boards--Mexican, Grill, Sandwiches, Noodles, Desserts & Beverages. The military price is $400 per board.

Alicia

---

**From:** Ward, Bonnie S Maj 460 MSG/SVD
**Sent:** Monday, September 11, 2006 3:58 PM
**To:** (MaryBAFB@aol.com); Callender, Jane W 1stLt 460 MSG/SVMX; Cherochak, Michael J Civ 460 MSG/SVH; Diaz Jesse I Civ 460 SVD/SVK; Harrish Joseph P Capt 460 SVD/SVM; Sandras, Jennifer L Civ 460 MSG/SVF; Throlson LeAnn M Civ 460 MSG/SV; Ward, Bonnie S Maj 460 MSG/SVD
**Cc:** O'Neil, Alicia A NAF-04 AFSPC/A1SBB; Ravelo, Alayne A NAF-04 AFSPC/A1SPM; Henline, Randy L Civ 460 MSG/SV
**Subject:** Follow Up from 6 Sep Base Restaurant Meeting

Team,

Just a reminder of the deliverables for this Wednesday's meeting:

1) Budget estimate for your AOR
2) Five (5) possible names for Restaurant and/or Lounge

Don't forget to work with Mary on design/layout ideas . . . she is the continuity within the facility and best able to identify if we are going down a road we shouldn't take. Also, if you are not able to attend a meeting . . . please prepare another team member to brief your information. (Capt Harrish will chair the meeting – I'll be in a required AT briefing).
Thx!

BSw
BONNIE S. WARD, Maj, USAF
Deputy Director, 460th Services Division
Buckley AFB, CO
(720) 847-6919 / DSN 847-6919

Copy

**DEPARTMENT OF THE AIR FORCE**
**460TH SPACE WING (AFSPC)**

SEP 18 2006

Colonel David W. Ziegler
Commander, 460th Space Wing
510 South Aspen Street (Stop 88)
Buckley AFB CO 80011-9551

Mr. T. A. Poole
State of Colorado
Department of Human Services
2211 West Evens Avenue, Bldg B
Denver CO 80223

Dear Mr. Poole

I have reviewed your memo, dated 28 July 2006, notifying me that the Colorado Business Enterprise Program wishes to exercise statutory priority under the Randolph-Sheppard Act to operate the food service at the High Frontier Inn (HFI) at Buckley AFB.

As you know, the High Frontier Dining Facility (HFDF) will cease operations effective 1 October 2006. To that end, the 460th Services Division staff is working on close-out procedures for that function, a function that is operated under the provisions of the Randolph-Sheppard Act and funded with Government Appropriated Funds (tax dollars).

The HFI is being established in an effort to provide the entire Buckley AFB community an on-base restaurant with full service meals and alcoholic drinks. This will not be a vending facility operation. This facility will be operated internally by the Services Division as a Nonappropriated Fund (NAF) activity and will not be contracted out. NAF dollars are those that are generated locally through user fees, program fees and other resale operations. NAF business activities, such as this, are operated at most every military installation in the world.

As this is not a contract operation or a vending facility within the meaning of the provisions of the Randolph-Sheppard Act, the priorities established by the act do not apply.

If you have additional questions or concerns, please call Mr. Randy Henline at (720) 847-6899.

Sincerely

David W. Ziegler
DAVID W. ZIEGLER, Colonel, USAF

MEMORANDUM FOR HQ AFSPC/A1S
HQ AFSVA/SVCKH
IN TURN

FROM: 460 SW/CC
510 South Aspen Street, Stop 88
Buckley AFB, CO 80011-9551

SUBJECT: Request for waiver for Buckley AFB Coffee Shop

1. Buckley AFB Services requests a waiver to the Air Force NAF Purchasing Essential Products Program (EPP) contract to open and operate a coffee kiosks serving Starbuck's coffee. We propose to open the kiosk located in our new food and beverage operation, located in the old High Frontier Dining Facility. This constitutes an in-house gourmet coffee operations using powerful brand name recognition, based on customer demand.

