Executive Summary

The 460th Services squadron at Buckley AFB has the opportunity to take over operation of a former dining facility and turn it into an exciting restaurant for the base population. The concept is an upscale food court offering a variety of cuisines through operation of three food kiosks and a mega-salad bar, good value, menu variety and outstanding service.

The population of Buckley AFB is expected to grow and with the limited dining options available on base, 460th Services could be earning revenues driven from existing demands. Establishing a fast casual restaurant concept will benefit the community and will improve the revenue of Buckley's IMWRF (installation morale welfare, & recreation fund). This project will provide a dining option that will target the entire workforce at Buckley AFB and families living on base. Through effective, objective market research and efficient product design, Buckley AFB, 460th Services should be able to deliver a quality product to its community.

The restaurant will serve the Buckley AFB community by providing breakfast, lunch, dinner and lounge operations to the military, family members, retirees, and civilian workforce. A complete interior renovation will be completed to create a food emporium image. The interior renovation will include new bar, signage, artwork, paint, window treatments and minor construction. The menu will emulate national fast casual theme restaurants such as Chipotle Grill and Jason's Deli. A new restaurant name will be established to create brand imaging. A complete marketing campaign will be developed.

The mission of Air Force Space Command Services is "to help field commanders increase combat capability and improve programs promoting readiness, esprit de corps and quality of life for Air Force people. Similarly, our vision is to provide combat support and service to the Air Force community through excellence in core competencies, focused

innovation, and systematic delivery of products and services to meet their constantly changing needs" (USAF Services, 2006). Business activities support the mission by improving morale and retention (USAF Services, 2006). Creating a fast casual restaurant and lounge at Buckley AFB will improve the quality of life and esprit de corps for the personnel at Buckley by providing a community social gathering place.

## Background/Situation Overview

### Company History

Buckley AFB is home to the 460th Air Base Wing which re-activated in 2001. From 2002 to 2004, the Wing activated the Mission Support Group, Logistics Readiness Squadron, Contracting Squadron, Comptroller Squadron, Operations Support Group, and Space Communications Squadron (History of the 460th, 2006). In 2004 the 460th Air Base Wing became the 460th Space Wing (History of the 460th, 2006). Since the activation of Buckley Air Force Base many construction projects to ensure mission support and quality of life programs have been initiated including a fitness center, shopping center, on base housing, child care facilities, and community center.

### Financial Performance

At the end of fiscal year 2005 the performance of Buckley AFB Services Squadron shows a healthy acid test ratio of 3.52:1 (table 1) with a positive net income of $288,275 (table 2). The acid test ratio is consistently better than the Air Force and Major Command standards. These financial figures indicate that the Services squadron can safely take on a new project. The current facility is housing the dining facility which was renovated in 2003. Once the contract is closed out, the furniture, fixtures and equipment will be turned over to 460 Services with the current depreciation transferred.

External Environmental Analysis

*Geographic Environment*

Buckley AFB is located in the City of Aurora, which is situated 12 miles east of the City of Denver in Colorado. Buckley AFB occupies over 11,200 acres in a residential section of Aurora, primarily suburban. Major east-west and north-south streets on a one mile grid and most retail and commercial activity fronts these streets. Figure 1 illustrates the urban and the regional context of the base.

Figures




*Figure 1 (Google-Map, 2006)*

*Operating Environment*

Buckley AFB provides support to 38 active duty, National Guard and Reserve units from all branches of the Department of Defense (DoD) (Buckley Services, 2006). The demographic information table (table 3) demonstrates the population breakdown by mission. Buckley AFB is the sole support of all the military and DoD civilian personnel living and working in the Denver metropolitan area.

Key Competitor Analysis

In terms of competition, there is both on-base and off-base competition. The immediate market area surrounding Buckley AFB, within a 10 minute drive has a large number of food and/or beverage establishments, the majority being fast food or casual, quick serve in execution. Most of the civilian workforce that leave base for dining patronize restaurants in the shopping center across from the Aurora Mall on East Cedar Avenue or fast food outlets on Alameda and Mississippi Avenues. A sample of the commercial restaurants available in this area outside the gate include: Baja Fresh, Atlantic Bread Company, Romano's Macaroni Grill, Mimi's Café, A& W, Charley's Steakery, Chick Fil-A, Black Jack Pizza, Subway, Chili's, Fatburger, Black Eyed Pea and a variety of independent ethnic restaurants. The map in figure 2 shows the dining options in relation to the base.




