restaurant. The other distribution methods that will be incorporated after the facility opens and obtains efficiency in operations are car-side to go and the Starbucks drive-thru.

Accepting fax orders may increase sales but may negatively impact the walk-in customer. The walk-in customer may lose priority if all the cooks are preparing fax orders. If additional cooks are added to accommodate this distribution method a sales to labor analysis must be preformed. Fax orders are sometimes difficult to understand resulting in the customer not receiving what is expected. Not meeting customer expectations will result in loss in sales for both the fax distribution and walk-in business.

Adding a drive-thru Starbucks for this facility will increase traffic for this particular item. The layout of the facility and the traffic flow must be analyzed to determine if this distribution channel is financially feasible. If the drive-thru is financially feasible and logistically possible, this distribution method should be used.

A home delivery program takes a large investment in cars, insurance and added labor to execute. This distribution channel will be more costly to operate than the sales will support. Not all menu items maintain quality when transported which will lower the perception of quality of the restaurant. Car-side to go would be a better option than delivery. Car-side to go will grow the market for the restaurant by targeting individuals who want to bring convenience home. This distribution method captures the benefits of delivery service without a large capital investment.

**Market Analysis**

Evaluation of Fundamental Economies

*Market Demand*

Additional security measures implemented after 9/11 have complicated ingress and egress from Buckley AFB for lunch options in the surrounding community of Aurora. This has

resulted in higher demand for on-base dining. Once the dining facility closes at the end of September, the AAFES food court will be the only food available on base.

*Market Potential*

A major trend in the United States is that the number of people eating outside their home is increasing (Kara, Kaynak, & Kucukemiroglu, 1999). The concept behind transforming the current dining facility to a base restaurant is that it offers fast casual theme dining, a type of dining not previously available for the entire base population. This type of dining is only available off base over the acceptable drive time for lunch hour. The facility has a prime location across the parking lot from the aerospace data facility, a secured compound with over 1200 personnel assigned. Due to limited parking most of the personnel working within the compound opt to not drive to dining options. Other potential markets for the restaurant are the military families and the future lodging guests. The first phase of family housing is due to open in September 2006. Lodging is expected to open for operation in 2009.

*Available Market*

Buckley AFB has over 10,000 military personnel stationed at the base and off-base at nearby locations in Denver and at the Rocky Mountain Arsenal. Additionally, there are an estimated 35,000 dependents associated with these personnel. The Buckley AFB retiree population is almost 22,000 persons and is one of the larger retiree populations supported by Air Force Base installations. Table 4 provides the population composition of Buckley AFB.

*Market Share Objectives*

One of the major objectives is to reach identified new target audiences. The restaurant at Buckley AFB would also like to capture the customers presently seeking dining off base, families, and FAM (family) camp occupants. The strategy to capture this market is through

advertising that features the advantages and offerings of fast casual theme dining now available on base.

Assessment of Financial Feasibility

Once cost estimates are determined a time phased budget can be developed. Time phasing the project tasks will make it easier to keep tabs on the total project cost as the project unfolds. The time phased budget for the Buckley project is seen in table 5. The sources of capital for this project are base funds in the amount of $100,000.

Projection of Product Profitability

The financial projections (table 6) show a positive NIAD of 8.2% in the first year of operations. This is a conservative estimate of sales. The original investment for the project was $100,000. The payback period for this pro-forma is expected to be 2 years. Results for the financial success are based on the breakeven analysis. The break even analysis by day part will be the minimum standard the restaurant needs to meet in order to meet the financial goals. The cost of goods must not exceed 35% and cost of labor must not exceed 30%. The catering and bar operations must achieve at least 2% net income after depreciation.

**Brand-Building Strategy**

There are six key steps to building a successful restaurant brand: identifying the brand's promise to its consumers, ratifying the promise, incorporating the emotional benefits of the brand promise, consistently strengthening the promise throughout the organization, communicating the brand to the internal stakeholders, and living the brand in all that the company does (Lozito, 2004). The goal of the branding strategy for the restaurant at Buckley AFB is to burn a positive image and experience into the minds of the community members. The new restaurant concept must deliver the right combination of food quality, service, and ambiance to meet customer

expectations. "The restaurant emotional brand experience starts creating a bond form the minute the patron sees an ad, a name or a logo and doesn't end until the music, lights and aroma are only a recent memory. Every touch point in between is an opportunity to differentiate and reinforce the brand promise" (Lozito, 2004, p 58).

The promise of the restaurant at Buckley AFB is to provide great food, fast service and convenience. The strategy begins with naming the new facility. The name is the first message the customer receives about the concept. Buckley's Food & Beverage Emporium creates an image of quality and variety in a convenient setting. The employees are the key to delivering and maintaining the message. The employees must live and breathe the brand. To accomplish employee buy-in to the concept the initial and on-going training environments must be fun and embrace the organization's core values of integrity, honesty, reliability, respect, loyalty, balance, compassion, and dedication. The values will guide the personnel in all the interactions with internal and external customers of Buckley's Food & Beverage Emporium.

Management must communicate the brand promise on a continual basis to all the stakeholders, particularly the internal stakeholders. Employee incentive programs must be created to keep the spirit alive. To deliver variety the menu selections must be kept fresh and in tune with customer desires. Industry trends must be watched and implemented into the concept. The brand must not be allowed to stagnate or the promise to its customers will become unfulfilled.

## Alignment of Low-Level Strategies with Organization's Strategy

It is important for the brand strategy to be consistent with the organization's strategy. The strategies of building a brand image for Buckley's Food & Beverage Emporium fall in line with the organization's strategy of providing a sense of home for its community members, from "the

front line to the home front" (USAF Services, 2006). Providing a place for the military community to meet fundamental needs and socialize is integral to the concept of the Services squadron. The brand image of Buckley's Food & Beverage Emporium can be integrated with many of the other Services activities through the consistent message of quality, variety and convenience particularly through the outdoor recreation, child care, and fitness programs. Developing a core training style and expectations of superior customer service for the entire Services squadron transcends the individual activities' focus.

