CERTIFICATE OF FILING

I hereby certify that on this 2nd day of October, 2006, a copy of the foregoing "ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice