Brown
Goldstein
Levy LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410-962-1030
Fax: 410-385-0869
www.browngold.com

Andrew D. Freeman
adf@browngold.com

October 10, 2006

**<u>VIA ELECTRONIC FILING</u>**
Hon. George W. Miller
United States Court of Federal Claims
771 Madison Place, NW
Washington D.C., 20005

Re: Colorado Department of Human Services, Division of Vocational Rehabilitation, *et al.* v. The United States, Case No. 06-0666C

Dear Judge Miller:

I write on behalf of both Plaintiffs in response to the Court's September 25, 2006 Order. It is our understanding that the Air Force currently expects that the renovations of the Buckley Air Force Base cafeteria will be completed on January 1, 2007, rather than December 1, 2006, as originally planned. After consulting with Mr. Rightsell and the Colorado Department of Human Services, Division of Vocational Rehabilitation, we believe that a decision from the Court regarding the Plaintiffs' Motion for Preliminary Injunction by November 15, 2006, allows adequate time for the parties to comply with any order the Court may issue before the facility re-opens.

Thank you for your attention to this matter. Please call me if you have any questions.

Sincerely,

/s/

Andrew D. Freeman

ADF/SMM/es
cc: Steven Mager, Esq. (via electronic filing)