# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX

**DOCUMENT** **PAGE(S)**

Declaration of Randy L. Henline
(October 11, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-3

Declaration of Colonel Steven C. Muhs
(October 11, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

Declaration of Susan J. Welch
(October 11, 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5