**DECLARATION OF RANDY L. HENLINE**

I, Randy L. Henline, under penalty of perjury, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

1. I am the Director of Services at Buckley Air Force Base, Colorado. I have been in that position since October 2002.

2. In 2006, Buckley had a dining facility called the "High Frontier Dining Facility" and it was operated through a contract with the Colorado Division of Vocational Rehabilitation. This dining facility did not serve all the base population. Only military members serving on active duty and selected others (who had been issued meal cards, e.g., contractors working in the high security area) could use it.

3. In the spring of 2006, Buckley's higher headquarters (Air Force Space Command or AFSPC) ordered us (and other bases) to find ways to cut contractual obligations to meet a tighter Fiscal Year 2007 budget. Buckley's portion of the AFSPC reduction was $2.2 million dollars. The FY 2007 option year cost of the High Frontier Dining Facility contract with Colorado was approximately $1.4 million dollars, but this would be only a portion of the total costs of keeping that facility open. By closing this facility, the total savings for FY 2007 is estimated to be $2,175,000.00.

4 In Fiscal Year 2005 (1 October 2004 – 30 September 2005), there were 240 eligible users and the total number of meals served was 69,954. The cost to the Government for FY 2005 was $ 1,934,015.30 which included the following:

| | |
|---|---|
| a. Full Food Service Contract: | $1,112,791.80 |
| b. Major Maintenance & Repair | $ 9,424.52 |
| c. Consumable Supplies | $ 2,141.15 |
| d. Random Anti-Terrorist Measures | $ 4,896.00 |
| e. Dept of Labor Increase | $ 79,672.44 |
| f. CBA Wage Determination Increase | $ 17,844.05 |
| Total Contract Cost | $1,226,769.96 |
| Utilities (Approx) | $ 84,000.00 |
| Raw Food/Beverages | $ 548,245.34 |
| APF employee overhead | $ 75,000.00 |
| **Total Operating Exp** | **$1,934,015.30** |

5. A comprehensive review of the meal card holders in FY 2006 revealed only 28% of the 240 eligible users were actually using the facility. The cost to operate the dining facility in FY 2006 was $2,053,740.90 which included the following:

| | |
|---|---|
| a. Full Food Service Contract: | $1,112,791.80 |
| b. Major Maintenance & Repair | $ 8,973.29 |
| c. Consumable Supplies | $ 3,190.77 |
| d. Random Anti-Terrorist Measures | $ 4,896.00 |
| e. Dept of Labor Increase | $ 79,672.44 |
| f. CBA Wage Determination Increase | $ 42,825.72 |
| g. CBA Wage Increase (Health/Welfare) | $ 74,126.88 |
| Total Contract Cost | $1,326,476.90 |
| Utilities (Approx) | $ 84,000.00 |
| Raw Food/Beverages | $ 517,200.00 |
| APF employee overhead | $ 126,064.00 |
| **Total Operating Exp** | **$2,053,740.90** |

6. In the summer of 2006, the Installation Commander decided to eliminate the funding for the High Frontier Dining Facility. Based on this, the contracting officer determined she could not exercise the option for the food services contract without funds available. The services contract with the State of Colorado expired on 30 September 2006. The dining facility contract was one of several cut or reduced to meet FY2007 budgetary restrictions.

7. I first became involved about the middle of March 2006 when our Installation Commander asked me to consider options for some type of NAFI food operation if the High Frontier Dining Facility closed in October 2006.

8. In mid-August 2006, in coordination with the AFSPC Services staff, we held several focus groups with various segments of the base populace to determine what community members would like to met their needs for food and beverages at or near Buckley AFB. No final decision has been made yet about use of the closed facility, other than that it will not be a military dining facility in the future and appropriated funds will not be used to pay for food services.

9. The general concept was an internally operated restaurant/lounge which would provide table service breakfast, lunch and dinner, but could also accommodate a high volume lunch service crowd. Our concept is still in research and discussion. Some ideas we have and are considering include an Internet Café area featuring a Starbucks coffee station, a bar/lounge area with juke box, pool tables and televisions for sporting events, a food operation area with fast food options to service a high volume lunch time demand (but in a setting more formal than cafeteria style dining), evening restaurant table service including a fine dining concept at least one evening per month, weekly dining specials, holiday and special event dining e.g. Valentine's Day, a Sunday brunch. The predominant use of the operation will not involve cafeteria-like services.

10. We have taken some actions to ease implementation in the event a decision is made to turn the building over to a NAFI operation. Actions we have taken so far include:

a. We have negotiated the addition of the Buckley NAF to the Air Force Services Agency Prime Vendor Food Contract. This is a food and supplies contract which allows us to issue a delivery order for those food items and supplies we need delivered to Buckley AFB. It does not involve the operation of any facility, cafeteria, or other vending.

b. We have staffed a proposal to the Buckley Installation Commander to have him request an exemption from the Air Force Services Agency coffee contract thereby clearing the way for us to enter an agreement with Starbucks Coffee for their coffee product and supplies to be delivered to Buckley. Again, this does not involve the operation of any facility, cafeteria or other vending.

11. We have cancelled all meal cards and the subsistence in-kind program at Buckley. The individuals who previously were authorized to eat in the military dining facility are now free to eat wherever they choose. They can use commercial establishment's off-base or they can eat in NAF establishments.

12. As of this date all work on developing a follow-on use of the closed building has been put on hold until a resolution is concluded. The military dining facility has been closed, the services contract has expired, and the people are eating off-base or wherever they choose.

13. There is no follow-on solicitation or contract contemplated for operation of food services in the closed facility. Neither I, nor my organization, is working on drafting a contract or any other arrangement for the NAFI to perform military dining services for the appropriated fund activities.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2006 at Buckley Air Force Base, Colorado.

RANDY L. HENLINE