**DECLARATION OF COLONEL STEVEN C. MUHS**

I, Steven C. Muhs, Colonel, United States Air Force, under penalty of perjury, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

1. I am the Mission Support Group Commander at Buckley Air Force Base, Colorado. I have been in that position since 15 June 2005.

2. In March 2006 Air Force Space Command (AFSPC) ordered each of its bases (including Buckley) to review contractual obligations for Fiscal Year 2007 that could be cut or reduced in scope to meet FY 2007 budget limitations. AFSPC reductions needed to come to a little more than $108 million dollars and Buckley's share of that threshold was approximately $2.2 million dollars.

3. Colonel David W. Ziegler, Buckley's Installation Commander, assigned me to help oversee discussion and review of potential contracts for reduction in Fiscal Year 2007 within the Mission Support Group.

4. I got with our Contracting Squadron and they produced a list of potential contracts that could be cut or reduced in scope. This list was reviewed by Col. Ziegler and he decided t recommend elimination of our Food Services and Wing Advisory and Assistance contracts totally approximately $1.8 million. This recommendation was forward to AFSPC for their approval.

5. AFSPC approved reductions of approximately $1.8 million dollars plus added a reduction in our Grounds Maintenance contract. These reductions totaled approximately $2.2 million dollars.

6. Col. Ziegler then informed our Contracting Squadron Commander that we no longer had funding approved for FY 2007 on those contracts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11 day of October, 2006 at Buckley Air Force Base, Colorado.

STEVEN C. MUHS, Colonel, USAF