## DECLARATION OF SUSAN J. WELCH

I, Susan J. Welch, under penalty of perjury, pursuant to 28 U.S.C. §1746, do hereby declare as follows:

1. I am a Contracting Officer in the 460th Contracting Squadron, Buckley Air Force Base, Colorado. I have been at Buckley since July 2002 and became a Contracting Officer in January 2003.

2. I was the Contracting Officer for the Food Services contract (FA2543-03-C-0002) with the Colorado State Business Enterprise Program for operation of the Airmen's dining facility at Buckley Air Force Base. This contract was issued in 2003 with four option years running through Fiscal Year (FY) 2007. After various modifications for labor cost increases, the cost of year four option was approximately $1.4 million dollars.

3. In the spring of 2006 the 460th Space Wing Contracting Squadron was ordered to review contractual obligations that could be cut or reduced in scope to meet Fiscal Year 2007's budget.

4. In May 2006 Buckley's Installation Commander, Colonel David W. Ziegler, advised Major Bailey, the Contracting Squadron Commander, that funding would not be available for the food services contract in option year 4 (October 1, 2006 through September 30, 2007). Under Federal Acquisition Regulations (FAR), Part 17, paragraph 17.207 (c)(1), a contract option cannot be exercised unless funding is available. As the Contracting Officer I made the determination that because funding was not available the option could not and would not be exercised.

5. A meeting with the Colorado Department of Human Services and their management consulting firm (Blackstone Consulting) was held on May 22, 2006. At that meeting they were informed that due to a reduction in funding the dining facility had been selected for closure September 30, 2006.

6. On July 25, 2006, as a courtesy, Attila Kovacs timely sent the Notice of Intent Not to Exercise the option year on the contract to the Colorado State Business Enterprise Program. Mr. Kovacs is also a Contracting Officer in our office and authored the letter in my absence.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of October, 2006 at Buckley Air Force Base, Colorado.

Susan J. Welch

SUSAN J. WELCH