IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 06-666C<br>Judge Miller |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

* * * ooo0ooo * * *

**MOTION FOR SUBSTITUTION OF COUNSEL**

Plaintiff Colorado Department of Human Services, Division of Vocational Rehabilitation moves to enter the appearance of Andrew D. Freeman, Special Assistant Attorney General, Brown, Goldstein & Levy, LLP, 120 East Baltimore Street, Suite 1700, Baltimore, Maryland 21202, (410) 962-1030, (410) 385-0869 (fax), adf@browngold.com, as counsel of record for Plaintiff Colorado Department of Human Services, Division of Vocational Rehabilitation. An Affidavit of Appointment signed by Mr. Freeman is attached as Exhibit 1. A copy of Mr. Freeman's appointment as Special Assistant Attorney General evidencing the Solicitor General's consent is attached as Exhibit 2.

Kathryne C. Gwinn, First Assistant Attorney General, State Services Section 1525 Sherman Street, 5th Floor, Denver, Colorado 80203, (303) 866-56549, (303) 866-5671 (fax), kc.gwinn@state.co.us, will serve as of counsel for Plaintiff Colorado Department of Human Services, Division of Vocational Rehabilitation.

Respectfully submitted,

JOHN W. SUTHERS
Attorney General
State of Colorado

By: /s/ Andrew D. Freeman
Andrew D. Freeman
Special Assistant Attorney General
Brown, Goldstein & Levy, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
(410) 962-1030
(410) 385-0869 (fax)
E-mail: adf@browngold.com

Kathryne C. Gwinn (of counsel)
First Assistant Attorney General
State Services Section
1525 Sherman Street, 5th Floor
Denver, Colorado 80203
(303) 866-56549
(303) 866-5671 (fax)
E-mail: kc.gwinn@state.co.us

Attorneys for plaintiff Colorado Department of
Human Services/Division of Vocational
Rehabilitation

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2006, a copy of the foregoing Motion for Substitution of Counsel was filed electronically and served via the Court's electronic filing system.

/s/ Andrew D. Freeman