# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 06-666C<br>Judge Miller |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

* * * ooo0ooo * * *

**AFFIDAVIT OF ANDREW D. FREEMAN**

1. My name is Andrew D. Freeman. I am above the age of 18 and am competent to testify.

2. I have been appointed a Special Assistant Attorney General for the State of Colorado for the purpose of representing the Colorado Department of Human Services, Division of Vocational Rehabilitation in this lawsuit.

3. In my capacity as Special Assistant Attorney General, I will serve as counsel of record in this case. First Assistant Attorney General Kathryne C. Gwinn will remain involved in the case as of counsel.

I hereby certify that the contents of the foregoing are true and based on my personal knowledge.

October 23, 2006

[signature]
Andrew D. Freeman