# EXHIBIT 2

**JOHN W. SUTHERS**
Attorney General

**CYNTHIA H. COFFMAN**
Chief Deputy Attorney General

**DANIEL D. DOMENICO**
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

**OFFICE OF THE ATTORNEY GENERAL**

**STATE SERVICES BUILDING**
1525 Sherman Street - 7th Floor
Denver, Colorado 80203
Phone (303) 866-4500

October 16, 2006

Andrew Freeman
Brown, Goldstein & Levy, LLC
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202

RE: Appointment as Special Assistant Attorney General

Dear Mr. Freeman:

This letter appoints you as a Special Assistant Attorney General. Under this appointment you will provide legal services on behalf of the Colorado Department of Human Services' Division of Vocational Rehabilitation, in the matter of Colorado Department of Human Services' Division of Vocational Rehabilitation v. The United States, Case No. 06-666C, filed in the Federal Claims Court ("DVR Case"). Your appointment is effective October 16, 2006, and will continue until revoked in writing or until conclusion of the motions hearing set on October 26, 2006, whichever first occurs.

You will report directly to Assistant Attorney General Kathryne C. Gwinn, who can be reached by telephone at 303-866-6549. Please maintain close contact with Ms. Gwinn during the course of your legal work. Ms. Gwinn must be consulted beforehand concerning any significant legal decisions to be made during the course of your work.

Your appointment is a limited one. It does not authorize you to act on behalf of or represent the State in any other capacity. You may not, on behalf of the State of Colorado or the Attorney General generally, receive any notices, documents or papers of any kind not related to your representation in the DVR Case.

You are to be compensated **REDACTED** for this work by the Colorado Department of Law. The terms and conditions of your work are described in your arrangements with this entity.

Finally, working in a legal capacity on behalf of the citizens of Colorado is a privilege accompanied by several responsibilities. For that reason, important topics and admonitions are addressed in the memorandum enclosed with this letter. Please review this memorandum

carefully. Please make sure that your actions representing Colorado conform to its directions at all times.

Sincerely,

DANIEL D. DOMENICO
Solicitor General

Enclosure

cc: Kathryne C. Gwinn

## MEMORANDUM FOR SPECIAL ASSISTANT ATTORNEYS GENERAL

Service to the people of the State of Colorado as a Special Assistant Attorney General is a privilege. This privilege is accompanied by important responsibilities. This memorandum sets forth several requirements that you are to follow as you discharge your duties to the State and its citizens.

The Colorado Department of Law fully supports the idea of civility in the practice of law. Whether in litigation or in a transactional context, Special Assistant Attorneys General are expected to represent the State vigorously at all times. Nevertheless, all Special Assistant Attorneys General are also expected to interact with the Courts and other counsel in a civil, professional manner.

During your representation of the State of Colorado, your activities must conform, at all times and in all respects, to the highest ethical standards of the legal profession. Through your direct supervisor at the Department of Law, we are available at all times to consult with you if your work for Colorado may pose an ethical difficulty. Please be sure to consult with us before such a matter actually arises.

We recognize that conflicts of interest often arise in the practice of law. We expect you to bring to our attention immediately any potential for conflicting interests in the work you perform as Special Assistant Attorney General. Please report any such matters to your supervising attorney immediately and in writing.