# Exhibit 16

UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES
REHABILITATION SERVICES ADMINISTRATION

AUG 11 2003

Andrew D. Freeman, Esq.
Brown, Goldstein & Levy
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202-6701

Dear Mr. Freeman:

This is in response to your recent correspondence regarding the Washington State Department for the Blind's application for a dining facility attendant services and full food services contract at Fort Lewis, Washington. You have asked the Rehabilitation Service Administration (RSA) for an opinion whether this procurement triggers the priority under the Randolph-Sheppard Act (the Act) for blind vendors in the operation of cafeterias on Federal property. 20 USC 107d-3(e) and 34 CFR 395.33.

As you indicated, the State sent several letters to the Army's contracting officer notifying him of its interest in exercising its statutory priority under the Act for this contract. The Army responded by stating that, pursuant to Acting Assistant Secretary Kenneth Oscar's memorandum dated November 20, 2001, the priority provisions of the Act did not apply to the contract at Fort Lewis and, as a result, it intended to solicit this contract as an 8(a) set aside. The Presolicitation Notice, published on July 16, 2003, confirmed that the procurement would be for 8(a) entities.

According to information in your letter, full food service is the majority of the contract because an analysis of activity over the past eight months indicates that the full food service portion of the current contract accounts for 55 per cent of the meals served at Fort Lewis and 71 per cent of the dollars spent. However, the Army has stated that full food service at Fort Lewis comprises less than 12 per cent of the work with the only full food service requirement being for the annual ROTC program. While there is a discrepancy in the facts asserted, it is clear that, even from the Army's perspective, this procurement includes full food services.

It is our position that the Act applies generally to military contracts at military dining facilities. This interpretation is supported by Department of Education (ED) regulations implementing the Act, which define a "cafeteria" to include the essential functions of a military dining facility (34 CFR 395.1(d)). Additionally, ED's position is supported by the Fourth Circuit decision of NISH v. Cohen, 247 F.3d 197 (4th Cir. 2001) in which the court stated that the Act specifically applies to the operation of military mess hall

facilities, as well as by the November 12, 1998 memorandum by the General Counsel of the Department of Defense (DOD) to all military agencies.

Since 1999, it has been RSA's policy that contracts for dining facilities attendant services need to be assessed on a case-by-case basis to determine whether they are covered by the Act. If Ft. Lewis issued a separate procurement containing only the dining facilities attendant services, then a determination would have to be made as to the applicability of the Act's priority based upon this policy. However, it is unnecessary to make this determination here because the procurement at issue contains full food services as well and, thus, the priority clearly applies to the procurement.

While it is clear that the Act's priority is applicable to this procurement, if the Army believes that it is inappropriate to apply the priority, it may seek a limitation pursuant to section 107(b) of the Act. In order for a limitation to be approved, the agency must justify in writing to the Secretary of Education that application of the priority would "adversely affect the interests of the United States."

If you have any questions after you have had an opportunity to review the solicitation for any additional relevant information, please contact Mr. Joe Cordova, Director of the Division for the Blind and Visually Impaired. His telephone number is (202) 205-9902.

Sincerely,

Joanne Wilson

Joanne M. Wilson,
Commissioner

Cc: Mr. E. Ballard, Acting Deputy Assistant Secretary of the Army (Policy and Procurement)
Mr. James N. Edwards, Director of Contracting, Fort Lewis, Washington