# Exhibit 17

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | Case No. 06-0666C<br>Hon. George W. Miller |
| v. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

* * * oooOooo * * *

**SECOND DECLARATION OF STEVEN P. RIGHTSELL**

1. My name is Steven P. Rightsell. I am over the age of 18 and am competent to testify.

2. From October 2005 through the end of September 2006, I operated the High Frontier Dining Facility at Buckley Air Force Base.

3. During that time, the Dining Facility served approximately 22,000 meals each month.

4. One of my employees at the Dining Facility was Mary Umbaugh, who was the project manager.

5. Ms. Umbaugh told me that the Air Force has hired her to serve as the manager of the facility when it re-opens after the planned renovations are complete.

I declare under penalty of perjury that the foregoing is true and correct.

Steven P. Rightsell

October 20, 2006