# In the United States Court of Federal Claims

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 06-666C

Filed October 26, 2006

**ORDER**

Pursuant to the Court's Order filed September 25, 2006, the Court heard oral argument on plaintiffs' motion for preliminary injunction on Thursday, October 25, 2006.

At the conclusion of oral argument, the Court **ORDERED** that plaintiffs shall file and serve by **Thursday, November 2, 2006,** a proposed order setting forth specifically the nature of the injunctive relief plaintiffs seek. Counsel for plaintiffs indicated that he would do so and, in addition, may submit alternative proposed orders granting injunctive relief that plaintiffs believe to be warranted and that would be satisfactory to plaintiffs.

The Court **FURTHER ORDERED** that plaintiffs shall file and serve copies of the 1999 letter from Department of Education Commissioner Fredric K. Schroeder to the Committee for Purchase from the Blind and Other Severely Handicapped by **Friday, October 27, 2006**.

The Court **FURTHER ORDERED** that counsel for defendant shall file and serve by **Thursday, November 2, 2006,** copies of the document entitled (in part) "Contracting for Military Dining Facilities, Joint Statement of Policy," from which counsel for defendant read during the oral argument.

The Court also requested that the parties read two cases: *Labat-Anderson, Inc. v. United States,* 346 F. Supp. 2d 145 (D.D.C. 2004), and *LABAT-Anderson, Inc. v. United States,* 65 Fed. Cl. 570 (2005). The Court **FURTHER ORDERED** that plaintiffs shall file and serve by **Thursday, November 2, 2006** a brief memorandum discussing the significance of those cases, if any, with respect to plaintiffs' contentions regarding the Court's jurisdiction to grant the relief

sought by plaintiffs in this action. The Court **FURTHER ORDERED** that the defendant shall file and serve a responsive memorandum on or before **Wednesday, November 15, 2006.** The parties' memoranda shall not exceed ten pages in length.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge