Brown
Goldstein
Levy LLP

120 E. Baltimore St.
Suite 1700
Baltimore, Maryland
21202-6701
Tel: 410 962-1030
Fax: 410 385-0869
www.browngold.com

Andrew D. Freeman
adf@browngold.com

October 27, 2006

**VIA ELECTRONIC FILING**
The Hon. George W. Miller
United States Court of Federal Claims
771 Madison Place, NW
Washington D.C. 20005

Re: Colorado Department of Human Services, Division of Vocational Rehabilitation, *et al.* v. The United States, Case No. 06-0666C

Dear Judge Miller:

As was discussed at yesterday's hearing, attached as Exhibit 1 is a copy of the 1999 Memorandum from Frederic Schroeder, Commissioner of the Rehabilitation Services Administration, rescinding the 1992 Carney memorandum. Commissioner Schroeder determined that Mr. Carney's interpretation of the Randolph-Sheppard Act as applied to military dining facilities was "too limiting given that one of the purposes of the Act is to expand the opportunities for individuals who are blind to operate cafeterias on Federal property."

Also attached as Exhibit 2 is a copy of the arbitration panel decision in *Commonwealth of Kentucky v. Cabinet for Workforce Development for the Blind v. United States Department of Defense and Department of the Army.* The panel in *Kentucky* reached the opposite result of the panel decision in *Alaska Division of Vocational Rehabilitation v. Department of Defense*.

Thank you for your attention to this matter

Sincerely,

/s/

Andrew D. Freeman
(By Shelly Marie Martin)

ADF/bgt
Attachments

cc: Steven Mager, Esq. (by e-filing)