# EXHBIT 1

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF SPECIAL EDUCATION AND REHABILITATIVE SERVICES
REHABILITATION SERVICES ADMINISTRATION

JAN 27 1999

Ms. Beverly L. Milkman
Executive Director
Committee for Purchase From People Who
Are Blind or Severely Disabled
1215 Jefferson Davis Highway
Crystal Gateway 3, Suite 310
Arlington, VA 22202-4302

Dear Ms. Milkman:

This letter rescinds the interpretation of the Randolph-Sheppard Act (the Act) contained in the letter dated March 13, 1992, (copy enclosed) to you from then Commissioner Nell Carney of the Rehabilitation Services Administration (RSA) concerning the application of the Act to military troop dining facilities.

Specifically, the letter addressed the conflict between military food service operations on the procurement list of the Committee for Purchase from People Who Are Blind or Severely Disabled under the Javits-Wagner-O'Day Act and the priority for the operation of a cafeteria under the Act. Commissioner Carney concluded that the Act applied when the provision of food services involved a wide variety of food services and military personnel played a very limited or no role in the overall functioning of the food service operation.

I have determined that the basis provided in Commissioner Carney's letter for determining whether the provision of food services consists of the operation of a cafeteria is too limiting given that one of the purposes of the Act is to expand the opportunities for individuals who are blind to operate cafeterias on Federal property. Consistent with this purpose, the regulations promulgated pursuant to the Act, in 34 CFR 395.33, require a military base to consult with the Secretary about awarding a State licensing agency (SLA) a priority under the Act whenever it solicits offers for the operation of a cafeteria and finds the SLA to be within the competitive range.

Based on the foregoing, RSA is in the process of reexamining the issue of what food services on military bases constitute the operation of a cafeteria under the Act. As agreed to in our recent meeting at OMB, we intend to discuss this issue as well as other issues surrounding implementation of the Act on military bases with the Committee, the Department of Defense, and other interested agencies. In the interim, RSA will assess issues that arise on a case-by-case basis.

For the above reasons, RSA is rescinding the interpretation of the Act set forth in the Nell Carney letter dated March 13, 1992.

Sincerely,

Fred Schroeder

Fredric K. Schroeder, Ph.D.
Commissioner

Attachment