IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | Case No. 06-666C<br>Hon. George W. Miller |
| v. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

* * * ooo0ooo * * *

**(Proposed) ORDER**

Upon consideration of the plaintiffs' motion for a preliminary injunction, the Court FINDS: (1) the Colorado Department of Human Services/Division of Vocational Rehabilitation has requested that the Department of Education convene a Randolph-Sheppard arbitration; (2) the plaintiffs have a strong likelihood of success on the merits in arbitration; (3) the plaintiffs will be irreparably harmed if the Buckley Air Force base cafeteria is operated by another food services provider; (4) the Air Force will not be harmed by the relief sought; (5) the public interest favors requiring the Air Force to comply with the Randolph-Sheppard Act; and (6) a bond would be contrary to the purposes of the Randolph-Sheppard Act and is unnecessary in light of the governmental nature of the Colorado DVR.

It is therefore ORDERED this ___ day of November 2006 that the plaintiffs' motion be and hereby is GRANTED; and it is further

ORDERED that, until the Randolph-Sheppard arbitration in this matter is complete, the United States Department of the Air Force is HEREBY ENJOINED

1. To proceed with its plans for the renovation of the High Country Inn at Buckley Air Force Base in a timely manner; and

2. Upon completion of the renovations or any portion thereof, to allow Colorado Division of Human Services/Division of Vocational Rehabilitation and Steven Rightsell to operate that facility, without any obligation for the Air Force to pay for the on-going operations of the facility except as otherwise provided in the Randolph-Sheppard Act, 20 U.S.C. § 107, *et seq.* and the implementing regulations, 34 C.F.R. § 395.1, *et seq.*

___________________________________
Hon. George W. Miller

Date: ______________________