IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, *et al.*, | : | |
| Plaintiffs, | : | Case No. 06-666C<br>Hon. George W. Miller |
| v. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

* * * ooo0ooo * * *

**(Proposed) ORDER**

Upon consideration of the plaintiffs' motion for a preliminary injunction, the Court FINDS: (1) the Colorado Department of Human Services/Division of Vocational Rehabilitation has requested that the Department of Education convene a Randolph-Sheppard arbitration; (2) the plaintiffs have a strong likelihood of success on the merits in arbitration; (3) the plaintiffs will be irreparably harmed if the Buckley Air Force base cafeteria is operated by another food services provider; (4) the Air Force will not be harmed by the relief sought; (5) the public interest favors requiring the Air Force to comply with the Randolph-Sheppard Act; and (6) a bond would be contrary to the purposes of the Randolph-Sheppard Act and is unnecessary in light of the governmental nature of the Colorado DVR.

It is therefore ORDERED this ___ day of November 2006 that the plaintiffs' motion be and hereby is GRANTED; and it is further

ORDERED that, until the Randolph-Sheppard arbitration in this matter is complete, the United States Department of the Air Force is HEREBY ENJOINED from entering into or performing under any contract or other arrangement for food services (including, but not limited to, operating the facility "in-house") at the building at Buckley Air Force Base that contained the High Frontier Dining Facility, or any successor thereto, unless and until the Air Force has applied the Randolph-Sheppard Act's priority to that contract or other arrangement.

____________________________________
Hon. George W. Miller

Date: ______________________