**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, | ) |
| and | ) |
| STEVEN RIGHTSELL, | ) |
| Plaintiffs, | ) |
| | ) No. 06-666C |
| v. | ) |
| | ) (Judge Miller) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY**

Pursuant to this Court's order dated October 26, 2006, defendant, the United States, respectfully submits this notice of filing of the "Contracting for Military Dining Facilities, Joint Statement of Policy," referenced at oral argument on October 26, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney

.

Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit,
8th floor
Washington, D.C. 20530
Tele: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

November 2, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 2nd day of November, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF ADDITIONAL AUTHORITY," with attachments, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division