# Section 848 of the National Defense Authorization Act for Fiscal Year 2006: Application of the Javits-Wagner-O'Day Act and the Randolph-Sheppard Act to the Operation and Management of Military Dining Facilities Contracts

## Joint Report to Congress

August 29, 2006

Department of Defense
Department of Education
Committee for Purchase From People Who Are Blind or Severely Disabled

Pursuant to section 848 of the National Defense Authorization Act of Fiscal Year 2006, the Department of Defense (DOD), the Department of Education (ED), and the Committee for Purchase From People Who Are Blind or Severely Disabled (CFP) submit this report to Congress which provides a joint policy statement for the application of the Javits-Wagner-O'Day (JWOD) program and the Randolph-Sheppard Act (R-SA) program to the operation and management of military dining facilities.

Department of Defense:

Mr. Kenneth J. Krieg
Under Secretary of Defense for
Acquisition, Technology and Logistics

9/1/06
Date

U.S. Department of Education:

Mr. John H. Hager
Assistant Secretary for Special Education and
Rehabilitative Services

8/31/06
Date

Committee for Purchase From People Who Are Blind or Severely Disabled:

Mr. Andrew D. Houghton
Chairperson

8-31-2006
Date