## CONTRACTING FOR MILITARY DINING FACILITY OPERATION, FOOD SERVICES AND OTHER SUPPORT SERVICES

Section 848 of the National Defense Authorization Act of Fiscal Year 2006 (Public Law 109-163) requires the Department of Defense (DOD), the Department of Education (ED), and the Committee for Purchase From People Who Are Blind or Severely Disabled (CFP) to develop a joint statement of policy concerning application of the Javits-Wagner-O'Day (JWOD) Act (41 U.S.C. 48 *et seq*) and the Randolph-Sheppard Act (R-SA) (20 U.S.C. 107 *et seq*) to contracts for operation and management of military dining facilities and contracts for food services, mess attendant and other services supporting the operation of military dining facilities. A taskforce comprised of representatives from DOD, ED, and the CFP met weekly and engaged in almost daily discussions by electronic mail and telephone to develop a joint statement of policy pursuant to Section 848. The taskforce also solicited public comments through a notice in the Federal Register, and approximately 240 comments were received. The taskforce memorialized their agreement in the following joint statement of policy.

## JOINT STATEMENT OF POLICY

It is the joint policy of the DOD, ED and the CFP (hereinafter "the Parties") that ---

1. Defense appropriations shall be used to accomplish the defense mission. This mission shall be carried out by providing value and accountability to the taxpayers as well as supporting socioeconomic programs to the maximum extent practicable under the law. The DOD has a military mission to maintain some level of in-house food service and military dining facility managerial capabilities to enable forward deployment operations, training, rotation and career progression. Contract services must enable DOD to feed the troops high quality food at a cost effective price.

2. The Secretaries of the Military Departments concerned, as defined in 10 U.S.C. §101(a)(9), shall have the discretion to define requirements (e.g., contract statements of work, assignment of tasks and functions among workers in a facility) and make procurement decisions concerning contracting for military dining support services and the operation of a military dining facility and shall ensure that procurement decisions support the readiness of the Armed Forces.

3. The Parties recommend that legislation (See Attachment 1) should be submitted that creates a "no-poaching" provision maintaining the current distribution of contract opportunities as outlined in this paragraph. The Procurement List protects the jobs of people who are blind and/or severely disabled, and does not conflict with the R-SA opportunities of blind vendors who may employ these workers through a JWOD nonprofit agency. The R-SA shall not apply to any requirement for military dining support services identified on the Procurement List, or to any contract, purchase order, agreement or other arrangement for operation of a military dining facility that is a requirement identified on the Procurement List and was being provided by a JWOD nonprofit agency as of the date of enactment of the "no-poaching" provision. The JWOD