**Attachment 1 to the Section 848 Joint Report to Congress**

**SEC. ___. CONTRACTING WITH EMPLOYERS OF PERSONS WITH DISABILITIES.**

(a) INAPPLICABILITY OF THE RANDOLPH-SHEPPARD ACT TO CONTRACTS AND SUBCONTRACTS FOR MILITARY DINING FACILITY SUPPORT SERVICES COVERED BY JAVITS-WAGNER-O'DAY ACT.--The Randolph-Sheppard Act (20 U.S.C. 107 et seq.) does not apply to full food services, mess attendant services, or services supporting the operation of a military dining facility that, as of the date of enactment of this section, were on the Procurement List established under section 2 of the Javits-Wagner-O'Day Act (41 U.S.C. 47).

(b) INAPPLICABILITY OF THE JAVITS-WAGNER-O'DAY ACT TO CONTRACTS FOR THE OPERATION OF A MILITARY DINING FACILITY.--(1) The Javits-Wagner-O'Day Act (41 U.S.C. 46 et seq.) does not apply at the prime contract level to any contract entered into as of the date of enactment of this section with a State licensing agency under the Randolph-Sheppard Act (20 U.S.C. 107 et seq.) for the operation of a military dining facility.

(2) The Javits-Wagner-O'Day Act shall apply to any subcontract entered into for food services, mess attendant services, and other services supporting the operation of a military dining facility.

(c) DEFINITIONS.

(1) In this section, the term "State licensing agency" means any agency designated by the Secretary of Education under section 2(a)(5) of the Randolph

Sheppard Act (20 U.S.C. 107a (a)(5)).

(2) In this section, the term "military dining facility" means a facility owned, operated, leased, or wholly controlled by the Department of Defense and used to provide dining services to members of the armed forces, including a cafeteria, military mess hall, military troop dining facility or any similar dining facility operated for the purpose of providing meals to members of the armed forces.

**Section-by-Section Analysis**

This section would help to protect both Javits-Wagner-O'Day Act (JWOD) and Randolph-Sheppard Act (R-SA) beneficiaries by treating military dining facility contracts entered into as of the date of enactment of this section under both Acts in a mutually exclusive manner for DoD procurement purposes. This will also simplify Department of Defense (DoD) contracting by clarifying the application of the JWOD and R-SA programs to current military dining facility in a more effective way than the similar language in the FY04, FY05, and FY06 National Defense Authorization Acts.

Under this section, those contracts that are currently performed by R-S sources will remain in the R-S program and those that are currently performed by JWOD sources will remain in the JWOD program. When the current R-S contracts expire, they will continue to be available for State licensing agencies to assert a “priority” for the prime contract.