**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION,** | ) | |
| **and** | ) | |
| **STEVEN RIGHTSELL,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 06-666C** |
| **v.** | ) | |
| | ) | **(Judge Miller)** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**
**TO SUPPLEMENT THE ADMINISTRATIVE RECORD**

On October 2, 2006, the United States filed with the Court the administrative record in this bid-protest action. In preparing our supplemental response memorandum, the Government discovered that it had inadvertently omitted filing Air Force Services Agency Prime Vendor Food Contract and relevant modification, with the record. Accordingly, we are requesting leave of the Court to supplement the administrative record with the attached document. Plaintiffs' counsel has indicated that they do not oppose the filing of these documents. The documents are numbered beginning with page 225, the last page of the record previously filed with this Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Todd M. Hughes
TODD M. HUGHES
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2377
Fax: (202) 305-7643
steven.mager@usdoj.gov

November 15, 2006

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 15th day of November, 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO SUPPLEMENT THE ADMINISTRATIVE RECORD," with attachments, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice