No. 06-666C
Judge Miller

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, and STEVEN RIGHTSELL

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SUPPLEMENTAL ADMINISTRATIVE RECORD

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

TODD M. HUGHES
Assistant Director

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 616-2377

November 15, 2006

Attorneys for Defendant