IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(BID PROTEST)

| | |
|---|---|
| COLORADO DEPARTMENT OF HUMAN SERVICES, DIVISION OF VOCATIONAL REHABILITATION, | ) |
| and | ) |
| STEVEN RIGHTSELL, | ) |
| Plaintiffs, | ) |
| | ) No. 06-666C |
| v. | ) |
| | ) (Judge Miller) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**INDEX TO THE SUPPLEMENTAL ADMINISTRATIVE RECORD**

31. Air Force Services Agency Prime Vendor Food Contract (Nov. 24, 2004) (with modifications) (Sept. 7, 2006) . . . . . . . . . . 225