NONAPPROPRIATED FUND AMENDMENT OF SOLICITATION/MODIFICATION OF AWARD Page 1 of 1

| | | |
|---|---|---|
| 1. AMENDMENT/MODIFICATION NO. M0005 | 2. EFFECTIVE DATE 01 Sep 05 | 3. PURCHASE REQUEST NO. |
| 4. ISSUED BY AFNAF Purchasing Office, 10100 Reunion Place, Ste. 304, San Antonio, TX 78216-4138, Rhonda Good Voice: 210-652-6931 | 5. ADMINISTERED BY (if other than item 4) | |
| 6. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) SHAMROCK FOODS COMPANY (COMMERCE CITY CO), 5199 IVY STREET, COMMERCE CITY, CO 80022, JEFF PEITZMEIER Voice: 303-289-3581 ext. 0209 | 7A. AMENDMENT OF SOLICITATION NUMBER (SEE ITEM 9) | |
| | 7B. DATED | |
| | X 8A. MODIFICATION OF AWARD NUMBER (SEE ITEM 11) F41999-05-D-6021 | |
| | 8B. DATED 13 May 05 | |

9. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 12. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods; (a) By completing Items 8 and 13a-d, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation amendment, and is received prior to the opening hour and date specified.

10. Accounting and Appropriation Data (if required)

11. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 12.

| | | Authority |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (specify authority) THE CHANGES SET FORTH IN ITEM 12 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 8A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc) SET FORTH IN ITEM 12, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | Mutual Agreement |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☐ is not, ☑ is required to sign this document and return 1 copies to the issuing office.

12. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

Modification issued to add the NAF facilities of the 480th Services Division to this contract. All other terms and conditions of this contract shall apply.

Except as provided herein, all terms and conditions of the document referenced in Item 7A or 8A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 13A. NAME AND TITLE OF SIGNER (Type or print) Jeff Peitzmeier — VP Mgr | | 14A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| 13B. CONTRACTOR/OFFEROR [signature] (Signature of person authorized to sign) | 13C. DATE SIGNED 9-6-06 | 14B. UNITED STATES OF AMERICA BY [signature] (Signature of Contracting Officer) | 14C. DATE SIGNED 7 Sep 06 |

# NONAPPROPRIATED FUND AMENDMENT OF SOLICITATION/MODIFICATION OF AWARD

Page 1 of 1

| | | |
|---|---|---|
| 1. AMENDMENT/MODIFICATION NO [illegible] | 2. EFFECTIVE DATE 18 May 06 | 3. PURCHASE REQUEST NO. |
| 4. ISSUED BY AFNAF Purchasing Office<br>10100 Reunion Place, Ste 304<br>San Antonio, TX 78216-4138<br>Rhonda Good Voice 210-652-6931 | 5. ADMINISTERED BY (if other than item 4) | |
| 6. NAME AND ADDRESS OF CONTRACTOR (No., street, country, State and ZIP Code)<br>SHAMROCK FOODS COMPANY (COMMERCE CITY CO)<br>5199 IVY STREET<br>COMMERCE CITY, CO 80022<br>JEFF PEITZMEIER Voice: 303-289-3581 ext. 6293 | 7A. AMENDMENT OF SOLICITATION NUMBER (SEE ITEM 9)<br>7B. DATED | |
| | X 8A. MODIFICATION OF AWARD NUMBER (SEE ITEM 11) F41999-05-D-6021<br>8B. DATED 13 May 05 | |

**9. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 12. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 6 and 13e-c, and returning 0 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which indicates a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicit amendment, and is received prior to the opening hour and date specified.

10. Accounting and Appropriation Data (If required)

11. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 12.

| | | Authority |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (specify authority) THE CHANGES SET FORTH IN ITEM 12 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 8A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc) SET FORTH IN ITEM 12, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT: Contractor ☑ is not, ☐ is required to sign this document and return 0 copies to the issuing office.

12. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

A. EFFECTIVE 30 MAY 2006, THE "ISSUED BY " ADDRESS CONTAINED NPA'S BLOCK 2 AND NPA COVER SHEET ECT. IS HEREBY CHANGED TO READ AS FOLLOWS:

AFNAF PURCHASING OFFICE
10100 REUNION PLACE STE 304
SAN ANTONIO TX 78216-4138

POC: CLAY JONES, RHONDA GOOD, OR KATHY HANLEY

B. PHONE NUMBERS, WEB SITE, AND ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in item 7A or 8A, as heretofore changed, remains unchanged and in full force and effect

| | | |
|---|---|---|
| 13A. NAME AND TITLE OF SIGNER (Type or print) [handwritten, illegible] | | 14A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) CHARLES ELLER |
| 13B. CONTRACTOR/OFFEROR [signature]<br>(Signature of person authorized to sign) | 13C. DATE SIGNED 6-19-06 | 14B. UNITED STATES OF AMERICA BY SIGNATURE ON FILE<br>(Signature of Contracting Officer) — 14C. DATE SIGNED 18 May 06 |

08/19/2005 10:57 FAX 3032898403 SHAMROCK FOODS 001/001
Aug-15-2005 09:00am From-AFNAFPO 2106524690 T-572 P.002/002 F-545

