**PART I- THE SCHEDULE**
**SECTION C**
**DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

1. Public Health Food Inspection: Potentially hazardous food items must be inspected and approved by the Public Health Office of the receiving installation before delivery. Food inspection personnel will determine compliance with sanitary, and wholesomeness requirements. Receiving personnel at the ordering facility(s) may accept delivery of food items following training and approval by Public Health. Reduced frequency for inspections conducted by Public Health shall be based on history and be at the direction of the local Public Health Office. Delivery tickets shall be stamped by the inspectors to confirm that inspection has been accomplished unless the local Public Health Office authorizes less frequent inspection in writing.

2. Delivery Vehicles. The final decision with respect to the interpretation of the sanitary condition of vehicles, or product wholesomeness, condition or significance of foreign material on or in products shall remain with the Public Health Office at the ordering installation. Delivery vehicles used to deliver items under this agreement shall be subject to inspection by the USAF Public Health office. Food products transported in vehicles that are not sanitary, or not equipped to maintain prescribed temperatures, may be rejected without further inspection.

Ordering activities shall be notified immediately (immediately is defined as: before the delivery vehicle leaves the base) if the entire delivery vehicle is rejected.

3. Product Coding: All food and beverage products shall be identified with readable (open code dates) or coded dates. For both perishable and semi-perishable products, open dating is preferred, but code dating is acceptable. Prime Vendors that do not use open dating shall provide a product code date key to each USAF NAF customer and to HQ AFSVA, no later than three months after award of the contract and a minimum of once every two years during life of contract.

4. Food Safety Program. The vendor must have an established food safety program that complies with the 1993 FDA food code or a hazard analysis and critical control point (HACCP) plan. HACCP plans must be approved by FDA, local base Public Health Office or US Veterinary Corps. Copies of the FDA food code are available from the National Technical Information Service, Springfield VA 22161, Phone: (703) 487-4650. All food must be only from approved sources in accordance with Air Force Instruction 48-116, Food Safety and Inspection Programs. Approved sources must conform to following criteria:

a. The sources must be listed either in the Directory of Sanitary Approved Food Establishments for Armed Forces Procurement, published by the US Army Veterinary Corps, or in a locally approved establishment list.

b. For meat products, the sources must offer products bearing the mark of a federal or state inspection agency, federally inspected approved plants will be listed in the USDA publication, Meat and Poultry Inspection Delivery.

c. Chilled Beef. Vacuum packed, whole muscle fresh beef products shall be wholesome and delivered within 21 days from pack date.

d. For eggs and egg products, the sources must offer products listed in the USDA publication, Listing of Plants Operating Under USDA Poultry and Egg-Grading and Egg Products Inspection Program.

e. For milk and milk products, sources must have a pasteurized milk compliance rating of 90 percent or higher, certified by a state milk sanitation officer, or must appear on the Sanitation Compliance and Enforcement Rating of Interstate Mile Shippers List. These source plants may supply dairy products indicated by product codes, flavor drinks, and other novelty fluid drinks.

f. For fish the sources must be listed in the US Department of Commerce Approved List of Fish Establishments and Products.

g. For dairy products other than milk, the sources must appear in the Dairy Plants Surveyed and Approved for USDA Grading Service.

h. For oysters, clams, or mussels, the sources must appear on the Interstate Certified Shellfish Shipper's List when the listing covers all shucking, packing, and processing. Record keeping requirements for these items must comply with the 1993 FDA Food Code.

i. In the Continental United States (CONUS), packaged foods or foreign origin imported by distributors or brokers are approved by USDA, USDC, or FDA inspection at points of entry into CONUS.

5. Rejection Procedures.

a. In the event an item is rejected, the receiving official at the ordering activity will annotate delivery tickets as to the item(s) rejected, and the requirement will be considered as canceled. These rejected items will be deducted from the delivery ticket/invoice. The rejected product shall be maintained at the same temperature as delivered as practicable.

b. In the event that a product is rejected after the initial delivery is made, the PV will generate a "credit memo" and pick up the rejected product. A policy for posting credits due the ordering activity is established by the PV at the start of the agreement. Invoices shall reflect only items accepted by the receiving official at the ordering activity.

c. The contractor shall accept returns for the following reasons:

(1) Products damaged in shipment

(2) Products with concealed damage

(3) Products which do not meet shelf life requirements

(4) Products that are not wholesome or delivered under unsanitary conditions

(5) Products that do not meet specifications agreed upon at time of ordering

d. The receiving official at each ordering facility shall accept or reject items as promptly as practicable after delivery. Receiving official will use both inventory/order sheets (what was ordered) and the invoice (what was delivered) during the receiving process.

**PART I- THE SCHEDULE**
**SECTION D**
**PACKAGING AND MARKING**

1. PACKAGING AND MARKING:

a. All packaging and packing shall be in accordance with good commercial practices. Labeling shall be in accordance with commercial labeling, complying with the Federal Food, Drug and Cosmetic Act and regulations promulgated there under.

b. All food and beverage products must be identified with readable dates, such as "Best When Used By" date, date of processing, "Sell By" date, or pickup date. For shelf stable items, open dating is preferred, but coding is acceptable. If open dating is not used, Prime Vendor will furnish the Public Health Officer and each ordering activity a code key explaining actual date of production or processing before receipt of first shipment.

2. REFRIGERATION, FROZEN PRODUCTS, AND DRY STORE REQUIREMENTS.

a. Items requiring "Protection from Heat" shall be shipped and stored at a temperature below 70 degrees Fahrenheit.

b. Items requiring "Chilled" conditions shall be shipped and stored under refrigeration of 32 to 40 degrees Fahrenheit.

c. Items requiring "Frozen" conditions shall be shipped and stored under refrigeration at 0 degrees Fahrenheit.

d. All fresh poultry items will be in plastic bags or gas flush cartons.

e. Frozen products will be wrapped in polyurethane wrapping.

3. PRESERVATION, PACKAGING, PACKING AND SHIPPING – All beef, veal, lamb and pork items will be packaged in a vacuum process or will be individually wrapped in a polyurethane wrapping. Commercial cartons will be used for all boxed items.

**PART I- THE SCHEDULE**
**SECTION E**
***INSPECTION AND ACCEPTANCE***

1. The activities responsible for performing inspection and acceptance of the supplies called for under this agreement are the Military Public Health Office and each ordering activity at, see Attachment #1 for list of Air Force Base(s) that are apart of this solicitation.