2. Starbucks provides a turnkey program for Services to operate the coffee kiosk in our own name using the slogan "proudly brewing Starbucks coffee" under the Services name and logo. Services will be required to purchase the coffee from the Starbuck's supplier and they would provide the necessary marketing materials. This coffee will only be sold in this food and beverage operation and as Buckley Services has no other club or snack bar operation.

3. Product price, equipment and projected sales (Atch) information support approval of the request.

4. Should you have any questions or need additional information please contact Capt Joseph Harrish at DSN 847-5899.

DAVID W. ZIEGLER, Colonel, USAF
Commander

3 Attachments:
1. Information Sheet – Starbucks Proposal
2. Starbucks Coffee Company Agreement
3. MOA between AF Services and AAFES

Information Sheet
Starbucks Proposal

Price: Price of coffee per pound is approximately $7.30 for regular, $7.65 for decaf, and $7.30 for espresso. This is obviously a greater price than normal coffee, but it is "specialty coffee" with "Starbucks" name brand recognition. Additionally, the price per cup is well above the price for normal coffee, as in all the specialty coffee shops such as Starbucks, Seattle's Best, Joe Muggs, etc.

Cost of sale: A sample per drink cost is:

| | |
|---|---|
| Coffee (1.5 oz) | .18 |
| Milk (8 oz) | .19 |
| Cup and lid (tall) | .10 |
| TOTAL | .47 |

Retail price per cup is $2.75. That is only a 17% cost of sales including the cup.

Quantity: Will depend on volume but expect it will be only a small fraction of the base coffee purchases as we buy a large volume of coffee here for our activities including lodging.

Equipment: Starbucks does not charge us for the coffee machine, but if we buy the machine from them they will have it serviced.

MEMORANDUM OF AGREEMENT (MOA)
BETWEEN
AIR FORCE (AF) SERVICES
AND
THE ARMY AND AIR FORCE EXCHANGE SERVICE (AAFES)
FOR
CONDUCTING AAFES FOOD OPERATIONS in AIR FORCE SERVICES ACTIVITIES

1. **PURPOSE**: To set the framework and business relationship which will be followed when it is determined to be in the mutual best interest of AF Services and AAFES to deliver food operations in partnership undertakings. The goal of this partnership is to further quality food service initiatives to airmen and family members, generate reasonable earnings, and increase the installation share of discretionary food expenditures by authorized patrons through the addition of Name Brand Fast Food (NBFF) and AAFES signature brands.

2. **AUTHORITY**:

a. Authority to execute this MOA on behalf of AF Services is vested in the Director of AF Services, and on behalf of AAFES, in the Commander, AAFES.

b. Subsequent issues on any aspect of this MOA requiring further clarification or resolution will be resolved between AF Services and AAFES. The AF Services point of contact is the Commander, Air Force Services Agency. The AAFES point of contact is the Vice President, Corporate Planning and Communications.

3. **APPLICABILITY**: The program applies to all Air Force installations worldwide.

4. **DEFINITIONS:** Terms used are defined at Annex A.

5. **SCOPE:** This MOA applies to the establishment of NBFF operations or AAFES signature brand food operations in AF Services facilities as an AAFES direct food operation, as AAFES concession food operations, or as AF Services-operated AAFES signature brand operations. This MOA shall become effective upon signature by both parties and shall remain in effect indefinitely. This MOA may be terminated by either party by providing ninety (90) days written notice to the other party. AF Services will reimburse AAFES for any undepreciated capital expenses if AF Services requests termination. AAFES will reimburse AF Services for any undepreciated capital expenses if AAFES requests termination. This MOA may be modified at any time when agreed to by both parties in writing.

6. **CONCEPT OF OPERATION**:

a. Food Assessment. An installation desiring an assessment for a NBFF operation or an AAFES signature brand food operation in an AF Services facility will submit a

request through their MAJCOM to AF Services. The request will be coordinated with the local exchange general manager for comments prior to submission.