*Figure 2 (Yahoo! Maps, 2006)*

An AAFES (Army Air Force Exchange Services) food court is located on the north perimeter of the base within the commissary and Base Exchange complex. The food court houses Burger King, Robin Hood Deli and Anthony's Pizza. Once the dining facility closes at the end of September, the AAFES food court will be the only food available on base. There is not much competition on base for food service operations.

SWOT Analysis

SWOT is an acronym for strengths, weaknesses, opportunities and threats of an organization (Pearce & Robinson, 2005). SWOT analysis for the new fast casual restaurant proposed for Buckley AFB:

| | |
|---|---|
| **Strengths**<br>Offers on base dining for entire Buckley community<br>Willingness to go the extra mile for the customers<br>Innovative menu<br>Standardized processes.<br>Location adjacent to Aerospace Data Facility (ADF)<br>Strong MAJCOM (major command) food & beverage specialist | **Opportunities**<br>New restaurant grand opening; fresh look, fresh menu<br>Expansion of "to-go" business<br>Cross market with other Services programs<br>Lounge operation and innovative programming<br>Catering program |
| **Weaknesses**<br>Inexperience in operating food and beverage program<br>Continuous change in all levels of personnel<br>Lack of brand recognition.<br>Facility layout will increase labor costs<br>Not enough parking<br>. | **Threats**<br>Plentiful competition off base<br>Increased pricing from former dining facility<br>Extended hours of operations (past lunch) may be difficult to justify according to patronage |

Product Justification

Business activities support the mission by improving the quality of life for our military personnel (USAF Services, 2006). Creating a fast casual restaurant and lounge at Buckley AFB will improve the quality of life and esprit de corps for the personnel at Buckley by providing a community social gathering place. This restaurant will support the community need for a convenient dining alternative with variety of food options.

**Market Research**

Research Methodologies

This type of project requires traditional types of market research such as data analysis and focus groups to determine customers' needs and wants. Intercept surveys with current dining facility patrons and focus groups with community members, workforce groups, base residents

will be used to determine the customers' desires and expectations. Brainstorming sessions will be held with the front line employees to learn what they know about customer preferences and expectations. Secondary data industry trends will be researched for current trends in the fast casual restaurant arena.

The biggest limitation of surveys is that people do not always behave as they say they will. Consumer surveys of buyer intention are discounted for this reason ((Mullins, Walker, Boyd, & Larreche, 2004). The results of the surveys conducted for the Buckley project will be discounted in a similar fashion.

Focus groups have both advantages and disadvantages. Focus groups originated to combat the fact during individual interviews the questioner takes the lead, in effect controlling the conversation and introducing bias (Threlfall, 1999). Focus groups are focused on the participants and their opinions. Another major advantage of the focus group method is the speed and flexibility of conducting focus groups. Focus groups are very inexpensive to conduct.

A disadvantage to focus groups is that the method can easily produce bias results through the researchers' hidden agenda (Threlfall, 1999). Another disadvantage of the focus group method is the possibility of group-think. The focus group environment is artificial and that may skew the results.

## Research Instruments

Focus groups are an effective method of conducting market research if executed properly. The focus group method will be used to research the Buckley AFB market. Six categories of focus groups will be conducted: junior enlisted personnel, senior enlisted personnel, company grade officers, field grade officers, civilian employees and retirees. The group will have eight to 12 participants with an even ratio of male to female. The key points

identified for the focus group surveys are: frequency of dining out, current dining choices for breakfast, lunch and dinner, potential for lounge operation use, food station preferences, and price expectations.

Secondary Information Sources

The analysis of macro trends is a key tool in market research. Managers need to identify and monitor information about trends to modify strategy as the market dictates. Secondary resources that will be used to study market trends are Nation's Restaurant News, Chain Operator, and Restaurants & Institutions.

National trends for food and beverage operations focus on value for the dollar, and on going trend resulting from quick-service industry programs (Kruse, 2005). 2006 shows promise in the casual dining sector (Lockyer, 2006). The growth strategies for 2006 include innovative menu development and brand extension-initiatives (Lockyer, 2006). The market in the restaurant industry will continue to focus on healthy choices (Kruse, 2005). There will be more whole grain options in the breads category. Side dishes will expand into non-carbohydrates such as fruits and salads. Salads will also be hitting the main stream. Salad dressings will be used to create the flavor without the guilt (Kruse, 2005). Creative sandwiches will remain one of the hottest trends in 2006 (Kruse, 2005).