## Stakeholder Relationships

Stakeholder relationships are essential to creating and maintaining brand image. The stakeholder groups of Buckley Food & Beverage Emporium include the employees, the management, the community members, and senior leadership of Buckley AFB. Brand building is customer-driven because customers know exactly what the product should do and what they want as a result. If the product does not perform as promised and the way consumers expect, it likely will not succeed.

Potential challenges often arise if stakeholders are excluded from the branding process. The first challenge is the continuously changing demands that arise from the various groups of stakeholders. Stakeholders act according to their interests and are going to "try to use their power to influence the product in the direction they desire" (Nilsson & Fagerstrom, 2004, p. 3). A balance of the stakeholders' requirements is necessary. Project leaders must continuously analyze demands and find ways to pacify stakeholders by either fulfilling demands or finding alternatives that will effectively appease requests. To do this, information must be shared and all involved need to develop a common understanding of the evolving design and importance to particular groups of stakeholders (Nilsson & Fagerstrom, 2004). Another potential challenge is

that decision-makers often do not keep the customer in mind and instead make decisions that accommodate the requirements of other stakeholders. For instance, managers may use cost-cutting to increase profitability. This may reduce functionality of the product, making it less desirable to consumers. These decisions may not be the best for the new product in the end. These stakeholder interests should be continuously analyzed to help balance and prioritize needs.

## Preserving Brand Integrity

To be credible a brand must be perceived as having integrity. Social responsibility is a cornerstone of integrity. Buckley's Food & Beverage Emporium must deliver a quality product at a fair price. The image of a place for socialization must maintain an aura of wholesomeness to be credible in the military environment. To be successful Buckley's Food & Beverage Emporium image must meld with the military community. A focus of military tradition will lend credibility to the brand. Without strong social responsibility the restaurant at Buckley AFB will be perceived as just a place for fuel to patronize when there is no time to leave the base. Success will not be optimized.

## Brand Awareness and Perception

Once the brand image of Buckley's Food & Beverage Emporium is established through soft openings, grand opening, distribution of miniature menus, print advertising and launch of customer loyalty programs the level of brand awareness can be evaluated. Once brand is established there are various ways to continue to grow the brand. The culinary talent of the chef and the culinary team can be branded as an expansion of the Emporium image through culinary demos, cooking classes and competitions. Buckley's Food & Beverage Emporium can reach out to its partners in the food manufacturing field through showcasing their brands such as Tyson and Campbell's soup to enhance the Emporium's image of quality.

A brand is a relationship between the company and its stakeholders. Trust and communication are integral in relationship building. The perception of value for the stakeholders is essential to maintain the relationship. Continuous growth of the brand image can be obtained through focusing on core competencies, consistent image, connection with all the company's stakeholders and the exploration of opportunities with relevant partnerships. Brand imaging, strategy and positioning will keep the brand awareness fresh in the marketplace.

## Integrated Marketing Communication Plan

### Target Audience and Potential Segments

The target audience for Buckley's Food & Beverage Emporium is the military community that is served by Buckley Air Force Base. The target audience at Buckley Air Force base can be segmented into nine groups: junior enlisted personnel, senior enlisted personnel, company grade officers, field grade officers, reservists, contractors, family members, civilian employees and retirees. As part of the development of the IMC plan some of these groups overlap through similar demographic and socioeconomic characteristics. The civilian employees and contractors form a group that is part of the workforce of Buckley AFB. This group will primarily be served for breakfast and lunch and are not particularly price sensitive. The enlisted personnel and the company grade officers can form a group and the senior enlisted and the field grade officers another group that share similar tastes due to being part of the same age groups. The junior enlisted will be price sensitive to the new operation. Hours of operation will also be important to all those on shift work in the ADF secured compound. The reservists have a special mission that occur on weekends and will be marketed specifically for those day parts. Family members are just becoming part of the Buckley AFB community as family housing opens up this September. Family members will be targeted for all day parts but specifically dinner. The retirees

are another group that will be harder to reach as its members do not have daily business on Buckley AFB and therefore will not be initially specifically targeted. The IMC plan for Buckley AFB will employ a differentiated marketing approach, developing separate marketing strategies for each identified segment.

IMC Plan Objectives

The major objective is to reach identified segment audiences with the specific features of Buckley's Food & Beverage Emporium that will appeal to the identified groups. The communication objectives of the IMC plan are to create awareness of the Buckley Food & Beverage Emporium, position the Buckley Food & Beverage Emporium in the marketplace, determination of distribution channels, encouragement of repeat business, and encouragement of new consumers to try the Buckley Food & Beverage Emporium.

The marketing objectives are "statements of what is to be accomplished by the overall marketing program within a given period" (Belch & Belch, 2003, p 196). The marketing objectives of the IMC plan are to achieve sales volume of $125,000 per month, 50% of the market share of on base dining, and a NIAD (net income after depreciation) of 2-7% for the fiscal year.

The challenges to achieving the objectives of the IMC plan are the difficulties placed on the marketing department to remain compliant to Air Force regulations, losing focus on the marketing campaign after the Grand Opening, and recovering from the start-up costs. Another challenge facing this project proposal is that the installation lacks experience in commercial food operations. The meal cost to the customer will nearly double after converting the dining facility into a restaurant. The customer must perceive the new restaurant as a new entity; completely separate and distinct from the former dining facility. To transform a dining facility into a

restaurant, it is imperative to create a "wow" image. Creative menu, innovative décor, strong brand imaging, and quality service professionals will transform the dining facility into a neighborhood restaurant and pub.