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| MOD 03 | 08/15/05 | | |

6. ISSUED BY — CODE

AFNAF PURCHASING OFFICE
9504 IH 35 NORTH, STE 370
SAN ANTONIO TX 78233

7. ADMINISTERED BY *(If other than Item 6)* — CODE

MICHELE WEISBECKER
210-652-6931

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

SHAMROCK FOODS COMPANY
5199 IVY
COMMERCE CITY CO 80022

ATTN: JEFF PEITZMEIER
303-289-3581 EXT 8293
FAX 303-289-6403

CODE — FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
F41999-05-D-6021

10B. DATED *(SEE ITEM 13)*
05/13/05

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: MUTUAL AGREEMENT

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MODIFICATION ISSUED TO ADD THE ITT FACILITY AT SCHRIEVER AFB CO TO THIS CONTRACT. ALL TERMS AND CONDITIONS OF THIS CONTRACT SHALL APPLY.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF SIGNER *(Type or print)* | |
|---|---|---|---|
| Jeff Peitzmeier NATL Acct Mgr | | CHARLES E. EILER CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| [signature] (Signature of person authorized to sign) | 8-17-05 | BY [signature] (Signature of Contracting Officer) | 22 AUG 05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

07/14/2005 12:07 FAX 3032896403 SHAMROCK FOODS 2106524630 T-709 P.002/002 F-716 002

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| MOD 2 | 07/12/05 | | |

6. ISSUED BY CODE

AFNAF PURCHASING OFFICE
9504 IH 35 NORTH, STE 370
SAN ANTONIO TX 78233

7. ADMINISTERED BY *(If other than Item 6)* CODE

MICHELE WEISBECKER
210-652-6931

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

SHAMROCK FOODS COMPANY
5199 IVY
COMMERCE CITY CO 80022

ATTN: JEFF PFITZMEIER
303-289-3581 EXT 8293
FAX 303-289-6403

CODE 5 FACILITY CODE

[X] 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

X F41999-05-D-6021

10B. DATED *(SEE ITEM 13)* 05/13/05

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc)*. SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: MUTUAL AGREEMENT

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

MODIFICATION ISSUED TO ADD A FUEL SURCHARGE AS FOLLOWS:

A. DUE TO FUEL INCREASES THE CONTRACTOR IS HEREBY AUTHORIZED TO CHARGE THE ACTIVITIES $.08 PER CASE AS A SEPARATE LINE ITEM ON THE INVIOCE. ONCE THE ROCKY MOUNTAIN FUEL PADD DROPS BELOW THE $1.70 MARK, THE CONTRACTOR HEREBY AGREES THAT THIS $.08 PER CASE FEE WILL NO LONGER APPLY.

B. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

JEFF PFITZMEIER

15B. CONTRACTOR/OFFEROR

[signature]
(Signature of person authorized to sign)

15C. DATE SIGNED 7-13-05

16A. NAME AND TITLE OF SIGNER *(Type or print)*

CHARLES E. EILER
CONTRACTING OFFICER

16B. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

16C. DATE SIGNED 18 Jul 05

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

05/31/2005 09:18 FAX 3032898403 SHAMROCK FOODS 002/002
May-24-2005 02:35pm From-AFNAFPO 2106524630 T-277 P.002/002 F-305

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
|---|---|---|---|
| MOD 001 | 05/13/05 | | |

| 6. ISSUED BY CODE | 7. ADMINISTERED BY *(If other than Item 6)* CODE |
|---|---|
| AFNAF PURCHASING OFFICE<br>9504 IH 35 NORTH STE 370<br>SAN ANTONIO TX 78233 | KATHY HANLEY<br>210-652-6931<br>210-652-6309 FAX |

| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| SHAMROCK FOODS COMPANY<br>5199 IVY<br>COMMERCE CITY CO 80022<br><br>ATTN: JEFF PEITZMEIER<br>303-289-3581 EX. 8293<br>FAX: 303-289-6403 | | 9B. DATED *(SEE ITEM 11)* |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>F41999-05-D-6021 |
| | | 10B. DATED *(SEE ITEM 13)*<br>05/13/05 |
| CODE | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return 0 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

A. PERFORMANCE START DATE IS 1 JUNE 2005 THROUGH 31 MAY 2007.

B. ALL TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF SIGNER *(Type or print)* | |
|---|---|---|---|
| Jeff Peitzmeier - Nat'l Acct. [illegible] | | MICHELE WEISBECKER<br>Contract Officer | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED<br>5-30-05 | 16B. UNITED STATES OF AMERICA<br>BY [signature]<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>5/24/05 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# Nonappropriated Fund Purchasing Agreement (NPA)

1. **NPA NUMBER:** F41999-05-D-6021

2. **ISSUED BY:**
AFNAF PURCHASING OFFICE
9504 IH 35 NORTH, ST 370
SAN ANTONIO, TX 78233
**POC:** RHONA GOOD
**Tel:** (210) 657-5804
**Fax:** (210) 652-6309
**Web Site:** www.afnafpo.com

3. **CONTRACTOR NAME AND ADDRESS:**
SHAMROCK FOODS COMPANY
5199 IVY
COMMERCE CITY, CO. 80022
**POC:** JEFF PEITZMEIER
**Tel:** 303 289 3581 EXT. 8293
**Fax:** 303 289 6403
**E-mail:** JEFF_PEITZMEIER@SHAMROCKFOODS.COM
**Web Site:** WWW.SHAMROCKFOODS.COM

4. **PROMPT PAYMENT DISCOUNT TERMS:** 1/2 % - NET 20 DAYS

5. **GOVERNMENT CREDIT CARD ACCEPTED:** NO

6. **DELIVERY:** (X) FOB DESTINATION
( ) FOB ORIGIN

7. **SHIP TO AND MARK FOR:** AS INDICATED ON EACH DELIVERY ORDER

8. **MAIL INVOICES TO:** AS INDICATED ON EACH DELIVERY ORDER

9. **CONTRACTING NAFI:** The contracting nonappropriated fund instrumentality (NAFI) for each delivery order placed under this agreement will be as indicated on the delivery order.