2. Price verification will be performed by the HQ AFSVA Contracting Officer or designated representative at HQ AFSVA, San Antonio, TX.

**PART I - THE SCHEDULE**
**SECTION F**
**DELIVERIES OR PERFORMANCE**

1. F.O. B Destination Within Consignee's Premises (APR 1984)

a. The term "f.o.b. destination, within consignee's premises," as used in this clause, means free of expense to the Government delivered and laid down within the doors of the consignee's premises, including delivery to specific rooms within a building if so specified.

b. The contractor shall:

(1) Pack and mark the shipment to comply with contract specifications; or

(2) In the absence of specifications, prepare the shipment in conformance with carrier requirement;

(3) Prepare and distribute commercial bills of lading;

(4) Deliver the shipment in good order and condition to the point of delivery specified in the contract;

(5) Be responsible for any loss of an/or damage to the goods occurring before receipt of the shipment by the consignee at the delivery point specified in the contract;

(6) Furnish a delivery schedule and designate the mode of delivering carrier; and

(7) Pay and bear all charges to the specified point of delivery.

2. A minimum of two (2) deliveries per week is required under this agreement. Offeror acknowledges that he/she understands and concurs that this is a minimum weekly requirement YES X or NO ________.

**PART I - THE SCHEDULE**
**SECTION G**
**CONTRACT ADMINISTRATION DATA**

1. CONTRACTUAL INFORMATION: Contractual interpretation and assistance may be obtained by contacting:

Name: Ms. Kathy Hanley, Ms. Rhonda Good & Ms. Michele Weisbecker (Contract Administrators) or Mr. Charles E. Eller (Contracting Officer)

Address: Air Force Nonappropriated Fund Purchasing Office (AFNAFPO)
9504 IH 35 North, Suite 370
San Antonio, Texas 78233-6636

Telephone: (210) 652-6931 or 657-5804
Fax: (210) 652-6309

2. CONTRACTING OFFICER: the Contracting Office, listed in paragraph G-1 above, will carry out all contractual administration. Communication pertaining to contract administration matters will be addressed to the Contracting Officer at the above referenced address. No changes in, or deviations from, the scope of work shall be effected without a modification executed by the Contracting Officer at AFNAFPO authorizing such changes.

3. CHANGES: The Contracting Officer's at AFNAFPO are the only people authorized to approve changes in any of the requirements under this contract and notwithstanding any provisions contained elsewhere in this contract, the said authority remains solely in the Contracting Officer. In the event the Contractor effects any such change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority and will not be recognized for payment by the NAFI.

4. INVOICES:

a. Contractor shall provide the original and one copy of the invoice to the receiving activity at the time of delivery. The Contractor shall insure that an authorized receiving agent of the activity signs the invoice to acknowledged receipt of merchandise. The delivery activity shall forward all invoices to the Financial Management Office for payment in accordance with the terms established in the contract.

b. The contractor shall provide a consolidated invoice, by activity and delivery, to the address provided upon award of agreement per the instructions outlined in the "Prompt Payment Act."

5. NONAPPROPRIATED FUND INSTRUMENTALITY (NAFI) DESIGNATED. For the purpose of this agreement, the NAFI is identified as follows:

- See Attachment #1 page 6.

The contracting NAFI will be the NAFI for which each order is issued and which is responsible for payment of proper invoices as indicated on each order.

**PART I - THE SCHEDULE**
**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**

1. The Essential Products Program (EPP) is one of the most significant and effective initiatives we have to increase the bottom line for many Nonappropriated Fund (NAF) activities. This program is designed to maximize our leverage in the marketplace on products essential to NAF operations. Specific items covered by EPP are coffee and post-mix soft drink beverages. Under this agreement the successful offeror shall only deliver coffee products manufactured by Sara Lee. Post-mix soft drink beverages are not authorized for delivery via this PV program. If a future EPP contract is negotiated with a manufacturer for delivery via the PV program, those items will be included in the 80% requirement.

2. Specialty vendor items are bread, milk, pizza ingredients, chips, fresh fish/seafood, ice cream, bag-in-box and canned soda, and vending machine resale items such as candy bars. These items, commissary purchases (excluding coffee) and food products required by name brand food operations are exempt from the 80% requirement. However, see paragraph 2.b below. Additionally, any NAF operation that is outsourced and subsequently becomes contractor operated shall be exempt from the Prime Vendor program.

a. The Air Force Services Agency (AFSVA/SVPB) is developing "Signature Brand" establishments that will be implemented at various Air Force bases in the near future. We have also implemented the "Signature Brand" core-catering program that is driven by corporately developed food specifications. These programs utilize core menus requiring the use of specific brand name products. **Substitution of these products is not authorized without the prior written approval of the contracting officer.** It shall be mandatory for the prime vendor to carry these items. See Attachment 1, paragraph 19f.

b. The prime vendor shall be given the opportunity to slot and provide Name Brand specified products for the bases they service. If the prime vendor elects not to provide the products, the NAFI reserves the right to source elsewhere. **Substitution of Name Brand food products shall not be allowed without prior written approval of the contracting officer.** As the supplier of such products, the prime vendor may be able to receive corporately negotiated pricing for those items. Any costs savings as a result of this pricing shall be passed on to the installation being serviced.

3. Price Verification. Prices are subject to verification by the HQ AFSVA Contracting Officer or designated personnel at HQ USAF Services in San Antonio, Texas.

a. The NAFI reserves the right to conduct audits of any distribution facility every six (6) months or less frequently at the option of the Contracting Officer. The NAFI will select no more than 25 items for review and provide a minimum of 10 working days' notice. The distributor shall sort and collect vendor invoices (not internal printouts), freight invoices if applicable, bid file, transaction file, and any other documentation needed to verify the application of correct cost and margins.

b. In the event of an audit, the contractor shall prepare a spreadsheet or grid, listing the selected items and showing if any pricing for the test period was incorrect.

c. If overcharges are significant (more than 5% total or affect more than ten (10) items, the scope of the audit may be expanded to evaluate any items or vendors that could be involved and for other months.

d. When overcharges are identified, the distributor shall provide a check for reimbursement of the total overcharges to each of the ordering facilities. Pre-audit analysis does not prevent the Contracting Officer from conducting an expanded audit if the evidence warrants it.

e. The rights of this requirement are in addition to those rights under the "Examination of Records" provision as contained in Section I.

f. Audits shall be conducted by either a governmental agency or an independent certified public accounting firm. All audits under this paragraph shall be limited to the previous one-year period.