(1) AF Services and AAFES personnel will keep the cost of completing an installation food assessment study to a minimum. AF Services and AAFES will each separately fund its respective TDY and miscellaneous expenses incurred in completion of the study. When both parties agree to a third-party study, AF Services and AAFES will equally share in the cost of the study. The third-party contract will be executed by AF Services.

(2) The exchange general manager and Base Services Squadron Commander (or equivalent) will each participate in the assessment process to maintain good community relations regarding competitive food operations and to ensure the best business decision is made for the installation.

(3) Upon completion of an AAFES and AF Services food assessment, AAFES will prepare a market and financial analysis that will be jointly evaluated by both parties. Upon completion of a contracted third-party assessment, the contractor will prepare the market and financial analysis that will be jointly evaluated by AAFES and AF Services. A direct operated NBFF or AAFES signature brand operation will normally be pursued when the financial analysis yields a projected Internal Rate of Return (IRR) of 7% or more. A concession contract will normally be pursued when the projected IRR of the proposed NBFF or AAFES signature brand operation is less than 7 percent. An AAFES signature brand food program may be pursued, operated either by AAFES or AF Services, as a viable alternative if mutually agreeable to all parties and if it is more advantageous than pursuing a concession operation.

b. Food Operations. AF Services will select the method of NBFF or AAFES signature brand operations at each installation, i.e., concession, AAFES-operated, or AF Services operated. AF Services may elect not to pursue any of these options and pursue an AF Club Signature Brand or other AF Services food operation.

c. Facilities/Equipment. The installation will provide suitable location/facilities for AAFES food operations supporting AF Services operations. Installation-supplied nonappropriated fund (NAF) furniture, fixtures and equipment (FF&E), where available, may be used by AAFES if it meets NBFF franchiser's and AAFES signature brand's specifications and will be transferred at capitalized cost less accumulated depreciation provided the amount is mutually agreed to by the parties involved.

(1) For direct operations, AAFES will fund all additional equipment or furnishings needed to meet operational standards of the food concept with standard accounting procedures being used to record the costs involved.

(2) For concession operations, the concessionaire will assume responsibility for funding all additional equipment or furnishings needed to meet operational standards with standard accounting procedures being used to record the costs involved.

(3) Where existing AF Services location seating is not acceptable to the franchisor, seating required for the food concepts will be provided by AAFES or concessionaire according to franchisor's or AAFES' standards.

d. Hours of operation. The installation commander will establish hours of operation for food service facilities located within an AF Services facility. Operating hours and business practices will be in accordance with the NBFF franchisor's and AAFES signature brand's standards considering the economic impact on operating costs and installation Morale, Welfare, and Recreation Fund (MWRF) earnings. All parties understand that selection of operating hours can be expected to affect profits, rates of return, and revenue sharing. If agreement cannot be reached on hours of operation between the commander and the franchisor or AAFES signature brand, a NBFF or AAFES signature brand food operation will not be established under this MOA.

e. Revenue Sharing.

(1) AAFES Direct Food Operations.

(a) AAFES will pay AF Services 75 percent of the direct operating results from all AAFES direct food operations (NBFF or AAFES signature brand) in AF Services facilities established under the provisions of this MOA. AAFES will be responsible for capital costs, staffing, purchasing, marketing, manager training, training materials, contracting, and providing a contracting officer's technical representative.

(b) The remaining 25 percent of direct operating results from these facilities will accrue to AAFES.

(2) AAFES Concession Food Operations. (Choice from options below to be determined by AF Services).

(a) In the case of an AAFES contract administered by AF Services, AAFES will pay AF Services100 percent of the contracted percentage established by competitive bid of AAFES concession NBFF operations in AF Services facilities for those contracts written by AAFES. AF Services will pay AAFES a one-time fee of $500 for each contract and also perform contract administration and facility oversight once contract is awarded by AAFES as specified in Annex B.