Major Factors Involved in Product Design

The design process takes place over four stages: function design, technical design, detail design, manufacturing process design (Crawford-Di Benedetto, 2004). A cross functional team will be formulated to design the fast casual restaurant. A good design will have a pleasing ambiance, efficient traffic flow, economical to operate and service, and offer quality food. Ergonomics is also very important to services products (Crawford-Di Benedetto, 2004).

The major factors in the design of a fast casual restaurant for Buckley AFB are: determination of food station themes, menu, name and brand image of restaurant, décor package, equipment requirements, pro-forma, project budget and timeline, cost of goods and labor analysis, POS programming, staff training, grand opening, and continuing operations.

Menu items will be evaluated according to the following criteria: food and beverage industry trends, flavor profile, presentation, cost of goods, use of existing products, amount of new product introduction, ease of execution, speed of service, sales feasibility, and similar item offers at designated benchmark locations.

In most projects some of the design elements occur concurrently or overlap. The design process must be integrated to strengthen the product attributes and minimize the project length.

## Product Features Overview

### Detailed Description

The restaurant will be set up with multiple station kiosks with each station specializing in a specific type of cuisine and/or cooking platform. The lunch and dinner options will include a gourmet deli featuring sandwiches and wraps, traditional and artesian breads; a traditional grill offering philly cheese steak sandwiches, char-broiled hamburgers and chicken breast sandwiches; a live action pasta station; a grab and go refrigerator, a mega salad bar and a yet to be determined theme station. The theme station will be determined through research conducted primarily through surveys and consumer focus groups. The theme ideas currently in consideration are Mexican, BBQ, or American home-style. The restaurant will also serve a full service breakfast weekdays from 0530 to 0800. A "We Proudly Brew" Starbucks kiosk will be available during all hours of operation.

The customers will enter through the front lobby area and get a tray and silverware. The customer will then be able to order their food from the available stations. A beverage area with fountain sodas, ice tea, water and juices will be available. Desserts will be portioned and showcased in a rotating stand up refrigerator. There will be two cashiers during the peak hours of operation. The customer will be able to select their own seating from booths, tables in the dining room, patio or in the pub. The dining room staff will consist of bus persons who will provide deliver food, complete table clean-up and assist customers in any way possible.

An interior renovation will be completed to create a food emporium image. Several theme décor ideas are in consideration. The interior renovation will include new bar, signage, artwork, paint, window treatments and minor construction. The dining room will be updated to include a "Pub" area with a full service bar available on Friday evenings and for special functions. The pub will provide a place for socialization that is currently lacking at Buckley AFB. The patio area adjacent to the pub area will be available for outside dining, socializing and will permit smoking.

Product Life Cycle

The product life cycle describes the product's sales history and is based on the theory that product's sales change in a predictable manner over time (Mullins, Walker, Boyd, & Larreche, 2004). The new restaurant for Buckley AFB is currently in the pre-launch activity phase. The pre-launch phase is the preparation leading up to the launch of a new product. This phase includes the development of the product and the product capability to compete in the marketplace (Crawford-Di Benedetto, 2004). Preparation will include developing product specifications, standards, recipes, personnel training, budget development, business and marketing plans. Keeping the pre-launch phase as short as possible is advantageous to reduce

development costs, maintain competitive advantage in the marketplace, and minimize losses due to the time value of money.

## Service Aspects

The restaurant is a service business which can be defined as "any activity or benefit that one party can offer to another that is essentially intangible and that does not result in the ownership of anything. Its production may or may not be tied to a physical product" (Mullins, et al., 2004, p 226). The service aspects of the restaurant at Buckley AFB will be primarily delivery of food and/or beverage to the consumer. Expedient delivery of a quality product consistently will be essential in the relationship building between the business and the customer. Secondary service aspects include the ambiance, the parking, and the drive-thru window.

## Regulations Regarding Product

The regulatory agencies that will impact operations at the restaurant at Buckley AFB are the National Sanitation Foundation, Occupational Safety and Health Administration and Department of Justice (OSHA), and the ADA (American Disabilities Act). Since the restaurant will be located on a Military installation run by a Services squadron the restaurant will also need to comply with Air Force Instructions (AFI) and the Air Force Manual (AFMAN) guidance that govern labor, organizational structure, oversight policies and financial accounting procedures.