Advertising and Promotional Strategies

To create an awareness of the Buckley Food & Beverage Emporium an emphasis will be placed on the Grand Opening of the facility. Coming Soon banners will be placed at both north side gates one month prior to opening. The miniature menus disturbed throughout the base will demonstrate product differentiation of the usual food offerings at a base restaurant. Soft openings will be used to create excitement about food quality as well as training opportunities for the staff to hone their speed of service and customer relations. Different segments of the target audience will be invited to the soft openings to create the "buzz" about Buckley's Food & Beverage Emporium. The Grand Opening will be "A Taste of Buckley's Food & Beverage Emporium" and will feature menu items in a cocktail reception setting for all the base population. The Grand Opening will be a base-wide bash.

The Buckley Food & Beverage Emporium would like to capture the customers presently seeking dining off base, the contractors and the civilian workforce. The strategy to capture this market is through print advertising, flyers and posters, and plasma TV ads in Services facilities that feature the advantages and offerings of fast casual theme dining now available on base. This strategy will position the restaurant in the marketplace. The pub will be marketed as the social gathering place on Buckley AFB. The target audience here will be the military assigned to Buckley. Programs such as NFL ticket and World Championship Boxing will be pursued to lure the dormitory dwellers to the new social center of the base, Buckley's Food & Beverage Emporium.

To reach the family members a miniature menu will be placed in every Buckley AFB welcome package. Development of a family meal deal program one evening a week will entice families to use the new restaurant. During the summer months Buckley AFB operates a family campground. This FAM camp enlarges the base population and will be targeted for to-go business.

The reservists will be targeted through catered contracts. The reservists train on weekends when the base is largely deserted. The contract will provide a buffet for breakfast, lunch and dinner specifically for the reservists.

After the facility is open a game will be initiated that stashes Buckley Bucks in various base publications and facilities that can only be used at Buckley's Food & Beverage Emporium. This strategy will encourage participation in other Services Squadron activities and increase readership of the base publications as well as encourage repeat patronage to the Emporium.

Marketing Regulatory Environment

Since the restaurant will be located on a Military installation run by the Services squadron the advertising and promotional strategy will need to comply with Air Force Instructions (AFI). Services may not purchase advertising to promote Services activities in civilian general circulation newspapers, magazines, commercial radio or television (AFI 34-104, 1994). Services may not advertise the sale or consumption of specific brand names or prices of tobacco or alcohol (AFI 34-104, 1994). The marketing department is allowed to advertise in free newsletter-type publications that are produced by a commercial publisher (AFI 34-104, 1994).

Strategies in the IMC plan will incorporate the marketing regulations imposed by the Air Force. All the strategies outlined are allowed by AFI 34-104. In addition, marketing can partner with the public affairs office to include inserts in the base newspaper, and public affairs

announcements on local radio and cable television. Point of sales displays, special offer coupons, and other promotional materials are allowed. Compliance with Air Force Instructions is mandatory and the ramifications of non-compliance results in removal from position.

## Role of Consumer Behavior

To create an effective IMC plan one must understand the consumers' motives for purchasing, attitudes, and lifestyles (Belch & Belch, 2003). Consumers come to purchase decisions through a series of stages. The first is problem recognition. In the case of a restaurant the consumer is hungry and needs to satisfy that need. In marketing Buckley's Food & Beverage Emporium information must be provided to meet the consumers' needs. The restaurant must maintain its image of providing great food, fast service and convenience as part of the marketing message.

The general attitude about base restaurants is low quality and poor service. This attitude can only be changed with consistent delivery of the product. A campaign may emphasize the speed of the Mexican kiosk, the "Make it Your Way" aspect of the pasta station, or the plentiful, healthful salad bar. Post sales strategy must also be in place. Management can issue "Share the Sensation" coupons with happy customers that allow them a half price meal when they bring in a friend. A consumer with a dissatisfying experience must be recognized and the situation fixed on the spot.

Understanding consumer behavior will allow the marketing team to direct their efforts to influence the consumer to patronize Buckley's Food & Beverage Emporium. The marketing department must continually evaluate consumer motivation to make sure the promotions are on target. Service levels may change, menu offerings may become stagnant and expectations may

change as new competitors emerge. The IMC plan must stay one step ahead to guide consumer behavior toward the product.

Role of Ethics

The role of ethics in the IMC plan is the moral principles that guide the actions and decisions of the marketing campaign. The role of advertising on military installations is controversial. The objective of the morale, welfare and recreation programs is to provide quality of life programs for the military community. The activities are not supposed to compete with commercial enterprises off base. At the same time activities on base such as restaurants must be able to support themselves to include re-investment.

Promoting alcohol is not allowed on base. The Military is very protective of its forces and tries to reduce DUI and DUI accidents and fatalities. Although the new restaurant will have a bar only the social aspects of the lounge will be advertised. Alcohol will not be discounted and companion campaigns to drink responsibly will be run in conjunction with the restaurant advertising. The military is very family oriented so all the marketing will be tasteful and decent for any community members' view.

The failure of incorporating ethics into the IMC plan for Buckley's Food & Beverage Emporium will leave a negative connotation in the eyes of the target audience. The result of this negative perspective would be the opposite of what the IMC plan is trying to accomplish, the message of great food, fast service and convenience.

**Media Plan**

Effectiveness of Media Channels

The message of Buckley's Food & Beverage Emporium is: Great Food, Fast Service and Convenience. The effective use of media channels will convey this message and build the brand

image of Buckley's Food & Beverage Emporium. The media channels chosen for Buckley's Food & Beverage Emporium are print advertising (flyers, miniature menus, business cards, posters, and banners), internal plasma TV advertising, internet, buzz, and public affair announcements on local radio and cable television.

As the budgets rise for marketing it is important to assess the impact of different media advertising. The reasons to evaluate the effectiveness of the promotional plan are: to avoid costly mistakes, to evaluate alternative strategies, to increase the efficiency of the advertising, and to determine if the objectives are achieved (Belch & Belch, 2003). The primary source of evaluation at Buckley AFB will be through customer feedback surveys and corporate PRISM (AFI 34-104, 1994).