[signature]
Signature of Authorized Person

JEFF PEITZMEIER - NAT'L ACCT MGR
Name and Title of Signer

12-14-04
Date Signed

[signature]
Signature of Contracting Officer

CHARLES E. ELLER
Name and Title of Signer

13 MAY 05
Date Signed

# Nonappropriated Fund
# Purchasing Agreement (NPA)

**Air Force Nonappropriated Fund Purchasing Office (AFNAFPO)**

**9504 IH 35 North, Suite 370**

**San Antonio TX 78233-6636**

**Commercial: (210) 652-6931**

**FAX: (210) 652-6309**

**Website: www.afnafpo.com**

RFP No. F41999-04-R-6024
Contract No. F41999-05-D-6021
Prime Vendor GEN PVIII – FE Warren AFB WY, Peterson AFB CO, USAF Academy CO

## TABLE OF CONTENTS
## UNIFORM CONTRACT FORMAT


| SECTION | Contents of Each Section | Pages |
|---|---|---|
| | **PART I-The Schedule** | |
| ( X ) | NPA Cover Sheet (RFP Amendment A03 - Attachment #5) | 2 |
| ( X ) | Section A Nonappropriated Fund Solicitation, Offer, and Award (AF Form 2641) | 1 |
| ( X ) | Incorporation of Clarifications | 1 |
| ( X ) | Amendents A01, A02 & A03 to subject RFP – changes made by these amendments are incorporated into this agreement. | 4 |
| ( X ) | Section B –Supplies & Services – Prices/Costs | 7 |
| ( X ) | Section C – Description/Specifications/Work Statement | 2 |
| ( X ) | Section D – Packaging & Marking | 1 |
| ( X ) | Section E – Inspection & Acceptance | 1 |
| ( X ) | Section F - Deliveries or Performance | 1 |
| ( X ) | Section G - Contract Administration Data | 1 |
| ( X ) | Section H - Special Contract Requirements | 2 |
| | **PART II - Contract Clauses** | |
| ( X ) | I Contract Clauses | 7 |
| | **PART III - List of Documents, Exhibits and Other Attachments** | |
| ( X ) | J List of Attachments (5 Attachments - 192 Pages) | 1 |
| | **PART IV- Representations and Instructions** | |
| ( - ) | K Representations, Certifications, and Other Statements of Offerors or Quoters | * |
| ( - ) | L Instructions, Conditions, and Notices to Offerors | * |
| ( - ) | M Evaluation Factors For Award | * |


The above sections are applicable if an "X" is entered beside each Section designation.

*Sections K, L, and M are hereby incorporated by reference as outlined in the solicitation.

# NONAPPROPRIATED FUND SOLICITATION, OFFER, AND AWARD

| | SEALED BID (IFB) | PAGE 1 OF __ PAGES |
|---|---|---|
| X | NEGOTIATED (RFP) | |

| 1. CONTRACT NUMBER | 2. SOLICITATION NUMBER | 3. DATE ISSUED | 4. PURCHASE REQUEST NUMBER |
|---|---|---|---|
| | F41999-04-R-6024 | 20041101 | |

**5. ISSUED BY**
AFNAF PURCHASING OFFICE
9504 IH 35 North, Ste 370
San Antonio TX 78233

**6. ADMINISTERED BY** *(If other than block 5)*
Rhonda Good/Kathy Hanley/Michele Weisbecker
(210)652-6931
(210)652-6309 (fax)

*NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".*

7. SOLICITATION

Sealed offers in original and 1 copies for furnishing the supplies or services described in the Schedule will be received at the place specified in block 5, OR IF HAND-CARRIED, at 9504 IH 35 North, Ste 370, San Antonio, TX 78233-6636 until 4:30 PM CT, 6 DEC 04 *(Time, Zone and Date)*. If this is a sealed bid solicitation, offers will be publicly opened at that time.

a. CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L. All offers are subject to all terms and conditions contained in this Solicitation.