4. Contributions to Government (NAFI) Personnel: Department of Defense (DoD) Directive 5500.7 prescribes the standards of conduct pertaining to possible conflicts between private interests and official duties required of all DoD personnel. Gifts in the form of any gratuity, money, entertainment or item having monetary value given to DoD personnel because of their official positions or contracting activities are prohibited. Contractor rebates, promotional allowances or volume discounts are acceptable by the purchasing activity so long as providing these rebates, allowances, or discounts is a common commercial practice of the contractor.

5. Contractor agrees that it will not enter into any form of collusion or other illicit kickback arrangements with its suppliers.

6. SUPERVISION AND CONTROL - The NAFI shall not exercise any supervision or control over the Contractor's employees performing services under this contract. Such employees shall be accountable not to the NAFI but solely to the Contractor, who, in turn is responsible to the Contracting Officer.

7. OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) – The NAFI may extend the term of this contract by the Contracting Officer giving written notice of renewal to the Contractor within the period specified in the schedule; provided, that the Contracting Officer shall have given preliminary notice of the NAFI's intention to renew at least sixty (60) days before this contract is to expire. (Such a preliminary notice will not be deemed to commit the NAFI to renewal). If the NAFI exercises this option for renewal, the contract as renewed shall be deemed to include this option provision. However, the total duration of this contract, including the exercise on any options under this clause, shall not exceed ten (10) years. Any price changes for the option period(s) will be negotiated before the option is exercised.

8. CLARIFICATION OF TERMS: Throughout this solicitation, the words "Contractor" and "Prime Vendor" are used interchangeably. For clarification purposes, the use of "one" also means the "other".

9. CORE MENU SPECIFICATIONS: Once award is made, successful offeror will be provided a detailed Core Menu Specifications file to be completed by the contractor within four weeks from date of receipt. Contractor shall also be required to update this core menu list annually for the NAFI's review and approval corporately.

**PART II - CONTRACT CLAUSES**
**SECTION I**
**CONTRACT CLAUSES**

1. DEFINITIONS (JUN 2001) - As used throughout this contract, the following terms and abbreviations have the meanings set forth below:

a. The term "contract" means this agreement or order and any modifications hereto.

b. The abbreviation "NAFI" means Nonappropriated Fund Instrumentality of the United States Government.

c. The term "Contracting Officer" means the person executing or responsible for administering this contract on behalf of the NAFI, which is a party hereto, or their successor or successors.

d. The term "Contractor" means the party responsible for providing supplies and/or services at a certain price or rate to the NAFI under this contract.

e. The abbreviation "FAR" means Federal Acquisition Regulation.

2. DISPUTES (JUN 2001)

a. Except as otherwise provided in this contract, any dispute or claim concerning this contract which is not disposed of by agreement shall be decided by the Contracting Officer, who shall state his decision in writing and mail or otherwise furnish a copy of it to the Contractor. Within 30 days from the date of receipt of such copy, the Contractor may appeal by mailing or otherwise furnishing to the Contracting Officer a written appeal addressed to the Armed Services Board of Contract Appeals, and the decision of the Board shall be final and conclusive; provided that if no such appeal is filed, the decision of the Contracting Officer shall be final and conclusive. The Contractor shall be afforded an opportunity to be heard and to offer evidence in support of any appeal under this clause. Pending final decision on such a dispute, however, the Contractor shall proceed diligently with the performance of the contract and in accordance with the decision of the Contracting Officer unless directed to do otherwise by the Contracting Officer.

b. This "Disputes" clause does not preclude consideration of law questions in connection with decisions provided for in paragraph "a" above, provided, that nothing in this contract shall be construed as making final the decision of any administrative official, representative, or board on a question of law.

3. LAW GOVERNING CONTRACTS (JUN 2001) - In any dispute arising out of this contract, the decision of which requires consideration of law questions, the rights and obligations of the parties shall be interpreted and determined in accordance with the substantive laws of the United States of America.

4. LEGAL STATUS (JUN 2001) - The NAFI is an integral part of the Department of Defense and is an instrumentality of the United States Government. Therefore, NAFI contracts are United States Government contracts; however, they do not obligate appropriated funds of the United States.

5. EXAMINATION OF RECORDS (JUN 2001) - This clause is applicable under contracts that are entered into by means of negotiation and where price and costing data are required to support a determination of price reasonableness. This clause does not apply to commercial items or when the Contracting Officer determines that prices agreed upon are based on adequate price competition. The Contractor agrees that the Contracting Officer or his duly authorized representative shall have the right to examine and audit the books and records of the Contractor directly pertaining to the contract during the period of the contract and until the expiration of three years after the final payment.

6. ASSIGNMENT (JUN 2001) - The Contractor or its assignee's rights to be paid amounts due as a result of performance of this contract, may be assigned. No assignment by the Contractor, assigning its rights or

delegating its obligations under this contract will be effective and binding on the NAFI until the written terms of the assignment have been approved in writing by the Contracting Officer.

7. GRATUITIES (JUN 2001)

a. The NAFI may, by written notice to the Contractor, terminate the right of the Contractor to proceed under this contract if it is found, after notice and hearing, by the Secretary of the Air Force or their duly authorized representative, that gratuities (in the form of entertainment, gifts, or otherwise) were offered or given by the Contractor, or any agent, or representative of the Contractor, to any officer or employees of the Government or the NAFI with a view toward securing favorable treatment with respect to the awarding or amending, or the making of any determinations with respect to the performing of such contract.

b. In the event this contract is terminated as provided in paragraph "a" hereof, the NAFI shall be entitled (1) to pursue the same remedies against the Contractor as it could pursue in the event of a breach of contract by the Contractor, and (2) as a penalty in addition to any other damages to which it may be entitled by law, to exemplary damages in an amount (as determined by the Secretary of the Air Force or their duly authorized representative) which shall be not less than three nor more than ten times the cost incurred by the Contractor in providing any such gratuities to any such officer or employee.

c. The rights and remedies of the NAFI provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

8. TERMINATION FOR CONVENIENCE (JUN 2001) - The Contracting Officer, by written notice, may terminate this contract, in whole or in part, when it is in the best interest of the NAFI. If this contract is for supplies and is so terminated, the Contractor shall be compensated in accordance with FAR, Sub Parts 49.1 and 49.2 in effect on this contract's date. To the extent that this contract is for services and is so terminated, the NAFI shall be liable only for payment in accordance with the payment provisions of this contract for services rendered prior to the effective date of termination, providing there are no Contractor claims covering nonrecurring costs for capital investment. If there are any such Contractor claims, they shall be settled in accordance with FAR, Sub Parts 49.1 and 49.2.