(b) In the case of an AAFES contract administered by AAFES, AAFES will pay AF Services 100 percent of the contracted percentage for AAFES concession NBFF operations in AF Services facilities, less a 1/2% fee of monthly gross sales. Under this option, an AAFES contracting officer and representatives will be responsible for all items in Annex B.

(3) AF Services Direct Food Operations.

(a) AF Services operated NBFF: AF Services will retain 100 percent of the earnings, less a 1/2% fee of monthly gross sales. AF Services will be responsible for capital costs, staffing, purchasing, marketing, manager training, training materials, and providing a contracting officer's technical representative.

(b) AF Services operated AAFES signature brand. AF Services will retain 100 per cent of the earnings, less 2% of the monthly gross sales. AAFES support is outlined in Annex C. AF Services will be responsible for capital costs, staffing, and purchasing.

f. Other.

(1) All décor, equipment, food, and supplies must meet NBFF franchisor's specifications. All NBFF locations are subject to NBFF franchisor's approval and consent.

(2) Supplemental memorandums of agreement will be developed locally for each operation and shall include method of operations (concession or direct), hours of operation, support agreements (janitorial services, maintenance, etc.) and identification of exclusivity agreements in existing food service contracts for NBFF operations which will be honored.

7. **Payments/Reports:**

a. Payments for either direct operations or contract operations will be made to the applicable installation MWRF NLT the 30th of the month following the close of business for the preceding accounting month. HQ AAFES will provide AF Services information detailing all financial aspects of the operation.

b. Under this agreement, the AAFES revenue and expense reports, including installation payment records are subject to standard Air Force auditing procedures.

8. **Approval:** The provisions of this MOA are effective upon signature of the last of the two parties to sign.

ARTHUR J. MYERS
Director of Services
DCS/Installations & Logistics
Date: 6 Oct 99

BARRY D. BATES
Major General, USA
Commander
Date: 21 Oct 99

# ANNEX A

## TERMS AND DEFINITIONS

1. Name Brand Fast Food (NBFF) – All regional and national fast food franchises having multi-unit operations, centralized marketing and promotion capability, and wide-spread product recognition within the market, e.g., McDonalds, Burger King, Wendy's, etc.

2. AAFES Signature Brand Food Operations - AAFES trademark brands, i.e., Anthony's, Robin Hood, etc.

3. AAFES Direct Food Operation – NBFF or AAFES signature brands food operations under the direct control of AAFES management and operated by AAFES employees.

4. AAFES Concession Food Operation – NBFF or AAFES signature brands food operations under the direct control of a third party contractor operated by contractor employees.

5. AF Services Direct Food Operation (covered by this MOA) - AAFES contracted NBFF or AAFES signature brands food operations under the direct control of AF Services management and operated by AF Services employees.

6. Internal Rate of Return (IRR) - AAFES uses Internal Rate of Return as a means of evaluating it's capital investments. IRR is the rate of interest that will make the present value of cash proceeds expected from the investment equal to the present value of the cash (capital) outlays required by the investment.

7. Direct Operating Results (DOR) - Sales less cost of goods, personnel costs, direct other expenses, and depreciation in accordance with AAFES standard accounting procedures.

8. Air Force Club Signature Brand Food Operations. AF Services in-house or proprietary brands of contemporary casual themed restaurants, e.g., J.R. Rockers' Sports Café, Popo Loco's, Rickenbacker's , Liberty Pizza and Deli, Wright Brothers' Café, Wright Brothers' Market and Grille, The American Café, and Classics Grille.

9. Other Air Force Services Food Operations. Name brand (non-fast food) and AF Services non-branded food operations operated directly or by contract in Services facilities, e.g., bowling and golf course snack bars, club cafeterias and dining rooms, etc.

ANNEX B

CONTRACT ADMINISTRATION

1. AAFES will perform contracting function on behalf of AF Services for NBFF direct and/or concession operations.

2. Contracting function will be conducted in accordance with AAFES Purchasing Policies and Procedures. Appropriate contracting action/strategy to be taken is at discretion of the AAFES contracting office. Includes the following:

a. Preparation and award of contracts and required amendments, in accordance with requests and information provided by AF Services installation representative.

b. Administration of contracts through issuance of appropriate oral requests and/or letters (warning, show-cause, forbearance, termination, etc.) which may be required to ensure performance in accordance with contract terms. AF Services installation representative will promptly notify AAFES contracting officer of nonperformance actions by contractor.