## Prototype Phase

The prototype phase of the new restaurant at Buckley Air Force base will consist of menu item testing. The focus of the prototype testing will be quality, ease of execution, customer satisfaction and raw cost of ingredients. Prototypes of menu items will be used to test market fit, technical feasibility, and financial assessment.

The prototype testing will be conducted at Peterson AFB in Colorado Springs, Colorado at the Officers' Club. Items will be developed, cost of goods calculated, and executed as specials at the main dining location on Peterson AFB. The population demographics will be similar to Buckley AFB

**Product Pricing Strategy**

Philosophy on Pricing

Operating a business on a Military installation is very different from the commercial sector. Air Force Services activities are nonprofit and all proceeds are rolled together into one fund which is re-invested into the activities via a council made up of members of the installation's mission support group. Air Force Services activities must be careful not to gouge their customers, maximum profits is not the goal. Thus the expected/intended profitability is less than industry standard due to the military environment the restaurant operates within. The strategic pricing objective for a restaurant operation is to achieve a 2-7% net profit.

Pricing Strategies Assessment

There are four approaches to selecting a pricing strategy: demand oriented, cost-oriented, profit oriented, and competition-oriented (Kerin, Hartley, Berkowitz & Rudelius, 2006).Within these approaches there are several pricing strategies. The following pricing strategies were considered for the new restaurant at Buckley AFB: standard markup pricing, penetration pricing, premium pricing, competition-oriented pricing, and price skimming pricing.

Selected Pricing Strategy and Rationale

The main price strategy that will be used for the new restaurant at Buckley AFB is penetration pricing. The rationale for the selected price strategy is that penetration pricing is aimed at winning new customers and capturing the largest share of the market possible (Mullins,

et al., 2004). Penetration pricing is used for product markets that are in the introductory stage of the product life cycle and where the target customers are sensitive to price (Mullins, et al., 2004). Increased sales volume will also drive down production costs. The lower the product is priced the higher the expected volume. The target market will be extremely sensitive to price because the facility used to be a government subsidized dining facility. The average price point at the dining facility for breakfast was $1.85 and lunch was $3.

The selected pricing strategy will also combine a cost oriented approach and a competition-oriented approach to the demand approach of price penetration. The pricing strategy will use the cost of goods, cost of labor and the pricing of the competition as consideration factors to determine the final price of each item. Initially the raw cost for a menu item will be determined. A cost of goods percentage will be applied to the raw cost. The price ceiling and the price floor will be determined for each item. The resulting sales price will be evaluated for what the market will bear, and price range in its menu category. The pricing structure will be compared to industry standards using menus from the local restaurants both on base and off base. The pricing structure needs to be very competitive with the off-base competition to increase market share. The price point will be lower than the off-base competition. Odd even pricing strategy will be employed. In odd even pricing the price is set a few cents under an even number. The thought process is the customers see the cost as below the next threshold, $6.95 as opposed to over $7.

The pricing strategy used for the restaurant at Buckley AFB must also take into account the perception of customer value. If the price point selected is higher than the customer is willing to pay, the result may be a loss of market share. If the price point selected is lower than customer expectation the company will not realize optimum revenues. Although the final price

point will be higher than most of the on-base competition, the new venture will offer a different level of quality, service, convenience and ambiance.

**Distribution Strategy**

Distribution strategy is essential to an effective marketing plan. An effective distribution delivers the product to the customer at the right time and place. A key objective for a restaurant is to maintain the appropriate level of product availability to meet consumer demand. Using the direct distribution format the distribution channels being considered for the restaurant at Buckley AFB are: direct sales to the customer, fax orders, drive thru Starbucks service, car-side to go, and on-base delivery service.

A direct sale to the customer is the most common format of delivery for a restaurant. The customer comes into the activity, makes a selection, receives the item, pays, and consumes the product either on or off site. This distribution channel will service the largest amount of the target audience with the lowest operational costs. Fax orders will allow the customer to pre-order their selection prior to arriving at the restaurant. Fax orders will increase the amount of product sales. Car-side to go is a distribution channel used successfully by national casual theme dining operations such as Applebee's and Chili's. The concept is to order the meal by phone, drive to the location and have the order delivered to the car. Payment is also taken car-side. An on-base delivery service will allow the restaurant at Buckley AFB to reach another target market which will increase sales.

Selected Distribution Channels

The restaurant at Buckley AFB will sell its product direct to the customers as its primary distribution channel. This method of distribution will provide the bulk of the sales for the