The most effective media channel for Buckley's Food & Beverage Emporium will be the buzz created through the soft openings and the grand opening. Since Buckley is an insular environment buzz will be very important. The Emporium has literally only one chance to "wow" and impress the target audience. This strategy of using the soft and grand openings has been tested at numerous restaurant openings at military installations.

The use of print advertising is the most available media channel to the marketing department at Buckley AFB. The effectiveness of most of the print media is marginal due to over saturation of flyers and posters advertising all the base events over the years. The most effective print media will be the miniature menus because they will stimulate the appetite through the menu descriptors. The miniature menus will provide facts that the target audience will be able to use such as menu selections, hours of operations, and phone/fax and email information. The business cards will be a convenient method of ensuring that the hours of operation and pertinent numbers are available in the customers' wallets.

The plasma TVs will reinforce the brand image of Buckley's Food & Beverage Emporium as well as advertise special events. This media channel is particularly appealing to the younger airmen who have grown up in the digital age. The reach of the plasma will be limited to the audiences of Services activities. Internet advertising will also appeal to the younger airman as well as most of the workforce at Buckley AFB. The Services squadron has a web page which will feature the Emporium with links to the menu and online ordering. Internet ordering will make Buckley's Food & Beverage Emporium extremely convenient to the customer base at the secured compound.

## Impact of New Technology

Technological advances provide new avenues for the marketing department at Buckley AFB. The marketing department hopes to use the online ordering system via the website to reduce costs and increase the convenience of providing a midnight meal for the shift workers at the secured compound. Before this technology was available the cost of providing a midnight meal was not supported by sales. The internet ordering will expedite the process for the customer allowing more customers to participate in the midnight meal.

The use of smart cards as pre-purchase meal cards will help streamline operations at Buckley's Food & Beverage Emporium. The cards can be available for purchase for $15, $20, $25, and $50 increments. The cards will provide convenience for the customer and increase the speed of service. The cards will be available at all Services locations on Buckley AFB. The cards themselves will provide a visible reminder of the message: Great Food, Fast Service and Convenience.

Customer pagers will be used for items that require preparation. The pagers will allow the customer to pay for their items, select seating and know immediately when their food is ready.

This will improve speed of service, customer flow and provide a quality product and convenience for the customer. Prior to the invention of customer paging systems, the use of microphones to call back customers was used. Microphones interfered with the ambience of the dining room and often caused customer confusion.

Promotional Strategies Schedule

The promotional strategy schedule is seen in table 8. Adhering to the schedule will be challenging.due to the short timeline that Buckley AFB wants to turn around this facility. The dining facility will be closed and turned over to the Services squadron on October 1, 2006. The goal is to have the grand opening on December 31, 2006 and open for regular operations on January 3, 2006. It will be important to remain flexible to meet the schedule demands and execute the promotional strategic plan.

The budget (table 9) has been created to meet the minimum requirements of the promotional strategic plan. It may be possible to reduce some budget items through commercial sponsorship, particularly using food vendors in support of the soft and grand openings. Since a budget is only estimated, some line items may increase unexpectedly. The aid of commercial sponsorship will combat budget creep that usually occurs with the opening of a facility.

**Measurement and Evaluation Plan**

Monitoring the results of a marketing plan is an important feature of the overall marketing plan. An organization must know the impact the marketing plan is having on the products or services the company offers.

Program Success Factors

The stakeholder groups of Buckley Food & Beverage Emporium include the employees, the management, the community members, and senior leadership of Buckley AFB. The program

success factors for the Buckley Food & Beverage Emporium are based on the stakeholders' expectations. The employees expect to work in a safe and fair environment. The management expects maximum occupancy per day part, quick and efficient speed of service. The senior leadership expects a positive net income before depreciation (NIAD) and the community members expect value and menu variety. Some methods to increase the likelihood of program success are the development of a marketing plan, internal control review, and customer feedback comment cards.

## External Key Metrics

The external marketing mix metrics include advertising awareness, recall, ROI. The key metrics used to measure the success or failures of the marketing plan are surveys, customer comment cards, and business analysis. The ROI for each of the activities in the marketing plan for the Buckley Food & Beverage Emporium is provided in table 10.

## Internal Key Metrics

Sales, volume, features, loyalty and coupons are areas in Buckley's Food & Beverage Emporium program that will be measured to assess the value of internal marketing project implementation (Lehmann & Winer, 2006). The review of customer occupancy rates are accomplished through sales by hour reports and customer counts. The sales will be reviewed through the point of sales (POS) system. If the sales volume falls below expectations, efforts will be made to re-target potential customer segments through adjustments in the marketing plan.

## Evaluation Process

The Buckley marketing department will review customer feedback surveys, interpret corporate prism results, and hold focus groups. Customer feedback indicating dissatisfaction with the facility and/or product will be followed up within 24 hours.

Another measurement of success will be determined by the financial performance of the operation and customer satisfaction. A review of the monthly financial statement will indicate if the activity is financially solvent. The cost of sales (COS) will be reviewed and appropriate action will take place if the COS exceeds 35%. If COS exceeds 35%, key item inventories and production worksheets will be implemented.

Corrective actions will be taken if the Buckley Food & Beverage Emporium does not meet its objectives. The staff at Air Force Space Command will schedule follow up visits to ensure the restaurant is on target. Financial reports will be analyzed on a monthly basis. The business flight chief and the deputy of 460th Services squadron will be held accountable for the maintenance of the established standards. If the restaurant is unable to remain self-sustaining the operation will eventually be closed.

## Conclusion

Marketing impacts the direction and success of an organization. To determine the value of various marketing initiatives it is important to identify the objectives and be able to measure the results. Measuring the results allows the marketing team to manage and focus the marketing plans and projects to reach long-term objectives.