FOR INFORMATION CALL *(Name and Telephone No.) (No collect calls)*: See block 6 above

9. TABLE OF CONTENTS
*(The following checked sections are contained in file contract)*

| (X) | SEC | PART I - THE SCHEDULE | PAGE | (X) | SEC | PART II - CONTRACT CLAUSES | PAGE |
|---|---|---|---|---|---|---|---|
| X | A | Solicitation/contract form | 1 | X | I | Contract clauses | 7 |
| X | B | Supplies or services and prices/costs | 7 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| X | C | Description/specifications/work statement | 2 | X | J | List of attachments | 1 |
| X | D | Packaging and marking | 1 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | Inspection and acceptance | 1 | X | K | Representations, certifications, and other statements of offerors | 5 |
| X | F | Deliveries or performance | 1 | | | | |
| X | G | Contract administration data | 1 | X | L | Instructions, conditions, and notices to offerors | 5 |
| X | H | Special contract requirements | 2 | X | M | Evaluation factors for award | 3 |

OFFER *(Must be fully completed by offeror, including Sections B & K)*

*NOTE: Item 10 does not apply if the solicitation includes the provision: Titled "Minimum Bid Acceptance Period".* See Section K, Paragraph 10

10. In compliance with the above, the undersigned offers and agrees, if this offer is accepted within ____ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered, at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

11. DISCOUNT FOR PROMPT PAYMENT *(See Section I)*

____% 10 CALENDAR DAYS   1/2 % 20 CALENDAR DAYS   ____ % 30 CALENDAR DAYS   ____% ____ CALENDAR DAYS

| 12. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated)* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | A01 | 11-3-04 | A03 | 11-29-04 |
| | A02 | 11-9-04 | | |

**13. OFFEROR'S NAME AND ADDRESS** *(Street, City, State or Country)*
SHAMROCK FOODS COMPANY
5199 IV7
COMMERCE CITY, CO 80022

AREA CODE AND TELEPHONE NO.
☐ *(Check if remittance address is different from above- enter such address in schedule)*
303-289-3581

**14. TYPE OR PRINT NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER**
JEFF PFITZMEIER
NAT'L ACCT. MGR.

**15. SIGNATURE** [signature]

**16. DATE** 12-12-04

AWARD *(To be completed by NAFI)*

| 17. ACCEPTED AS TO ITEMS NUMBERED | 18. AMOUNT |
|---|---|
| | |

19. SUBMIT INVOICES *(Original and 1 copy unless otherwise specified)* TO ADDRESS SHOWN IN BLOCK See Section G

20. TYPE OR PRINT NAME OF CONTRACTING OFFICER

| 21. SIGNATURE | 22. DATE SIGNED |
|---|---|
| | |

APPROVAL

23. IF THIS CONTRACT EXCEEDS ____ MANUAL APPROVAL OF N/A

MUST BE OBTAINED PRIOR TO COMMENCING ANY PERFORMANCE WITHOUT SUCH APPROVAL THIS CONTRACT WILL HAVE NEITHER FORCE NOR EFFECT.

24. TYPE OR PRINT NAME AND TITLE OF PERSON AUTHORIZED TO SIGN APPROVAL

| 25. SIGNATURE | 26. DATE SIGNED |
|---|---|
| | |

233

Incorporation of Clarifications as follows:

1. Lead -Time is the day before the scheduled delivery.

2. Order Cut-Off Time is 3:00 PM.

3. Quality Assurance Plan: Shamrock uses the American Institute of Bakers (AIB) and Silkier as national inspection companies and are incompliance with local city and state health regulations and are inspected annually.

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1[illegible]ACT ID CODE | PAGE 1 OF PAGES

2. AMENDMENT/MODIFICATION NO.: AO 1

3. EFFECTIVE DATE: 11/03/04

4. REQUISITION/PURCHASE REQ. NO.

5. PROJECT NO. *(If applicable)*

[illegible]SUED BY — CODE

[illegible]AF PURCHASING OFFICE
9504 IH 35 NORTH STE 370
SAN ANTONIO TX 78233

7. ADMINISTERED BY *(If other than Item 6)* — CODE

RHONDA GOOD/KATHY HANLEY/MICHELE WEISBECKER
210-657-5804

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Attn: Jeff Peitzmeier
Shamrock Foods
5199 Ivy Street
Commerce City CO 80022

CODE — FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

X F41999-04-R-6024

9B. DATED *(SEE ITEM 11)*: 11/01/04

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning 1 copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor [ ] is not, [ ] is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

The following changes are hereby made:

A. Section H page H-2 is hereby deleted and replaced with attached revised page Amd 01-H2. Change is noted in paragraph #9 entitled "Core Menu Specifications". Offeror(s) are no longer required to complete and submit with their proposal the Core Menu spreadsheet outlined in Section M "Evaluation Factors" and Attachment #1 "Prime Vendor (PVIII) Agreement Offerors Guide". However, once award is made, the successful offeror will still be required to complete a Core Menu file as outlined in attached revised Section H page Amd 01-H2 paragraph 9.

B. All other terms and conditions remain unchanged to include the date for receipt of proposals (i.e. 4:30 PM CTD, 6 Dec 04).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER *(Type or print)*

Jeff Peitzmeier - National Mgr

[illegible] CONTRACTOR/OFFEROR

*(Signature of person authorized to sign)*

15C. DATE SIGNED

16A. NAME AND TITLE OF SIGNER *(Type or print)*

CHARLES E. ELLER
CONTRACTING OFFICER

16B. UNITED STATES OF AMERICA

BY [signature]

*(Signature of Contracting Officer)*

16C. DATE SIGNED: 3 Nov 04

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

f. Audits shall be conducted by either a governmental agency or an independent certified public accounting firm. All audits under this paragraph shall be limited to the previous one-year period.

4. Contributions to Government (NAFI) Personnel: Department of Defense (DoD) Directive 5500.7 prescribes the standards of conduct pertaining to possible conflicts between private interests and official duties required of all DoD personnel. Gifts in the form of any gratuity, money, entertainment or item having monetary value given to DoD personnel because of their official positions or contracting activities are prohibited. Contractor rebates, promotional allowances or volume discounts are acceptable by the purchasing activity so long as providing these rebates, allowances, or discounts is a common commercial practice of the contractor.