9. CANCELLATION BY MUTUAL AGREEMENT (JUN 2001) - Should the situation warrant, the parties upon mutual agreement and no costs, may cancel this contract.

10. TERMINATION FOR CAUSE (JUN 2001)

a. (1) The NAFI may, subject to paragraphs (c) and (d) below, by written notice of cause to the Contractor, terminate this contract in whole or in part if the Contractor fails to-

(a) Deliver the supplies or perform the service within the time specified within this contract or any Extension;

(b) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) below); or

(c) Perform any of the other provisions of this contract (but see subparagraph (a)(2) below).

(2) The NAFI's right to terminate this contract under subdivisions (1)(b) and (1)(c) above, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of notice from the Contracting Officer specifying the failure.

b. If the NAFI terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will remain liable to the NAFI for any excess costs for those supplies or services. However

the Contractor must continue the work not terminated.

c. The Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) act of the NAFI in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and; (9) unusually severe weather. Defaults by subcontractors at any tier for any reason do not constitute causes beyond the control and without the fault or negligence of the Contractor.

d. If this contract is terminated for cause, the NAFI may require the Contractor to transfer title and deliver to the NAFI as directed by the Contracting Officer, any

(1) Completed supplies, and

(2) Partially completed supplies and materials, parts, tool dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as manufacturing materials in the clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the NAFI has an interest.

e. The NAFI shall pay the contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes Clause. The NAFI may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the NAFI against loss because of outstanding liens or claims of former lien holders.

f. If, after termination, it is determined that the cause by the Contractor was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for convenience of the NAFI.

g. The rights and remedies of the NAFI in this clause are in addition to any other rights and remedies provided by law or under this contract.

11. INSPECTION AND ACCEPTANCE (JUN 2001) - Inspection and acceptance will be at destination, unless otherwise provided in this contract. Notwithstanding the requirements for any NAFI inspection and test contained in specifications applicable to this contract, except where specialized inspections or tests are specified for performance solely by the NAFI, the Contractor, shall perform or have performed the inspections and tests required to substantiate that the supplies provided under the contract conform to the drawings, specifications, and contract requirements listed herein, including if applicable the technical requirements for the manufacturers' part numbers specified herein. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. Acceptance of the supplies or services or a written notice of rejections must be accomplished on or before the fifth working day following delivery of the supplies or services, unless otherwise specified in this contract.

12. VARIATION IN QUANTITY (JUN 2001) - No variation in quantity of any item called for by this contract will be accepted unless authorized by the Contracting Officer.

13. PARTIAL DELIVERIES (JUN 2001) - Partial deliveries are not permitted unless authorized by the terms of the contract or approved by the Contracting Officer.

14. PAYMENTS (JUN 2001) - Partial payments will be made when deliveries are authorized or as approved by the Contracting Officer. Payments and penalties for late payments are subject to the requirements established by the Prompt Payment Act, as amended, and as implemented for NAFI's. If the NAFI makes payment but such payment fails to include a prompt payment penalty due to the Contractor within 10 days from when the contract payment is made, penalty amounts will not be paid unless the Contractor makes a written request within forty days after the date of payment.

15. HOLD AND SAVE HARMLESS (JUN 2001) - The Contractor shall indemnify, hold and save harmless, and defend the NAFI, its outlets and customers from any liability, claimed or established for violation or infringement of any patent, copyright, or trademark right asserted by any third party with respect to goods hereby ordered or any part thereof. Contractor further agrees to hold the NAFI harmless from all claims or judgments for damages resulting from the use of products or services listed in this contract, except for such claims or damages caused by, or resulting from negligence of NAFI customers, employees, agents, or representatives. Also, Contractor shall at all times hold and save harmless the NAFI, its agents, representatives, and employees from any and all suits, claims, charges, and expenses which arise out of acts or omissions of Contractor, its agents, representatives, or employees.

16. MODIFICATIONS (JUN 2001) - No agreement or understanding to modify this contract will be binding upon the NAFI unless made in writing and signed by a Contracting Officer from the office that issued the contract or its successor.

17. TAXES (JUN 2001)

a. Except as may be otherwise provided in this contract, the contract price includes all taxes, duties or other public charges in effect and applicable to this contract on the contract date, except any tax, duty, or other public charge, which by law, regulation or governmental agreement, is not applicable to expenditures made by the NAFI or on its behalf; or any tax, duty, or other public charge from which the Contractor, or any subcontractor hereunder, is exempt by law, regulation or otherwise. If any such tax, duty, or other public charge has been included in the contract price, through error or otherwise, the contract price shall be correspondingly reduced.

b. If for any reason, after the contract date of execution, the Contractor or subcontractor is relieved in whole or in part from the payment or the burden of any tax, duty, or other public charge included in the contract price, the contract price shall be correspondingly reduced; or if the Contractor or subcontractor is required to pay in whole or in part any tax, duty, of other public charge which was not applicable at the contract date of execution the contract price shall be correspondingly increased.

18. PROOF OF SHIPMENT (JUN 2001) - (Applicable to shipments outside the United States through the Defense Transportation System [DTS] and Parcel Post shipments to overseas destinations.)

a. Notwithstanding any clause of this contract to the contrary, payment will be made for items not yet received, upon receipt of an invoice accompanied by an appropriate proof of shipment. If shipment is made by insured parcel post, the contractor must furnish a copy of the Insured Mail Receipt issued by the US Postal Service. Otherwise, a stamped copy of a Certificate of Mailing issued by the US Postal Service must be furnished. If shipment is made by a common carrier (rail, air or motor freight), the Contractor must furnish a signed copy of the shipping document on which items are receipted for by the common carrier. A signed receipt by a NAFI representative at the delivery point (CCP or POE) is also acceptable evidence of proof of shipment.

b. Forwarding a proof of shipment and an invoice for payment by the Contractor shall be construed as a certification by the contractor that the items shipped conform to the specifications.

c. Notwithstanding any provisions of this clause or any payment made pursuant to the terms of this clause prior to receipt of the items contracted for, the NAFI retains the right to inspect upon receipt and the right to reject nonconforming items. The liability of the Contractor with respect to items for which payments

have been made will, after inspection by the NAFI or after the expiration of a reasonable time following delivery to the NAFI within which inspection may be made, whichever occurs first, be limited to (1) exceptions taken at the time of inspection, and (2) latent defects, fraud, or such gross mistakes as amount to fraud.