3. If elected, AF Services may provide their own Contracting Officers' Technical Representative (COTR) meeting the requirements and completing the responsibilities listed below.

4. COTR Requirements. COTR must possess the following qualifications:

a. Demonstrated knowledge and experience in Government acquisition, commercial purchasing or related fields.

b. Documented knowledge of Government purchasing policies and procedures.

c. Education background or specialized training in business administration, law, accounting, or related fields.

d. Satisfactory completion of mandatory acquisition training courses.

e. Evidence of business acumen and mature judgment.

f. Loyalty, integrity, reputation, and business ethics which are above reproach.

5. Contracting Officer's Technical Representative (COTR) Responsibilities. The COTR will be officially appointed, in writing, by the AAFES Contracting Officer (CO), and will handle routine matters of concern regarding the contracts as outlined in the CO's appointment letter. Examples of routine matters include, but are not limited to:

a. Ensure all terms and conditions in the contract are adhered to.

b. Make periodic visits to activity to determine contract compliance.

c. Make oral warnings to the contractor when violation is noted and provide written documentation to the AAFES CO.

d. Notify the AAFES CO of all failures to take corrective action.

ANNEX C

AF Services Operates Direct
AAFES Signature Brands
(2% of monthly gross sales to AAFES).

1. AAFES will:

a. Provide appropriate operational support in accordance with established brand procedures and operational criteria.

b. Coordinate the scheduling and conduct management training for signature brands. Training will be completed in an AAFES certified training location.

c. Provide a complete package for each brand. The individual concepts include :

(1) Image and décor standards,

(2) Approved equipment listing,

(3) Layout definitions (typicals),

(4) Crew member training program including updates as needed,

(5) Formulas and specifications for standard, optional, and promotional menu items, approved vendor source list for logo'd expense items and specialized ingredients.

(6) Provide all available developed marketing, advertising, and promotional materials to include point of purchase materials and duratrans for each signature brand. AAFES periodically develops new products and other marketing initiatives for each brand and will provide materials at no additional charge.

(7) A complete Brand Operating Manual including all food production and operational procedures updated quarterly.

d. Conduct initial licensing review of newly activated concept facility and approve/disapprove it to operate as a licensed AAFES signature brand food outlet. When approved, AAFES will issue licensing certificate and conduct periodic license revalidation reviews. Reviews will be conducted at the rate of one per annum unless a particular activity is deemed substandard on a revalidation visit.

2. AF Services will:

a. Reimburse AAFES the salary, to include fringe benefits, and TDY costs expended by the AAFES HQ or region staff at an on-site operation, whenever support is requested by an authorized representative of the gaining activity, or for annual licensing visits. All TDY costs will be IAW current JTRs. Salary costs, to include fringe benefits, will also be charged in those instances where extraordinary service (not covered under the 2%) is requested to be provided by HQ AAFES.

b. Comply with image/décor, equipment and layout definitions and requirements of the various AAFES signature brands as provided by AAFES and to use AAFES

equipment contracts to purchase equipment and accessories where economically beneficial to do so.

c. Use only AAFES-approved food and supplies as outlined in the approved-food list. Purchases may be made from AAFES, AAFES-recommended sources, or AF Services sources.

d. Abide by the operating standards/procedures/guidelines as provided in the Brand Operating Manual of each signature brand.

e. Not assign or enter into any agreement that has the effect of providing program/procedural information or licensing/relicensing of the AAFES product or service to a third party without AAFES' prior written approval.

Restaurant Validation Analysis

Fast Casual Restaurant at Buckley AFB

Alicia O'Neil

AFSPC/A1SVP

Food & Business Specialist

September 25, 2006