The restaurant at Buckley AFB has a challenging road ahead to obtain market share and provide excellent service for the Buckley community. It will take commitment, oversight, and patience to implement the distribution channels and integrated marketing communications plan

outlined above. The key is to remain flexible and be able to re-adjust the strategic plan as requirements and environments change. Through the establishment of the sound pricing, the implementation of the marketing strategies developed for each of the distribution channels and target audiences, and applying best practices from the field, the restaurant at Buckley AFB should achieve its objectives.

Tables

## MWR Acid Test Ratio

UNCLASSIFIED




| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acid Test | 2.51 | 2.71 | 2.66 | 2.87 | 2.77 | 2.73 | 3.00 | 3.00 | 3.49 | 3.42 | 3.52 | |
| Majcom Goal | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 | 1.25 |
| Air Force Goal | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |

UNCLASSIFIED *Integrity - Service - Excellence*

*Table 1 (Moreno-Benton, 2006)*

## MWR Fund NIAD

UNCLASSIFIED




| | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FY05 | 16.6% | 12.1% | 17.1% | 11.1% | 14.0% | 9.2% | 6.8% | 14.6% | 7.5% | 23.2% | 14.3% | |
| FY04 | -1% | 16% | 11% | 6% | 12% | 5% | 16% | 9% | 7% | 23% | 16% | 10% |
| AFSPC Goal - 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% | 7% |

| | |
|---|---|
| **FY05 YTD: 13.3%** | **FY04 YTD: 8%** |
| **FY05 YTD: $288,275** | **FY04 YTD: $83,115** |

UNCLASSIFIED *Integrity - Service - Excellence*

*Table 2 (Moreno-Benton, 2006)*

## Population Demographics Buckley AFB

| Unit | OFF Pop | Enlist Pop | Civ. Pop. | Guard/Res Traditional | Mil Reserve | TOTAL |
|---|---|---|---|---|---|---|
| On Base | | | | | | |
| 140th Wing | | | | 1198 | 181 | 1379 |
| 460 SW UNITS | 102 | 760 | 356 | | | 1218 |
| 566th Information Operations Squadron (IOS) | 37 | 271 | 13 | | | 321 |
| 8 SWS | | | | 47 | 20 | 67 |
| AAFES - Army Air Force Exchange Service | | | 160 | | | 160 |
| ADF - Aerospace Data Facility | 113 | 838 | 284 | 19 | 10 | 1264 |
| AFAA - Air Force Audit Agency | | | 2 | | | 2 |
| AFOSI Det 801 - Air Force Office of Special Investigation | | 21 | 3 | | | 24 |
| AFOTEC - Air Force Operational Test and Evaluation Center OL-BC, Det 4 | 7 | 9 | 1 | 1 | | 18 |
| AFTAC - Air Force Technical Applications Center Det 45, MS2 | 1 | 18 | | | | 19 |
| Battery A, 1st Battalion, 14th Marines | 1 | 12 | | 143 | 2 | 158 |
| Buckley Spt Team, SMC/MTGB OL-AD | 4 | 2 | 4 | | | 10 |
| CAP - Civil Air Patrol | | | 1 | 15 | | 16 |
| DCMA - Defense Contract Manager Agency - Lockheed Martin (Denver) | 3 | | 86 | 2 | | 91 |
| DeCA - Defense Commissary Agency | | | 80 | | | 80 |
| Ground-Based Midcourse Defense GMD-JPO | | | 3 | | | 3 |
| Navy Marine Corps Reserve Center | | 103 | 7 | 1456 | | 1566 |
| USACE - US Army Corp of Engineers | | | 8 | | | 8 |
| | 268 | 2034 | 1008 | 2881 | 213 | 6404 |
| Off Base | | | | | | |
| 4MRS - 4th Manpower Requirements Sq | | | | | | 0 |
| AFAFO - Air Force Accounting and Finance Office | 3 | 2 | 7 | | | 12 |
| AFIT - Air Force Institute of Technology | 30 | | | | | 30 |
| AFOSI Det 110 OL-J - Air Force Office of Special Investigation Det 110, OL-J | | 1 | 1 | | | 2 |
| AFRPA - Air Force Real Property Agency - Close Sept 05 | | | 2 | | | 2 |
| AFWA/OL-P (HQ AF Weather Agency, OL-P) | 1 | 2 | 1 | | | 4 |
| ARPC - HQ Air Reserve Personnel Center | 12 | 94 | 291 | | 28 | 425 |
| COARNG - Colorado Army National Guard | | | 43 | 695 | 153 | 891 |
| CTF - Combined Task Force | 24 | 10 | 4 | 5 | 1 | 44 |
| DAPS - Document Automation and Production Service | | | 7 | | | 7 |
| Defense Security Cooperation Agency (Foreign Military Sales) | | | 6 | | | 6 |
| DFAS - Defense Finance and Accounting Service | 6 | 58 | 1300 | 8 | 1 | 1373 |
| DoDIG - Department of Defense Inspector General | | | 28 | | | 28 |
| HQ AFOATS (ROTC Det 105) | | | | | | 0 |
| HQ AFWA/OL-P (HQ AF Weather Agency, OL-P) | 1 | 1 | 1 | | | 3 |
| MACS 23 - Marine Air Control Squadron | 4 | 43 | 2 | 188 | 16 | 253 |
| MEPS - Military Entrance Processing Station Denver | 3 | 21 | 17 | | | 41 |
| Naval Reserve Recruiting Area West Det 7 | 4 | 15 | 2 | | | 21 |
| Rocky Mountain Arsenal | | | 16 | | | 16 |
| TRICARE Management Activity | 9 | | 148 | | | 157 |
| USARB - US Army Recruiting Battalion | | 66 | | | 24 | 90 |
| | 97 | 313 | 1876 | 896 | 223 | 3405 |
| | 365 | 2347 | 2884 | 3777 | 436 | 9809 |
| Retiree | | | | | | 22000 |
| Veterans/Dependents | | | | | | 55000 |
| | | | | | | 86809 |