5. Contractor agrees that it will not enter into any form of collusion or other illicit kickback arrangements with its suppliers.

6. SUPERVISION AND CONTROL - The NAFI shall not exercise any supervision or control over the Contractor's employees performing services under this contract. Such employees shall be accountable not to the NAFI but solely to the Contractor, who, in turn is responsible to the Contracting Officer.

7. OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) – The NAFI may extend the term of this contract by the Contracting Officer giving written notice of renewal to the Contractor within the period specified in the schedule; provided, that the Contracting Officer shall have given preliminary notice of the NAFI's intention to renew at least sixty (60) days before this contract is to expire. (Such a preliminary notice will not be deemed to commit the NAFI to renewal). If the NAFI exercises this option for renewal, the contract as renewed shall be deemed to include this option provision. However, the total duration of this contract, including the exercise on any options under this clause, shall not exceed ten (10) years. Any price changes for the option period(s) will be negotiated before the option is exercised.

8. CLARIFICATION OF TERMS: Throughout this solicitation, the words "Contractor" and "Prime Vendor" are used interchangeably. For clarification purposes, the use of "one" also means the "other".

9. CORE MENU SPECIFICATIONS: Once award is made, successful offeror will be provided a detailed Core Menu Specifications file to be completed by the contractor within four weeks from date of receipt. Contractor shall also be required to update this core menu list annually for the NAFI's review and approval corporately.

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 | OF PAGES |
|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| AO 3 | 11/24/04 | | |

**6. ISSUED BY** CODE

AF PURCHASING OFFICE
9504 IH 35 NORTH STE 370
SAN ANTONIO TX 78233-6636

**7. ADMINISTERED BY** *(If other than Item 6)* CODE

RHONDA GOOD/KATHY HANLEY/MICHELE WEISBECKER
(210) 657-5804

**8. NAME AND ADDRESS OF CONTRACTOR** *(No., street, county, State and ZIP Code)*

Attn: Jeff Peitzmeier
Shamrock Foods
5199 Ivy Street
Commerce City CO 80022

CODE | FACILITY CODE

(X) X **9A. AMENDMENT OF SOLICITATION NO.** F41999-04-R-6024

**9B. DATED** *(SEE ITEM 11)* 11/01/04

**10A. MODIFICATION OF CONTRACT/ORDER NO.**

**10B. DATED** *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. Accounting and Appropriation Data** *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc).* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

**E. IMPORTANT:** Contractor [ ] is not, [ ] is required to sign this document and return ________ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

A. The following change is hereby made to the NPA term sheet labeled Amendment #5, is deleted and replaced with Amendment 03 - Attachment #5 - enters "Same as item #2" in the POC block.

B. All other terms and conditions remain unchanged to include the date of receipt of proposal (i.e. 4:30 PM CDT, 22 Dec 04).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF SIGNER (Type or print) | |
|---|---|---|---|
| JEFF PEITZMEIER NATL ACCT MGR | | MICHELE WEISBECKER CONTRACTING OFFICER | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY Michele Weisbecker (Signature of Contracting Officer) | 16C. DATE SIGNED 11-24-04 |

NSN 7540-01-152-9070
PREVIOUS EDITION UNUSABLE

Created using PerForm Pro software.

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**PART I- THE SCHEDULE**
**SECTION B**
**SUPPLIES & SERVICES & PRICES/COSTS**

1. The resulting award(s) of this Request For Proposal (RFP) will be one or more Indefinite Quantity, Indefinite Delivery, Cost Plus Fixed Fee Nonappropriated Fund Purchasing Agreement(s) (NPAs) for the delivery of food products from a full-line food distributor to Air Force Nonappropriated Fund (NAF) activities – See Attachment 1. A minimum of 80% of the Nonappropriated Fund activities' food (see Section H page 1 for exclusions) will be purchased through the agreement. Award(s) will be made to those offeror(s) submitting the most advantageous offer to the government per the evaluation factors listed in Section M.

2. To be considered as a responsive offer to this solicitation, the offeror shall, as a minimum, fill in their answers in the spaces provided after each question, (SUBMITTING A SEPARATE, REWRITTEN, OUT OF SEQUENCE, PROPOSAL MAY BE CONSIDERED NON-RESPONSIVE) and provide all the requested information. Offerors requiring more space for their answers are permitted to include an addendum. Any addendum is required to have answers listed in, below referenced Offerors Guide, the same order as requested in the solicitation. A list of documents/data to be returned with the proposal is listed in this solicitation Section L and attachment 1 (*USAF NAF Prime Vendor (PV) Agreement Offerors Guide). Offerors are requested to focus on providing the information requested and to avoid extraneous content.

*Information listed/requested in this guide is data previously listed in Section B and therefore binding as part of the awarded contract. Guide was created to help prospective offerors understand USAF NAF Prime Vendor (PVII) program and help clarify any questions/concerns offerors may have in submitting a proposal. This information shall be evaluated with award to be made to that responsive/responsible offeror(s) whose proposal represents the overall best value (price & technically acceptable offer) to the government in accordance with the terms and conditions set forth in this solicitation.