19. COMMERCIAL WARRANTY (JUN 2001) - The Contractor agrees that the supplies or services furnished under this contract shall be covered by the most favorable commercial warranties the Contractor gives to any customer for such supplies or services and that the rights and remedies provided herein are in addition to and do not limit any rights afforded to the NAFI by any other clause of this contract. The printed terms and conditions of such warranty will be provided to the NAFI with the delivery of any supplies covered.

20. ADVERTISEMENTS (JUN 2001) - Contractor agrees that none of its nor its agent's advertisements, to include publications, merchandise, promotions, coupons, sweepstakes, contest, sales brochures, etc, shall state, infer or imply that the Contractor's products or services are approved, promoted, or endorsed by the NAFI. Any advertisement, including cents-off coupons, which refers to a NAFI will contain a statement that the advertisement is neither paid for, nor sponsored in whole or in part by, the particular activity.

21. DISCOUNTS FOR PROMPT PAYMENT (JUN 2001)

a. Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a prompt payment discount in conjunction with the offer, offerors awarded contracts may include prompt payment discounts on individual invoices.

b. In connection with any discount offered for prompt payment, time shall be computed from the date of the invoice. If the Contractor has not placed a date on the invoice, the due date shall be calculated from the date the designated billing office receives a proper invoice, provided the agency annotates such invoice with the date of receipt at the time of receipt. For the purpose of computing the discount earned, payment shall be considered to have been made on the date that appears on the payment check or, for an electronic funds transfer, the specified payment date. When the discount date falls on a Saturday, Sunday, or legal holiday when Federal Government offices are closed and Government business is not expected to be conducted, payment may be made on the following business day.

22. INVOICES (JUN 2001)

a. An invoice is a written request for payment under the contract for supplies delivered or for services rendered. In order to be proper, an invoice should include (and in order to support the payment of interest penalties, must include) the following:

(1) Invoice date

(2) Name of Contractor

(3) Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total

(4) Shipment number and date of shipment (Bill of Lading number and weight of shipment will be shown for shipments on Government Bills of Lading)

(5) Name and address to which payment is to be sent (which must be the same as that in the contract or on a proper notice of assignment)

(6) Name (where practicable), title, phone number and mailing address of person to be notified in event of a defective invoice; and

(7) Any other information or documentation required by other provisions of the contract (such as evidence of shipment). Invoices shall be prepared and submitted in duplicate (one copy shall be marked "Original") unless otherwise specified.

b. For purposes of determining if interest begins to accrue under the PROMPT PAYMENT ACT (PUBLIC LAW 97-177):

(1) A proper invoice will be deemed to have been received when it is received by the office designated in the contract for receipt of invoices and acceptance of the supplies delivered or services rendered has occurred.

(2) Payment shall be considered made on the date on which a check for such payment is dated.

(3) Payment terms (e.g., "Net 20") offered by the contractor will not be deemed Required payment dates.

(4) The following periods of time will not be included:

(a) After receipt of improper invoice and prior to notice of any defect or impropriety, but not to exceed three days for meat and meat food products, five days for perishable agricultural commodities, and 15 days in all other cases, and

(b) Between the date of a notice of any defect or impropriety and the date a proper invoice is received. When the notice is in writing, it shall be considered made on the date shown on the notice.

23. ELECTRONIC FUND TRANSFER PAYMENTS (JUN 2001) – Federal law requires Federal payments to be made by electronic fund transfer. Any payment made on this contract has to be made by EFT (unless otherwise specified within the contract or exempted by law). After award of the contract the EFT Partner Enrollment Form will be provided and must be completed to accomplish EFT payments.

24. NOTIFICATION OF DEBARMENT/SUSPENSION STATUS (JUN 2001) - The Contractor shall provide immediate notice to the Contracting Officer in the event of being suspended, debarred or declared ineligible by any other Federal Department or agency, or upon receipt of a notice of proposed debarment from another DOD Agency, during the performance of this contract.

25. NON WAIVER OF DEFAULTS (JUN 2001) - Any failure by the NAFI at any time, or from time to time, to enforce or require strict performance of any terms or conditions of this contract will not constitute waiver thereof and will not affect or impair such terms or conditions in any way or the NAFI's right at any time to avail itself of such remedies as it may have for any breach or breaches of such terms and conditions.

## LIST OF FAR CLAUSES INCORPORATED BY REFERENCE

The provisions of the following clauses set forth in the Federal Acquisition Regulation (FAR) or DoD FAR Supplement are hereby incorporated into this order or contract by reference with the same force and effect as though herein set forth in full. As used in the following clauses, the term "Government" is deleted and the abbreviation "NAFI" is substituted in lieu thereof. The date of each clause shall be the current date set forth in FAR or DoD FAR Supplement on the issuance date of this order or contract. Clauses made inapplicable by the reference or by the kind of order, contract (e.g., orders or contract for services instead of supplies) or dollar amount are self-deleting. The complete text of any clause incorporated in this order or contract by reference may be obtained from the contracting officer.

| CLAUSE NO. | REFERENCE | CLAUSE TITLE |
|---|---|---|
| 26 | 52.243-1 | Changes - Fixed-Price |
| 27 | 52.222-13 | Compliance with Davis-Bacon and related Act Regulations |
| 28 | 52.222-41 | Service Contract Act of 1965, as Amended |
| 29 | 52.225-11 | Buy American Act-Balance of Payments Program-Construction Materials under Trade Agreements |
| 30 | 52.222-4 | Contract Work Hours and Safety Standards Act-Overtime Compensation |
| 31 | 52.246-16 | Responsibility for Supplies |
| 32 | 52.222-20 | Walsh-Healy Public Contracts Act |
| 33 | 52.222-26 | Equal Opportunity |
| 34 | 52.222-3 | Convict Labor |
| 35 | 252.225-7002 | Qualifying Country Sources as Subcontractors |
| 36 | 252.203-7001 | Prohibition on Persons Convicted of Fraud or Other Defense-Contract Felonies |
| 37 | 52.222-21 | Prohibition of Segregated Facilities |