* "Guard/Res" column represents traditional Guard or Reserve, not Full-time

** "Mil Reserve" column represents ANG/Res technicians with a ANG/Res traditional commitment

*Table 3 (Buckley AFB, Manpower, 2006)*

Buckley AFB Population Composition

| | |
|---|---|
| Assigned Military Personnel (All Services) - Officers | 365 |
| Assigned Military Personnel (All Services) - Enlisted | 2347 |
| Veterans/Military Dependants | 35,000 |
| Department of Defense Civilians | 2884 |
| Guard/Reserves | 4213 |
| Retired Military (within 100 miles) | 21,969 |

*Table 4*

Assessment of Financial Feasibility

| Furniture, Fixtures, & Expenditures | | | | | |
|---|---|---|---|---|---|
| **Direct Cost** | *Rate* | *Qty* | *Total* | *Start Date* | *End Date* |
| **Overhead Lights** | $800 | 5 | $4,000 | 8/1/2006 | 10/1/2006 |
| **Bar Construction** | $8000 | 2 | $8,000 | 8/1/2006 | 10/1/2005 |
| **Signage** | $3000 | 1 | $3,000 | 8/1/2006 | 10/1/2006 |
| **Décor** | $15,000 | 1 | $30,000 | 8/1/2006 | 10/1/2006 |
| **Customer Pagers** | $1200 | 1 | $1,200 | 1/10/2007 | 2/15/2007 |
| **Uniforms** | $25 | 60 | $1,500 | 1/10/2007 | 3/12/2007 |
| **Software** | $25,000 | 1 | $25000 | 2/21/2007 | 3/12/2007 |
| **Menu Boards** | $400 | 5 | $2000 | 2/25/2007 | 3/6/2007 |
| **Furniture, Fixtures, & Expenditures Subtotal** | | | 75,0000 | | |

*Table 5*

Buckley Restaurant Pro Forma

| | Yr 1 | Yr 2 | Yr 3 | Yr 4 | Yr 5 |
|---|---|---|---|---|---|
| SALES | 946,000 | 993,300 | 1,042,965 | 1,109,350 | 1,123,586 |
| COST OF GOODS | 331,100 | 347,655 | 365,038 | 388,272 | 393,255 |
| GROSS PROFIT | 614,900 | 645,645 | 677,927 | 721,077 | 730,331 |
| DUES INCOME | 0 | 0 | 0 | 0 | 0 |
| OTHER FEES & CHARGES | 0 | 0 | 0 | 0 | 0 |
| ACTIVITY REVENUE | 0 | 0 | 0 | 0 | 0 |
| GROSS INCOME | 614,900 | 645,645 | 677,927 | 721,077 | 730,331 |
| LABOR EXPENSE | 429,517 | 453,570 | 478,970 | 505,792 | 534,117 |
| SUPPORT EXPENSES | 10,000 | 10,150 | 10,302 | 10,457 | 10,614 |
| MATERIEL EXPENSES | 13,500 | 13,703 | 13,908 | 14,117 | 14,328 |
| ENTERTAINMENT EXPENSES | 3,150 | 3,182 | 3,213 | 3,245 | 3,278 |
| UTILITY/OTH OP EXPENSE | 81,000 | 83,430 | 85,933 | 88,511 | 91,166 |
| OPERATING EXPENSES | 537,167 | 564,034 | 592,326 | 622,122 | 653,503 |
| INCOME FROM OPERATIONS | 77,733 | 81,611 | 85,601 | 98,955 | 76,828 |
| OTHER INCOME | 0 | 0 | 0 | 0 | 0 |
| OTHER EXPENSES | 0 | 0 | 0 | 0 | 0 |
| NET INCOME BEFORE DEP | 77,733 | 81,611 | 85,601 | 98,955 | 76,828 |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| NET INCOME | 77,733 | 81,611 | 85,601 | 98,955 | 76,828 |
| APF SUPPORT | 0 | 0 | 0 | 0 | 0 |
| **ASSUMPTIONS without inflation** | | | | | |
| GROWTH FACTOR FOR SALES | 5.0% | 5.0% | 5.0% | 5.0% | 5.0% |
| LABOR EXPENSE GROWTH | 5.6% | 5.6% | 5.6% | 5.6% | 5.6% |
| SUPPORT EXPENSE GROWTH | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| MATERIELS EXPENSE GROWTH | 1.5% | 1.5% | 1.5% | 1.5% | 1.5% |
| ENTERTAIN EXP GROWTH | 1.0% | 1.0% | 1.0% | 1.0% | 1.0% |
| UTIL/OTHER EXP GROWTH | 3.0% | 3.0% | 3.0% | 3.0% | 3.0% |
| OTHER INCOME GROWTH | -100.0% | -100.0% | -100.0% | -100.0% | -100.0% |
| OTHER EXPENSE GROWTH | -100.0% | -100.0% | -100.0% | -100.0% | -100.0% |
| APF SUPPORT GROWTH | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| NIAD PCT OF REVENUE | 8.2% | 8.2% | 8.2% | 8.9% | 6.8% |