3. By responding to this solicitation, the offeror shall:

a. Provide customer service as detailed in this solicitation.

b. Provide food and supplies using agreed to pricing methodology as detailed in this solicitation.

c. Provide all necessary reports (electronic {CD-ROM}) as detailed in this solicitation.

4. Product Categories and Fees – hereby referred to as fee schedule - See attachment 1 pages 27 & 28.

5. PRICING:

a. Landed costs: **The contractor (or the manufacturer's contractor) shall be reimbursed landed costs* plus a firm fixed fee.**

*Landed cost is defined as the actual manufacturer invoice price, or supplier invoice price, delivered to the distributor's warehouse or, in the case of direct or drop shipments, delivered to the designated delivery address plus applicable freight charges, if any, less any price reduction authorized or stated on the manufacturer or supplier invoice. When the contractor processes or self-manufactures the product, landed cost will include expenses such as labor and packaging costs. **The contractor shall not utilize any method, which will raise landed costs. Also see Section H, paragraph 5.**

b. Rebate and Deviated Price Policy: Except for items falling under the HQ AFSVA Rebate Program, any rebates or other applicable incentives, allowances, or discounts applicable to items sold to USAF ordering activities will be subtracted from the landed cost plus fixed fee total. The ordering activity will be entitled to all rebates, deviated pricing, or other pricing incentives offered by manufacturer, supplier, or contractor's rebate program as they relate to all items ordered by NAF activities. These rebates, deviated pricing or other incentive programs will be deducted from the contractor's invoice price to the activity after the firm fixed fee is applied or by actual disbursement of funds based upon a mutually agreeable time schedule as per 5b (2). Failure to comply with these terms and conditions may lead to contract termination.

(1) The Prime Vendor shall be as aggressive as possible in pursuing all rebates, deviated pricing and discounts for the ordering activities supported under this contract. The USAF prefers that rebates not falling under the HQ AFSVA Rebate Program, deviated pricing and discounts be returned at time of order to the ordering activity via lower invoice prices as per 5b. Notwithstanding the requirements included herein, the offeror warrants that they shall seek such rebates, deviated pricing and discounts for the USAF. The offeror will provide a description of those rebates, deviated pricing and other discounts that meet the requirement herein as part of its offer in accordance with the provisions outlined in Section L. The rebates and discount proposal will be reviewed, and if found acceptable shall become part of the resulting contract(s). A rebate report shall be provided to the Contracting Office on a quarterly basis. The final procedures relative to managing and returning lump sum payments will be based on the final proposal and confirmed after award. The Government reserves the right to audit applicable records to ensure proper administration of the rebate program and the moneys due the government have been properly returned in accordance with the offer.

(2) Rebates and/or discount moneys that are directly attributable to sales resulting from orders submitted using the resulting agreement that cannot be returned to the ordering activity, at the time of order, are to be properly tracked and recorded by the Prime Vendor and returned to the contracting officer on a quarterly or yearly basis as appropriate. All rebate checks shall be made payable to: HQ AFSVA/SVF, C/O AFNAF Purchasing Office, and mailed to AFNAF Purchasing Office, 9504 IH 35 North, Suite 370, San Antonio, Texas 78233.

(3) USAF Rebate Agreements Direct With Manufacturers: The USAF reserves the right to enter into rebate and deviated pricing agreements direct with manufacturers. The purpose of these agreements is to increase sales. These, direct with manufacturer agreements, may be passed on as per 5b(2) or tracked and collected by HQ USAF Services. The Prime Vendor shall work with HQ USAF and applicable manufacturers in establishing these type programs.

c. The firm fixed fee includes only general and administrative expenses, profit and transportation costs associated with actual delivery. The amount of the firm fixed fee speeified in the fee sehedule applies only to landed costs.

d. The fee schedule provided applies to all items delivered to the installation. Offerors to submit a listing of all their warehouse's existing category names, proposed fixed fee markups and whether category is priced weekly or monthly which shall be incorporated into the resultant contract. After contract award, contracting officer must approve in writing any changes to category names, fixed fee markups, and whether category is priced weekly, or monthly, "before" implementation.

e. Earned or sheltered income programs are allowable under any resultant agreement as long as they are contractual, performance based or performance measurable programs, and landed costs (to the USAF NAFI's) are not increased as a result of these programs. Any earned or sheltered income program that requires a manufacturer, broker or other provider of products to invoiee goods to be sold to the offeror at a higher price, than would be normally charged without the earned or sheltered income program, is prohibited. By responding to this solicitation, offeror affirms that all sheltered or earned income programs in which they may be involved shall not affect the landed costs provided to the USAF NAFI's under any resultant agreement. Additionally, no future programs of this nature shall affect the landed costs to the NAFI's shall be entered into during the length of this agreement.

6. MASTER WAREHOUSE INVENTORY LISTING (MWL) (To be submitted with proposal) – See attachment 1 pages 17-19. Offerors shall submit the Master Warehouse Inventory Listing prepared with weekly prices for market items that shall be effective for the first week December 2004 and monthly prices that are effective for the entire month of December 2004.

a. Offerors shall maintain invoices and all documentation necessary to determine actual landed costs for items shown on the Master Warehouse Inventory Listing for a minimum of 120 days after solicitation "return by date" listed in Section A. This information must be sufficient to allow determination of actual item cost to offeror and actual freight costs incurred for the items. The Contracting Officer reserves the right to audit 10 or more of the items prior to award.

b. Deviated Pricing. Offeror's landed costs used to construct the Master Warehouse Inventory Listing shall contain only normal deviated pricing (manufacturer rebates or other method of temporary price reduction). Normal deviated pricing is defined as no special effort of any kind was made to increase deviated pricing levels in order to obtain award.

c. Offeror shall extend any deviated pricing and off invoice pricing agreements of the type reflected on the Master Warehouse Inventory Listing or in subsequent agreements to the ordering activity under any agreement awarded.