**PART III – LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS**
**SECTION J**
**LIST OF ATTACHMENTS**

| Attachment | Name | Page(s) |
|---|---|---|
| 1 | Offeror's response to questions in USAF NAF Prime Vendor Agreement Offeror Guide, to incorporate all referenced value added materials listed as attachments (i.e. Brochures, Magazines, etc) as well as the fixed fee spreadsheet. | 28 |
| 2 | USAF NAF PV Base Organizational Charts | 3 |
| *3 | USAF NAF Coffee Program Update | 21 |
| *4 | Current Year NAF Rebate Catalog | 101 |
| 5 | USAF NAF PVIII Guide | 39 |

* Latest Coffee Program Update & Rebate Catalog are hereby incorporated.

1. Provide a written equation example and explanation of the method of offerors total landed cost under resultant agreement if you use a formula other than division, multiplication or addition.

| |
|---|
| The Air Force, as would any customer, desires to purchase quality products at reasonable prices. The use of rebates, incentives, allowances and deviated pricing or other similar programs will impact the actual prices charged our unit. Since it is apparent that many distributors have different policies on the utilization of these procedures, and in view of the fact that these procedures are evaluation factors as shown in Section M, each offeror shall furnish their definition of the following as it shall be applied to this agreement: ANSWER IN THE SPACES PROVIDED BELOW: |

2. Define Allowances: *Limited period of time promotion off of the manufacturers invoice. These allowances are passed along to the customer.*
3. List examples of how allowances will benefit the Air Force accounts: *Allowances will benefit the Air Force by lowering the cost of goods delivered by Shamrock Foods Company. We are proposing a percentage mark-up; therefore the cost of goods will be lowered prior to our mark-up.*

4. Examples of how allowances will not benefit the Air Force accounts: *Allowances of this sort should benefit the Air Force. If we were proposing a fee per case the example stated above would not hold true.*

5. Define Rebates: *These are defined as situations where the Air Force or Shamrock negotiate a deal for a rebate from the manufacturer for a certain amount over a certain period of time. Shamrock Foods Company will provide tracking, if necessary and the manufacturer will send the Air Force a rebate check.*

6. Examples of how rebates will benefit Air Force accounts: *Lower the cost of goods over a certain period of time.*

7. Examples of how rebates will not benefit Air Force accounts: *Manufacturer rebates designated for the Air Force should benefit the Air Force.*

8. Define Deviated pricing: *These are negotiated by Shamrock Foods Company or the Air Force and used to reduce the cost of goods delivered to Shamrock. The Air Force receives a lower price and due to our mark-up percentage the price is lowered more as stated above in Allowances.*

9. Examples of how deviated pricing will benefit the Air Force accounts: *Same as allowance statement.*

10. **Examples of how deviated pricing will not benefit Air Force accounts:** ***Same as allowances***

11. **Define Off-Invoice pricing:** ***same as allowances***

12. 12. **Examples of how off-invoice pricing will benefit Air Force accounts:** ***same as allowances***

13. 13. **Examples of how off-invoice pricing will not benefit Air Force accounts:** ***same as allowances***

14. **Provide example of calculation of fixed fee on items with deviated pricing. The landed cost from offerors supplier for a case of peanut butter is $40.00. The manufacturer is offering a $3.00 per case deviation. Apply your fixed fee under this program. The total cost to the installation for the case of peanut butter is***: $__40.00 – 3.00 = 37.00 + 2.50 = $39.50 . Our method = $40.00 – 3.00 = 37.00 X 10% or X 1.10 = 40.70.*

15. **ELECTRONIC ORDER ENTRY (EOE) & ELECTRONIC DATA INTERCHANGE (EDI) – Describe the electronic order entry method that will be provided (i.e., direct connection to mainframe, program downloaded by representative, Internet Compatible etc. ) – see above question # 32 on page 13.** *Shamrock offers two options for EOE. 1. Direct connection to our mainframe. 2. Order through the internet. Our Air Force customers are currently using these systems and they meet all of the requirements listed. Our representative is available for installation or any additional training needed.*

16. **Price Protection: Offeror shall explain (in the space provided below) how the correct costs and fees will be applied (price protection) for weekly and monthly price lists for each Air Force activity ordering any item from this warehouse: (DETAILED DESCRIPTION MAY BE ATTACHED).** *Shamrock maintains a system where we flag the item and / or category as monthly or weekly. This system allows our computer to grab the landed cost of the weekly item on Thursday and lock in the sell price for the following week. For monthly items, the system looks at the last Thursday of the month and performs the same function for the next month.*

17. **Offeror shall explain how prices for items ordered that are not listed on the activities' price lists will be applied at the correct margins: ).** *Shamrock maintains a sophisticated system called Product Class Lock. This system allows our computer to go out and grab the cost of any item in our warehouse and apply the appropriate category mark-up to that item. For instance, we may have a particular frozen green bean on the order guide at 10 percent. If the operator shops and finds a different item or we are forced to substitute a frozen vegetable item, it will automatically price at 10 percent off of our landed cost.*

18. VALUE-ADDED PRICING: Offeror shall list any additional value-added pricing discounts that will be made available under this agreement (such as additional discount for purchases from the PV which exceed 80%, etc.) AND also list any additional value-added information or services that will be made available to the base for which offeror is proposing (such as additional discount for purchases from the prime vendor that exceed 80%, 85%, 90%, etc.)
*Shamrock will offer ½% drop size incentive for the average orders greater than $2,500 over a month period.*

19. MINIMUMS AND CHARGES: Offeror shall provide response in space provided.

a. Minimum Order Amount (combined total for base): $500

b. Offerors shall specify any "up charges" for movement of items from a central warehouse or "assessment fees" for items purchased from buying groups of which the offeror may or may not be a member, or purchasing from buying groups of which offeror may or may not be a member.

c. Broken/Split Case Charge/Fee: __N/A____________________

d. Restocking Charge/Fee: ________10%____________________

e. List any other charges that may be assessed to invoice which have not been listed: (specify)____________N/A____

f. Customer Inventory: Indicate the minimum quantity (or velocity requirements) that are necessary to stock specialty or proprietary items: *5 per week or 20 per month.*
Customer inventory does not apply to our mandatory coffee products contract (i.e. Sara Lee) or Club Core Menu Items.