*Table 6*

Promotional Strategy Schedule

| | | |
|---|---|---|
| | **Grand Opening Date** | 12/31/2006 |
| | **Promotional Strategy Schedule** | |
| 1.1 | **Design** logo | 10/1/2006 |
| 1.2 | **Track** all marketing material ordered and received. | 10/2/2006 |
| 1.3 | **Design** Web page | 10/8/2006 |
| 1.4 | **Finalize** hours of operation | 10/8/2006 |
| 1.5 | **Order** Take-away Menus | 10/13/2006 |
| 1.6 | **Finalize** Employee Manuals for production | 10/13/2006 |
| 1.7 | **Create** marketing ads for new opening | 10/13/2006 |
| 1.8 | **Print** Employee Manuals | 10/15/2006 |
| 1.9 | **Finalize** menu board layout | 10/15/2006 |
| 1.10 | **Re-confirm** opening date for 30 days out | 10/16/2006 |
| 1.11 | **Order Grand Opening** banners | 10/31/2006 |
| 1.12 | **Design & Order** facility business cards | 11/1/2006 |
| | **ONE MONTH OUT** | |
| 2.1 | **Order** Smart Cards | 12/1/2006 |
| 2.2 | **Design** Plasma TV Ads | 12/2/2006 |
| 2.3 | **Finalize** marketing plan with manager | 12/8/2006 |
| 2.4 | **Plan** date to hang memorabilia | 12/3/2006 |
| 2.5 | **Finalize** all training schedules. | 12/6/2006 |
| 2.6 | **Reconfirm** date on Base Master Calendar. | 12/1/2006 |
| 2.7 | **Give** employee handbooks to training manager | 12/8/2006 |
| 2.8 | **Contact** Front office - invite DVs to Grand Opening. | 12/8/2006 |
| 2.9 | **Coordinate** MAJCOM Commander travel schedule with Admin Asst. | 12/8/2006 |
| 2.10 | **Send** costumes (if applicable) | 12/6/2006 |
| 2.12 | **Line** up photographer and video photographer. | 12/6/2006 |
| 2.13 | **Design and print** Grand Opening flyers, | 12/1/2006 |
| 2.14 | **Design** and print invitations | 12/1/2006 |
| 2.15 | **Get** Grand Opening agenda route to team. | 12/8/2006 |
| 2.16 | **Contact** base newspaper | 12/8/2006 |
| 2.17 | **Finalize** grand opening plan with installation POC | 12/15/2006 |
| | **ON SITE TRAINING** | |
| 3.1 | **Opening Team Arrives** | 12/19/2006 |
| 3.2 | **Review** Grand Opening plan | 12/20/2006 |
| 3.3 | **Check** SLV package delivery and install. | 12/20/2006 |
| 3.4 | **Place** posters around base | 12/20/2006 |
| 3.5 | **Distribute** mini menus in ADF area | 12/20/2006 |
| 3.6 | **Check** banners are in place | 12/20/2006 |
| 3.7 | **Inventory** Giveaways | 12/20/2006 |
| 3.8 | **Install** Memorabilia Package | 12/20/2006 |
| 3.9 | **Photo** food presentations | 12/22/2006 |
| 3.10 | **Conduct** menu tasting for staff and cooks | 12/23/2006 |
| 3.11 | **Install** food photography in kitchen for cooks and staff | 12/26/2006 |
| 3.12 | **Conduct** Soft Opening dinner | 12/27/2006 |
| 3.13 | **Conduct** Soft Opening breakfast | 12/28/2006 |
| 3.14 | **Conduct** Soft Opening lunch | 12/29/2006 |
| 3.15 | **Observe/coordinate** Grand Opening rehearsal | 12/30/2006 |
| 3.16 | **Q/A check** for food and presentation | 12/30/2006 |
| | **GRAND OPENING DAY** | |
| 4.1 | **Put up** Grand Opening Banners | 12/31/2006 |
| 4.2 | **Clean** and decorate facility | 12/31/2006 |
| 4.3 | **Conduct** Grand Opening | 12/31/2006 |
| | **POST-GRAND OPENING** | |
| 5.1 | **Collect** input for lessons learned | 12/31/2006 |
| 5.3 | **Issue** press release with photos | 1/3/2007 |
| 5.4 | **Determine** date for 30 day review visit | 1/2/2007 |
| 5.5 | **Prepare** lessons learned | 1/2/2007 |
| 5.6 | **Prepare** letters of appreciation | 1/4/2007 |
| 5.7 | **Brief** Lessons Learned | 1/5/2007 |

*Table 7*

## Budget Requirements

| Buckley Food & Beverage Emporium | | | | |
|---|---|---|---|---|
| **Category** | **Estimated Quantity** | **Estimated Cost per Unit** | **Estimated Subtotal** | **Notes** |
| **Communications** | | | | |
| Banners | 3 | $500 | $1,500 | |
| Posters | 13 | $30 | $390 | |
| Web | 1 | $350 | $350 | |
| **Communications Costs Total** | | | **$2,240** | |
| **Soft Openings** | | | | |
| | *Number of attendees* | | | |
| **Meal** (breakfast, lunch, or dinner) | | | | |
| Breakfast | **35** | $1.75 | $61.25 | |
| Lunch | **50** | $2.50 | $125 | |
| Dinner | **75** | $4.25 | $318.75 | |
| **Meal Costs Subtotal** | | | $505 | |
| **Grand Opening** | | | | |
| **List Services** | | | | |
| Food | 1,000 | $3 | $3,000 | |
| Entertainment #1 | 1 | $500 | $500 | |
| Other services | 1 | $200 | $200 | |
| **List Service Costs Subtotal** | | | $3,700 | |
| **Audio/Visual Services** | | | | |
| Basic PA system and podium | 1 | $0.00 | $0.00 | Provided by Services |
| Screen | 1 | $0.00 | $0.00 | Provided by Services |
| Power strips | 1 | $0.00 | $0.00 | Provided by Services |
| Extension cords | 1 | $0.00 | $0.00 | Provided by Services |
| Microphone | 1 | $0.00 | $0.00 | Provided by Services |
| Labor and AV technicians | 1 | $300 | $300 | |
| **Audio/Visual Services Subtotal** | | | $300 | |
| **Additional Costs** | | | | |
| Invitation *(printing and postage costs)* | | $834 | $834 | |
| Time & Expense (T&E) | | $600 | $600 | |
| **Additional Costs Subtotal** | | | $1,434 | |
| **Giveaways** | | | | |
| Giveaway #1 | 1 | $0.00 | $0.00 | Commercial Sponsorship |
| Giveaway #2 | 25 | $10 | $250 | Various |
| **Giveaway Subtotal** | | | $250 | |
| **Event Costs Total** | | | **$5,984** | |
| **Grand Opening Cost per Person** | **$5.98** | | | |
| **Promotions** | | | | |
| Product giveaways | 50 | $0.00 | $0.00 | Commercial Sponsorship |
| Product discounts | 300 | $2 | $600 | Buckley Bucks |
| **Promotions Costs Total** | | | **$600** | |
| **Advertising** | | | | |
| Miniature Menus | 5,000 | $0.15 | $750 | |
| Flyers | 1500 | $0.04 | $60 | |
| **Advertising Costs Total** | | | **$810** | |
| **ESTIMATED MARKETING GRAND TOTAL** | | | **$98,390** | |