7. REPORTS (Not submitted with proposal) - Offeror shall submit the following reports on a monthly basis upon award of this agreement.

a. MONTHLY TRANSACTION FILE CD-ROM (Preferred method of submission is E-mail attachment). Details of the monthly transaction file are in attachment 1 pages 20-23. This report should not be submitted with the proposal.

b. QUARTERLY SERVICE LEVEL REPORT: E-mail attachment to HQ USAF & Printout distributed during the quarterly business review meeting.

(1) This quarterly report details a base not in stock (NIS), substitutions, damage, outs, and other service factor levels as detailed below and is intended to be distributed at the quarterly business review meeting. In addition to quarterly business review distribution, one copy of this report shall be submitted quarterly to the contracting officer via electronic mail and distributed to attendees of Quarterly Business Review Meeting for the preceding quarter's activity.

(2) The Service Level Report is to contain the following information in easy to understand format. The Reporting formats may vary, but the following information will be included as a minimum:

(a) Title of report: Service Level Report

(b) Name of Warehouse (or Operating Company) and Company Name

(c) _*_ AFB(s) report is for

(d) Date report was prepared

(e) Dates covered by this particular reporting period

(f) Total Number of cases purchased by base for reporting period

(g) Total dollar value of all items delivered for reporting period

*-See attachment #6 for list of bases.

(h) Total number of case not-in-stock (NIS) for reporting period

(i) NIS as a percent of total cases delivered for reporting period

(j) Total number of cases substituted during reporting period

(k) Substitutions as a percent of total cases delivered for reporting period

(l) Total dollar value of all credit/debit memos issued for reporting period

(m) Credit/debit memo total as a percent of total dollar value of all items delivered during reporting period

(n) Average warehouse mispick rate for reporting period.

c. QUARTERLY VELOCITY REPORT: PRINTOUT distributed at Quarterly Business Review Meeting. (This report is not submitted to HQ AFSVA).

(1) The purpose of this report is to provide the base level activity managers strategic food cost information. This report details how much of each item was purchased, and the average price paid per unit of order, (i.e. by case (by pound for catch weight items) for that item "each month" for the last-six months. This report is distributed at the quarterly business review.

(2) The format for this report may vary and contain additional information but the following information shall be included as a minimum:

(a) Title of report: Consolidated Usage Velocity Report

(b) Name of Warehouse (or Operating Company) and Company Name

(c) ____* AFB report is for

(d) Date report was prepared

(e) Dates covered by this particular reporting period

(f) Itemized list of all items purchased by base during last two quarters (6 months)

(g) Number of units purchased each month for the last two quarters (6 months)

(h) Average price paid per unit during a particular month for last 6 months

*-See attachment #6 for list of bases.

Example A: If the base bought 2842 pounds of ground beef at $1.34 per pound the printout should show 2842 pounds at $1.34 per pound not just $3,808.28.

8. ALTERNATIVE REPORTS: Alternative reports to those described in the paragraphs above are allowed, (except for the Monthly Transaction File and Master Warehouse List) but only if the alternative format is accepted before the award. Any report proposed that differs in format or content shall be submitted with the response to this RFP. Offerors may contact the contracting office regarding formatting questions (Ms. Rhonda Good at (210) 652-6931) and submit sample CD-ROM for evaluation not later than November 22, 2004. Offeror will provide reports as specified Yes___ No___, but alternate report(s) must be submitted with this proposal for proposal to be responsive.

9. PRICE LISTS: (9a-9d are not submitted with proposal).

a. Weekly Price Lists: Each week on or before the first business day, the offeror shall provide each ordering activity and the NAF purchasing agent (and the contracting officer, upon request,) a fixed weekly price list for all market (price volatile) items normally ordered. (unless available via Electronic Data Interchange (EDI)).

b. If the offeror's EDI system allows for printing of order guides by the installation, supplying the order/inventory book (price lists) will not be necessary for that ordering activity. However, the same restrictions on prices remaining firm on a weekly and monthly basis shall still apply.

c. Monthly Price Lists: Each month on or before the first business day the offeror shall provide each ordering activity and the NAF purchasing agent (and the Contracting Officer, upon request,) a fixed monthly price list for all non-market items normally ordered sorted in shelf sequence by activity. (Unless available via EDI).

d. Warehouse Inventory Listing: At the start of the agreement and at least twice a year (unless available via EDI) the contractor shall provide each ordering activity and the NAF purchasing agent, a printed listing (or electronic file in Microsoft Excel compatible format) with USAF NAF delivered prices, of all market and non-market items currently carried in inventory as the warehouse servicing the AFB. Note: Format for this listing is same as a Master Warehouse Listing that was submitted as part of the proposal process.