20. Cash Discount for Timely Payment. The fee schedule listed in this section is to apply for accounts making payments in accordance with Public Law 100-496 (as amended), The Prompt Payment Act. In view that the base may have the capability to process and pay invoices faster, the offeror shall indicate below any additional discount for timely payment (this shall also be completed on page A-1, block 11). It is anticipated that all bases in the USAF shall have capability to make payment via Electronic Funds Transfer (EFT) during the life of the resulting agreement(s). If an additional discount offered for payment via EFT, entered below:

**1/2% Additional Discount if invoice is paid within 20 average_ days**

**1% Additional Discount if invoice is paid within __zero____ days**

**____N/A_____% Additional Discount for payment via EFT**

**PART B: CUSTOMER SERVICE PLAN: Offerors shall provide a customer service plan that contains, as a minimum, the areas listed below to the Contracting Officer for evaluation/acceptance.**

**21. Offerors shall provide, as a part of their response, the distribution point under their corporate control that will provide service to *_*Peterson – AFA – FE Warren AFB*.**

**Name of Distributor:** ____*Shamrock Foods Company - Denver*

**Warehouse distance from** _**Shamrock**____ *to Peterson Field* - Air Force Base: _90__ miles. To AFA = 80 to FE Warren = 90 miles*

**Warehouse Address:** __*5199 Ivy Street Commerce City, CO 80022*

**Telephone Number:** __*303-289-3581*____________________

**Facsimile Number:** ___*303-289-6403*____________________

***Offeror to enter the base he/she is proposing.**

**22. Offerors shall provide as part of their response the name of the designated Management Information Specialist (MIS) that will handle the programming of the local warehouse computer and generate reports as described in the solicitation**

**Name of Designated MIS:** ____*Scott Beck*_______
**Telephone Number:** ____*800-289-3663 ext 2001*________________
**E-Mail Address:** ___*scott_beck@shamrockfoods.com*____________________

**23. Offerors shall provide as part of their response the name of designated National Account Representative that will be assigned to this account.**

**Telephone Number:** __*Jeff Peitzmeier*___________

**Facsimile Number:** ___*719-495-6561*__________

**Email Address (If Available)**__*jeff_peitzmeier@shamrockfoods.com*_________

**Cell Phone/Pager Number:** ______*303-514-9634*____________

**24. Offerors shall provide as part of their response the name of designated salesperson/account representative that will be assigned to this account.**

**Telephone Number:** ___*Pat Dunning 800-289-3595 ext 8513*_________________

**Facsimile Number:** __*719-495-6561*____

**Email Address (If Available)**____pat_dunning@shamrockfoods.com__

Cell Phone/Pager Number: ___719-641-9999_______

25. Number of on-site visits policy:
    a. To ordering activities (Minimum one per week)___*one per week*
    b. To Purchasing Agent & Flight Chief (Minimum 2 per month)*2 per month*

26. Does your warehouse has the ability to provide reports in format requested: YES NO - *Yes*

27. Does your MWL include all of the lines items you carry in your warehouse: YES NO. If "NO" please explain why not. *Yes*

28. Did you include the Manufacturer's numbers you use when ordering your requirements: YES NO. If "NO" please explain why not. *Yes*

29. Describe your "Hot-Shot" (emergency delivery) policy: *Shamrock employs an outside courier service. We can provide same day emergency hot shot deliveries. The decision is made between the account representative and the ordering activity.*

30. Describe availability of "product use training", and associated costs: *Shamrock currently provides product training in many forms at no cost to the customer. This will continue under the new contract. Descriptions include: product specialist and vendors going directly to the activity. Food shows and demonstrations at these shows.*

31. Describe your procedures for providing recipes/new product, center-of-the-plate, menu planning and other revenue enhancing ideas: *Representative will bring recipes / fliers with new products and menu planning on regularly scheduled calls. Representative will send emails for produce market reports and market trends weekly – see attachment. Monthly we will email new items. We will bring vendor representatives and specialist to help with food fairs and demos.*

32. QUALITY ASSURANCE PLAN: Offerors shall provide a Quality Assurance Plan that contains the procedures to be utilized to ensure that the quality of products they receive from manufacturers are delivered to the end user in the same quality as received and include the following items as a minimum the areas listed below to the Contracting Officer (CO) for evaluation/acceptance.

a. Temperature controlled produce rooms
b. Temperature logs, alarms
c. Pest control services
d. Inspection by nationally known agencies such as National Bakery Association
e. Is the purveyor in compliance with local city and state health regulations?
f. What procedures does the purveyor utilize in trucking to ensure the maintenance of the quality of goods delivered?

*See Attached Quality Assurance Program*

33. NOT-IN-STOCK (NIS)/SUBSTITIONS: The distributor shall notify the ordering activity prior to filling the order of all NIS items and proposed substitutions. Substitutions shall only be made with prior approval of the facility placing the order. Ordering activity shall be notified as soon as possible. The distributor shall work with facility managers to develop a "pre-authorized substitution list" for key items that will authorize automatic substitution when necessary. This list shall be completed within the first 90 days of implementation and updated as needed, i.e., during the quarterly business review meeting.

Describe your NOT-IN-STOCK/SUBSTITION policy in detail including how and when they will be notified: *Due to the state of the art electronic ordering system provided free of charge by Shamrock, the activity is supplied NIS information instantaneously. We will work with the facility managers to develop a "per-authorized substitution list within 90 day period following award.*

34. Offeror shall submit cut sheets or other material describing their 'house' label program.
*See attached*

35. Submit methodology or approach for order placement by individual activities on a base: *All activities will be provided with free software to place orders directly to Shamrock via a phone-line or through the Internet. Customers currently use Shamrock's Smartweb and are very pleased with the performance.*

36. Submit methodology or approach for introduction of new items or promotions: *Representative will bring recipes / fliers with new products and menu planning on regularly scheduled calls. Representative will send emails for produce market reports and market trends weekly – see attachment. Monthly we will email new items. We will bring vendor representatives and specialist to help with food fairs and demos.*

37. How will the warehouse interface with base level activities and HQ AFSVA to provide reports, resolve problems? *All reports to AFSVA will be sent electronically. Base reports will be hand delivered. Any problems will be resolved by going through our account representative, Pat Dunning and / or Scott Beck, our dedicated IS contact for this contract.*