*Table 8*

| Marketing Activity | ROI |
|---|---|
| Grand Opening | 20% |
| Miniature Menus | 20% |
| Print Advertising, flyers and posters | 3% |
| Plasma TV ads | 30% |
| NFL Ticket | 5% |
| World Championship Boxing | 5% |
| Family Meal Deal Night | 25% |
| Catering | 60% |
| Buckley Bucks | 18% |

*Table 9*

References

AFI 34-104 (1994) Retrieved August 27, 2006 from http://www.e-publishing.af.mil/pubfiles/af/34/afi34-104/afi34-104.pdf

Belch, G. E., & Belch, M.A. (2003) Advertising and Promotion: Integrated marketing and communications perspective. New York: McGraw-Hill Irwin.

Buckley Air Force Base. (2006). History of the 460th. Retrieved July 1, 2006, from http://www.buckley.af.mil/

Buckley Services. (2006). Home page. Retrieved July 3, 2006, from http://www.buckleyservices.com/NewFiles/buckleyhome.html

Crawford, M. & Di Benedetto, A., 2004, *New products management*, McGraw-Hill/Irwin, New York

Kara, A., Kaynak, E., Kucukemiroglu, O. (1999). Marketing strategies for fast-food restaurants: a customer view. *British Food Journal.* 318-324

Kerin, R.A., Hartley, S.W., Berkowitz, E.N., Rudelius, W. (2006). *Marketing 8th Edition.* New York: McGraw-Hill Irwin.

Kruse, N. (2005). Corporate chefs' dining forecast calls for health, indulgence, seafood and new flavors. *Nation's Restaurant News*. 39*(46)*, 44.

Lehmann, D. R, Winer, R. S., (2006) Product management, fourth edition. New York: McGraw-Hill Irwin.

Lockyer, S. (2006). Raising the bar. *Nation's Restaurant News*. 40*(7)*, 45-48.

Lozitio, W., (2004) Brands: More than a name. Restaurant Hospitality.

Moreno-Benton, "4th Qtr FY05 NAF Council: FY06 Budget" Pentagon, Washington, D. C., October, 30, 2006.

Mullins, J.W., Walker, Jr., O.C., Boyd, Jr., H. W., & Larreche, J., *Marketing Management* (2004). New York: The Mcgraw-Hill Companies.

National Restaurant Association. (2006). Industry Research. Retrieved July 1, 2006 from http://www.restaurant.org

Nilsson, P. & Fagerstrom, B. (2004). The role and importance of stakeholders in product development.

*Engineering and Industrial Design.* Retrieved August 3, 2006, from http://www.iamot.org/conference/viewpaper.php?id=672&cf=4

Pearce, J. A., Robinson, R.B. (2004) *Strategic management: formulation, implementation, and control.* New York: McGraw-Hill Irwin.

Prewitt, M. (2006) Operators employ work-site marketing to gain traffic. *Nation's Restaurant News.* Retrieved August 5, 2006 from http://www.nrn.com

Threlfall, K.D. (1999) Using focus groups as a consumer research tool. *Journal of Marketing Practice: Applied Marketing Science 5*(4) 102-105. Retrieved June 30, 2006, from Emerald database.

USAF Services Combat Support & Community Service. (2006). *About Services*. Retrieved January 15, 2006, from http://www-p.afsv.af.mil

Yahoo! Maps (2006). Aurora, Colorado, 80012. Retrieved July 3, 2006, from http://www.yahoo.com

## Chapter 3

## NAF PURCHASING PROCEDURES USING THE COMMANDER'S SMART BUY PROGRAM (CSBP)

**3.1. Central Purchasing Requirements** . Essential Products Program (EPP) contracts are mandatory. Requests for waivers to an EPP contract shall be submitted in writing to AFNAFPO. Nonappropriated Fund Purchasing Agreements (NPA) shall be used as primary source of supply for other requirements.

**3.2. Selection of EPP Sources.** Selection of a contractor for this program may be determined by competitive solicitations or by an internal selection process (by an evaluation panel) from current NPA holders. When a selection is made from an NPA source, a written determination shall be included in the contract file supporting best value to the Air Force NAFI. The operational director or designee and the contracting director or designee are required to sign this supporting document.

**3.3. Interior Design Projects.** Interior design projects change the design of a room or building. Interior design projects are purchased through AFNAFPO. A requirement is considered an interior design project when a minimum of three elements of a room are changed (e.g., carpeting, draperies, lighting, wall art, furniture). Interior design projects and furniture requirements that involve Customer's Own Material (COM) will be forwarded to AFNAFPO for purchase. Projects that involve minor construction shall be sent to the SCO. Carpet selected for indoor use requires flammability certification prior to purchase. For interior design projects that exceed $1M see AFI 64-301, paragraph 7.

## Chapter 10

## WAIVERS, EXCEPTIONS, AND SPECIAL APPROVALS

**10.2. Submitting Requests for Air Force Approval.**
10.2.1. To get a waiver, special authorization, change in policy, or other such exception, first get approval for the request from the installation commander. If the request requires Air Force level approval, you may then forward the request (with justification) through the MAJCOM to HQ AFSVA/SVQ for approval.

10.2.2. HQ USAF/SV will approve or disapprove.