10. FREIGHT: The freight charges under this contract shall not exceed those that are charged to normal commercial customers. Any change in the method utilized to determine freight rates or charges, which are different from the method utilized in developing cost provided on the Master Warehouse Inventory listing, shall require approval by the contracting officer.

11. PRICING ARRANGEMENTS

a. HQ AFSVA may establish separate rebates, deviated pricing or other arrangements for products supplied and/or delivered by the offeror. By responding to this solicitation, offeror agrees to pass these along in addition to all in-house rebate and deviated pricing arrangements arranged by the contractor.

b. Coffee: The Air Force Services Agency's (AFSVA) mandatory contract with Sara Lee requires NAF food and lodging operations to purchase Sara Lee coffee products through the Prime Vendor. Purchase of coffee products other than Sara Lee is not authorized. Based upon this, any substitution of coffee products under this agreement shall be made only with prior approval by an AFSVA contracting officer. AFSVA coffee equipment is supplied by Sara Lee with a fixed per pound equipment charge and a per pound maintenance fee built into the landed cost delivered to the PVII's warehouse.

c. Contractor Manufactured Items: The offeror certifies the net charge of supplies delivered under this agreement that have been manufactured by the offeror, including subsidiaries or affiliates of itself or parent company will be as favorable as, or better than, the offeror's best commercial pricing. These prices will include all allowances and rebates, for the same items being sold by the offeror. The contracting officer may request copies of offeror's published price lists.

d. The contractor is strongly encouraged to divide their invoices into four (4) separate prompt pay categories. They are as follows:

(1) 7 DAYS – Edible fresh or frozen poultry, meat, any perishable poultry meat food product, fresh eggs, and perishable egg product and fresh or frozen fish.

(2) 10 DAYS – Dairy products, edible fats and oils, and food products prepared from edible fats and oils.

(3) 15 DAYS – Fresh fruits and vegetables

(4) 30 DAYS – Frozen fruits and vegetables and other categories not listed.

12. All orders issued under any agreement shall be placed directly with this distribution point. The distributor shall provide a designated account representative to handle accounts for the above named base and will be the key contact for the contracting officer and base personnel. This account representative will work closely with the base personnel to facilitate orders and resolve supply/service matters. The designated account representative shall make a minimum of one on-site visit per week to each ordering activity, minimum of twice per month with the purchasing agent & Flight Chief, and attend the quarterly business review meeting. The contracting officer is to be notified in the event a different representative is assigned at any time during the agreement period.

13. *QUARTERLY BUSINESS REVIEW MEETING*: The successful offeror, upon award, shall attend a quarterly business review meeting conducted by the Membership Support Chief or designated representative at the start of the agreement, and quarterly thereafter, with the ordering activity managers, food purchasers, and a representative from the resource management flight. A representative from the base Public Health Office will be invited to attend. During the quarterly review, the above-listed customer service areas shall be covered in addition to:

a. Delivery invoices reviewed for fill rates, outs, shorts, pick-ups and credits.

b. Inventory order guides and price lists.

c. Quarterly velocity reports.

d. Ordering, receiving, and storage procedures.

e. Review of items being purchased from PV.

f. Review of items being purchased from competing vendors (if any)

g. Cost effectiveness of items being purchased.

h. New menu ideas/menu review.

i. Review of delivery times and number of deliveries including gross sales per stop.

j. Public Health Officer concerns.

k. Dates of upcoming food shows.

l. Special promotions, coupons and rebates.

m. Additions/deletions to pre approved substitution list(s).

14. LENGTH OF AGREEMENT: The performance period of any resultant agreement shall be from 1 May 2005 , which is the projected performance start date, through 30 April 2007 - 2 years basic period with 8 ***1 year options/extensions for a total agreement duration of not to exceed 10 years. Options/Extensions of this agreement are covered under Section H.

*** Option/Extension Year(s) (i.e. Option Year #1: 1 May 2007 – 30 April 2008 etc.)

15. An individual consolidated purchase list for ___*___ AFB is included in an Excel file on attached disk that contains an item-by-item list of all items purchased from the Prime Vendor during the latest month.

This data is provided for information purposes only and lists the menu mix and quantities purchased by the combined NAF food activities for the base(s) offerors are requesting a customized Market Basket(s) for - see attachment #1 page 6 during a recent calendar month. The consolidated purchase list should not be considered "market baskets" and returned with the proposal.

*-See attachment #6 for list of bases.

16. VALUE ADDED: Any additional value added enhancements or services that the NAFI may benefit from should be added by attachment and submitted with your proposal – See Section M paragraph 3 b (1)(c). Examples of additional value-added programs are:

a. Customer Service: Sales Rep assistance with order/figuring cubes etc.

b. Logistics Programs

(1) Weekly Delivery capability

(2) Piggyback Orders capability/procedures/cost

(3) Less than required cube orders capability/procedures/cost

(4) Back Orders/procedure

(5) Willingness to Cross dock product

(6) Ability to expedite transportation/methods/cost

c. Special Function Support

(1) Air Shows

(2) VIP Visits

(3) Grand Openings

(4) Holidays

d. Annual Food Shows

e. Buy-ins (forward purchasing of product for customer in order to lock in prices) when requested

f. Providing end users new item research to keep NAFI personnel current with Industry

(1) Provide market information

(2) Providing Holiday forecasting assistance

g. Ability, willingness to research items requested by field

h. Logo design on disposable capability