38. What methods does warehouse use to handle customer complaints and damaged merchandise: *All of our drivers and the account representative carry cell phones. This allows for problems to be resolved immediately. Our drivers are authorized to issue credits immediately. If the manager indicates an immediate concern the driver will call the account representative or customer service. Our warehouse logs all issues and produces a monthly service level report for 'shorts' – 'damages' – 'mis-pulls' and 'out-of-stocks.'*

39. What method does warehouse use to handle credit memos. *Issues that develop at time of delivery are handled at that time via a credit given by the driver*

*off of the invoice. Credits after the delivery are called into customer service and picked up at the next delivery time. The driver hand delivers a pick-up notice and this also works as a credit memo.*

40. What is the warehouse fill rate w/out substitutions (last three months): 98.6%

41. What is warehouse fill rate w/substitutions (last three months): 99.2%

42. What is warehouse mispick rate (last three months): .015%
43. What is warehouse Not-In-Stock (NIS) rate (last three months): .0055%

44. What is warehouse "out" rate (on invoice but not on truck rate) (last three months)? .03%

45. What is warehouse "returned" rate (last three months)?.05%

46. What is warehouse damage rate (last three months): .008%

47. Definition of "drop ship" items (include quantities or dollar amounts): *No limitations*

48. Inventory Turnover. For local warehouse(s) that will service this agreement list:

Last year's total sales $465MM___ Average inventory level $20MM

______________

Average Number of Warehouse Inventory Turns per Year_*18*___

49. What programs are available for cost savings ideas, how to improve food quality and increase sales, etc. *Arrange broker meeting at the sites for cost savings ideas. Show new items to enhance menu ideas on what is new or enhance the items they are already using.*
*Show Internet sites for free material that can be used to increase sales and show menu-planning ideas. There is no cost to the customer for these services*

What is cost, if any for above assistance? *Zero*

50. Is menu preparation and on-site training chef or product specialty training provided? *Shamrock and Shamrock vendors have on site training chefs. That is available on request to the customer for training classes. We offer mini food shows that will help in this manner.*

If so, what, if any, cost is involved: *zero*

51. Procedures used to fill order, from receipt through shipment:

*1.) Orders are placed by customers through Shamrock Smart Web ordering system.*
*2.) Orders go through Internet to Shamrock database. At that time customer gets conformation of what was ordered and any out of stocks to make substitutions. At this time it also gives total case count and dollar spent.*
*3.) At cut off time of 4:00 P.M. orders go to warehouse to fill.*
*4.) Orders are loaded on trucks for shipment and placed on truck in order of customer's required timed delivery.*
*5.) Driver delivers products to customer with invoice and does a case counts and waits for customer to check product in. Signed copy comes back to warehouse and any returns are made at time of delivery*

52. How does offeror define and maintain "on-time" delivery? *Shamrock defines "on-time" as any delivery that meets a window either one hour before or after the scheduled delivery times. We maintain the schedules by using a 'static' routing system. This assures that once a customer is locked to a delivery day and time. They will not be changed until they arte notified and accept the new time or day.*

53. EXPERIENCE: List experience in dealing with three current non-military Prime Vendor program type accounts currently administered, with phone numbers and contact names: *Shamrock has a vast amount of experience administering Prime Vendor accounts. Approximately fifty percent of our customer is managed under a prime vendor relationship.*

1. *Sodexho – six years; Michelle Trace – 970-207-1497*
2. *Avendra (formerly Marriott) – nine years; Gabe Gill – 480-836-8770*
3. *Burger King – five years; Ron Nearrman 402-614-5800*

54. VALUE ADDED SERVICES: List any additional value-added information, support, and services that will be made available to the base for which offeror is proposing (such as menu-printing, access to industry, produced training software, etc.). . *Value-add services:*

1. *Sales representative to call on customers, go over new ideas, new items, bring samples of products, do web training when needed.*
2. *Customer has full access to Shamrock database of products including inventory.*
3. *Shamrock offers CD's on disposables, chemicals, included MSDS sheets, and tabletop. We also send out Smart solution magazines, Emerald reports and Markon produce reports to all sites; these give great cost saving ideas and web sites to help with their planning and costing.*
4. *Sales representative carries cell phone for prompt access during business hours. Shamrock also has team customer service people assigned for the NAF customers that are available seven days a week during certain hours.*
5. *Shamrock is willing to help sponsor certain events to help each base.*

# Shamrock Foods Company Quality Assurance Plan 2004

Shamrock Foods Company has always and will continue to maintain a high level of quality assurance. The essence of our program consist of: a high set of standards, written procedures, training and documentation. We employ internal mechanisms to monitor quality. In addition, we employ outside companies to conduct independent inspections (AIB; Siliker and Ecosure).
The major program components include:

1. Safety
2. Security
3. Temperature Control
4. Sanitation
5. Product Quality and Integrity

Attached is a sample of training procedures in place.

Previews of attachments with this file extension are disabled.

Shalom, These authors repeatedly use the terms "Standard AASHO" and "Modified AASHO" when referring to T-99 and T-180 compaction tests. Since this is a text on paving design, the authors assume that everyone reading their book knows the basics about laboratory compaction tests. They don't use "T-99" or "T-180", or the ASTM equivalents, or even "Proctor". It's just standard AASHO and modified AASHO, or even "modified compaction procedures". Despite this usage, there is absolutely no ambiguity as to what they mean. John

"Shalom.Brilliant@usdoj.gov" <Shalom.Brilliant@usdoj.gov> wrote:

Does the text shed any further light on the meaning of the term?

-----Original Message-----

From: jlwirth7@verizon.net [mailto:jlwirth7@verizon.net]

Sent: Friday, July 14, 2006 8:36 PM

To: Brilliant, Shalom

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| JAMES A. LOWDER, Petitioner, v. DEPARTMENT OF HOMELAND SECURITY Respondent. | No. 06-3181 |

ORDER

Upon reading and considering respondent's consent motion to continue to stay proceedings, it is hereby

ORDERED that the stay in this case is continued for 21 days. Prior to the expiration of this stay, the parties shall file a status report with the Court advising the Court of their proposed course of further proceedings.

FOR THE COURT:

_______________________________

Dated: ____________________, 2006
Washington, D.C.

cc: Megan L. Brown